# Exhibit A

# EXHIBIT A

*In Re: Allergan Biocell Textured Breast Implant Products Liability Litigation*,
No. 2:19-md-02921 (BRM)(JAD), MDL NO. 2921

## Plaintiffs' Proposed Leadership Structure

| | |
|---|---|
| Liaison Counsel: | James Cecchi<br>Carella, Byrne, Cecchi, Olstein,<br>Brody & Agnello, P.C.<br>5 Becker Farm Road<br>Roseland, NJ 07068-1739 |
| Co-Lead Counsel: | Virginia Buchanan<br>Levin, Papantonio, Thomas, Mitchell,<br>Rafferty & Proctor, P.A.<br>316 S. Baylen St., Ste. 600<br>Pensacola, FL 32502-5996 |
| | Jennifer Lenze<br>Lenze Lawyers, PLC<br>1300 Highland Ave., Ste. 207<br>Manhattan Beach, CA 90266 |
| | Shanon Carson<br>Berger Montague<br>1818 Market St., Ste. 3600<br>Philadelphia, PA 19103 |
| | Elizabeth A. Fegan<br>Fegan Scott LLC<br>150 S. Wacker Dr., 24th Floor<br>Chicago, IL 60606 |
| Plaintiffs' Executive Committee: | Julie Kane<br>Colson Hicks Eidson<br>255 Alhambra Cir. Penthouse<br>Coral Gables, FL 33134 |
| | Laura Fitzpatrick<br>Simmons Hanly Conroy<br>112 Madison Ave., 7th Floor<br>New York, NY 10016 |

|  |  |
|---|---|
|  | Tina Wolfson<br>Ahdoot & Wolfson, P.C.<br>10728 Lindbrook Dr.<br>Los Angeles, CA 90024<br><br>Adam Polk<br>Girard Sharp LLP<br>601 California St., Ste. 1400<br>San Francisco, CA 94108<br><br>Peter Prieto<br>Podhurst Orseck P.A.<br>SunTrust International Center<br>One S.E. 3rd Ave., Ste. 2300<br>Miami, FL 33131<br><br>Adam Slater<br>Mazie Slater Katz & Freeman LLC<br>103 Eisenhower Pkwy.<br>Roseland, NJ 07068<br><br>Pete Kaufman<br>Panish Shea & Boyle LLP<br>11111 Santa Monica Blvd., Ste. 700<br>Los Angeles, CA 90025 |
| Plaintiffs' Steering Committee: | Lori Kier<br>Sauder Schelkopf LLC<br>555 Lancaster Ave.<br>Berwyn, PA 19312<br><br>Esther Berezofsky<br>Motley Rice LLC<br>210 Lake Dr. East, Ste. 101<br>Cherry Hill, NJ 08002<br><br>Dena Young<br>Ross Feller Casey<br>One Liberty Place<br>1650 Market St., 34th Flr.<br>Philadelphia, PA 19103<br><br>Rachel Soffin<br>Greg Coleman Law<br>800 S. Gay St., Ste. 1100 |

Knoxville, TN 37929

Jean Martin
Morgan & Morgan
201 N Franklin St., 7 th Flr.
Tampa, FL 33602

Tiasha Palikovic
Wittels Law
295 Madison Avenue
New York, NY 10017

David Randolph Smith
David Randolph Smith & Associates
1913 21st Ave. S
Nashville, TN 37212

Nathan Bess
Aylstock, Witkin, Kreis &
Overholtz, PLLC
17 East Main St., Ste. 200
Pensacola, FL 32502

C. Moze Cowper
Cowper Law LLP
10880 Wilshire Blvd., Ste. 1840
Los Angeles, CA 90024

Matthew Dameron
Williams Dirks Dameron LLC
1100 Main St., Ste. 2600
Kansas City, MO 64105

Jonathan Shub
Kohn Swift & Graf, P.C.
1600 Market Street, Suite 2500
Philadelphia, PA 19103

Christopher C. Gold
Robbins Geller Rudman & Dowd LLP
120 East Palmetto Park Road
Suite 500
Boca Raton, FL 33432

| | |
|---|---|
| Settlement Committee includes: | The four Co-Leads and Liaison Counsel plus: |
| | Christopher Seeger<br>Seeger Weiss LLP<br>55 Challenger Rd., 6th Floor<br>Ridgefield Park, NJ 07660 |
| | Mark Robinson<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Dr.<br>Newport Beach, CA 92660 |