UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | Case No. 2:19-md-02921 (BRM)(JAD) MDL NO. 2921 JUDGE BRIAN R. MARTINOTTI JUDGE JOSEPH A. DICKSON |

THIS DOCUMENT RELATES TO: ALL CASES

## CASE MANAGEMENT ORDER #4

The Court, having reviewed all applications for Plaintiffs' leadership positions, and after consideration of such applications and the consensus recommendations of interested counsel, hereby establishes and formally appoints the following individuals to the following leadership positions:

James Cecchi (Liaison Counsel)
Carella, Byrne, Cecchi, Olstein, Brody & Agnello, PLC
5 Becker Farm Road
Roseland, NJ 07068-1739

Virginia Buchanan (Co-Lead Counsel)
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen St., Ste. 600
Pensacola, FL 32502-5996

Jennifer Lenze (Co-Lead Counsel)
Lenze Lawyers, PLC
1300 Highland Ave., Ste. 207
Manhattan Beach, CA 90266

Shanon Carson (Co-Lead Counsel)
Berger Montague PC
1818 Market St., Suite 3600
Philadelphia, PA 19103

Elizabeth A. Fegan (Co-Lead Counsel)
Fegan Scott LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606

Julie Kane (Executive Committee)
Colson Hicks Eidson
255 Alhambra Cir. Penthouse
Coral Gables, FL 33134

Laura Fitzpatrick (Executive Committee)
Simmons Hanly Conroy
112 Madison Ave., 7th Floor
New York, NY 10016

Tina Wolfson (Executive Committee)
Ahdoot & Wolfson, P.C.
10728 Lindbrook Dr.
Los Angeles, CA 90024

| | |
|---|---|
| Adam Polk (Executive Committee)<br>Girard Sharp LLP<br>601 California St., Ste. 1400<br>San Francisco, CA 94108 | Peter Prieto (Executive Committee)<br>Podhurst Orseck P.A.<br>SunTrust International Center<br>One S.E. 3rd Ave., Ste. 2300<br>Miami, FL 33131 |
| Adam Slater (Executive Committee)<br>Mazie Slater Katz & Freeman LLC<br>103 Eisenhower Pkwy.<br>Roseland, NJ 07068 | Pete Kaufman (Executive Committee)<br>Panish Shea & Boyle LLP<br>11111 Santa Monica Blvd., Ste. 700<br>Los Angeles, CA 90025 |
| Lori Kier (Steering Committee)<br>Sauder Schelkopf LLC<br>555 Lancaster Ave.<br>Berwyn, PA 19312 | Esther Berezofsky (Steering Committee)<br>Motley Rice LLC<br>210 Lake Dr. East, Ste. 101<br>Cherry Hill, NJ 08002 |
| Dena Young (Steering Committee)<br>Ross Feller Casey<br>One Liberty Place<br>1650 Market St., 34th Flr.<br>Philadelphia, PA 19103 | Rachel Soffin (Steering Committee)<br>Greg Coleman Law<br>800 S. Gay St., Ste. 1100<br>Knoxville, TN 37929 |
| Jean Martin (Steering Committee)<br>Morgan & Morgan<br>201 N Franklin St., 7 th Flr.<br>Tampa, FL 33602 | Tiasha Palikovic (Steering Committee)<br>Wittels Law<br>295 Madison Avenue<br>New York, NY 10017 |
| David Randolph Smith (Steering Committee)<br>David Randolph Smith & Associates<br>1913 21st Ave. S<br>Nashville, TN 37212 | Nathan Bess (Steering Committee)<br>Aylstock, Witkin, Kreis &<br>Overholtz, PLLC<br>17 East Main St., Ste. 200<br>Pensacola, FL 32502 |
| C. Moze Cowper (Steering Committee)<br>Cowper Law LLP<br>10880 Wilshire Blvd., Ste. 1840<br>Los Angeles, CA 90024 | Matthew Dameron (Steering Committee)<br>Williams Dirks Dameron LLC<br>1100 Main St., Ste. 2600<br>Kansas City, MO 64105 |
| Jonathan Shub (Steering Committee)<br>Kohn Swift & Graf, P.C.<br>1600 Market Street, Suite 2500<br>Philadelphia, PA 19103 | Christopher C. Gold (Steering Committee)<br>Robbins Geller Rudman & Dowd LLP<br>120 East Palmetto Park Road<br>Suite 500<br>Boca Raton, FL 33432 |
| Mark Robinson (Settlement Committee)<br>Robinson Calcagnie, Inc.<br>19 Corporate Plaza Dr.<br>Newport Beach, CA 92660 | Christopher Seeger (Settlement Committee)<br>Seeger Weiss LLP<br>55 Challenger Rd., 6th Floor<br>Ridgefield Park, NJ 07660 |

