UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCT LIABILITY LITIGATION<br>--------------------------------------------------------<br>This Document Relates To: All Class Action Cases | MDL No. 2921<br><br>Case No. 2:19-md-2921-BRM-JAD |

**PLAINTIFFS' STATEMENT CONCERNING PERSONAL JURISDICTION, VENUE, AND DIRECT FILING OF CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to this Court's May 5, 2020 Order (ECF 98), on May 26, 2020, Plaintiffs filed their Consolidated Class Action Complaint ("Class Complaint") (ECF 118). The Class Complaint includes 63 named Plaintiffs, 45 of whom previously filed putative class action complaints that were transferred to and/or made part of MDL 2921.[1] The remaining 18 Named Plaintiffs are new.

Exhibit A identifies the respective remand districts, absent stipulation of the parties, for each of the 63 Named Plaintiffs, as described in Case Management Order No. 6 (ECF 83). Note that all new Named Plaintiffs have identified the United States District Court for the District of New Jersey as their remand district.

Plaintiffs provide this Statement and Exhibit A to avoid or minimize motion practice challenging personal jurisdiction, venue, and direct filing based on the Class Complaint. However,

---

[1] *Alabama Doe, et al. v. Allergan, Inc.*, Case No. 2:19-cv-21635 (D.N.J.); *Valdez, et al. v. Allergan, Inc.*, Case No. 8:2019-cv-01931 (C.D. Cal.); *F.A. et al. v. Allergan, Inc.*, Case No. 8:19-cv-2337 (C.D. Cal.); *C.C. v. Allergan, Inc.*, Case No. 4:19-cv-06347 (N.D. Cal.); *Newman, et al. v. Allergan, Inc.*, Case No. 19-cv-05968 (E.D.P.A.); *Russell, et al. v. Allergan, Inc.*, Case No. 6:19-cv-02016 (M.D. Fla.); *A.B., et. Al. v. Allergan, Inc.*, case No. 8:19-cv-01651 (C.D. Cal.); *Kosto, et al. v. Allergan, Inc.*, Case No. 2:19-cv-13512 (E.D. Mich.); *Zettlemoyer v. Allergan, Inc.*, Case No. 3:19-cv-00866 (M.D. Tenn.).

should the Court prefer that Plaintiffs amend the Class Complaint to specifically identify each Plaintiff's remand district therein, Plaintiffs will certainly do so.

Dated: August 6, 2020                                                                 Respectfully Submitted,

By: /s/ James E. Cecchi
James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
Telephone: (973) 994-1700
Facsimile: (973) 994-1744
Email: jcecchi@carellabyrne.com
**Liaison Counsel for Plaintiffs**

Shanon J. Carson
John Kerrigan
BERGER MONTAGUE PC
1818 Market St., Suite 3600
Philadelphia, PA 19103
Ph. 215.875.4656
scarson@bm.net
jkerrigan@bm.net

John Albanese
BERGER MONTAGUE PC
43 SE Main Street, Suite 505
Minneapolis, MN 55418
Ph. 612.594.5997
jalbanese@bm.net


Elizabeth A. Fegan
FEGAN SCOTT LLC
150 S. Wacker Dr., 24th Floor
Chicago, IL 60606
Ph. 312-741-1019
Fax 312-264-0100
beth@feganscott.com

Jessica H. Meeder
FEGAN SCOTT LLC

1200 G St., NW, Suite 800
Washington, D.C. 20005-3820
Ph. 202.921.6007
jessica@feganscott.com

Lynn Ellenberger
FEGAN SCOTT LLC
500 Grant Street
Suite 2900
Pittsburgh, PA 15219
Ph. 412.346.4104
Fax 412.785.2400
lynn@feganscott.com

