**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : Case No. 2:19-md-02921 (BRM)(JAD)<br>: MDL NO. 2921<br>:<br>: JUDGE BRIAN R. MARTINOTTI<br>: JUDGE JOSEPH A. DICKSON |

**THIS DOCUMENT RELATES TO: ALL CASES**

### CASE MANAGEMENT ORDER #19

These matters having been transferred to this Court by order of the Judicial Panel on Multidistrict Litigation pursuant to its order of December 18, 2019, meriting special attention as complex litigation, the Court having entered its Initial Case Management Order (ECF No. 13) on January 7, 2020, setting forth the Court's parameters and expectations of counsel during the course of this litigation, Defendants having filed motions to dismiss ("Motions") (ECF No. 171), Plaintiffs having filed oppositions (ECF Nos. 216, 219, & 220), and Defendants having filed replies (ECF Nos. 236, 237, & 238), and the Motions being ripe for adjudication,

**IT IS** on this 13th day of November 2020,

**ORDERED:**

1. The case management conference scheduled for December 14, 2020, is converted to an oral argument on the Motions.

2. The following time limits apply:

   a. For the Motion to Dismiss Plaintiffs' Master Personal Injury Complaint and Consolidated Class Action Complaint on Preemption Grounds (ECF No. 171-1):

1

    i. Defendants have 20 minutes to argue the motion;

    ii. Plaintiffs have 15 minutes in opposition; and

    iii. Defendants have 5 minutes to respond.

  b. For the Motion to Strike/Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint (ECF No. 171-2):

    i. Defendants have 15 minutes to argue the motion;

    ii. Plaintiffs have 10 minutes in opposition; and

    iii. Defendants have 5 minutes to respond.

  c. For the Motion to Dismiss Plaintiffs' Master Personal Injury Complaint Pursuant to Fed. R. Civ. P. 8(a), 9(b), and 12(b)(6) (Non-Preemption Issues):

    i. Defendants have 20 minutes to argue the motion;

    ii. Plaintiffs have 15 minutes in opposition; and

    iii. Defendants have 5 minutes to respond.

3. Counsel shall file a letter to the master docket by noon on December 9, 2020, providing the Court with the names and email addresses of all anticipated attendees.

4. Any case management issues will be addressed following oral argument on the Motions.

                */s/Brian R. Martinotti*
                **BRIAN R. MARTINOTTI**
                **UNITED STATES DISTRICT JUDGE**