Joseph A. Dickson, U.S.M.J. (Ret.)
Amanda L. Miceli
**CHIESA SHAHINIAN & GIANTOMASI PC**
One Boland Drive
West Orange, NJ 07052
(973) 325-1500
*Appointed Special Master*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

---------------------------------------------------------X
IN RE: ALLERGAN BIOCELL TEXTURED
BREAST IMPLANT PRODUCTS
LIABILITY LITIGATION

**SPECIAL MASTER CASE**
**MANAGEMENT ORDER 1**

Civil Action No.: 2:19-md-02921(BRM)(ESK)

---------------------------------------------------------X

**THIS MATTER** comes before the Special Master as a result of the off-record conference held on April 26, 2021, wherein the parties discussed the status of discovery and related issues pertaining to the continuation of discovery in this matter, and for good cause shown; and

**WHEREAS,** by way of order dated April 21, 2021, the Honorable Brian R. Martinotti, U.S.D.J., ordered the appointment of a special master to oversee, among other things, discovery scheduling and disputes in this matter;

**WHEREAS,** on April 26, 2021, the parties appeared for a conference before the Special Master to address the status of discovery and any issues pertaining to same;

**WHEREAS,** the parties have advised that prior to a formal scheduling order being filed in this matter, they will meet and confer to address outstanding discovery and the relevance of certain discovery requests in light of the Court's recent Opinion and Order on Defendants' motion to dismiss (ECF Nos. 283, 284);

**IT IS** on this 5th day of May, 2021;

**ORDERED** that the parties may begin non-party discovery in this matter; and

**IT IS FURTHER ORDERED** that the parties shall continue to meet and confer regarding ESI, specifically with reference to the issues of custodians and search terms; and

**IT IS FURTHER ORDERED** that the parties shall provide the Special Master with a proposed due date for responses to the requests for production served by Plaintiff on or before May 27, 2021; and

**IT IS FURTHER ORDERED** that the parties shall appear for the next conference before the Special Master, via Zoom, on May 27, 2021 at 12:00 p.m.

                                        */s Joseph A. Dickson*
                                 Joseph A. Dickson, U.S.M.J. (Ret.)
                                 Special Master