UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

---------------------------------------------------------------
                                                                  :    Civil Action No. 21-md-2921
In Re: MDL2921                                                    :
                                                                  :
---------------------------------------------------------------        ORDER

This matter having been opened by the Court on its own motion; and the Court being further advised that various Complaints have been filed in the "Master Case" in error; and the Court wishing to correct the docket, and for good cause appearing;

IT IS ON THIS __20th__ DAY OF __July__ 2021;

ORDERED that pursuant to LCivR 5.2 and this District's Electronic Filing Procedures, the Clerk of the Court shall remove the following docket entries as the Complaints were filed as new cases:

[314] COMPLAINT filed by filed by Lila Land (New Case No. 21-cv-13868)
[315] COMPLAINT filed by filed by Patricia Aguilar (New Case No. 21-cv-13869)
[316] COMPLAINT filed by Thelma Ibarra (New Case No. 21-cv-13870)
[317] COMPLAINT filed by Michelle Lutz (New Case No. 21-cv-13871)
[318] COMPLAINT filed by Angela Petersen (New Case No. 21-cv-13872)
[319] COMPLAINT filed by Charlene Cole (New Case No. 21-cv-13873)
[320] COMPLAINT filed by Cynthia Nicol Liu (New Case No. 21-cv-13874)
[321] COMPLAINT filed by Linda Peaco-Mason (New Case No. 21-cv-13875)
[322] COMPLAINT filed by Kim Frederick (New Case No. 21-cv-13876)
[323] COMPLAINT filed by Sylvia Quijano Martinez (New Case No. 21-cv-13877)
[324] COMPLAINT filed by Shelby Turner (New Case No. 21-cv-13878)
[325] COMPLAINT filed by Nancene Dieck (New Case No. 21-cv-13879)
[326] COMPLAINT filed by Dana Pizzuto (New Case No. 21-cv-13880)
[327] COMPLAINT filed by Delores Loyd (New Case No. 21-cv-13881)
[328] COMPLAINT filed by Cindy Clement (New Case No. 21-cv-13882)
[329] COMPLAINT filed by Holly Kangas (New Case No. 21-cv-13883)
[330] COMPLAINT filed by Deborah Summa (New Case No. 21-cv-13884)
[331] COMPLAINT filed by Darlene West (New Case No. 21-cv-13885)
[332] COMPLAINT filed by Fran McGuire (New Case No. 21-cv-13886)
[333] COMPLAINT filed by Yolanda SANCHEZ (New Case No. 21-cv-13887)
[334] COMPLAINT filed by Tanya Welstad (New Case No. 21-cv-13888)
[335] COMPLAINT filed by Lakisha Hodge (New Case No. 21-cv-13889)
[336] COMPLAINT filed by Charmaine Jankowski (New Case No. 21-cv-13890)
[337] COMPLAINT filed by Irasema Castaneda (New Case No. 21-cv-13891)

[338] COMPLAINT  filed by Lynne Roose (New Case No. 21-cv-13893)
[339] COMPLAINT  filed by Jennifer McCormick (New Case No. 21-cv-13895)
[340] COMPLAINT  filed by Murrel Callaway (New Case No. 21-cv-13896)
[341] COMPLAINT  filed by Viola Klype (New Case No. 21-cv-13897)

                *s/Brian M. Martinotti*
            BRIAN R. MARTINOTTI, U.S.D.J.