**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHAMBERS OF<br>EDWARD S. KIEL<br>UNITED STATES MAGISTRATE JUDGE | FRANK R. LAUTENBERG U.S. POST<br>OFFICE & COURTHOUSE BUILDING<br>2 FEDERAL SQUARE<br>NEWARK, NJ 07102<br>973-645-6121 |

January 17, 2024

Stockholm District Court, Department 4
Email address: stockholms.tingsratt.avdelning4@dom.se

    RE:  *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*
           Case No.: 2:19–md–02921–BRM–ESK

To whom it may concern:

In response to your recent correspondence, which I have attached for your reference, please be advised of the following.

**As to whether the request for a hearing to obtain the testimony of Dr. Heden remains in effect, even though Dr. Heden no longer has access to the requested documents:** The parties wish to proceed with Dr. Heden's deposition. Therefore, the request for a hearing to obtain testimony from Dr. Heden remains. The parties await instructions from the Stockholm District Court on how they should proceed to obtain that testimony from Dr. Heden.

We thank you for your efforts in assisting the United States District Court for the District of New Jersey in this matter.

                                      Sincerely,

                                      */s/ Edward S. Kiel*
                                      Edward S. Kiel
                                      United States Magistrate Judge



# Government Offices of Sweden

15 December 2023
JuBC2023/00459

**Ministry of Justice Sweden**
Division for Criminal Cases and
International Judicial Co-operation
Central Authority
Desk Officer Maria Walter
ju.birs@gov.se

The Honorable Judge Edward S Kiel
United States District Court
District of New Jersey
U.S Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102
USA

## Regarding your request for legal assistance in a civil matter

*Your ref.no 2:19-md-02921 / MDL No.2921*

Dear Honorable Judge Edward S. Kiel,

As stated in our previous letter dated 11 August 2023 your request has been forwarded to Stockholms District Court. The Court has some additional questions regarding your request, see attached letter.

Please note that the District Court kinly awaits a response from you **no later than 26 January 2024**.

Please contact the District Court directly by e-mail or phone in all further communication:

Stockholms District Court
Stockholms.tingsratt.avdelning4@dom.se
+46 8 561 65 410

Yours faithfully,

Maria Walter

Telephone: +46 8 405 10 00
Fax: +46 8 20 27 34
Web: www.regeringen.se

Postal address: SE 103 33 Stockholm
Visitors' address: Jakobsgatan 24
Email: ju.birs@gov.se

**STOCKHOLMS TINGSRÄTT**
*STOCKHOLM DISTRICT COURT*
Avdelning 4
*(Department 4)*

Date: 2023-12-01

Aktbilaga 10
*(File appendix)*
Mål nr T 11099-23
*(Case no. T 11099-23)*

The Honorable Judge Edward S. Kiel through
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102
U.S.A.

Justitiedepartementet
Enheten för brottmålsärenden
och internationellt rättsligt
samarbete
BIRS
103 33 Stockholm

JUSTITIEDEPARTEMENTET
H2   BIRS
Ink  2023 -12- 0 6
Dnr. Ju/BC 2023/00459

*Your case number*
2:19-md-02921

**Dear Judge Edward S. Kiel,**

The Stockholm District Court ("the District Court") hereby returns to the United States District Court for the District of New Jersey ("the Requesting Court") regarding the request for international judicial assistance to obtain testimony from Per Göran Hedén (Dr. Hedén) pursuant to the Hague Convention of 18 March 1970 from MDL No. 2921 Plaintiffs. The District Court would like to inform the Requesting Court of the following:

On October 11, 2023, the District Court issued an order against Dr. Hedén to submit a statement on the Requesting Court's order to provide documents and electronically stored information for inspection according to *Schedule A*. Dr. Hedén responded to the order on November 3, 2023 according to the attached appendix. In his reply, Dr. Hedén states that he has terminated his employment with the Akademikliniken more than two years ago and that he no longer has access to the requested documents.

Considering Dr. Hedén's response, the District Court is seeking an answer to how the Requesting Court wishes the case to proceed. Does the request for a hearing to obtain testimony from Dr. Hedén, at the district court, remain?

The District Court kindly awaits a response form you **no later than 26 January 2024**. If no response is received within that time, the District Court will consider that some action is not requested and may dismiss the case.

The District Court is looking forward to hearing from you.

Sincerely,

Maria Ulfsdotter Klang, Senior Judge
+ 468 561 65 373 | maria.ulfsdotterklang@dom.se

Attached appendix: file no 9

Sida 1 (av 1)

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

| Besöksadress | Öppettider | Postadress | E-post |
|---|---|---|---|
| Scheelegatan 7 | måndag–fredag | Box 8307 | stockholms.tingsratt.avdelning4@dom.se |
| **Telefon** | 08:00–16:00 | 104 20 Stockholm | **Webbplats** |
| 08-561 654 10 | | | www.stockholmstingsratt.se |

Dok.Id 2795259



*Beauty Through Science
by Per Hedén*

STOCKHOLMS TINGSRÄTT
STOCKHOLM DISTRICT COURT
Division 4 2023-11-13
MÅLNR: T 11099-23
RECEIVED 03.11.2023
CASE NO.: T 11099-23
ENCLOSURE: 8

Stockholm, 3 January 2023

STOCKHOLM DISTRICT COURT

### Re: Case number T11099-23

The undersigned has been in contact with the district court regarding the submission of oral statements/evidence. The undersigned has also received documents containing requests to submit diverse documentation. The undersigned has attempted to contact the district court by telephone to clarify certain issues, but without success. Hence this statement instead:

The undersigned terminated their employment with Akademikliniken more than two years ago. Hence the undersigned no longer has access to medical records and other documents related to patient care. The publication referred to in this case relates to the fact that Akademikliniken's surgeons (between 8 and 10 individuals at any given time during the period in question) used a large quantity of Allergen's Biocell implant and also previously published articles concerning this. Moreover, the undersigned has written a large number of book chapters and held a large number of courses for international surgeons concerning these so-called implants. The undersigned has also developed several techniques to optimise the use of these implants. However, the undersigned no longer possesses any documents of relevance to the publication that the District Court wishes to send.

Yours faithfully,
Per Hedén

(Signature)

Per Hedén
MD, PhD
Associate Professor in Plastic Surgery,
Akademikliniken /and Art Clinic Sophiahemmet
Region Stockholm Kombicakod 00145 001 253

PER HEDÈN
SOPHIAHEMMET ART CLINIC
Valhallavägen 91, House G, 114 28 STOCKHOLM
SWEDEN

Private or Emergency Calls: +46 707 31 51 31

The original document is signed electronically.