Joseph A. Dickson, U.S.M.J. (Ret.)
Brittany Manna
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500
*Appointed Special Master*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION** | MDL No. 2921<br>Civil Action No.: 2:19-md-2921 (BRM)(ESK) |
| This Order Relates to All Actions, including:<br><br>***In re Allergan Biocell Textured Breast Implant Product Liability Litigation*, MCL No. 634** | **SPECIAL MASTER CASE MANAGEMENT ORDER NO. 34** |

**THIS MATTER** having come before the Special Master and the MCL Court on January 9, 2024, wherein the parties discussed the status of the production of documents and any issues pertaining to same, and the courts having considered the parties' joint agenda letter dated January 5, 2024;

**IT IS** on this 22nd day of January, 2024,

**ORDERED** that:

1. The parties shall complete written discovery, including but not limited to all document production, by June 30, 2024.

1

**SO ORDERED.**

/s/ *Joseph A. Dickson*
Hon. Joseph A. Dickson, U.S.M.J. (Ret.)
Special Master


/s/ *Gregg A. Padovano*
Hon. Gregg A. Padovano, J.S.C.

Date: January 22, 2024