UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY** | MDL No. 2921<br>Civil Action No.: 2:19-md-2921 (BRM)(ESK) |
| This Order Relates to All Actions:<br>*In re Allergan Biocell Textured Breast Implant Product Liability Litigation*, MCL No. 634 | |

**THIS MATTER** having come before the Special Master and the MCL Court on March 5, 2024, wherein the parties discussed the items set forth in the parties' joint agenda letter dated March 1, 2024;

**IT IS** on this 19th day of March, 2024,

**ORDERED** that:

1. Discovery conferences will take place on the following dates:

   - July 9, 2024, at 2:00 PM EST;
   - August 6, 2024, at 2:00 PM EST;
   - September 12, 2024, at 2:00 PM EST;
   - October 8, 2024, at 2:00 PM EST;
   - November 12, 2024, at 2:00 PM EST;
   - December 10, 2024, at 2:00 PM EST.

**SO ORDERED.**

/s/ *Joseph A. Dickson*
Hon. Joseph A. Dickson, U.S.M.J. (Ret.)
Special Master

/s/ *Gregg A. Padovano*
Hon. Gregg A. Padovano, J.S.C.

Date: March 19, 2024