
**Government Offices of Sweden**

27 February 2024
JuBC2023/00459

**Ministry of Justice Sweden**
Division for Criminal Cases and
International Judicial Co-operation
Central Authority
Desk Officer Maria Walter
ju.birs@gov.se

The Honorable Judge Edward S. Kiel
United States District Court for the
District of New Jersey
U.S Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102
USA

## Regarding your request for legal assistance in a civil matter

*Your ref.no 2:19-md-02921 /MDL No.2921*

Dear Honorable Judge Edward S. Kiel,

Please find attached a letter from Stockholm District Court with information regarding the upcoming hearing and an additional question.

Please contact the District Court directly by e-mail or phone in all further communication:

Stockholms District Court
Stockholms.tingsratt.avdelning4@dom.se
+46 8 561 65 410

Yours faithfully,

Maria Walter

Telephone: +46 8 405 10 00
Fax: +46 8 20 27 34
Web: www.regeringen.se

Postal address: SE 103 33 Stockholm
Visitors' address: Jakobsgatan 24
Email: ju.birs@gov.se

| | |
|---|---|
| STOCKHOLMS TINGSRÄTT<br>STOCKHOLM DISTRICT COURT<br>Avdelning 4<br>(Department 4) | Date: 2024-02-22     Aktbilaga 17<br>(*File Appendix*)<br>Mål nr T 11099-23<br>(*Case no. T 11099-23*) |

The Honorable Judge Edward S. Kiel through
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102,
U.S.A.

Justitiedepartementet
Enheten för brottmålsärenden
och internationellt rättsligt
samarbete
BIRS
103 33 Stockholm

*Your case number*
2:19-md-02921

```
JUSTITIEDEPARTEMENTET
H2    BIRS    14
Ink   2024 -02- 2 3
Dnr. Ju / BC 2023/00459
```

**Dear Judge Edward S. Kiel,**

In response to your latest letter, confirming that the request for a hearing to obtain testimony from Per Göran Hedén (Dr. Hedén) remains, the Stockholm District Court would like to inform the United States District Court for the District of New Jersey ("the Requesting Court") of the following:

- The Stockholm District Court grants the Requesting Court's request for international judicial assistance to obtain testimony from Dr. Hedén pursuant to the Hague Convention of 18 March 1970.

- The hearing for obtaining the testimony from Dr. Hedén will take place on **August 22 and 23 2024,** between 9.00 AM to 4.30 PM Swedish time (UTC +1) in the premises of the Stockholm District Court. Dr. Hedén has been summoned to the hearing accordingly.

- The hearing will be held in accordance with the application by the Requesting Court and meet the requirements set out in section XI, XII, XIII, XIV and XV, ***with one exception,*** that a videographer will not be permitted to attend and participate in the hearing. According to Swedish law, it is forbidden to photograph and film in the court's premises. However, the Stockholm District Court will record the hearing with Dr Hedén via video and audio and provide the Requesting Court with the files afterwards.

Sida 1 (av 2)

Dok.Id 2829507

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

| **Besöksadress** | **Öppettider** | **Postadress** | **E-post** |
|---|---|---|---|
| Scheelegatan 7 | måndag–fredag<br>08:00–16:00 | Box 8307<br>104 20 Stockholm | stockholms.tingsratt.avdelning4@dom.se |
| **Telefon**<br>08-561 654 10 | | | **Webbplats**<br>www.stockholmstingsratt.se |

Finally, the Stockholm District Court would like to ask whether there is any Swedish attorney or representative whom the Requesting Court would like us to summon to the hearing?

The Stockholm District Court is looking forward to hearing from you.

Sincerely,

Maria Ulfsdotter Klang, Senior Judge
+ 468 561 65 373 | maria.ulfsdotterklang@dom.se



Regeringskansliet

Justitiedepartementet
SE-103 33 Stockholm, Sweden

A | PP Sverige, Port Payé
PostNord 20344283
Frankeringsservice

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 APR 16 A 9:54