# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

**Chambers of**
**Leda Dunn Wettre**
United States Magistrate Judge

Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
(973) 645-3574

May 7, 2024

By Email
Stockholm District Court, Department 4
Email address: Stockholms.tingsratt.avdelning4@dom.se

    RE: *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*
    Case No.: 2:19–md–02921 (BRM) (LDW)

To Whom It May Concern:

In response to your recent correspondence dated February 27, 2024, which is attached hereto for your reference, please be advised of the following:

**As to whether there is any Swedish attorney or representative whom the parties or Requesting Court would like the Swedish District Court to summon to the hearing:**

Plaintiffs request the Stockholm Court summon the following local counsel/representatives for the hearing for obtaining the testimony of Dr. Per Heden on August 22 and 23:

    Anders Arthur
    Sara Fall
    Advokats from the firm of:
    TIME DANOWSKY Advokatbyrå AB
    Birger Jarlsgatan 15
    Box 590
    SE-114 11 Stockholm, Sweden
    Phone: +46 8 555 677 00

At this time, Defendants do not request the Stockholm Court to summon local counsel/representatives for the hearing on August 22 and 23. Defendants will notify the Stockholm Court no later than July 22, 2024 (30 days before the hearing), whether any local attorneys/representatives need to be summoned to the hearing by the Stockholm Court.

Furthermore, the parties advise that each will present counsel to question Dr. Per Heden, who have appeared in the Requesting Court.

      We thank you for your efforts in assisting the United States District Court for the District of New Jersey in this matter.

                                       Sincerely,

                                       *s/ Leda Dunn Wettre*
                                       Hon. Leda Dunn Wettre
                                       United States Magistrate Judge

Case 2:19-md-02921-BRM-LDW    Document 479    Filed 05/07/24    Page 2 of 6 PageID: 7975


**Government Offices of Sweden**

27 February 2024
JuBC2023/00459

**Ministry of Justice Sweden**
Division for Criminal Cases and
International Judicial Co-operation
Central Authority
Desk Officer Maria Walter
ju.birs@gov.se

The Honorable Judge Edward S. Kiel
United States District Court for the
District of New Jersey
U.S Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102
USA

## Regarding your request for legal assistance in a civil matter

*Your ref.no 2:19-md-02921 /MDL No.2921*

Dear Honorable Judge Edward S. Kiel,

Please find attached a letter from Stockholm District Court with information regarding the upcoming hearing and an additional question.

Please contact the District Court directly by e-mail or phone in all further communication:

Stockholms District Court
Stockholms.tingsratt.avdelning4@dom.se
+46 8 561 65 410

Yours faithfully,

Maria Walter

Telephone: +46 8 405 10 00
Fax: +46 8 20 27 34
Web: www.regeringen.se

Postal address: SE 103 33 Stockholm
Visitors' address: Jakobsgatan 24
Email: ju.birs@gov.se

| | | |
|---|---|---|
| STOCKHOLMS TINGSRÄTT<br>*STOCKHOLM DISTRICT COURT*<br>Avdelning 4<br>(Department 4) | Date: 2024-02-22 | Aktbilaga 17<br>(*File Appendix*)<br>Mål nr T 11099-23<br>(*Case no. T 11099-23*) |

The Honorable Judge Edward S. Kiel through
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102,
U.S.A.

Justitiedepartementet
Enheten för brottmålsärenden
och internationellt rättsligt
samarbete
BIRS
103 33 Stockholm

JUSTITIEDEPARTEMENTET
H2   BIRS   14
Ink 2024 -02- 23
Dnr. Ju / BC 2023/00459

*Your case number*
*2:19-md-02921*

**Dear Judge Edward S. Kiel,**

In response to your latest letter, confirming that the request for a hearing to obtain testimony from Per Göran Hedén (Dr. Hedén) remains, the Stockholm District Court would like to inform the United States District Court for the District of New Jersey ("the Requesting Court") of the following:

- The Stockholm District Court grants the Requesting Court's request for international judicial assistance to obtain testimony from Dr. Hedén pursuant to the Hague Convention of 18 March 1970.

- The hearing for obtaining the testimony from Dr. Hedén will take place on **August 22 and 23 2024,** between 9.00 AM to 4.30 PM Swedish time (UTC +1) in the premises of the Stockholm District Court. Dr. Hedén has been summoned to the hearing accordingly.

- The hearing will be held in accordance with the application by the Requesting Court and meet the requirements set out in section XI, XII, XIII, XIV and XV, ***with one exception,*** that a videographer will not be permitted to attend and participate in the hearing. According to Swedish law, it is forbidden to photograph and film in the court's premises. However, the Stockholm District Court will record the hearing with Dr Hédén via video and audio and provide the Requesting Court with the files afterwards.

Sida 1 (av 2)

Dok.Id 2829507

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

| Besöksadress | Öppettider | Postadress | E-post |
|---|---|---|---|
| Scheelegatan 7 | måndag–fredag<br>08:00–16:00 | Box 8307<br>104 20 Stockholm | stockholms.tingsratt.avdelning4@dom.se |
| **Telefon**<br>08-561 654 10 | | | **Webbplats**<br>www.stockholmstingsratt.se |

Finally, the Stockholm District Court would like to ask whether there is any Swedish attorney or representative whom the Requesting Court would like us to summon to the hearing?

The Stockholm District Court is looking forward to hearing from you.

Sincerely,

Maria Ulfsdotter Klang, Senior Judge
+ 468 561 65 373 | maria.ulfsdotterklang@dom.se



A   PP Sverige, Port Payé
PostNord 20344283
Frankeringsservice

Regeringskansliet

Justitiedepartementet
SE-103 33 Stockholm, Sweden

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2024 APR 16  A 9:54