UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | : Case No. 2:19-md-02921 (BRM)(LDW)<br>: MDL No. 2921<br>:<br>: JUDGE BRIAN R. MARTINOTTI |
| THIS DOCUMENT RELATES TO ALL CASES | : JUDGE LEDA DUNN WETTRE<br>: |

## CASE MANAGEMENT ORDER NO. 30

**1. MDL Bellwether Selections.**

Case Management Order No. 28 instructs the parties to select the Initial Bellwether Discovery Cases as described in Amended Case Management Order No. 12 by June 1, 2024. That deadline is hereby extended to August 14, 2024. Case Management Order No. 28 also instructs that the parties shall have until October 31, 2024 to complete core discovery in the Initial Bellwether Discovery Cases. That deadline is hereby extended to January 31, 2025.

**SO ORDERED.**

Dated this 16th day of ___May___, 2024.

_____
Hon. Brian R. Martinotti, U.S.D.J.

839589v1