# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

Chambers of
**Leda Dunn Wettre**
United States Magistrate Judge

Martin Luther King Federal Building
& U.S. Courthouse
50 Walnut Street
Newark, NJ 07101
(973) 645-3574

May 7, 2024

By Email
Stockholm District Court, Department 4
Email address: Stockholms.tingsratt.avdelning4@dom.se

RE: *In re Allergan Biocell Textured Breast Implant Products Liability Litigation*
Case No.: 2:19–md–02921 (BRM) (LDW)

To Whom It May Concern:

In response to your recent correspondence dated February 27, 2024, which is attached hereto for your reference, please be advised of the following:

**As to whether there is any Swedish attorney or representative whom the parties or Requesting Court would like the Swedish District Court to summon to the hearing:**

Plaintiffs request the Stockholm Court summon the following local counsel/representatives for the hearing for obtaining the testimony of Dr. Per Heden on August 22 and 23:

> Anders Arthur
> Sara Fall
> Advokats from the firm of:
> TIME DANOWSKY Advokatbyrå AB
> Birger Jarlsgatan 15
> Box 590
> SE-114 11 Stockholm, Sweden
> Phone: +46 8 555 677 00

At this time, Defendants do not request the Stockholm Court to summon local counsel/representatives for the hearing on August 22 and 23. Defendants will notify the Stockholm Court no later than July 22, 2024 (30 days before the hearing), whether any local attorneys/representatives need to be summoned to the hearing by the Stockholm Court.

Furthermore, the parties advise that each will present counsel to question Dr. Per Heden, who have appeared in the Requesting Court.

We thank you for your efforts in assisting the United States District Court for the District of New Jersey in this matter.

Sincerely,

*s/ Leda Dunn Wettre*
Hon. Leda Dunn Wettre
United States Magistrate Judge


**Government Offices of Sweden**

27 February 2024
JuBC2023/00459

**Ministry of Justice Sweden**
Division for Criminal Cases and
International Judicial Co-operation
Central Authority
Desk Officer Maria Walter
ju.birs@gov.se

The Honorable Judge Edward S. Kiel
United States District Court for the
District of New Jersey
U.S Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102
USA

Regarding your request for legal assistance in a civil matter

*Your ref.no 2:19-md-02921 /MDL No.2921*

Dear Honorable Judge Edward S. Kiel,

Please find attached a letter from Stockholm District Court with information regarding the upcoming hearing and an additional question.

Please contact the District Court directly by e-mail or phone in all further communication:

Stockholms District Court
Stockholms.tingsratt.avdelning4@dom.se
+46 8 561 65 410

Yours faithfully,

Maria Walter

Telephone: +46 8 405 10 00
Fax: +46 8 20 27 34
Web: www.regeringen.se

Postal address: SE 103 33 Stockholm
Visitors' address: Jakobsgatan 24
Email: ju.birs@gov.se



STOCKHOLMS TINGSRÄTT
*STOCKHOLM DISTRICT COURT*
Avdelning 4
(Department 4)

Date: 2024-02-22

Aktbilaga 17
(*File Appendix*)
Mål nr T 11099-23
(*Case no. T 11099-23*)

The Honorable Judge Edward S. Kiel through
United States District Court for the
District of New Jersey
U.S. Post Office & Courthouse Building
Two Federal Square
Newark, NJ 07102,
U.S.A.

Justitiedepartementet
Enheten för brottmålsärenden
och internationellt rättsligt
samarbete
BIRS
103 33 Stockholm

*Your case number*
*2:19-md-02921*

JUSTITIEDEPARTEMENTET
H2    BIRS    14
Ink    2024 -02- 2 3
Dnr. Ju / BC 2023/00459

**Dear Judge Edward S. Kiel,**

In response to your latest letter, confirming that the request for a hearing to obtain testimony from Per Göran Hedén (Dr. Hedén) remains, the Stockholm District Court would like to inform the United States District Court for the District of New Jersey ("the Requesting Court") of the following:

- The Stockholm District Court grants the Requesting Court's request for international judicial assistance to obtain testimony from Dr. Hedén pursuant to the Hague Convention of 18 March 1970.

- The hearing for obtaining the testimony from Dr. Hedén will take place on **August 22 and 23 2024**, between 9.00 AM to 4.30 PM Swedish time (UTC +1) in the premises of the Stockholm District Court. Dr. Hedén has been summoned to the hearing accordingly.

