Joseph A. Dickson, U.S.M.J. (Ret.)
Brittany Manna
**CHIESA SHAHINIAN & GIANTOMASI PC**
105 Eisenhower Parkway
Roseland, NJ 07068
(973) 325-1500
*Appointed Special Master*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION**<br><br>This Order Relates to All Actions:<br><br>*In re Allergan Biocell Textured Breast Implant Product Liability Litigation*, MCL No. 634 | MDL No. 2921<br>Civil Action No.: 2:19-md-2921 (BRM)(ESK)<br><br>**ORDER COMPELLING EXPONENT INC. TO COMPLY WITH PLAINTIFFS' SUBPOENA *DUCES TECUM*** |

**THIS MATTER,** having come before the Special Master on June 24, 2024 upon application of Plaintiffs for an Order compelling non-party witness Exponent, Inc. to comply with a subpoena for documents served upon it by Plaintiffs; and the Court having considered the moving papers, Allergan's opposition, and Exponent, Inc.'s opposition, and for good cause shown:

**IT IS ON** this 26th day of July day of 2024;

1

**ORDERED** that:

1. On or before August 16, 2024, Exponent, Inc. shall produce to Plaintiffs the documents that are responsive to the May 6, 2022 subpoena *duces tecum* served upon Exponent, Inc. by Plaintiffs and;

2. *Before* August 16, 2024, Allergan shall be permitted to conduct a privilege review of the intended production from Exponent, Inc.;

3. To the extent Allergan designates any documents in the intended production as "privileged;" on or before August 16, 2024, Allergan shall submit a privilege log sufficiently describing the designated documents.

**SO ORDERED.**

/s/ *Joseph A. Dickson*
Hon. Joseph A. Dickson, U.S.M.J. (Ret.)
Special Master

Date: July 26, 2024

4861-8980-0147.v1