

**Melissa A. Geist**
Direct Phone: +1 609 514 5978
Email: mgeist@reedsmith.com

Reed Smith LLP
506 Carnegie Center
Suite 300
Princeton, NJ 08540
+1 609 987 0050
Fax +1 609 951 0824
reedsmith.com

August 1, 2024

**BY ECF**

Honorable Brian R. Martinotti, U.S.D.J.
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

    **Re:** *In re Allergan Biocell Textured Breast Implant Product Liability Litigation*, MDL No. 2921

Dear Judge Martinotti:

    I write on behalf of the parties with an agreed upon request to modify the schedule set forth in Case Management Order No. 30 regarding the selection and discovery for the Initial Bellwether Discovery Cases.

    On May 16, 2024, the Court entered Case Management Order No. 30, which extended the deadline for the parties to select the Initial Bellwether Discovery Cases from June 1, 2024, to August 14, 2024. *See* ECF No. 482. The parties have since conferred regarding the August 14 deadline and respectfully request that the Court grant a two-week extension to August 28, 2024.

    Should the foregoing modification of Case Management Order No. 30 be acceptable to Your Honor, we respectfully request that this letter be "So Ordered" and entered on the docket. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Melissa A. Geist*

Melissa A. Geist

SO ORDERED:

*s/ Brian R. Martinotti*
BRIAN R. MARTINOTTI, USDJ
DATED: AUG. 2, 2024

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON