# CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.
### COUNSELLORS AT LAW

---
| | | | |
|---|---|---|---|
| CHARLES C. CARELLA<br>JAN ALAN BRODY<br>JOHN M. AGNELLO<br>CHARLES M. CARELLA<br>JAMES E. CECCHI | DONALD F. MICELI<br>CARL R. WOODWARD, III<br>MELISSA E. FLAX<br>DAVID G. GILFILLAN<br>G. GLENNON TROUBLEFIELD<br>BRIAN H. FENLON<br>CAROLINE F. BARTLETT<br>ZACHARY S. BOWER+<br>DONALD A. ECKLUND<br>CHRISTOPHER H. WESTRICK*<br>STEPHEN R. DANEK<br>MICHAEL A. INNES<br>MEGAN A. NATALE | **5 BECKER FARM ROAD**<br>**ROSELAND, N.J.  07068-1739**<br>PHONE (973) 994-1700<br>FAX (973) 994-1744<br>www.carellabyrne.com | PETER G. STEWART<br>FRANCIS C. HAND<br>JAMES A. O'BRIEN, III<br>JOHN G. ESMERADO<br>STEVEN G. TYSON<br>MATTHEW J. CERES<br>ZACHARY A. JACOBS***<br>JASON H. ALPERSTEIN+ +<br><br>OF COUNSEL<br><br>*CERTIFIED BY THE SUPREME COURT OF<br>NEW JERSEY AS A CIVIL TRIAL ATTORNEY<br>**MEMBER NY BAR<br>***MEMBER IL BAR<br>+MEMBER FL BAR<br>+ + MEMBER NY & FL BAR |

RAYMOND J. LILLIE
GREGORY G. MAROTTA
KEVIN G. COOPER
MARYSSA P. GEIST
JORDAN M. STEELE**
BRIAN F. O'TOOLE
SEAN M. KILEY
ROBERT J. VASQUEZ
BRITTNEY M. MASTRANGELO

October 8, 2024

**By ECF & Email**

Hon. Brian R. Martinotti, U.S.D.J.  
United States District Court  
District of New Jersey  
50 Walnut Street  
Newark, NJ 07102

Hon. Gregg A. Padovano, J.S.C.  
Superior Court of New Jersey  
Bergen County Justice Center  
10 Main Street, 3rd Floor  
Hackensack, NJ  07601

Special Master Joseph A. Dickson, U.S.M.J. (Ret.)  
Chiesa Shahinian & Giantomasi PC  
105 Eisenhower Parkway  
Roseland, NJ 07068

Re:   *In re Allergan Biocell Textured Breast Implant Prod. Liab. Litig.*, **MDL No. 2921**  
         *In re Allergan Biocell Textured Breast Implant Prod. Liab. Litig.*, **MCL No. 634**  
         *In re Allergan Biocell Textured Breast Implant Litig., LASC*, **JCCP No. 5104**

Dear Judge Martinotti, Judge Padavano, and Judge Dickson:

We write on behalf of the Plaintiffs in the actions above. Plaintiffs have reviewed Allergan's final submission regarding the alleged costs associated with the production of manufacturing batch records that Allergan seeks to shift to Plaintiffs. Plaintiffs have opposed Allergan's request for cost-shifting. Allergan has still not identified costs solely related to scanning as the Court previously ordered.

Nonetheless, Allergan's application remains of substantial importance to the Plaintiffs. Accordingly, Plaintiffs respectfully request oral argument on this matter

824482v1

October 8, 2024
Page 2

at the November 12th or December 10th Case Management Conference or another convenient time before Your Honors make a final determination regarding cost shifting.

Thank you for your consideration.

Respectfully submitted,

/s/ *Shanon J. Carson*
Shanon J. Carson
BERGER MONTAGUE PC

Virginia Buchanan
LEVIN PAPANTONIO PROCTOR
BUCHANAN O'BRIEN BARR MOUGEY, P.A.

Jennifer Lenze
LENZE LAWYERS PLC

Elizabeth Fegan
FEGAN SCOTT LLC

*Co-Lead Counsel*

James Cecchi
CARELLA BYRNE CECCHI
BRODY & AGNELLO, P.C.

*Liaison Counsel*

cc: Counsel of Record