James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:19-md-2921 (BRM)(LDW)<br>MDL No. 2243<br><br>PLAINTIFFS' NOTICE OF CANCELLATION OF DEPOSITION PURSUANT TO RULE 30(B)(6) - MARKETING |

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the deposition of Allergan Inc. and Allergan USA, Inc. pursuant to Rule 30(b)(6) that was scheduled to take place on December 12, 2024 at Latham & Watkins, 650 Town Center Drive #20, Costa Mesa, California 92626 (ECF No. 540) and commence at 9:00 a.m. PST is cancelled.

DATED:  December 9, 2024                    CARELLA, BYRNE, CECCHI,
                                            OLSTEIN, BRODY & AGNELLO, P.C.

                                            /s/ *James E. Cecchi*
                                            _____
                                            James E. Cecchi

858900v1

## CERTIFICATE OF SERVICE

I hereby certify the above Notice of Cancellation was served electronically on Defendants and counsel of record by operation of the Court's CM/ECF system.

DATED: December 9, 2024

CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

/s/ *James E. Cecchi*

James E. Cecchi

858900v1