James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700
*Liaison Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | Case No. 2:19-md-2921 (BRM)(LDW)<br>MDL No. 2921<br><br>PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF JEFF EHRHARDT |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel of record, will take the deposition by oral examination of Jeff Ehrhardt. The deposition will take place beginning at 10:00 am MST on December 18, 2024, at Kirton McConkie, 50 E. South Temple, Suite 400, Salt Lake City, Utah, and with remote participants attending via secure, web-based audio-video conferencing technology or at such other time and location as agreed upon by counsel, and shall continue from day-to-day thereafter until completed. The deposition will be taken before a duly qualified notary public or other officer authorized by law to administer oaths and record testimony pursuant to Rule 28. The deposition will be recorded by video, audio and

stenographic means. Provisions for real-time monitoring via LiveNote TM or similar applications may also be used.

The deposition may be used to preserve testimony for trial, to obtain discovery, and for any other purpose authorized by the Federal Rules of Civil Procedure. Plaintiff reserves the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Rule 32.

Dated: December 10, 2024          /s/ James Cecchi
                                                *Liaison Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify this amended Notice of Deposition was served electronically on Defendants by operation of the Court's CM/ECF system.

Dated: December 10, 2024　　　　　　　　/s/ James Cecchi
　　　　　　　　　　　　　　　　　　　*Liaison Counsel for Plaintiffs*