**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION** | **Case No.: 2:19-md-02921**<br>**MDL No. 2921**<br><br>**JUDGE BRIAN R. MARTINOTTI**<br>**JUDGE LEDA D. WETTRE** |

**THIS DOCUMENT RELATES TO: ALL CASES**

### AMENDED CASE MANAGEMENT ORDER #31

These matters having been transferred to this Court by order of the Judicial Panel on Multidistrict Litigation pursuant to its order of December 18, 2019, meriting special attention as complex litigation, the Court having entered its Initial Case Management Order (ECF No. 13) on January 7, 2020, setting forth the Court's parameters and expectations of counsel during the course of this litigation, and for other good cause shown, it is **ORDERED** that:

Case Management Conferences in 2025 shall take place as follows:

- February 11, 2025 at 2:00 pm
- March 11, 2025 at 2:00 pm
- April 8, 2025 at 2:00 pm
- May 13, 2025 at 2:00 pm
- June 10, 2025 at 2:00 pm
- July 8, 2025 at 2:00 pm
- August 12, 2025 at 2:00 pm
- September 9, 2025 at 2:00 pm
- October 14, 2025 at 2:00 pm
- November 11, 2025 at 2:00 pm

- December 9, 2025 at 2:00 pm

Liaison counsel shall appear **30 minutes** before the scheduled conference.

While in-person appearances are preferred, the Court will open a telephone conference line. The call-in information is as follows: Participants will dial (1-888-684-8852) and the Access Code (1852046#) to join in on the conference call. Counsel shall be on the phone conference five (5) minutes before the scheduled start. Participants can dial (*6) to mute. Counsel shall be on the phone conference (5) minutes before the scheduled start.

If any party wishes to request an adjournment of any of the above dates, that party is to advise the Court in writing at least seven (7) days prior to the scheduled Case Management Conference.

Dated: January 8, 2025                         */s/Brian R. Martinotti*
                                               **HON. BRIAN R. MARTINOTTI**
                                               **UNITED STATES DISTRICT JUDGE**