# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE ALLERGAN TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | Civil Action No. 2:19-md-2921<br>MDL No. 2921 |

**TO ALL PARTIES & COUNSEL OF RECORD**

**NOTICE OF CONTINUATION OF DEPOSITION OF ALLERGAN**

PLEASE TAKE NOTICE that under Rules 26 and 30(b)(6) of the Federal Rules of Civil Procedure, Plaintiffs, through their undersigned attorneys in the above-captioned litigation, will continue their deposition of **ALLERGAN Defendants'** designated witness David Schuessler. The continued deposition of Mr. Schuessler will recommence at the Offices of Reed Smith LLP, 650 Town Center Drie, Suite 1600, Costa Mesa, California 92626 on March 27, 2025, beginning at 9:00 a.m. PST. If necessary, further deposition sessions directed to the remaining topics set forth in Plaintiffs Manufacturing and Design 30(b)(6) notice will be coordinated with Defendants and notices served at a later date.

The deposition will be recorded by stenographic, audio, video, and videoconference before a person is authorized to administer oaths. The deposition will be taken for discovery, use at trial, or any other purpose permitted under the applicable rules and law.

DATED this 22nd day of January, 2025.

       Co-Lead and Liaison Counsel for Plaintiffs and Putative Classes

BY: /s/ James E. Cecchi
   James E. Cecchi
   **CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.**
   5 Becker Farm Road
   Roseland, NJ 07068-1739
   Phone: 973-994-1700
   jcecchi@carellabyrne.com

   Virginia M. Buchanan
   **LEVIN, PAPANTONIO, PROCTOR, BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.**
   316 S Baylen St, Ste 600
   Pensacola, FL 32502
   Phone: 850-435-7000, x 7023
   vbuchanan@levinlaw.com

   Shanon J. Carson
   **BERGER MONTAGUE PC**
   1818 Market St., Ste 3600
   Philadelphia, PA 19103
   Phone: 215-875-4656
   scarson@bm.net

   Elizabeth A. Fegan
   **FEGAN SCOTT LLC**
   150 S. Wacker Dr., 24th Floor
   Chicago, IL 60606
   Phone: 312-741-1019
   beth@feganscott.com

   Jennifer Lenze
   **LENZE LAWYERS, PLC**
   999 Corporate Drive, Ste 100
   Ladera Ranch, CA 92694
   Phone: 310-322-8800
   jlenze@lenzelawyers.com