James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS | Case No. 2:19-md-2921 (BRM)(LDW)<br>MDL No. 2243<br><br>PLAINTIFFS' AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF LYNN SALO |

TO: ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs amend their notice the deposition of Lynn Salo. The deposition will now take place on March 20, 2025 at Latham & Watkins, 650 Town Center Drive #20, Costa Mesa, California 92626 and commence at 9:00 a.m. PST. The deposition will include remote participants attending via secure, web-based audio-video conferencing technology.

The deposition will be recorded by stenographic, audio, video, and videoconference means before a person authorized to administer oaths pursuant to

746591v1

Rule 28. Provisions for real-time monitoring via LiveNote TM or similar applications may also be used.

The deposition may be used to preserve testimony for trial, to obtain discovery, and for any other purpose authorized by the Federal Rules of Civil Procedure. Plaintiffs reserve the right to use at the trial of this action the videotape recording of the deposition of the deponent pursuant to Rule 32.

DATED:  January 30, 2025               CARELLA, BYRNE, CECCHI,
                                       OLSTEIN, BRODY & AGNELLO, P.C.

                                            /s/ James E. Cecchi
                                       _____
                                            James E. Cecchi

746591v1

## **CERTIFICATE OF SERVICE**

I hereby certify the above Notice of Deposition was served electronically on Defendants and counsel of record by operation of the Court's CM/ECF system.

DATED: September 24, 2024                CARELLA, BYRNE, CECCHI,
                                                                      OLSTEIN, BRODY & AGNELLO, P.C.

                                                                      /s/ James E. Cecchi
                                                                      James E. Cecchi

746591v1