James E. Cecchi
Donald A. Ecklund
CARELLA, BYRNE, CECCHI,
OLSTEIN, BRODY & AGNELLO, P.C.
5 Becker Farm Road
Roseland, New Jersey 07068
(973) 994-1700

*Liaison Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 2:19-md-2921 (BRM)(LDW)<br>MDL No. 2921<br><br>PLAINTIFFS' NOTICE OF CANCELLATION OF DEPOSITION |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the deposition of Carrie Strom that was scheduled to take place on March 6, 2025 at Latham & Watkins, 650 Town Center Drive #20, Costa Mesa, California 92626 and commence at 9:00 a.m. PST is cancelled.

DATED: February 20, 2025                CARELLA, BYRNE, CECCHI,
                                        OLSTEIN, BRODY & AGNELLO,
                                        P.C.

                                        /s/ James E. Cecchi
                                        James E. Cecchi

## **CERTIFICATE OF SERVICE**

I hereby certify the above Notice of Cancellation was served electronically on Defendants and counsel of record by operation of the Court's CM/ECF system.

DATED: February 20, 2025            CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY & AGNELLO, P.C.

                                                    /s/ James E. Cecchi
                                                        James E. Cecchi