UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: MARTINOTTI                                   Date:    04/08/2025
Magistrate Judge: Leda Wettre                       Case No.:   19md2921
Court Reporter:   Tammera Witte (Stand-by)

Title of the Case:

In Re: ALLERGAN BIOCELL TEXTURED BREAST
IMPLANT PRODUCTS LIABILITY LITIGATION

**Appearances**

**Attorneys for Plaintiffs:**   Donald Eckland, Virginia Buchanan, Shanon Carson, & Chris Seeger

**Attorneys for Defendants, Allergan USA Inc.,** *et al:*  Melissa Geist, Christine Woodin & Moez Kaba

**Special Master**:   Joseph Andrew Dickson

Nature of Proceedings:

Conference held off the record
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:    1:30 pm
Time Concluded:    2:00 pm