UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCT LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | Case No. 2:19-md-02921(BRM)(LDW)<br><br>MDL No. 2921 |

## CASE MANAGEMENT ORDER # 33
### Modification of Appointments to the Plaintiffs' Steering Committee

**THIS MATTER** having been opened to the Court by the Plaintiffs' Executive Committee to change the composition of the Plaintiffs' Steering Committee ("PSC") and for good cause appearing,

**IT IS ORDERED** that:

1. Rachel Soffin is relieved of her responsibilities and removed from the PSC;

2. The following attorney is added as a member of the PSC, subject to the terms and conditions of Case Management Order No. 4:

> John M. Restaino, Jr.
> Milberg Coleman Bryson Phillips Grossman
> 800 S. Gay Street, Suite 1100
> Knoxville, Tennessee 37929
> 720-891-7921
> jrestaino@milberg.com

Dated: May 19, 2025

s/ *Brian R. Martinotti*
**HONORABLE BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**