UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION <br><br> This Document Relates to All Cases. | Case No. 2:19-md-02921-BRM-LDW <br> MDL NO. 2921 <br><br> JUDGE BRIAN R. MARTINOTTI <br> MAGISTRATE JUDGE LEDA D. WETTRE |

### REQUEST BY ATTORNEY TO WITHDRAW FROM ELECTRONIC NOTIFICATIONS

Request is hereby made by AIMEE A. FERRER, ESQ., counsel for Plaintiffs in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that she is no longer with the law firm of Grossman Roth Yaffa Cohen, P.A.  Andrew B. Yaffa, Esq., Julian J. Catala, Esq. and Ryan J. Yaffa, Esq. of the law firm of Grossman Roth Yaffa Cohen, P.A., filed an appearance as attorneys for Plaintiffs and will continue to represent the Plaintiffs in the above-captioned matter.  The withdrawal from electronic notifications in this matter does not constitute a withdrawal as counsel for our clients in this matter.

Dated: June 2, 2025.

Respectfully submitted,

| | |
|---|---|
| GROSSMAN ROTH YAFFA COHEN, P.A. <br> Attorneys for Plaintiffs <br> 2525 Ponce de Leon Blvd., Suite 1150 <br> Coral Gables, Florida 33134 <br> Tel.: (305) 442-8666/ Fax: (305) 285-1668 <br><br> By */s/ Aimee A. Ferrer*_____ <br>    AIMEE A. FERRER <br>    Fla. Bar No.: 389020 <br>    aaf@grossmanroth.com | COLSON HICKS EIDSON, P.A. <br> Attorneys for Plaintiffs <br> 255 Alhambra Circle, Penthouse <br> Coral Gables, FL 33134 <br> Tel: (305) 476-7400/Fax: (305) 476-7444 <br><br> By */s/Julie Braman Kane*_____ <br>    JULIE BRAMAN KANE <br>    Fla. Bar No.:980277 <br>    julie@colson.com |

| | |
|---|---|
| ANDREW B. YAFFA<br>Fla. Bar No.: 897310<br>aby@grossmanroth.com<br>JULIAN J. CATALA<br>Fla. Bar No.: 101485<br>jjc@grossmanroth.com<br>RYAN J. YAFFA<br>Fla. Bar. No. 1026131<br>rjy@grossmanroth.com | ELENI CONSTANT<br>Fla. Bar No.: 1022470<br>eleni@colson.com |

**CERTIFICATE OF SERVICE**

    I hereby certify that on June 2, 2025, I caused the foregoing Request by Attorney to Withdraw from Electronic Notifications to be filed with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

By: /s/ *Aimee A. Ferrer*
      AIMEE A. FERRER