UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: MARTINOTTI  Date: 06/10/2025
Magistrate Judge: Leda Wettre  Case No.: 19md2921
Court Reporter: Tammera Witte (Stand-by)

Title of the Case:

> In Re: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION

**Appearances**

Mary Rose Alexander
Virginia Buchanan
Shanon Carson
Donald Ecklund
John Hueston
Mark McLaughlin
Jeanelly Nunez
Chris Seeger
Adam Slater
Christine Woodin

**Special Master**: Hon. Gregg Padovano

Nature of Proceedings:

Virtual, Liaison Counsel Management Conference held off the record
Update provided to the Court
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced: 10:00 am
Time Concluded: 10:30 am