UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: MARTINOTTI  Date:   07/08/2025
Magistrate Judge: Leda Wettre  Case No.:   19md2921
Court Reporter:   Tammera Witte

Title of the Case:

In Re: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION

**Appearances**

**Attorneys for Plaintiffs:**   Donald Eckland,, Chris Seeger & Megan Shannon

**Attorneys for Defendants, Allergan USA Inc.,** *et al:*   Melissa Geist, John Hueston, Christine Woodin, Christine Witting & Mary Rose Alexander

**Special Master**:   Hon. Gregg Padovano

Nature of Proceedings:

Virtual Conference held on the record
Court ordered counsel to meet and confer re: Product In Place cases
Case Mgt Conference set for 08/12/25
OTBS

Lissette Rodriguez, Courtroom Deputy
to the Hon Brian R. Martinotti U.S.D.J.

Time Commenced:     12:40 pm
Time Concluded:     1:00 pm