**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCTS LIABILITY LITIGATION | MDL NO. 2921 |
| | Honorable Brian R. Martinotti District Court Judge |
| DEBRA BRANTLEY | |
| v. | Honorable Lela D. Wettre Magistrate Judge |
| Allergan, Inc. and Allergan USA, Inc. | MASTER SHORT-FORM COMPLAINT FOR PERSONAL INJURIES, DAMAGES AND DEMAND FOR JURY TRIAL |
| Case No:  2:19-md-02921 (BRM)(LDW) | |

1. Plaintiff(s) DEBRA BRANTLEY, hereby state and incorporate by reference all of the allegations contained in Plaintiffs' master Long Form Complaint For Personal Injuries, Damages and Demand For jury Trial ("Master Complaint") as permitted by Case Management Order No. 17 for cases filed directly into this district.

2. In addition to the below-indicated portions of the Master Complaint adopted by the plaintiff(s) and incorporated by reference herein, Plaintiff(s) hereby allege(s) as follows:

**IDENTIFICATION OF PLAINTIFFS AND RELATED INTERESTED PARTIES**

3. Name and current residence of individual who is alleged to have suffered personal injuries and related damages due to implantation of one or more Biocell Textured Breast Implant medical devices ("Biocell"):

    DEBRA BRANTLEY
    69 ANDREW STREET
    PORT ORANGE, FL 32127

4. Consortium Claim(s):  Name and current residence of individual(s) alleging damages for loss of consortium:

    N/A

5. If a survival and/or wrongful death claim is asserted:

    Name and residence of Decedent when she suffered Biocell-related injuries and/or death:

1

_____
_____
_____
_____

_____

Name and current residence of the individual(s) bringing the claims on behalf of the decedent's estate, and status (i.e., personal representative, administrator, next of kin, successor in interest, etc.):

_____
_____
_____

_____

## VENUE

6.      Plaintiff[s] allege that venue for remand and trial is proper in the following federal judicial district:

**USDC MDFL**

## DEVICE IDENTIFICATION

**7.**      Plaintiff used the following Biocell device[s], which Plaintiff contends caused her injury(ies).  Check all that apply and provide all dates of implant and explant:

| | |
|---|---|
| ☐ **NATRELLE Silicone-filled Breast Implants**<br>    ☐ **Style 110**<br>    ☐ **Style 115**<br>    ☐ **Style 120**<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** | ☐ **NATRELLE Saline-Filled Breast Implants**<br>    ☐ **Style 163**<br>    ☐ **Style 168**<br>    ☐ **Style 363**<br>    ☐ **Style 468**<br><br>**Date[s] of Implant:**<br><br>**Date[s] of Explant (if any):** |
| **X NATRELLE 410 Highly Cohesive Anatomically Shaped Silicone-Filled Breast Implants**<br>    ☐ **Style LL**<br>    ☐ **Style LM**<br>    ☐ **Style LF**<br>    ☐ **Style LX**<br>    ☐ **Style ML**<br>    ☐ **Style MM**<br>    **X Style MF**<br>    ☐ **Style MX**<br>    ☐ **Style FL** | ☐ **NATRELLE INSPIRA Silicone-Filled Breast Implants**<br>    ☐ **Style TRL**<br>    ☐ **Style TRLP**<br>    ☐ **Style TRM**<br>    ☐ **Style TRF**<br>    ☐ **Style TRX**<br>    ☐ **Style TSL**<br>    ☐ **Style TSLP**<br>    ☐ **Style TSM**<br>    ☐ **Style TSF**<br>    ☐ **Style TSX** |

| | |
|---|---|
| ☐ Style FM<br>☐ Style FF<br>☐ Style FX<br><br>Date[s] of Implant: August 7, 2013<br><br>Date[s] of Explant (if any): 2022. | ☐ Style TCL<br>☐ Style TCLP<br>☐ Style TCM<br>☐ Style TCF<br>☐ Style TCX<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ McGhan BioDIMENSIONAL®<br>Silicone-Filled BIOCELL® Textured<br>Breast Implants, Style 153<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE Dual-Gel Breast<br>Implants<br>　　☐ Style LX<br>　　☐ Style MX<br>　　☐ Style FX.<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE Komuro Breast<br>Implants<br>　　☐ Style KML<br>　　☐ Style KMM<br>　　☐ Style KLL<br>　　☐ Style RLM<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE Ritz Princess Breast<br>Implants<br>　　☐ Style RML<br>　　☐ Style RMM<br>　　☐ Style RFL<br>　　☐ Style RFM<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE 150 Full Height and<br>Short Height double lumen implants.<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ NATRELLE 133 Plus Tissue<br>Expander<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |
| ☐ NATRELLE 133 Tissue Expander<br>with Suture Tabs<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): | ☐ OTHER (Please describe):<br><br>Date[s] of Implant:<br><br>Date[s] of Explant (if any): |

