UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES

Judge: MARTINOTTI                              Date:    01/13/2026
Magistrate Judge: Leda Wettre                  Case No.:   19md2921
Court Reporter:   Tammera Witte (Stand-by Only)

Title of the Case:

In Re: ALLERGAN BIOCELL TEXTURED BREAST
IMPLANT PRODUCTS LIABILITY LITIGATION

**Appearances**

Melissa Geist & Virginia Buchanan

Nature of Proceedings:

Virtual Conference held on the record with liaison counsel only


                                 Lissette Rodriguez, Courtroom Deputy
                                 to the Hon Brian R. Martinotti U.S.D.J.


Time Commenced:    10:30 am
Time Concluded:    10:45 am