Further, the Court appoints as Co-Lead Counsel, Shanon Carson, Elizabeth Fegan, Jennifer Lenze, and Virginia Buchanan and as Liaison Counsel, James Cecchi. Together, and along with Julie Kane, Laura Fitzpatrick, Tina Wolfson, Adam Polk, Peter Prieto, Adam Slater, and Pete Kaufman, they shall comprise the Plaintiffs' Executive Committee. The Settlement Committee shall consist of Liaison Counsel, Co-Lead Counsel, Christopher Seeger, and Mark Robinson. It shall be the Co-Lead Counsel's duty to coordinate, supervise, and direct the responsibilities of the Executive Committee and Steering Committee, schedule meetings of those committees, keep minutes or transcripts of these meetings, appear at periodic court noticed status conferences and other hearings, perform other necessary administrative or logistic functions of the Executive Committee and Steering Committee, and carry out any other duties as the Court may order. All appointments stated herein are of a personal nature. Accordingly, the above appointees cannot be substituted by other attorneys, including members of the appointee's law firm, to perform their duties, such as attending committee meetings and court appearances, except with prior approval of the Court. Although no permanent substitutions can be made without leave of court, temporary or occasional substitutions are permitted with approval of one or more of the Co-Lead Counsel due to scheduling conflicts or illness.

Co-Lead Counsel will have the following responsibilities and may delegate tasks to others appointed in this Order as they deem appropriate:

Discovery

(1) Initiate, coordinate, and conduct all pretrial fact and expert discovery on behalf of Plaintiffs in all actions that are consolidated in this MDL.

(2) Develop and propose to the Court schedules for the commencement, execution, and completion of all discovery on behalf of all Plaintiffs.

(3) Cause to be issued in the name of all Plaintiffs the necessary discovery requests, motions, and subpoenas pertaining to any witnesses and documents needed to properly prepare for the pretrial of relevant issues found in the pleadings of this litigation. Similar requests, notices, and subpoenas may

3

be caused to be issued by Co-Lead Counsel or their delegees upon written request by an individual attorney in order to assist him/her in the preparation of the pretrial stages of his/her client's particular claims.

(4) Conduct all discovery in a coordinated and consolidated manner on behalf and for the benefit of all Plaintiffs.

Hearings and Meetings

(1) Call meetings of counsel for Plaintiffs for any appropriate purpose, including coordinating responses to questions of other parties or of the Court. Initiate proposals, suggestions, schedules, or joint briefs, and any other appropriate matter(s) pertaining to pretrial proceedings.

(2) Examine witnesses and introduce evidence at hearings on behalf of Plaintiffs.

(3) Act as spokesperson for all Plaintiffs at pretrial proceedings and in response to any inquiries by the Court, subject of course to the right of any Plaintiff's counsel to present nonrepetitive individual or different positions.

Miscellaneous

(1) Prepare, submit, and argue any verbal or written motions presented to the Court or Magistrate on behalf of Plaintiffs (or delegate same to another person appointed in this Order) as well as oppose when necessary any motions submitted by the Defendants or other parties that involve matters within the sphere of the responsibilities of Co-Lead Counsel.

(2) Negotiate and enter into stipulations with Defendants regarding this litigation. All stipulations, except for strictly administrative details such as scheduling, must be submitted for Court approval and will not be binding until the Court has ratified the stipulation. Any attorney not in agreement with a non-administrative stipulation shall file with the Court a written objection thereto within five (5) days after he/she knows or should have reasonably become aware of the stipulation. Failure to object within the term allowed shall be deemed a waiver and the stipulation will automatically be binding on that party.

(3) Explore, develop, and pursue all settlement and alternative dispute resolution options pertaining to any claim or portion thereof of any case filed in this litigation.

(4) Maintain adequate files of all pretrial matters, including establishing and maintaining a document or exhibit depository, in either real or virtual format, and having those documents available, under reasonable terms and conditions, for examination by all MDL Plaintiffs or their attorneys.

(5) Perform any task necessary and proper to accomplish their responsibilities as defined by the Court's orders, including organizing subcommittees comprised of Plaintiffs' attorneys not on the PSC and assigning them tasks consistent with the duties of the PSC members.

(6) Keep counsel of all Plaintiffs advised of all pertinent developments in the MDL.

(7) Perform such other functions as may be expressly authorized by further orders of this Court.

Dated: February 25, 2020

                                                */s/Brian R. Martinotti*
                                                **BRIAN R. MARTINOTTI**
                                                **UNITED STATES DISTRICT JUDGE**