**EXHIBIT A TO PLAINTIFFS' STATEMENT CONCERNING PERSONAL JURISDICTION, VENUE, AND DIRECT FILING OF CONSOLIDATED CLASS ACTION COMPLAINT**

|  | PLAINTIFF | SELECTED REMAND DISTRICT |
|---|---|---|
| 1 | Susan Adair | D.N.J. |
| 2 | Stephanie Adkins | D.N.J. |
| 3 | Kerry Andersen-Doumite | C.D. Cal. |
| 4 | Frances Atkinson | C.D. Cal. |
| 5 | B.E. Benefield | D.N.J. |
| 6 | Starlene Bernal | C.D. Cal. |
| 7 | W. Elaine Blythe* | D.N.J. |
| 8 | Nichole Boucree | D.N.J. |
| 9 | Dallas Buckman | D.N.J. |
| 10 | Kelsey Burrell | C.D. Cal. |
| 11 | Shannon Cawley | D.N.J. |
| 12 | Cathy Coakley | N.D. Cal. |
| 13 | Sylvia Constantine | D.N.J. |
| 14 | Laurie Cozad* | D.N.J. |
| 15 | Kawana Curry* | D.N.J. |
| 16 | Dixie Daniels | D.N.J. |
| 17 | K.A. DeFalco | D.N.J. |
| 18 | Jacqueline A. Dorney | D.N.J. |
| 19 | Rebecca Duvall | D.N.J. |
| 20 | RoseAnn Earhart* | D.N.J. |
| 21 | Robin Ellers | D.N.J. |
| 22 | AnnaMaria Fabiano | C.D. Cal. |
| 23 | Amber Ferrell-Steele | E.D.P.A. |
| 24 | Amy Ferrera | M.D. Fla. |
| 25 | Kimberly Forshey | D.N.J. |
| 26 | Heather Glidden* | D.N.J. |

| 27 | Cindy Gobler | D.N.J. |
|---|---|---|
| 28 | Bambi Hodge | C.D. Cal. |
| 29 | Melinda Howard* | D.N.J. |
| 30 | Terri Karren | C.D. Cal. |
| 31 | Lisa Kosto | E.D. Mich |
| 32 | Heidi Lee | E.D. PA |
| 33 | Debbie Lenard | D.N.J. |
| 34 | Tammy Lester* | D.N.J. |
| 35 | Leigh Lofgren* | D.N.J. |
| 36 | Charlotte Machado | C.D. Cal. |
| 37 | Margaret Massie | E.D. Mich |
| 38 | Amy McKee | D.N.J. |
| 39 | Fran McNeill | D.N.J. |
| 40 | Julia Musall* | D.N.J. |
| 41 | Ellen Newman | E.D.P.A. |
| 42 | Kimberly Nichols* | D.N.J. |
| 43 | Claudia Ochoa* | D.N.J. |
| 44 | Lynn Owens* | D.N.J. |
| 45 | April Piepenburg | D.N.J. |
| 46 | Tammi Poling | D.N.J. |
| 47 | B.E. Rivkind | E.D.P.A. |
| 48 | Kelli Russell | M.D. Fla. |
| 49 | Kaylann Ryan | E.D. Mich. |
| 50 | Beth Samenus | D.N.J. |
| 51 | Andrea Shiock* | D.N.J. |
| 52 | Jill Smith | D.N.J. |
| 53 | Diane Smyth* | D.N.J. |
| 54 | Laura Sullivan | D.N.J. |
| 55 | Pamela Thornton | C.D. Cal. |
| 56 | Pansy Tully* | D.N.J. |
| 57 | Francine Wagner | C.D. Cal. |

| | | |
|---|---|---|
| 58 | Joann Wagner* | D.N.J. |
| 59 | Rhonda Way* | D.N.J. |
| 60 | Francis Weber | D.N.J. |
| 61 | Louise Womack | D.N.J. |
| 62 | Mary (Liza) Yowell* | D.N.J. |
| 63 | Dana Zettlemoyer | M.D. Tenn. |

* New Named Plaintiffs