- The hearing will be held in accordance with the application by the Requesting Court and meet the requirements set out in section XI, XII, XIII, XIV and XV, *with one exception*, that a videographer will not be permitted to attend and participate in the hearing. According to Swedish law, it is forbidden to photograph and film in the court's premises. However, the Stockholm District Court will record the hearing with Dr Hedén via video and audio and provide the Requesting Court with the files afterwards.

Sida 1 (av 2)

Dok.Id 2829507

Om domstolens behandling av personuppgifter, se www.domstol.se/personuppgifter. Kontakta oss för information på annat sätt.

| Besöksadress | Öppettider | Postadress | E-post |
|---|---|---|---|
| Scheelegatan 7 | måndag–fredag 08:00–16:00 | Box 8307 104 20 Stockholm | stockholms.tingsratt.avdelning4@dom.se |
| Telefon 08-561 654 10 | | | Webbplats www.stockholmstingsratt.se |

STOCKHOLMS TINGSRÄTT                                                                Mål T 11099-23

Finally, the Stockholm District Court would like to ask whether there is any Swedish attorney or representative whom the Requesting Court would like us to summon to the hearing?

The Stockholm District Court is looking forward to hearing from you.

Sincerely,

Maria Ulfsdotter Klang, Senior Judge
+ 468 561 65 373 | maria.ulfsdotterklang@dom.se



Regeringskansliet

Justitiedepartementet
SE-103 33 Stockholm, Sweden

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 APR 16  A 9:54

A  PP  Sverige, Port Payé
PostNord  20344283
Frankeringsservice

**Other Orders/Judgments**
2:19-md-02921-BRM-LDW IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION

MASTER,MDL2921

## U.S. District Court

### District of New Jersey [LIVE]

## Notice of Electronic Filing

The following transaction was entered on 5/7/2024 at 12:05 PM EDT and filed on 5/7/2024

| | |
|---|---|
| **Case Name:** | IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION |
| **Case Number:** | [2:19-md-02921-BRM-LDW](#) |
| **Filer:** | |
| **Document Number:** | [479](#) |

**Docket Text:**
**MDL ORDER -- Letter to Stockholm District Court, Department 4. Signed by Magistrate Judge Leda D. Wettre on 5/7/2024. (sm)**

**2:19-md-02921-BRM-LDW Notice has been electronically mailed to:**

BROWN GREER PLC     docketharvester@browngreer.com, jswoody@browngreer.com, rpetkauskas@browngreer.com

ADAM E. POLK     apolk@girardsharp.com, 3768906420@filings.docketbird.com, avongoetz@girardsharp.com, dsharp@girardsharp.com, mbock@girardsharp.com, ttan@girardsharp.com

ADAM M. SLATER     aslater@mskf.net, cgeddis@mazieslater.com, jslater@mazieslater.com, ltreat@mskf.net, mrm@mazieslater.com, swildman@mazieslater.com, tdickson@mazieslater.com

ALEXANDRA COLELLA     acolella@bernllp.com, alexcolella919@gmail.com, hshoshany@bernllp.com, mcordner@bernllp.com, wsandoval@bernllp.com, yjaramillo@bernllp.com

ALISSA DELRIEGO     adelriego@podhurst.com

ALYSON LOUISE OLIVER     notifications@oliverlawgroup.com

AMANDA BLACKWOOD     ablackwood@monteelawfirm.com

AMANDA SUMMERLIN     asummerlin@taylormartino.com, kali@taylormartino.com, leigh@taylormartino.com

AMANDA LAUREN MICELI     amiceli@csglaw.com, ecf@csglaw.com

AMBER MARIE SEU YIN PANG PARRA     amppp@justinian.com, esmeralda@justinian.com,

pharma@justinian.com

ANDREA L. SAPONE    asapone@wrightmccall.com, cduddy@degarislaw.com

ANDREW GEIGER    aberger@bergerlawnola.com, ageiger@bergerlawnola.com

ANDREW J. SCHWABA    aschwaba@schwabalaw.com, brooke@schwabalaw.com, cporter@schwabalaw.com

ANDREW JACOB VAN ARSDALE    briana@ava.law

ANDY PAYNE    Andy@paynemitchell.com, barbara@paynemitchell.com, cindra@paynemitchell.com, michelle@paynemitchell.com, mirna@paynemitchell.com, stefanie@paynemitchell.com