## PLAINTIFF'S BIOCELL-RELATED INJURIES

8.    Plaintiff alleges that one or more Biocell devices caused personal injuries and damages including but not limited to the following: scaring, disfigurement, diagnostics and explant, reconstruction, hospitalization, additional care, pain, increased risk of ALCL, mental pain, anguish and fear due to risk of ALCL, and other past and future economic and non-economic damages such as medical care costs and mental pain and suffering.

9.    Approximate date of Biocell-device related injury:

Plaintiff is uncertain of the precise date when she started having damage or injury from the implants.

10.    Has Plaintiff or Plaintiff's decedent ever been diagnosed with BIA-ALCL:
☐  Yes

X  No

a.  If Yes, date of diagnosis: _____

## CAUSES OF ACTION

11.    The following claims asserted in the *Master Complaint* are herein adopted by Plaintiff(s):

X  Count I:         Strict Liability – Manufacturing Defect

X  Count II:        Negligent Manufacturing

X  Count III:       General Negligence

X  Count IV:        Strict Liability Failure to Warn

X  Count V:         Negligent Failure to Warn

X  Count VI:        Negligent Misrepresentation

X  Count VII:       Breach of Implied Warranty of Merchantability

X  Count VIII:      Breach of Express Warranty

X  Count IX:        Strict Liability Design Defect

X  Count X:         Negligent Design

☐  Count XI:        Survivorship and Wrongful Death

☐  Count XII:       Loss of Consortium

☐  Count XIII:      Punitive Damages

X  Count XIV:       Negligent in Infliction of Emotional Distress

Defendant was negligent when they breached their duty, pursuant to federal post approval requirements, by failing to adequately warn Plaintiff and her physicians, either directly or by not timely and accurately reporting to the

regulatory authorities the risks of serious defects, adulterations, and life-threatening complications, including development of BIA-ALCL experienced by patients in whom BIOCELL products were previously implanted.  As a result of the above negligence, Plaintiff suffers from serious emotional distress including anguish, fright, horror, nervousness, grief, anxiety and worry of BIA-ALCL.

X   Count XV:      Notice/Privity:

Plaintiff can establish privity with Defendant.  Alternatively, Plaintiff can establish that she falls into an exception to a privity requirement.  Plaintiff relied on Defendant's warranties contained in written labels and dealt directly with Defendant through the exchange of warranty and recall information.  Alternatively, Plaintiff was a foreseeable third-party beneficiary of Defendant's sale of BIOCELL products to her physician.  Plaintiff is not required to give notice of Defendant, a remote manufacturer.  Alternatively, Plaintiff satisfied all notice requirements when she notified her physician of her desire to have her BIOCELL implants removed due to the increased risk of BIA-ALCL.  Defendant's received notice prior to the filing of Plaintiff's complaint when the injuries, type of plaintiff and source of claims were identified in the Master Personal Injury Complaint [ECF 119].

☐   Other Claims and factual basis therefore:

## OTHER DEFENDANTS

12.    Plaintiff(s) further bring claims against the following additional Defendants not named in the *Master Complaint*:

a.  Additional Defendant(s):

Additional Defendant 1: __N/A_____

Additional Defendant 2: _____

Additional Defendant 3: _____

Additional Defendant 4: _____

b.  Address(es) of Additional Defendants:

Address of Defendant 1: _____

Address of Defendant 2: _____

Address of Defendant 3: _____

Address of Defendant 4: _____

c.  Short and Plain Statement of Factual Allegations against Additional Defendants:

d.  Claims asserted against Additional Defendants:

**WHEREFORE,** Plaintiff(s) pray(s) for relief and demand(s) a trial by jury as set forth in the Plaintiffs' Master Personal Injury Long Form Complaint in MDL 2921 in the United States District Court for the District of New Jersey.

**Date:**                **November 14, 2025**

**Attorney Name:**       **Michael F. Ghozland**

**Attorney Firm**        **GHOZLAND LAW FIRM, P.C.**

**Attorney Address:**    **16810 Ventura Boulevard, Encino, CA 91436**

**Telephone:**           **(213) 334-4570**

**Fax:**                 **(213) 334-4569**

**Email:**               **michael@ghozlandlawfirm.com**

*Counsel for Plaintiff*