ARIANA KIENER    akiener@bm.net

ARNOLD NEIL KRISS    akriss@lawkriss.com, pearly@lawkriss.com

ASHLEIGH ELIZABETH RASO    araso@nighgoldenberg.com, mfrenz@nighgoldenberg.com

ASIM M. BADARUZZAMAN    abadaruzzaman@seegerweiss.com, gmaglasang@seegerweiss.com, hsafdar@seegerweiss.com, mkelly@seegerweiss.com, pamin@seegerweiss.com, rbarreca@seegerweiss.com

BECCA TIMMONS    btimmons@levinlaw.com

BLAKE A. SHUART    blake.shuart@huttonlaw.com, brandi.farley@huttonlaw.com, matthew.dwyer@hutonlaw.com, sherri.bowlby@huttonlaw.com

BRADLEY KEITH KING    bking@ahdootwolfson.com, 1946088420@filings.docketbird.com, 3559819420@filings.docketbird.com, filings@ahdootwolfson.com, hliivamagi@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com, rahdoot@ahdootwolfson.com, sunal@ahdootwolfson.com, tmaya@ahdootwolfson.com, twolfson@ahdootwolfson.com

BRIAN BUTLER    bbutler@mezibov.com, dtreadaway@mezibov.com, jnorris@mezibov.com, tball@mezibov.com

BRIAN ALAN PRIM    bprim@primlaw.com

BRIAN J. MCCORMICK , JR    bmccormick@rossfellercasey.com, earend@rossfellercasey.com

BRIAN ORLAND MARTY    marty@sagwlaw.com

Blake Rossi David    blake@broussard-david.com

C. MOZE COWPER    mcowper@cowperlaw.com, lhoff@cowperlaw.com, rmongeon@cowperlaw.com

CAROLINE THOMAS WHITE    cthomas@murray-lawfirm.com, cdimaggio@murray-lawfirm.com

CHARLES E BOYK    cboyk@charlesboyk-law.com, hclere@charlesboyk-law.com

CHARLES JACOB GOWER    jacob@gowerlegal.com

CHLOE SCHULTZ    cjs@wisemorrissey.com, vb@wisemorrissey.com

CHLOE RENEE DEONNA    cdeonna@ahdootwolfson.com, mmontecalvo@ahdootwolfson.com

CHRISTOPHER A. SEEGER    cseeger@seegerweiss.com, abadaruzzaman@seegerweiss.com, hsafdar@seegerweiss.com, rbarreca@seegerweiss.com, scott-siegel-5111@ecf.pacerpro.com, styjer@seegerweiss.com

CHRSTINE CHREIGHTON    christine@spellmanlawfirm.com

CLAIRE E. KREIDER    ckreider@gainsben.com, ddelger@gainsben.com

COLLEEN C. JONES    cjones@cbsclaw.com, sab@cbsclaw.com, sandy@cbsclaw.com

CURTIS BRADLEY MINER    curt@colson.com, claudiav@colson.com, michelle@colson.com

CURTIS BROOKS CUTTER    bcutter@cutterlaw.com, ebell@cutterlaw.com, jdomer@cutterlaw.com, masstorts@cutterlaw.com, masstorts@ecf.courtdrive.com

Casey Shannon Nash    casey@kellyguzzo.com

DANIEL WOODARD    dwoodard@p2law.com, deast@p2law.com, lguevara@p2law.com, mvalenti@p2law.com

DANIEL C. GIRARD    dgirard@girardsharp.com, 5804895420@filings.docketbird.com, avongoetz@girardsharp.com

DANIELLE LEE POMEROY    dpomeroy@shaheengordon.com, cyoungadisa@shaheengordon.com

DAVID E. STANLEY    dstanley@reedsmith.com, maria-carranza823@ecf.pacerpro.com, mariacarranza@reedsmith.com

DAVID PATRICK DEARING    david.dearing@beasleyallen.com, renee.lindsey@beasleyallen.com

DAVID R. BUCHANAN    dbuchanan@seegerweiss.com, sperovich@seegerweiss.com

DAVID RANDOLPH SMITH    drs@drslawfirm.com, cgs@drslawfirm.com, csmith@drslawfirm.com, das@drslawfirm.com, dom@drslawfirm.com, lyon@drslawfirm.com

DAVID T. MATHEWS    tmathews@baileyglasser.com, kcrouch@baileyglasser.com

DENA RACHEL YOUNG    dyoung@bm.net, cmccollum@bm.net, courtmail@bm.net, eguzman@bm.net, emagnus@bm.net

DOMINICK RANDOLPH SMITH    dom@drslawfirm.com, cgs@drslawfirm.com, csmith@drslawfirm.com, drs@drslawfirm.com, lyon@drslawfirm.com

DONALD A. ECKLUND    decklund@carellabyrne.com, 7769272420@filings.docketbird.com

DOROTHY ANTULLIS    dantullis@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, ppuerto@rgrdlaw.com

DOROTHY J. DOHANICS    ddohanics@medmal1.com

DOUGLAS DEWITT SMALL    dsmall@foleyandsmall.com, bpaluzzi@foleyandsmall.com

Dale James Bauman    dbauman@lglaw.com

Daniel W. Isaacs    daniel.isaacs@danwisaacsesq.com

E. MICHELLE DRAKE    emdrake@bm.net, mplsparalegals@bm.net

EDWARD MARCOWITZ    ed@marcowitzlaw.com, amanda@marcowitzlaw.com

EDWARD E KOPKO    office@kopko.law

ELIZABETH ANNE FEGAN    beth@feganscott.com, 1111388420@filings.docketbird.com, info@feganscott.com, wendy@feganscott.com

EMILY MCDANIEL    emcdaniel@hilliard-law.com, lcour@hilliard-law.com, service@hilliard-law.com

FRANK ROCCO SCHIRRIPA    fschirripa@hrsclaw.com

GENEVIEVE M. ZIMMERMAN    gzimmerman@meshbesher.com, hsternquist@meshbesher.com

GEORGE T. WILLIAMSON    gwilliamson@farr.com, akibler@farr.com, jbradsher@farr.com

GERALD GORDON    jerrygordonlaw@aol.com, geraldgordonlaw@aol.com

GREGORY L. BENTLEY , I    gbentley@bentleymore.com, docs@bentleymore.com, evillalpando@bentleymore.com, sgomez@bentleymore.com, sschuetze@bentleymore.com

HARRIS L. MARKS    hmarks@belluckfox.com

HENRY SCHWARTZ , I    henry_schwartz@msn.com

Henry J. Kelston    hkelston@ahdootwolfson.com

IRA STUART SLAVIT    islavit@newyorkinjuries.com

J Christopher Jorgensen    cjorgensen@lewisroca.com

J. NIXON DANIEL , III    jnd@beggslane.com, ch@beggslane.com

JACQUELINE M. ROSA    jrosa@lynchlawyers.com, asantos@lynchlawyers.com, cgerman@lynchlawyers.com

JAMES A MONTEE    monteelaw@outlook.com

JAMES CHRISTOPHER MARTIN    jcmartin@reedsmith.com

JAMES E. CECCHI    jcecchi@carellabyrne.com, mrago@carellabyrne.com, zbower@carellabyrne.com

JAMES J. MCHUGH , JR    ccapouellez@lopezmchugh.com, tdobes@lopezmchugh.com

JANET H. KWUON    jkwuon@reedsmith.com, maria-carranza823@ecf.pacerpro.com

JASOBN W WHITLEY    stischer@amerylaw.com

JASON JOHNSTON    jason.johnston@zimmreed.com, jennifer.galzki@zimmreed.com

JASON WEISFUSE , I    jweisfuse@gmail.com

JASON C. WEBSTER    filing@wvmlaw.com, lguerrero@thewebsterlawfirm.com

JAY J. MASSARO    jmassaro@d2triallaw.com

JEAN SUTTON MARTIN    jeanmartin@forthepeople.com, caden.mccoy@forthepeople.com, jcabezas@forthepeople.com, mrodriguezguerra@forthepeople.com

JEFFREY MARION    hibsgaffer@jeffmarionlaw.com

JEFFREY DAVID DECARLO    jdecarlo@realjustice.com, Kgouthro@realjustice.com, nicole@decarlolaw.com

JEFFREY J. LOWE    jlowe@careydanis.com, amacdonald@careydanis.com, apetrick@careydanis.com

JEFFREY LOUIS HABERMAN    jhaberman@schlesingerlaw.com, aifhylton@schlesingerlaw.com, cara@schlesingerlaw.com, MBarrett@schlesingerlaw.com, scott@schlesingerlaw.com

JEFFREY SCOTT HUMPHREY    scott@humphreylaw.co

JENNIFER FORD    jennifer@jenniferford.lawyer

JENNIFER A. LENZE    jlenze@lenzelawyers.com, torres@lenzelawyers.com

JENNIFER R. SCULLION    jscullion@seegerweiss.com, isachko@seegerweiss.com

JENNY CHUNG    jenny.chung@usdoj.gov

JEREMY A. GOGEL    jeremy@gogellawfirm.com

JESSICA MEEDER    jessica@mayjung.com

JOHN ALBANESE    jalbanese@bm.net

JOHN GRAVANTE , III    j.gravante@mooreandlee.com

JOHN BARTON GOPLERUD    goplerud@sagwlaw.com

JOHN C. ENOCHS    jenochs@morrisbart.com, lgodshall@morrisbart.com

JOHN D. SILEO    jack@johnsileolaw.com, amanda@johnsileolaw.com, casey@johnsileolaw.com, noele@johnsileolaw.com, tana@johnsileolaw.com

JOHN F. FOLEY    jfoley@simmonsfirm.com, cgibbons@simmonsfirm.com, pharmafilings@simmonsfirm.com

JOHN QUIN KERRIGAN , I    jkerrigan@bm.net, courtmail@bm.net

JOHN T. MURRAY    john@lesliemurraylaw.com

JONATHAN SHUB    ecf@shublawyers.com, 8112194420@filings.docketbird.com

JONATHAN C OSTER    joster@oster-law.net

JONATHAN F. DONATH    jfd@spsk.com, me@spsk.com, sab@spsk.com

JORDAN W ADAM    jadam@fraserstryker.com

JOSEPH A. DICKSON   jadickson@csglaw.com

JOSEPH BRYCE KENNEY   jbk@sstriallawyers.com

JOSEPH F SULLIVAN   joseph.sullivan@sullivanbrill.com

JOSHUA M MANKOFF   jmankoff@faraci.com

JOSHUA M. MANKOFF   jmankoff@lopezmchugh.com, OAlvarez@lopezmchugh.com, tdobes@lopezmchugh.com

JULIE LAMKIN   jlamkin@jeffreysglassman.com

JULIE BRAMAN KANE   julie@colson.com, b.cancela@colson.com, CopyCenter@colson.com, eleni@colson.com

Jarrod W. Smith   jarrodsmithlaw@gmail.com

Jeffrey Laurence Osterwise   josterwise@bm.net

Jennifer Andreevski   jandreevski@baklawlv.com

John David Hurst   jhurst@motelyrice.com

John McCanne Sanford   smontgomery@abbeylaw.com

Joseph B. Simons   joe@jbsimonslaw.com

KATHERINE D'AUNNO BUCHANAN   kbuchanan@hilliard-law.com

KRISTINA MARIE GEORGIOU   kgesq1@gmail.com

KYLE QUACKENBUSH   kquackenbush@girardsharp.com, 9520737420@filings.docketbird.com, avongoetz@girardsharp.com

KYLE W. NELSON   knelson@goetzlawfirm.com, htesar@goetzlawfirm.com, mquinto@goetzlawfirm.com

Kyle Edward Murphy   kyle@murphykinney.com

LARRY D. HELVEY   lhelvey@helveylaw.com, helveylaw.legalassistant@gmail.com

LAURA DALY   ldaly@swartzlaw.com

LAURA FITZPATRICK   lfitzpatrick@simmonsfirm.com, kdunnagan@simmonsfirm.com

LAUREN GONZALES   lauren@hmglawfirm.com, ebeeson@hmglawfirm.com, hmgservice@hmglawfirm.com, kderks@hmglawfirm.com, rvander-plaats@hmglawfirm.com

LOGAN MARIAH TODD   logan.wood@thomaslawoffices.com

LORI G. KIER   lgk@sstriallawyers.com

LORI R KOCH   lkoch@grlawstl.com

LOUIS B CRISTO    lcristo@trevettcristo.com

MARK P ROBINSON , Jr    mrobinson@robinsonfirm.com, banderson@robinsonfirm.com, ctakanabe@robinsonfirm.com, jcollins@robinsonfirm.com, kkaravatos@robinsonfirm.com, kwaller@robinsonfirm.com, lrazmara@robinsonfirm.com

MARK S. MORGAN    mmorgan@daypitney.com

MARK S. WILLIAMS    mark@wmslaw.com

MARY JANE BASS    mjb@beggslane.com, djd@beggslane.com

MATTHEW D. SCHELKOPF    mds@sstriallawyers.com, jgs@sstriallawyers.com

MATTHEW P WEINSHALL    mweinshall@podhurst.com

MATTHEW PALMER LAMBERT    PLambert@pbclawfirm.com, lstevens@pbclawfirm.com

MATTHEW PAUL MASSEY    mpm@beggslane.com

MATTHEW ROSS MENDELSOHN    mrm@mazieslater.com, dduhamel@mazieslater.com

MEGAN M MCBRIDE    mmcbride@mcbrideesq.com, mmcbride@cowperlaw.com

MELISSA A. GEIST    mgeist@reedsmith.com, alusas@reedsmith.com, docketingecf@reedsmith.com, jalopez@reedsmith.com, koviedo@reedsmith.com, melissa-geist-7572@ecf.pacerpro.com, reed-smith-2312@ecf.pacerpro.com, TPatterson@ReedSmith.com

MICHAEL GHOZLAND    michael@ghozlandlawfirm.com, melissa@ghozlandlawfirm.com

MICHAEL D BELL    jschwandt@gallonlaw.com, mwiltshire@gallonlaw.com

MICHAEL D. CASSELL    mcassell@hogancassell.com

MICHAEL SCOTT KATZ    mkatz@lopezmchugh.com

MICHAEL T. GALLAGHER    shawnaf@gld-law.com, mike@gld-law.com

MICHELLE MARVEL    mmarvel@bflawfirm.com, npatterson@bflawfirm.com

MICHELLE POINTS , I    mpoints@pointslaw.com

MILDRED SEGURA    msegura@reedsmith.com, pcarr@reedsmith.com

MITCHELL MARK BREIT    mbreit@milberg.com, cbryant@ecf.courtdrive.com, cbryant@milberg.com, dholt@milberg.com, MBreit@ecf.courtdrive.com

Marc A Karlin    mkarlin@karlaw.com

Matthew L Dameron    matt@williamsdirks.com, bstrickland@williamsdirks.com, cflores@williamsdirks.com

Maxwell Douglas Kinman    max@AWKLegal.com

NANCY A. MISMASH    nmismash@3law.com

NATASHA SANTIAGO CORTES    nsa@grossmanroth.com, lb@grossmanroth.com, tnw@grossmanroth.com

NICHOLAS RYAN ROCKFORTE    nrockforte@pbclawfirm.com

NICOLLE B BRITO    nbrito@rgrdlaw.com, e_file_fl@rgrdlaw.com, e_file_sd@rgrdlaw.com, ppuerto@rgrdlaw.com

NOEL ELAINE GARCIA    noel@blackhawklitigation.com

Noel Elaine Garcia    ngarcia@cowperlaw.com

P. Terrence Gaffney    tg@thelslg.com

PAMELA A. BORGESS    pborgess@borgesslaw.com, ebrogan@borgesslaw.com, tschneider@borgesslaw.com

PATRICK HALLIDAY    patrick@hallidaylegal.com

PATRICK M REGAN    pregan@reganfirm.com, ekerns@reganfirm.com, elagan@reganfirm.com

PAULA S. BLISS    paula@justicelc.com, mary@justicelc.com

PETER PRIETO    pprieto@podhurst.com, aturk@podhurst.com, iyarzabal@podhurst.com

PETER LAWRENCE KAUFMAN    kaufman@psblaw.com, aranda@psblaw.com, lam@psblaw.com

R. EDWARD MURPHY    edmurphy@remurphylaw.com

RACHEL SOFFIN    rsoffin@milberg.com, cbryant@ecf.courtdrive.com, cbryant@milberg.com, dholt@milberg.com, kwelch@milberg.com, rsoffin@ecf.courtdrive.com

RACHEL WAGNER FURST    rachel@maderalbyrne.com, sdp@grossmanroth.com

RAVI KISHAN SANGISETTY    rks@sangisettylaw.com

REBECCA FREDONA    rebeccafredona@yahoo.com

ROBERT HILLIARD    service@hilliard-law.com, kderks@hilliard-law.com, lcour@hilliard-law.com

ROBERT A BRACKEN    rab@thebrackenlawfirm.com

ROBERT G. GERMANY    bob@bobgermanylaw.com, lhobson@pgrwlaw.com

ROBERT T NAUMES , JR    bnaumes@jeffreysglassman.com

RUSSELL D. PAUL    rpaul@bm.net, courtmail@bm.net, cwolfinger@bm.net, dfilbert@bm.net, dgiovanetti@bm.net

RYAN JOSEPH MCGEE    rmcgee@forthepeople.com, acarbone@forthepeople.com, jcabezas@forthepeople.com

Randolph Gaw    rgaw@gawpoe.com

Robert E. Daidone    daidoner57@msn.com

SARA CASTRO POTTS     scastro@castropotts.com, kleas@castropotts.com, sbates@castropotts.com

SARAH HANSEL (do not use)     shansel@motleyrice.com, bmcbride@motleyrice.com, hfonseca@motleyrice.com, mquirk@motleyrice.com

SHANA EVE RUSSO     srusso@reedsmith.com, alusas@reedsmith.com, reed-smith-2312@ecf.pacerpro.com, shana-russo-2023@ecf.pacerpro.com

SHANON J CARSON     scarson@bm.net, cmccollum@bm.net, emagnus@bm.net

SONJA STENGER WEISSMAN     sweissman@reedsmith.com

SOPHIA RIOS     srios@bm.net

STEPHEN SKINNER     sskinner@skinnerfirm.com, 6371733420@filings.docketbird.com, craze@skinnerfirm.com

STEVEN L. WITTELS     slw@wittelslaw.com, edr@wittelslaw.com, jbm@wittelslaw.com, jlh@wittelslaw.com, sdc@wittelslaw.com, sjr@wittelslaw.com, tpalikovic@wittelslaw.com

Steven L. Marchbanks     steve@premierlegalcenter.com

TARA KIRSTEN KING     tking@wagstafflawfirm.com, Elinden@wagstafflawfirm.com, mmazza@wagstafflawfirm.com, pmaestas@wagstafflawfirm.com

TERESA A. CURTIN     tcurtin@weitzlux.com

TESSA GAYLE CUNEO     tcuneo@askllp.com, bpeterson@askllp.com, mcassidy@askllp.com

THOMAS DISCON     tdiscon@disconlawfirm.com, cdiscon@disconlawfirm.com, cmitchell@disconlawfirm.com, ndabdoub@disconlawfirm.com, sdiscon@disconlawfirm.com, smistric@disconlawfirm.com

THOMAS CHRISTOPHER PINEDO     CPinedo@Hilliard-Law.com, asmith@hilliard-law.com, sanderson@hilliard-law.com, smellert@hilliard-law.com

THOMAS J. LECH     tlech@ghalaw.com, calthardt@ghalaw.com, whitney@ghalaw.com

THOMAS P. VALET     tvalet@rapplaw.com, jvtv83@aol.com

THOMAS ROE FRAZER , II     roe@frazer.law, angela@frazer.law, grant@frazer.law, mac@frazer.law, trey@frazer.law

TIASHA PALIKOVIC     tpalikovic@wittelslaw.com

TIMOTHY IGNATIUS DUFFY     tid@spsk.com, me@spsk.com

TIMOTHY R TYLER     ttyler@tylerlawchicago.com

TROY F. TATTING     troy@westrikeback.com

Thien An Vinh Truong     atruong@simmonsfirm.com, ClassDocketing@ecf.courtdrive.com, kdunnagan@simmonsfirm.com

Tina Wolfson     twolfson@ahdootwolfson.com

VICTOR MENG     vmeng@gawpoc.com

VIRGINIA M BUCHANAN     vbuchanan@levinlaw.com, stouchstone@levinlaw.com

WALTER KELLEY     wkelley@realjustice.com

WESLEY D MERILLAT     Wesley.Merillat@BeasleyAllen.com, hclere@charlesboyk-law.com

WILLIAM DOYLE     wdoyle@doylelawgroup.com

WILLIAM S. STAPLES     wsstaples@stanleylaw.com, shawn-staples-7411@ecf.pacerpro.com, vcardenas@stanleylaw.com

ZACHARY MICHAEL VAUGHAN     zvaughan@bm.net

**2:19-md-02921-BRM-LDW Notice has been sent by regular U.S. Mail:**

ABBY RESNICK-PARIGIAN
WILENTZ, GOLDMAN & SPITZER, PC
90 WOODBRIDGE CENTER DRIVE
PO BOX 10
WOODBRIDGE, NJ 07095

Allegra Patrice Rineer
Bentley and More LLP
4931 Birch Street
Newport Beach, CA 92660

Amanda Deanne McGee
Lenze Lawyers PLC
1300 Highland Avenue Suite 207
Manhattan Beach, CA 90266

Amber Griffin Shaw
HARRIS SHELTON HANOVER WALSH, PLLC
114 W. Liberty Ave
Ste 202
Covington, TN 38019

Antonio Le Mon , I
Antonio Le Mon, Attorney at Law
Courthouse Square
321 N. Vermont St.
Suite 104
Covington, LA 70433

Brandon McCaull Bohlman
SHINDLER, ANDERSON, GOPLERUD & WEESE PC
5015 GRAND RIDGE DRIVE
SUITE 100
WEST DES MOINES, IA 50265

Brian J Panish
Panish Shea and Boyle LLP
11111 Santa Monica Boulevard Suite 700
Los Angeles, CA 90025

CHRISTOPHER ALAN SICA
COUNSEL NOT ADMITTED TO USDC-NJ BAR
ROME CLIFFORD KATZ & KOEMER LLP
CT
214 MAIN STREET
HARTFORD, CT 06106

David J. Selingo
Law Offices of David J Selingo
345 Market St
Kingston, PA 18704

Eric L. Dirks
WILLIAMS DIRKS, LLC
1100 Main St.
Suite 2600
Kansas City, MO 64105

Gregory L Bentley
Bentley and More LLP
4931 Birch Street
Newport Beach, CA 92660

Henry Nathan Bellamy
Law Office of Jose S. Canseco
82355 Highway 25 Ste A
Folsom, LA 70437

Henry R. Schwartz , I
Henry Schwartz, ESQ.
32 Court Street
Ste 908
New York, NY 11201

J. Burkett McInturff
Law Offices of Steven L. Wittels, P.C.
18 Half Mile Road
Armonk, NY 10504

JAMES NIXON DANIEL
BEGGS & LANE RLLP - PENSACOLA FL
501 COMMENDENCIA ST
PENSACOLA, FL 32502

James R. Raines
Breazeale, Sachse & Wilson- B.R.
P.O. Box 3197
One American Place, 23rd Floor

Baton Rouge, LA 70821-3197

John Patrick Connick
Law Office of J. Patrick Connick, LLC
5201 Westbank Expy
Ste 315
Marrero, LA 70072

Jonathan Pedersen
Howard & Reed (New Orleans)
839 St. Charles Ave.
Suite 306
New Orleans, LA 70130

Jordan W. Adam
Fraser Stryker PC LLO-Omaha
409 South 17th Street
Energy Plaza
Suite 500
Omaha, NE 68102-2663

Keith S. Dubanevich
Stoll Stoll Berne Lokting & Shlachter P.C.
209 SW Oak Street
Suite 500
Portland, OR 97204

Kevin R Duck
Duck Law Firm
5040 Ambassador Caffery Pkwy Ste 200
Lafayette, LA 70508

Logan Mariah Wood
Thomas Law Offices, PLLC - KY
9418 Norton Commons Boulevard
Suite 200
Prospect, KY 40059

Luke A Baumstark
THE BAUMSTARK FIRM, LLC
815 Geyer Avenue
St. Louis, MO 63104

Matthew Andrew Nace
PAULSON & NACE, PLLC
1025 Thomas Jefferson Street, NW
Suite 810
Washington, DC 20007

Nicholas Barthel
Kazerouni Law Group APC
245 Fischer Avenue Suite D1
Costa Mesa, CA 92626

PAUL D. RHEINGOLD
COUNSEL NOT ADMITTED TO USDC-NJ BAR
RHEINGOLD, VALET, RHEINGOLD, SHKOLNIK & MCCARTNEY, LLP
113 E. 37TH STREET
NEW YORK, NY 10016-3042

Richard Massie Martin , Jr
Lamothe Law Firm, LLC (New Orleans)
400 Poydras Street
Suite 1760
New Orleans, LA 70130

Ruhandy Glezakos
Ahdoot and Wolfson PC
10728 Lindbrook Drive
Los Angeles, CA 90024

Shawn C. Reed
Howard & Reed (Covington)
516 N. Columbia St.
Covington, LA 70433

Stephen P. Scaring
Stephen P. Scaring, P.C.
666 Old Country Road, Suite 501
Garden City, NY 11530

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=5/7/2024] [FileNumber=18404049-0
] [887e31e82de40f7c1b9ce5d93d7effd72a76105b1e260ac8b91bb85113b3bb69081
0270769bce5cd66600429b8ab568ec518acc475ef467a0ce379e5d1f7481a]]
☐☐☐☐

CLERK
UNITED STATES DISTRICT COURT
NEWARK, NEW JERSEY 07101

OFFICIAL BUSINESS

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2024 MAY 28

Paul D. Rheingold
Rheingold Valet Rheingold
Skolnik + McCartney, LLP
113 E. 37th Street
New York, NY 10016-3042

NIXIE         061    4E 1         0205/16/24
            RETURN TO SENDER
        NOT DELIVERABLE AS ADDRESSED
              UNABLE TO FORWARD
MANUAL PROC REQ      0059N1371S0-01455