# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE:* **ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCT LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** | **Case No. 2:19-md-02921(BRM)(LDW) MDL No. 2921**<br><br>**JUDGE BRIAN A. MARTINOTTI**<br><br>**MAGISTRATE JUDGE LEDA DUNN WETTRE** |

## DECLARATION OF ROMA PETKAUSKAS
## ON BEHALF OF BROWNGREER PLC

I, Roma Petkauskas, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.      My name is Roma Petkauskas. I am a partner at BrownGreer PLC, located at 250 Rocketts Way, Richmond, Virginia 23231 ("BrownGreer"). I have worked in the mass tort and class action claims administration area for over 20 years. I have extensive experience as a claims administrator, designing and implementing settlements, notice plans, notices to claimants and counsel, and I have worked as a notice administrator, as a QSF administrator, and as an educator and author on class actions and other complex litigation, with particular emphasis on ethical considerations.

2.      A summary of my professional qualifications is attached hereto as Exhibit A.

3.      ***General Description of BrownGreer.*** BrownGreer has specialized in settlement administration since it was founded in 2002. We handle and direct the legal and administrative aspects of the design, approval, and implementation of settlement programs. We have played major roles in many of the largest and most complex multiple claim proceedings and multiple claim settlement programs in history, serving as administrators, special masters, trustees, or settlement counsel. Our firm includes nearly 300 full time employees who serve as attorneys, analysts, software programmers, communication center specialists, and claims reviewers devoted to the resolution of claims arising from complex litigation, class actions, multi-district litigation, bankruptcies, and other disputes.

4.      ***BrownGreer's Experience.*** With over two decades of experience providing notice administration, multiple claims resolution, and data management solutions for some of the most significant settlement programs in history, we have served as claims administrators, trustees, Special Masters, advisors, data managers, and expert witnesses for matters spanning a broad spectrum of industries. We have performed crucial administration or review roles in over 140 major programs involving over 36 million class members and the disposition of over $52 billion in payments to qualifying claimants. We employ best practices in design and implementation of the programs, including cutting edge technology to optimize

2

processes. Exhibit B attached hereto includes information about BrownGreer.  Here are some of the representative matters that we have worked on:

(a) <u>Porter Ranch Personal Injury and Property Class Settlements</u>. Following a massive natural gas leak in the Porter Ranch, California area in 2015, more than 36,000 individuals filed claims of personal and property damage. In 2021, BrownGreer was named Settlement Administrator in the $40 million property settlement program and Claims Processor in the separate $1.8 billion personal injury settlement program.

(b) <u>Maui Fire Cases Individual Settlement Program</u>. Established to compensate victims of the August 2023 Maui fire, which claimed 96 lives and destroyed more than 2,700 structures. After the parties reached a settlement, BrownGreer was appointed Claims Processor and is responsible for executing the claims review process from initial submission through final resolution. There are around 22,000 claimants involved in the $4 billion settlement.

(c) <u>LA Child Victims Act Settlement Program</u>. Los Angeles County reached a $4 billion settlement agreement in 2025 to resolve more than 6,800 sexual abuse claims from those entrusted to the care of foster and juvenile detention facilities. The Hon. Lou Meisinger (Ret.) was retained as Claims Administrator, while BrownGreer serves as Claims Processor and QSF Trustee. BrownGreer developed the protocol for the program, which included eligibility criteria, the claim submission and review processes, and information about releases, liens, and payments. Additionally, BrownGreer works closely with the Claims Administrator and legal counsel to advise on a wide range of claims adjudication issues.

(d) <u>Combat Arms Earplugs Settlement</u>. BrownGreer serves as the Settlement Administrator in the Combat Arms Earplugs Settlement, a $6 billion program established to resolve claims from 271,000 claimants concerning Combat Arms Version 2 earplugs manufactured from 1999 to 2015.

(e) <u>Fire Victim Trust</u>. Since 2020, BrownGreer has served as the Claims Processor in the Fire Victim Trust, a $14.2 billion fund established for

3

the benefit of claimants who suffered property loss, emotional distress, and other damages as a result of the Butte, North Bay, and Camp Fires in Northern California in 2015, 2017, and 2018.

(f) <u>National Opioid Settlements</u>. BrownGreer serves as the Directing Administrator for the National Opioid Settlements, a group of finalized settlements totaling over $45 billion for nearly 5,000 state and local government entities.

(g) <u>Tribal Opioid Settlements</u>. BrownGreer serves as the Notice and Claims Administrator for $1 billion being distributed to 100 tribal nations in a series of settlements resolving claims that the drugs created an addiction epidemic with tribal nations across the country.

(h) <u>NFL Concussion Settlement</u>. BrownGreer serves as the Administrator in a 65-year program established to resolve claims relating to alleged brain injury effects from the concussive impacts experienced by former NFL players. The uncapped fund has paid $1.4 billion to date.

5.    ***Independence.*** BrownGreer acts as a neutral party, independent of class counsel, parties, and their attorneys. BrownGreer has no financial or professional interests with any of the Parties in this litigation and will neither receive nor request any compensation of any kind other than the fees and costs as approved by in our contract with Plaintiff's Co-Lead Counsel.

6.    ***Data Security and Protecting Personal Identifying Information.*** BrownGreer is committed to securing the data of our clients and claimants in every program we administer, and we perform SOC 1 Type II and SOC 2 Type II audits on an annual basis. With a dedicated, industry certified Information Security team focused on ensuring we meet or exceed industry best practices, BrownGreer's Information Security Program is based on the NIST Special Publication 800-53

framework with key components including: external validation, defense in depth, access control, incident response, awareness and training, and data security certifications.

7.    ***Purpose of this Declaration.***  I submit this Declaration to declare that I am experienced, qualified, and ready to serve in the oversight of the administration of any settlements related to this litigation, *In re: Allergan Biocell Textured Breast Implant Product Liability Litigation* and/or accompanying or related matters. I will direct and oversee a team at BrownGreer to implement all aspects of the administration.

8.    ***Regular Reporting***.  BrownGreer will work with Plaintiffs' Co-Lead Counsel to provide periodic reporting to be submitted to Berger Montague PC or as requested by the Court.

Dated:  December 22, 2025          /s/ Roma Petkauskas
                                  ROMA PETKAUSKAS
                                  On behalf of BrownGreer PLC

# EXHIBIT A

**BROWNGREER**

Professional Service. Redefined.



# Roma Petkauskas

## Partner

(804) 521-7218

rpetkauskas@browngreer.com

Online Bio

Roma assists counsel, courts and companies with the development and implementation of complex claims settlement programs. Serving in the roles of a claims administrator and a Settlement Master, she provides subject-matter guidance on effective and efficient program implementation, internal controls, and fraud prevention and detection.

Roma currently manages the implementation of the national opioid settlements. In that role, she coordinates with settling states and subdivisions to make payments under the various national opioid settlements. Roma also implements settlements to resolve opioids litigation brought by tribes and tribal health organizations.

Additionally, she oversees the implementation of all aspects of the NFL Concussion Settlement Program. The terms of the Program provide a wide range of benefits to retired NFL players, and Roma works with the Special Masters, Parties, and law firms representing the Players to ensure compliance with all requirements.

Roma assisted the Court and the Parties in managing data through the MDL Centrality platform in the largest MDL in U.S. History, In Re: 3M Combat Arms Earplug Products Liability Litigation, MDL No. 2885.

In 2012, Roma relocated to New Orleans, LA, to oversee the setup, hiring, training, and staffing of 18 offices throughout the Gulf region and a review center in New Orleans to review claims and assist claimants affected by the oil spill in the Court Supervised Deepwater Horizon Settlement. The Program, opened in June 2012, has issued awards totaling more than $12 billion with regard to more than 178,000 claims. The overseeing Court noted that this was one of the largest class action settlements ever, and our achievement reflects the unprecedented, tremendous eight-year effort, and that as of January 2021, the Claims Process is complete.

Roma has significant experience with pharmaceutical and medical device mass tort settlements. In this regard, she provided oversight of claims processing in connection with a

**BROWNGREER**

Professional Service. Redefined.

major, nationwide class action settlement to which Wyeth is a party. Early in her career at BrownGreer, Roma played a key role in developing the complex algorithm that is used in determining eligibility for Matrix Benefits under the Settlement Agreement. She also assisted Pfizer in developing criteria for the court-approved 10th amendment, as well as with drafting procedures for handling Medicare claims. Her responsibility in the Pfizer settlement included providing oversight for the implementation of the terms of the Settlement Agreement. Since then, Roma served as a Claims Administrator, Settlement Master, and assisted with mediations in various global resolution and inventory settlement Programs.

Her experience includes providing subject-matter guidance in developing fraud detection and prevention procedures. Recognizing that settlement programs are vulnerable to various attempts of fraud, Roma developed a state-of-the-art fraud detection and prevention program, using extensive fraud vulnerabilities assessment checklists and having advanced data analytics tools to observe and summarize trends to allow meaningful analysis. When needed, she works successfully with multiple law enforcement agencies on case referrals and assists with investigations and trials. In the administration of the Deepwater Horizon Settlement and its predecessor program, the Gulf Coast Claims Facility, Roma accepted the "Coin of Excellence" from the United States Attorney for the Middle District of Louisiana for work to implement processes for fraud detection analytics, review, and referral of fraudulent claims to law enforcement. Roma also directed and implemented fraud detection and prevention programs in the $4.85 billion Vioxx settlement and the $2.5 billion nationwide ASR Hip settlement.

Roma regularly assists clients implementing smaller settlements arising in a variety of contexts. Bringing her skills of efficient administration to bear, she handles all projects to the utmost satisfaction of her clients. She speaks frequently on topics involving claims administration best practices and litigation management.

Roma began her career at BrownGreer in 2001. Having received a Bachelor of Jurisprudence in International, European Union and Comparative Law from the International University of Concordia Audentes, she left the firm to earn her Juris Doctor degree from the University of Richmond School of Law and graduated in the top 5% of her class. Roma's education also includes a semester spent at American University, Washington College of Law, as a visiting scholar in the International Legal Studies Master of Law program. Her focus in this program was on direct investment international regulatory regimes.

Personally, Roma strongly believes in the value of helping one another, and as such, she started and runs the Petkauskas Foundation. Since its inception in 2014, the Foundation organizes and operates various developmental, extracurricular, educational, and entertainment activities for underprivileged and disadvantaged minors in Virginia, Louisiana, and in Lithuania.

**RECENT SPEAKING ENGAGEMENTS**

- New York Law School Appointed Neutrals Ethics Symposium, 2025
- Academy of Court-Appointed Neutrals First Wednesday Forum, 2024
- Mass Torts Made Perfect, 2024

**BROWNGREER**

Professional Service. Redefined.

- ▪ Huntington Bank Complex Litigation Ethics Conference, 2024
- ▪ New Jersey Association for Justice Boardwalk Seminar, 2023
- ▪ Huntington Bank Complex Litigation Ethics Conference, 2023
- ▪ Western Alliance Bank and University of San Diego School of Law Class Action Law Forum, 2022

## PUBLICATIONS

Roma Petkauskas is a contributing author of the chapter on Settlement Administration Considerations and Processes in the *Class Action Strategy & Practice Guide* (Elizabeth J. Cabraser & Jocelyn D. Larkin eds., American Bar Association 2d ed. 2025), a perennial bestseller publication of the American Bar Association.

**EDUCATION**

🏛 University of Richmond School of Law, J.D., 2005, (magna cum laude)

🏛 International University of Concordia Audentes, B.J., International, European Union and Comparative Law, 2002, (summa cum laude)

**BAR ADMISSIONS**

Virginia, 2005

**CERTIFICATIONS**

Certified Fraud Examiner

**AWARDS AND DISTINCTIONS**

United States Attorney for the Middle District of Louisiana Coin of Excellence, 2012

**PROFESSIONAL ACTIVITIES**

Fellow, Academy of Court-Appointed Neutrals



# EXHIBIT B

**BrownGreer**

Professional Service. Redefined.

# Firm Overview

October 20, 2025



**Roma Petkauskas**

(804) 521 -7218

rpetkauskas@browngreer.com

**BrownGreer PLC**

250 Rocketts Way

Richmond, VA 23231

# The BrownGreer Difference



BrownGreer is an industry leader in providing settlement administration and litigation management services to law firms, corporations, and government agencies. We are attorneys, analysts, software programmers, communication center specialists, and claims reviewers devoted to providing innovative solutions that surpass our clients' expectations and deliver measurable results.

Founders Orran Brown, Sr. and Lynn Greer have been at the center of some of the most significant claims resolution programs for more than 25 years. With a foundation in designing and managing claims resolution programs in ground-breaking class action settlements, Orran and Lynn launched BrownGreer in 2002 with the mission to fulfill the responsibilities of any settlement program to the satisfaction of all involved parties, including claimants, counsel, courts, and other governmental entities.

We have served as claims administrators, trustees, Special Masters, advisors, data managers, and expert witnesses for matters spanning a broad spectrum of industries. With over two decades of experience in providing notice administration, multiple claims resolution, and data management solutions for some of the most significant settlement programs in history, we have the resources and subject-matter expertise you can rely on to reach an efficient and effective solution.

At BrownGreer, professional service is more than an afterthought. It is a statement. A reflection of the values and ideals that define us. A hallmark of what we bring to every program we are entrusted to administer.

 **Professional.** Successful claims resolution requires unbiased, ethical and transparent administration. We are proud to be an independent firm. With no outsourced subcontractors or private equity investment, we uphold the highest degree of neutrality across the entire spectrum of program services.

 **Service.** Every program is unique, as are the individuals involved, regardless of their role. In every interaction, we listen with empathy and respect and take action to provide solutions, while never losing sight of our impartiality. From start to finish, we are one team — your team — every step of the way.

 **Redefined.** The bar we set yesterday is the baseline we will exceed tomorrow. We continue to innovate and create new pathways to resolution by combining human ingenuity and technical prowess.

**BROWNGREER**                                          Professional Service. Redefined.

# Claim Review & Adjudication

*We bring more than accuracy to the table.*



## KEY STATISTICS

**4.5+ million**

Claims reviewed across all programs

**100+**

Total programs involving claim review

We administer and process claims for settlements arising from class actions, multidistrict litigation, government enforcement proceedings, and other aggregation vehicles. Our court-supervised and voluntary settlement program experience covers a broad range of causes of action involving a wide variety of industries.

From our first program onward, we have blended technology with dedicated staff to provide the most effective, efficient, and accurate claims resolution designs and systems, allowing us to handle any program no matter how large or complex.

We are proud to have served in some of our nation's most significant resolution programs, ranging from the $19 billion Fire Victim Trust to the programs established in the wake of the Deepwater Horizon oil spill. We also have been chosen to administer some of our country's smaller, but most sensitive settlements, including the One October Settlement Fund, a private settlement to resolve claims arising from the October 1, 2017 mass shooting at the Route 91 Harvest Festival in Las Vegas, Nevada, and the Catholic Diocese of Richmond Independent Reconciliation Program, a private settlement to resolve sexual abuse claims in the Richmond Catholic Diocese.

As a firm of attorneys, analysts, software programmers, and claims reviewers, we combine highly skilled lawyering with a practical understanding of the need for organized and centralized information and data, effective communication, and the administrative processes necessary to resolve multiple claims efficiently.

Clients often refer to our claims administration services as the "gold standard" because of our relentless focus on legally sound and administratively efficient claims processes, our philosophy of administrative cost containment, and the sense of urgency we bring to all that we do.

**BROWNGREER**

# Program Communications

*The right people. The right training.*



We offer a wide range of Communications Center options tailored to any program's needs. Whether it's one-to-one assistance with Case Managers or a variety of call center and email configuration options, we customize our support to provide the highest level of service.

Our Communication Team answers inquiries from law firms and unrepresented class members regarding all aspects of the program. We designed and built secure online portals for the Program doctors to use to document their evaluations and upload supporting documentation. Our staff received specialized training that reflects the high visibility of a program that receives national news coverage with every development.

Our U.S. based team members are well-versed in handling complex and sensitive matters. We provide nimble and varied communications services while following multifaceted protocols with diplomacy and tact. A sampling of these options include:

- **Direct extension dialing** for case managers and law firm contacts that allow participants to build a relationship with a program representative whom they can count on for consistent communication and assistance.
- **Toll-free Call Centers** with a variety of inbound and outbound service options, ranging from informational only, minimalist setups to handle basic inquiries or requests, all the way to complex call centers with agents available across multiple time zones to provide a wide range of coverage for nationwide programs. We have experience managing call centers offering multiple language options.
- **Monitored email communication** options that allow program participants an alternative to calling and the ability to communicate with the program after business hours.

We are skilled at crafting a setup to meet the needs of a program and can scale as the program needs change.

Across all programs, we develop strict Communication protocols to ensure the safety of program information and guard against any unauthorized disclosures. We implement quality control measures at every level of communications to ensure compliance and service levels.

**BrownGreer**

Professional Service. Redefined.

# Fund Allocation & Administration

*Methodical and Transparent.*



## Fund Allocation

From simple pro rata distribution to economic life value modeling, we have decades of experience designing allocation methods that are as fair as possible to every claimant and address individual requirements of a program.

## Fund Administration

We efficiently and effectively provide the full breadth of all payment related tasks and responsibilities needed to ensure the successful fulfillment of program payment needs. We can design procedures to calculate award amounts, print, mail and track the status of checks, and in the case of electronic payments, we can coordinate the seamless exchange of program funds through PayPal, Wire, Zelle, Venmo, or ACH transactions.

Additionally, we can provide any ensuing post-payment oversight and follow-up activities, as needed, such as generation of end-of-year informational tax forms, stale check re-issuance, as well as ongoing monitoring and reconciliation of account balances and close-out reports.

**BROWNGREER**    Professional Service. Redefined.

# QSF &Trust Administration

*Ensuring certainty.*



We offer a full spectrum of Qualified Settlement Fund (QSF) and trust administration services, whether assisting with the execution of QSF Administrator duties for a financial institution holding the settlement funds or by serving in the role as the designated QSF Administrator.

We regularly collaborate with financial institutions who are the QSF administrator of record to ensure the full range of duties are handled appropriately. Such duties typically include handling Internal Revenue Service procedures and ensuring that applicable tax filings are prepared and submitted in a timely manner. We also ensure that the settlement funds are held and managed in accordance with the parties' instructions and pursuant to the terms of the applicable settlement agreement.

Additionally, BrownGreer serves as the primary QSF and trust administrators on many programs. In doing so, we work with financial institutions to ensure that funds are distributed efficiently while providing counsel with one-stop reporting on how those funds are being handled.

Typical duties include:

 Establishing the tax ID number for the QSF, ensuring that the QSF structure is in compliance with Internal Revenue Code Section 468B.

 Preparing and submitting applicable tax filings in a timely and appropriate manner.

 Ensuring that the settlement funds are held and managed in accordance with the parties' instructions and pursuant to the terms of the applicable settlement agreement.

**BROWNGREER**    Professional Service. Redefined.

# Data Management & Security

*Beyond state-of-the art.*



## Our Data is Secure

We are committed to securing the data of our clients and claimants. We use multiple security controls such as firewalls, data encryption, malware protection and regular vulnerability and penetration assessments.

BrownGreer prides itself on using cutting edge technology to maximize performance, security, and efficiency. Our team of seasoned architects, project managers, software developers, systems and network administrators, and information security officers identifies each unique requirement of a project and designs updates, and reports from custom-built, secure platforms. Our database applications track claim and litigation activity while also serving as tools to trigger claim processing events. And our customized, secure settlement portals allow for instantaneous exchange of information.

Our firm has a dedicated, industry certified Information Security team that focuses on ensuring our environment meets or exceeds industry best practices to protect the sensitive and confidential data we are trusted to manage. Our Information Security Program is based on the framework detailed in NIST Special Publication 800-53 to provide a strong foundation to address both present and future security requirements, as well as any of our clients' compliance and data security needs.

We have successfully completed an external SOC 2 examination.

**BROWNGREER**

Professional Service. Redefined.

## Our Data Enhances Programs

We understand the importance of having immediate access to reliable data that not only reports what has happened, but sheds light on what is yet to occur. We explore and examine our data to find hidden or subtle patterns from claims filed, reviews completed, and payments issued. We do this by employing sophisticated analytic programs, machine learning, OCR and statistical methods to prepare data for use in predictive and prescriptive analytics.

We employ advanced metrics on all our review data to track complex data inputs and multiple levels of reviews across the claims process. These metrics track the statistical accuracy of each review and identify any areas requiring further evaluation before we deliver any results to the claimant.

We perform rigorous levels of statistical analysis on all claim filings and document submissions to identify and prevent fraudulent activity with any program.

By tracking each step in the review process and knowing exactly where all claims are, we can also predict when we will finish each program.

Reporting plays a critical role at BrownGreer to ensure clients understand the data and solutions implemented. This process includes multiple tools to provide information to the public, displaying interactive data that is both individualized and summarized to create dashboard level reports for review. All our projects can include both external and internal stakeholders with reporting needs.

**BrownGreer**

Professional Service. Redefined.



## ASR Hip Settlement

### MDL 2197

**CASE STUDY**

BrownGreer served as claims processor for a $2.8 billion voluntary U.S. ASR Hip Settlement program resulting from two settlement agreements between DePuy Orthopaedics, Inc. and a Court-appointed committee of plaintiffs' lawyers representing 9,000 claimants.

**KEY STATISTICS**

$2.8 billion

Fund

9,000

Claimants

BrownGreer served as claims processor for a $2.8 billion voluntary U.S. ASR Hip Settlement program resulting from two settlement agreements between DePuy Orthopaedics, Inc. and a Court-appointed committee of plaintiffs' lawyers representing 9,000 claimants.

In coordination with Claims Administrator, the Hon. James J. McMonagle (Ret.), we provided full processing and resolution services to implement the settlement reached by the parties for the claims arising from ASR revision surgeries.

BrownGreer designed the eligibility criteria and administered the fund available to pay extraordinary injury claims, including claims for lost income resulting from disability, and resolved disputes regarding liens.

**BROWNGREER**    Professional Service. Redefined.



**CASE STUDY**

BrownGreer has provided claims resolution services for law firms involved in several Roundup inventory settlements, totaling 10,500 settling plaintiffs. The personal injury claims involved included as many as 52 distinct categories, including Non-Hodgkin's lymphoma.

**KEY STATISTICS**

10,500+

Claimants

52+

Injury categories

BrownGreer has provided claims resolution services for law firms involved in several Roundup inventory settlements, totaling 10,500 settling plaintiffs. The personal injury claims involved included as many as 52 distinct categories, including Non-Hodgkin's lymphoma.

We oversee the claims process in these inventory settlements, ensuring that eligible individuals receive compensation. This includes verifying claims, determining eligibility, and calculating award amounts based on various factors such as age, medical history, and extent of exposure.

In each settlement, BrownGreer has been responsible for building and maintaining portals that facilitate the sharing of required documentation and other information needed by settling plaintiffs and other parties, including law firms and Special Masters.

**BrownGreer**   Professional Service. Redefined.



## CASE STUDY

BrownGreer served as the Claims Administrator in the nationwide settlement program for claims relating to Vioxx.

**KEY STATISTICS**

$4.85 billion                     60,000

Fund                              Claimants

BrownGreer was selected by the parties and the United States District Court for the Eastern District of Louisiana to serve as the Claims Administrator for the entire $4.85 billion nationwide settlement program for claims relating to Vioxx, the painkiller manufactured by Merck and withdrawn from the market in 2004 amid allegations of heart attacks and strokes caused by the drug.

In this role since November 2007, we provided full processing and resolution services to implement the November 9, 2007 Settlement Agreement reached by the parties for the nearly 60,000 claims arising from Vioxx use.

BrownGreer moved more than 20,000 heart attack claims from start to finish in nine months, including appeals. We designed the eligibility criteria and administered two funds with $300 million available to pay extraordinary injury claims, which included claims for lost income resulting from disability.

**BROWNGREER**                                          Professional Service. Redefined.



## CASE STUDY

BrownGreer serves as the administrator in a 65-year program established to resolve claims relating to the alleged brain injury effects from the concussive impacts experienced by former NFL players.

**KEY STATISTICS**

### $1.36 billion
Paid to date (uncapped fund)

### 20,573
Registered class members

### $1.47 billion
Payable monetary award amounts

### 15,180
BAP appointments scheduled

The NFL Concussion Settlement program went into effect in 2017 to resolve the NFL Players' Concussion Injury Litigation, MDL No. 2323.

As the Claims Administrator in the NFL Concussion Settlement, BrownGreer oversees the intake, processing, and payment of claims for six different qualifying medical diagnoses. We established a network of Qualified MAF Physicians and coordinate with the Court and its Special Masters in implementing all aspects of the program. We became the Baseline Assessment Program (BAP) Administrator in 2023.

Since taking on the BAP Administrator role, BrownGreer has made significant improvements to the program, including new reporting and automated reminders that allow BAP providers to manage schedules for Retired Players and their counsel. This has resulted in reduced wait-times for appointments.

In its early days, the NFL Concussion Settlement was plagued with suspicions of potentially fraudulent claims. We implemented fraud prevention and detection processes that addressed these concerns, while assuring that payments are made to eligible claims. We continue to coordinate with local law enforcement officials and the Department of Justice regarding our findings of potential fraud and provide trial assistance as needed.

# Personal Injury Program Experience

| | PERSONAL INJURY PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 1. | **Maui Fire Cases Individual Settlement Program.** Established to compensate victims of the August 2023 Maui fire, which claimed 96 lives and destroyed more than 2,700 structures. | Claims Processor and Notice Administrator | 22,000 Claimants | $4 billion |
| 2. | **Hadden Settlement.** Settlement fund to resolve claims by former gynecologist Robert Hadden who practiced for over two decades at New York Hospitals and abused hundreds of women. | QSF and Lien Resolution Administrator, Claims Review Assistance | 575 Claimants | $750 million |
| 3. | **LA Child Victims Act Settlement Program.** Settlement to resolve child sexual abuse related to their juvenile facilities and foster care homes that spanned over decades. | Claims Processor, QSF Administrator, Lien Resolution Administrator | Approx. 7,000 Claimants | $4 billion |
| 4. | **Eaton Fire Litigation.** Mass tort litigation against Southern California Edison alleging that the company's equipment caused the January 2025 Eaton Fire in Altadena, Calif. and surrounding areas of Los Angeles County. | Data Administrator | Not Applicable | Not Applicable |
| 5. | **Depo-Provera Products Liability Litigation, MDL No. 3140.** Consolidated cases alleging Depo-Provera use caused brain tumors, currently before the N.D. Florida U.S. District Court. | Data Administrator | Not Applicable | Not Applicable |
| 6. | **Sun Valley Methane Gas Exposure Settlement.** Settlement fund established to resolve claims after nearby residents of Sun Valley, California were continuously exposed to a gas leak at the Valley Generating Station. | QSF and Lien Resolution Administrator | 1,300 Claimants | $59.9 million |
| 7. | **Northwestern University Hazing Abuse Settlements.** Settlements involving former athletes who filed hazing-related lawsuits against the university and a former coach. | Claims Administrator | 120 Claimants | N/A |
| 8. | **Willowbrook Ethylene Oxide Settlements.** A settlement resolving personal injury claims related to a medical equipment sterilization facility in Willowbrook, Illinois. | Claims Administration, QSF Administration | 807 Lawsuits | $408 million |
| 9. | **Rockville Centre Diocese Settlement.** A settlement established within bankruptcy to resolve hundreds of sexual abuse claims. | Claims Review Assistance | 600 Claimants | $325 million |
| 10. | **Archdiocese of Los Angeles Settlement.** Fund established to resolve more than 1,300 abuse claims against the Roman Catholic Archdiocese of Los Angeles. | Claims Processor and QSF Trustee | 1,353 Claimants | $880 million |
| 11. | **Philips Respironics Personal Injury Settlement Program.** Settlement to resolve claims concerning certain recalled CPAP, BIPAP and ventilator products. | Settlement Administrator | 44,000 Eligible Claimants | $1.1 billion |
| 12. | **Respironics Medical Advancement Program.** Fund to advance public knowledge and education regarding the detection, diagnosis, and/or treatment of injuries alleged to be associated with the Recalled Devices. | Notice and QSF Administrator | 44,000 Eligible Claimants | $25 million |
| 13. | **Taxotere Settlements.** The program resolves claims concerning the company failed to adequately warn patients and the medical community about the risk of permanent hair loss associated with the drug. | Claims and Lien Administrator | 3,196 Potential Claimants | $29 million |
| 14. | **Combat Arms Earplugs Settlement.** A program established to resolve claims concerning Combat Arms Version 2 earplugs manufactured from 1999 to 2015. | Settlement Administrator | 270,000 Claimants | $6 billion |

BROWNGREER | Professional Service. Redefined.    Firm Experience

| | PERSONAL INJURY PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 15. | **JUUL Government Entity, Tribal, and Personal Injury Settlements.** A 2022 agreement was reached between the makers of JUUL and government entities, Native American tribes, and personal injury claimants to resolve claims that it deceptively marketed e-cigarettes to youths. | Settlement Administrator | 1,500+ Government Entities, 7,000+ Personal Injury Claimants | $1.5 billion |
| 16. | **Sterigenics Ethylene Oxide Settlement.** A settlement resolving personal injury claims related to a medical equipment sterilization facility in Willowbrook, Illinois. | Claims Administration, QSF Administration | 870 Claimants | $408 million |
| 17. | **National Opioid Settlement.** BrownGreer established the web portal and payment system that ensures states and subdivisions receive settlement finds from the 2022 "Big Three" opioid distributor settlement. The 18-year project requires continuous coordination with thousands of state and local government officials nationwide. | Directing Administrator | 4,500 Localities and States | $26 billion |
| 18. | **Oxnard Train Derailment Settlement.** The settlement program resolved injury claims relating to a 2015 passenger train incident in California. | Claims Processor | 37 Claimants | $61 million |
| 19. | **National Opioid Abatement Trust II.** Created in bankruptcy proceedings to resolve beneficiary claims against Mallinckrodt, a pharmaceutical company engaged in the development, manufacturing, and marketing of pharmaceutical products, including opioids. | Claims Processor | >1,300 Governmental Opioid Claimants | TBD |
| 20. | **Confidential.** Settlement involving sexual abuse claims. | QSF and Lien Resolution Administrator | 312 Claimants | $374 million |
| 21. | **Porter Ranch Private Party Claims Settlement Program.** Private settlement to resolve claims arising from the October 23, 2015 gas leak from a storage well at the Aliso Canyon natural gas storage facility in Porter Ranch, California. | Design the share allocation protocol; Claim Processor | 36,000 Claimants | $1.6 billion |
| 22. | **One October Settlement Fund.** Private settlement to resolve claims arising from the October 1, 2017 mass shooting at the Route 91 Harvest Festival in Las Vegas, Nevada. | Design the share allocation protocol; Claim Processor | 4,300 Claimants | $800 million |
| 23. | **In re National Football League Players' Concussion Injury Litigation, MDL Docket No. 2323 (E.D. Pa).** Class action settlement to resolve claims by retired National Football League players relating to repetitive head impacts. | Claims Administrator and Liens Resolution Administrator | 20,571 Claimants | Fund Uncapped; $1.36 billion Disbursed |
| 24. | **Catholic Diocese of Richmond Independent Reconciliation Program.** Private Settlement to resolve sexual abuse claims in the Richmond Catholic Diocese. | Claims Administrator | 68 Claimants | $6.3 million |
| 25. | **Trafigura.** Expert consultant to evaluate feasibility of claims administration program arising from a toxic spill in the Ivory Coast of Africa, evaluating hurdles of corruption, fraud, identity verification, payment and communication difficulties. | Lynn Greer Expert Consultant | Not Applicable | Not Applicable |
| 26. | **In re Vioxx Products Liability Litigation, MDL Docket No. 1657 (E.D. La.).** Voluntary settlement program to resolve claims arising from the use of prescription painkillers. | Claims Administration | 60,000 Claimants | $4.85 billion |

| | PERSONAL INJURY PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 27. | *In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation, MDL Docket No. 1203 (E.D. Pa.).* Class action settlement to resolve claims arising from the use of "Fen-Phen" diet drugs. | Defendant Liaison for Administration and then Neutral Claims Administrator | 600,000 Claimants | $3.55 billion |
| 28. | *In re A.H. Robins Company Inc., Debtor (In re Dalkon Shield Claimants Trust), MDL Docket No. 211 (Bankr. E.D. Va.).* Settlement program created in the Chapter 11 bankruptcy proceeding of the A.H. Robins Company to resolve claims arising from use of the Dalkon Shield intrauterine device. | Counsel to the Settlement Trust | 400,000 Claimants | $3 billion |
| 29. | *In re DePuy Orthopedics, Inc., ASR Hip Implant Products, MDL Docket No. 2197 (N.D. Ohio).* Voluntary settlement program for claims relating to metal-on-metal hip implant devices. | Claims Processor | 9,300 Claimants | $3 billion |
| 30. | *In re Diet Drugs (Phentermine/Fenfluramine/Dexfenfluramine) Products Liability Litigation, MDL Docket No. 1203 (E.D. Pa.).* Voluntary settlement program to resolve opt outs from the class action settlement of claims arising from use of "Fen-Phen" diet drugs. | Claims Administrator | 66,000 Claimants | $2.63 billion |
| 31. | *In re Actos (Pioglitazone) Products Liability Litigation, MDL Docket No. 2299 (W.D. La).* Voluntary settlement program to resolve claims arising from the use of a diabetes medication. | Claims Administrator | 10,800 Claimants | $2.37 billion |
| 32. | *Confidential.* Voluntary settlement program of claims arising from the use of a prescription medication. | Claims Administrator | 12,000 Claimants | Fund Uncapped; $1.4 billion Disbursed |
| 33. | *In re Sulzer Orthopedics and Knee Prosthesis Products Liability Litigation, MDL Docket No. 1401 (N.D. Ohio).* Class action settlement of claims relating to hip and knee implants. | Claims Administrator | 27,000 Claimants | $1.15 billion |
| 34. | *Confidential.* Voluntary settlement program of claims arising from the use of a prescription medication. | Claims Administrator | 2,700 Claimants | Fund Uncapped; $279 million Disbursed |
| 35. | *In re Xarelto® Litigation Settlement Program.* Private settlement to resolve cases arising out of the use of a prescription blood thinner. | Claims Administrator | 33,000 Claimants | $775 million |
| 36. | *In re Pradaxa (Dabigatran Etexilate) Products Liability Litigation, MDL Docket No. 2385 (S.D. Illinois).* Voluntary settlement program to resolve claims arising from the use of a blood thinning medication. | Claims Administrator | 4,800 Claimants | $650 million |
| 37. | *In re Benicar (Olmesartan) Products Liability Litigation, MDL No. 2606 (N.J.).* Voluntary settlement program to resolve claims arising from the use of prescription hypertension medication. | Claims Administrator | 8,500 Claimants | $358 million |
| 38. | *In re Wright Medical Technology, Inc., Conserve Hip Implant Products Liability Litigation, MDL Docket No. 2329, (N.D. Ga.).* Private settlement program established to resolve claims related to CONSERVE®, DYNASTY®, and LINEAGE® metal-on-metal hip replacement devices.' | Claims Administrator | 1,233 Claimants | $249 million |

BROWNGREER  | Professional Service. Redefined.                                    Firm Experience

| | PERSONAL INJURY PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 39. | *In re Reglan®/Metoclopramide Mass Tort Litigation, No. 01997 (Philadelphia County Ct. of C.P.); In re Reglan® Litigation, Case No. ATL-L-3865-10 (Super Ct. NJ); Reglan®/Metoclopramide Cases, CJC-10- 004631 (Cal. Super Ct.).* Private settlement program consolidating PA, NJ, and CA class action settlements to resolve claims arising out of the use of a prescription medication. | Notice and Claims Administrator | 5,263 Claimants | $240 million |
| 40. | *In re Guidant Implantable Defibrillators Products Liability Litigation Settlement, MDL Docket No. 1708 (D. Minn.).* Voluntary settlement program to resolve claims related to a medical device company's cardiac resynchronization therapy devices, implantable cardiac defibrillators and pacemakers. | Advised Defendant and Defense Counsel | 26,000 Class Members | $240 million |
| 41. | *In re Nuvaring Products Liability Litigation, MDL Docket No. 1964 (W.D. Mo.).* Voluntary settlement program to resolve claims related to the use of a contraceptive device. | Claims Administrator | 3,800 Claimants | $100 million |
| 42. | *In re Abilify (Aripiprazole) Products Liability Litigation, MDL No. 2734 Settlement Program.* Private settlement program to resolve cases arising out of the use of a prescription medication. | Claims Administrator | 3,955 Claimants | $60 million |
| 43. | *In re Phenylpropanolamine (PPA) Products Liability Litigation, MDL Docket No. 1407 (W.D. Wash.).* Class action settlement trust established to resolve claims related to an over-the-counter weight loss product. | Claims Administrator | 500 Claimants | $60 million |
| 44. | *In re Yasmin and Yaz (Drospirenone) Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 2100 (S.D. Ill.).* Private voluntary settlement program to resolve claims alleging an arterial thromboembolism ("ATE"), either alone or in combination with some other injury, resulting from the use of drospirenone-containing oral contraceptives manufactured by Bayer or marketed by Barr Laboratories, Inc., or Teva Pharmaceuticals USA, Inc. | Claims Administrator | 1,275 Claimants | $57 million |
| 45. | *In re Yasmin and YAZ (Drospirenone) Marketing, Sales Practices and Products Liability Litigation, MDL Docket No. 2100 (S.D. Ill.).* Private settlement program to resolve claims alleging gallbladder disease or a gallbladder injury from the use of drospirenone-containing oral contraceptives manufactured by Bayer or marketed by BarrTeva. | Claims Administrator | 9,000 Claimants | $24 million |
| 46. | *In re OxyContin Litigation - All Cases, No. 2002-CP-18-1756 (Cir. Ct. Dorchester County, S.C.).* Class action settlement by a pharmaceutical company regarding a prescription pain killer. | Notice and Claims Administrator | 3,600 Class Members | $4.25 million |
| 47. | *Confidential.* Private Settlement to resolve cases arising out of the use of a male-oriented hair coloring product designed to cover grey hair. | Claims Administrator | Not Disclosed | Not Disclosed |
| 48. | *In re Seroquel Products Liability Litigation, MDL Docket No. 1769 (M.D. Fla.).* Multidistrict litigation proceedings involving the antipsychotic prescription drug Seroquel. | Special Master; Project Manager | Not Disclosed | Not Applicable |
| 49. | *In re Pittsburgh Corning Corporation, No. 00-22876-TPA (Bankr. W.D. Pa.).* Class action settlement to resolve personal injury claims relating to exposure to asbestos made by refinery and chemical plant workers with individual asbestos cases pending in the Eastern District of Texas. | Notice Administrator | 2,272 Class Members | Not Applicable |

**BROWNGREER** | Professional Service. Redefined.                                                          Firm Experience

# Economic Loss Program Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 1. | **Senior Living Settlement.** The settlement resolves the Commonwealth of Massachusetts was in violation of the Americans with Disabilities (ADA) and the Medicaid Act, and this violation disproportionately impacted people of color. | Notice and Claims Administrator | 3,800 Class Members | $6 million |
| 2. | **Iliff v. Dominium.** Settlement to resolve allegations that a housing developer misrepresented construction costs to charge tenants extra fees. | Notice Administrator | 10,000 Class Members | Not Applicable |
| 3. | **Coastal Virginia Offshore Wind Commercial Project.** The offshore wind project provides compensation to commercial fishing operations, for-hire recreational fishing entities, and impacted shoreside businesses for economic losses resulting from the CVOW project. | Third-Party Administrator | TBD | TBD |
| 4. | **Loop LLC v. CDK Global, LLC, No. 3:24-cv-571 (W.D. Wis.).** Class action settlement that resolves antitrust allegations against CDK Global related to its automotive software data access policies. | Settlement Administration | 243 Claimants | $630 million |
| 5. | **Blue Cross Blue Shield Antitrust Settlement - Provider Class.** The settlement resolves In re: Blue Cross Blue Shield Antitrust Litigation MDL 2406, N.D. Ala., in which hospital systems, physicians and other health providers allege they were underpaid for reimbursement. | Notice Administrator | 2 million Claimants | $2.8 billion |
| 6. | **Hillsborough County Surtax Settlement.** This settlement resolves a case against Hillsborough County, Florida and the Florida Legislature related to $569 million in collected surtax. | Notice and Claims Administrator | TBD | $569 million |
| 7. | **Offshore Wind Fisheries Mitigation Fund.** A program designed to provide fair and equitable financial compensation to commercial and recreational for-hire fishing communities from the economic impacts of offshore wind energy development along the East Coast, from Maine to North Carolina. | Regional Fund Administrator | TBD | TBD |
| 8. | **DeVry University Settlement.** The settlement alleges DeVry University made misleading advertising claims about graduate employment rates and income levels. | Auditor and Settlement Administration | 1,800 Class Members | $45 million |
| 9. | **Gree Deferred Prosecution Agreement.** BrownGreer oversees the deferred prosecution agreement between Gree USA Inc. and the Department of Justice to resolve allegations that the company knowingly sold fire-prone dehumidifiers. This work includes resolving and paying claims from appliance owners. | Special Master; Claims Administrator | 50 Claimants | Fund Uncapped |
| 10. | **Porter Ranch Private Party Claims Settlement Program.** Private settlement to resolve claims arising from the October 23, 2015 gas leak from a storage well at the Aliso Canyon natural gas storage facility in Porter Ranch, California. | Settlement Administration | 36,000 Claimants | $1.6 billion |
| 11. | **American Century Non-Prosecution Agreement.** BrownGreer served as the Claims Administrator in a non-prosecution agreement entered between American Century Companies, Inc. and the Department of Justice related to violation of antitrust laws in the company's hiring practices. | Claims Administrator | 1,500 Claimants | $1.5 million |

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 12. | *In re: PG&E Corporation and Pacific Gas and Electric Company, Debtor, Bankruptcy Case No. 19-30088, (Bankr. N.D. Ca.).* Settlement program created in the Chapter 11 bankruptcy proceeding of PG&E Corporation to resolve claims from individuals and businesses who suffered personal injury, property damage and economic losses as a result of fires allegedly caused by PG&E. | Claims Processor | 71,800 Claimants | $14.2 billion |
| 13. | *In re Oil Spill by the Oil Rig "Deepwater Horizon" in the Gulf of Mexico, on April 20, 2010, MDL Docket No. 2179 (E.D. La).* Class action settlement to resolve economic loss and property damage claims arising from the April 20, 2010 oil spill in the Gulf of Mexico. | Claims Administrator | 391,000 Claimants | $12 billion |
| 14. | *Gulf Coast Claims Facility.* Voluntary claims program to resolve economic loss and physical injury claims arising from the April 20, 2010 oil spill in the Gulf of Mexico. | Claims Administrator Services; Transition Coordinator | 600,000 Claimants | $20 billion cap; $6.5 billion Disbursed |
| 15. | *In re Chinese-Manufactured Drywall Products Liability Litigation, MDL Docket No. 2047 (E.D. La.).* Class action settlement for the remediation of homes containing defective drywall manufactured in China. | Claims Administrator; Lynn Greer Special Master | 25,000 Claimants | Blend of Uncapped and Capped Finds; $610 million Disbursed |
| 16. | *In re Syngenta AG MIR 162 Corn Litigation, MDL Docket No. 2591, (D. Kansas).* Class action settlement to resolve claims concerning genetically modified corn and crop values. | Notice and Claims Administrator | >600,000 Class Members | $1.51 billion |
| 17. | *In re Black Farmer's Discrimination Litigation, No. 08-mc-0511 PLF (D.D.C.).* Class action settlement to resolve claims of discrimination against Black farmers by the U.S. Department of Agriculture regarding farm loans and loan servicing for claimants who had missed deadlines in a prior settlement. | Claims Review and Evaluation | 40,000 Claimants | $1.25 billion |
| 18. | *Travel Insurance Refund Program in the matter of Jefferson Insurance Company NAIC #11630 and in the matter of BCS Insurance Company NAIC #38245.* Regulatory settlement program between certain travel insurance companies and State regulators to issue refunds to policy holders who purchased travel insurance through an Opt-Out Marketing Plan. | Program Administrator | 504,927 Payees | To Be Determined |
| 19. | *Ortega Melendres, et. al., v. Paul Penzone, et. al., No. CV-07-2513-PHX GMS (D. Az.).* Voluntary program to resolve claims that individuals were stopped or held by the Maricopa County Sheriff's Office in violation of a court order. | Notice and Claims Administrator | 200 Claimants | Uncapped Fund |
| 20. | *Confidential.* Conciliation agreement between a financial institution and the U.S. Department of Housing & Urban Development related to alleged discriminatory acts in mortgage loan application handling. | Notice and Claims Administrator | Class Size Unknown | Fund Uncapped |
| 21. | *United States Securities and Exchange Commission v. American International Group, Inc., No. 06-Civ. 100-LAP (S.D.N.Y.).* Securities enforcement action settlement between the SEC and a multinational insurance corporation over allegations of accounting fraud and related shareholder litigation. | Audited the Claims Administration | 260,000 Class Members | $843 million |
| 22. | *In re Genetically Modified Rice Litigation, MDL Docket No. 1811 (E.D. Mo.).* Voluntary claims program to resolve claims concerning genetically modified rice and crop values. | Claims Administrator | 12,000 Claimants | $750 million |

BrownGreer | Professional Service. Redefined.    Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 23. | *CBP Global Settlement.* Settlement program reached by the Department of Homeland Security, U.S. Customs and Border Protection (CBP) and the National Treasury Employees Union (NTEU) to resolve certain grievances filed by NTEU. | Settlement Administration | 25,000 Class Members | $184 million |
| 24. | *United States v. National Treasury Employees Union, No. 93-1170 (D.C. App.).* Class action settlement between a federal employees' union and the U.S. Government for back payment of wages. | Trustee of Settlement Trust | 212,000 Class Members | $173 million |
| 25. | *U.S. Department of Labor and Newport News Shipbuilding.* Early Resolution Conciliation Agreement between the U.S. Department of Labor Office of Federal Contract Compliance Programs and Newport News Shipbuilding to resolve allegations of systematic hiring discrimination and to enhance future compliance proactively. | Notice and Claims Administrator | 4,500 Claimants | $3.5 million |
| 26. | *Blando v. Nextel West Corp., No. 02-0921-FJG (W.D. Mo.).* Class action settlement by a wireless telecommunications provider to resolve claims under Missouri law involving "cost recovery fees" charged to customers. | Advisor to the Court | 5 million Class Members | $165 million |
| 27. | *Brown & Szaller, Co., L.P.A. et al., v. Waste Management of Ohio, Inc., Case No. CV-16-859588.* Proposed class action settlement resolving claims of certain commercial customers of Waste Management of Ohio, Inc. related to alleged improper price increases on waste collection, disposal, and/or recycling services. | Notice and Claims Administrator | 65,000 Class Members | $30.5 million |
| 28. | *Bartell, et al. v. LTF Club Operations Company, Inc., Case No. 2:14-cv-00401.* Proposed class action settlement resolving claims of certain former members of Life Time Fitness in Ohio related to Life Time's alleged failure to honor cancellation requests and issue certain refund payments under Ohio's Prepaid Entertainment Contracts Act (PECA). | Notice and Claims Administrator | 60,000 Class Members | $14 million |
| 29. | *Wildfire Assistance Program.* Voluntary program providing financial assistance to individuals experiencing urgent needs as a result of the 2017 and 2018 California Wildfires. | Claims Administrator | 20,000 Claimants | $100 million |
| 30. | *In re Capital One Telephone Consumer Protection Act Litigation, MDL Docket No. 2416 (N.D. Ill.).* Class action settlement to resolve claims arising from alleged violations of the Telephone Consumer Protection Act. | Notice and Claims Administrator | 17.5 million Class Members | $75.4 million |
| 31. | *In re Vioxx MDL Settlement Agreement Related to Consumer Class Actions, MDL Docket No. 1657 (E.D. La.).* Class action settlement to resolve consumer protection claims arising from the marketing of prescription painkillers. | Claims Administrator | 8,000 Claimants | $23 million |
| 32. | *Yarger v. ING Bank, FSB, No. 11-154-LPS (D. Del.).* Class action settlement to resolve claims related to advertising fixed rate mortgages under Delaware consumer law. | Notice and Claims Administrator | 115,000 Class Members | $20 million |
| 33. | *Acosta v. Tyson Foods, Inc., No. 8:08-cv-86 (D. Neb.).* Class action settlement by a poultry producer to resolve claims under the Fair Labor Standards Act and Nebraska law for employee compensation for time spent donning/doffing protective equipment. | Notice Administrator | 3,700 Class Members | $19 million |

**BROWNGREER** | Professional Service. Redefined.                                    Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 34. | *Flores v. Zorbalas, No. 27-CV-16-14225 (Minn. St. Ct., Hennepin Cnty., Minn.).* Class certification notice program and subsequent class action settlement program resolving claims of tenants of certain apartments in Minneapolis, MN whose landlords allegedly rented out the properties without proper licenses and failed to maintain the properties as required by health and safety laws. | Notice and Claims Administrator | 5,500 Class Members | $18.5 million |
| 35. | *United States of America v. Capital One, N.A., No. 1:12-cv-828 (E.D. Va.).* Consent decrees between a financial services company and the Department of Justice and Office of Comptroller of the Currency to resolve alleged violations of the Servicemembers Civil Relief Act. | Notice and Claims Administrator | 44,000 Claimants | $15 million |
| 36. | *Figueroa v. Capital One, N.A., No. 3:18-cv-00692-JM-BGS (S.D. Cal.).* Class action settlement by a financial institution to resolve claims that it breached its contract with accountholders by improperly assessing and collecting fees when accountholders used out of network ATMs to conduct a balance inquiry. | Notice and Claims Administrator | 1.9 million Class Members | $13 million |
| 37. | *Ene v. Maxim Healthcare Services, Inc., No. 4:09-cv-02453 (S.D. Tex.).* Class action settlement by a healthcare provider to resolve claims under the Fair Labor Standards Act concerning the classification of healthcare recruiters as exempt from overtime pay. | Notice Administrator | 1,600 Class Members | $12.3 million |
| 38. | *Gregorio v. Premier Nutrition Corporation, Civil Action No: 17-cv-05987 (S.D.N.Y.).* Class action settlement to resolve claims concerning the misleading advertising of protein shake products. | Notice and Claims Administrator | 9.36 million Class Members | $9 million |
| 39. | *Spinelli v. Capital One Bank (USA), No. 8:08-cv-132 (M.D. Fla.).* Class action settlement by a financial services company with credit card holders to resolve claims under the Truth in Lending Act. | Notice and Claims Administrator | 9 million Class Members | $5 million |
| 40. | *Hankins v. CarMax Inc., No. 03-C-07-005893 CN (Baltimore County Md. Cir. Ct.).* Class action settlement to resolve claims that a retail car company sold used vehicles without disclosing that the vehicles had been used previously as short-term rentals. | Notice and Claims Administrator | 7,300 Class Members | $8 million |
| 41. | *Cohen v. Warner Chilcott Public Ltd. Co., No. 1:06-cv-00401-CKK (D.D.C.).* Class action settlement to resolve antitrust claims against two pharmaceutical companies regarding the sale of an oral contraceptive | Notice Administrator | 2 million Class Members | $6 million |
| 42. | *Peg Bouaphekeo, et. al., v. Tyson Foods, Inc., No. 5:07-cv-04009- JAJ (N.D. Iowa Western Division).* Class action settlement by a poultry producer to resolve claims under the Fair Labor Standards Act and Iowa law for employee compensation for time spent donning/doffing protective equipment. | Notice Administrator | 2,523 Class Members | $5.78 million |
| 43. | *Morgan v. Richmond School of Health and Technology, Inc., No. 3:12-cv-00373-JAG (E.D. Va.).* Class action settlement by a for-profit vocational college to resolve claims under the Equal Credit Opportunity Act, Title VI of the Civil Rights Act of 1964 and the Virginia Consumer Protection Act. | Notice and Claims Administrator | 4,200 Class Members | $5 million |
| 44. | *Gomez v. Tyson Foods, Inc., No. 08-021 (D. Neb.).* Class action settlement by a poultry processing company to resolve claims under the Fair Labor Standards Act and Nebraska law for employee compensation for time spent donning/doffing protective equipment. | Notice Administrator | 5,300 Class Members | $5 million |

BROWNGREER | Professional Service. Redefined.    Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 45. | *Rogers v. City of Richmond, Virginia, No. 3:11-cv-00620 (E.D. Va.).* Class action settlement under the Fair Labor Standards Act and Virginia law involving current and former city police officers alleging unpaid overtime wages. | Claims Administrator | 600 Claimants | $4.6 million |
| 46. | *Gales v. Capital One, N.A., No. 8:13-cv-01624 (D. Md).* Class action settlement by a financial services company to resolve claims related to the sale of certain repossessed motor vehicles. | Claims Administrator | 9,000 Class Members | $4.4 million |
| 47. | *Betts v. National Cash Advance/Advance America, Nos. 502001CA000320OCAI-MB and 502004CA008164XXXXI-MB (Palm Beach County Cir. Ct.).* Class action settlement to resolve claims alleging violates of the Florida Lending Practices Act, the Florida Consumer Finance Act, the Florida Deceptive and Unfair Trade Practices Act, and the Civil Remedies for Criminal Practices Act. | Notice and Claims Administrator | 18,500 Class Members | $4.32 million |
| 48. | *Llewellyn v. Big Lots Stores, Inc., No. 09-cv-5085 (E.D. La.).* Class action settlement by a retailer to resolve claims under the Fair Labor Standards Act regarding the classification of assistant store managers. | Claims Administrator | 200 Class Members | $4 million |
| 49. | *Desio v. Emerson Electric Co. d/b/a InSinkErator, No. 2:15-cv-00346 (E.D. Wa.).* Class action settlement to resolve claims that certain filters used in water filtration systems could crack and leak water, causing property damage. | Notice and Claims Administrator | Estimated <455,000 Class Members | $3.8 million |
| 50. | *Herron v. CarMax Auto Superstores, Inc., No. 2006-CP-02-1230 (Aiken County S.C. Jud. Dist.).* Class action settlement to resolve claims related to document processing fees charged to customers by a car dealer. | Notice and Claims Administrator | 27,000 Class Members | $3.8 million |
| 51. | *Collins v. Sanderson Farms, Inc., No. 2:06-cv-02946 (E.D. La.).* Class action settlement by a poultry processing company to resolve claims under the Fair Labor Standards Act regarding employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 21,000 Class Members | $3.1 million |
| 52. | *Nader v. Capital One Bank (USA), No. CV-12-01265-DSF (RZx) (C.D. Cal.).* Class action settlement by a financial institution to resolve claims under state privacy and wiretapping laws concerning the alleged recording of outbound customer service calls | Settlement Administration | 1.8 million Class Members | $3 million |
| 53. | *In re Children's Ibuprofen Oral Suspension Antitrust Litigation, No. 1:04- mc-0535 (D.D.C.).* Class action settlement to resolve claims of antitrust violations by two manufacturers of over-the-counter children's pain relievers. | Notice Administrator | 10,000 Class Members | $3 million |
| 54. | *Rubenstein v. The Neiman Marcus Group LLC, No. 2:14-cv-07155-SJOJPR (C.D. Ca.).* Proposed settlement program to resolve allegations that consumers were misled by the "Compared To" price tags on merchandise sold by the Defendant. | Notice and Claims Administrator | To Be Determined | $2.9 million |
| 55. | *United States of America v. Chevy Chase Bank, F.S.B., No. 1:13-cv-1214 (E.D. Va.).* Consent decree between a financial services company and a federal regulatory agency involving allegations under the Equal Credit Opportunity and Fair Housing Acts. | Notice and Claims Administrator | 3,500 Class Members | $2.85 million |

BROWNGREER | Professional Service. Redefined.                                    Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 56. | **Samuel v. EquiCredit Corp., No. 00-cs-6196 (E.D. Pa.).** Class action settlement by a financial services institution to resolve claims under the Real Estate Settlement Procedures Act regarding the application of loan proceeds to pay mortgage broker fees. | Notice and Claims Administrator | 13,000 Class Members | $2.5 million |
| 57. | **Beecroft v. Altisource Business Solutions PVT LTD, No. 0:15-cv-02184 (D. Minn).** Class action settlement to resolve claims arising from alleged violations of the Telephone Consumer Protection Act. | Notice and Claims Administrator | 56,104 Class Members | $1.8 million |
| 58. | **Hall v. Capital One Auto Finance, Inc., No. 1:08-cv-01181 (N.D. Ohio).** Class action settlement by a financial services company to resolve claims related to automobile repossession under Ohio consumer statutes. | Notice and Claims Administrator | 3,400 Class Members | $1.5 million |
| 59. | **McCoy v. North State Aviation, LLC, Case No. 1:17-cv-00346-CCE-LPA (M.D.N.C).** Class action settlement to resolve claims that Defendant violated the federal Worker Adjustment and Retraining Notification Act (the WARN Act), which requires certain employers to give 60-day advance notification of plant closings and mass layoffs. | Settlement Administration | 339 Class members | $1.5 million |
| 60. | **Watts v. Capital One Auto Finance, Inc., No. CCB-07-03477 (D. Md.).** Class action settlement by a financial services company to resolve claims related to automobile repossession under Maryland consumer statutes. | Notice and Claims Administrator | 2,700 Class Members | $990,000 |
| 61. | **Churchill v. Farmland Foods, Inc., No. 4:06-cv-4023 (C.D. Ill.).** Class action settlement by a pork processing company to resolve claims under the Fair Labor Standards Act and Illinois law regarding employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 2,300 Class Members | $980,000 |
| 62. | **Polanco v. Moyer Packing Company, No. C.P. 1852 (Philadelphia County Pa.).** Class action settlement by a beef processing company to resolve claims under the Fair Labor Standards Act and Pennsylvania law regarding employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 4,500 Class Members | $850,000 |
| 63. | **Cohen v. Foothill/Eastern Transportation Corridor Agency, et. al., No. SACV 15-01698 DDP (C.D. Ca.).** Class action settlement to resolve alleged violations of the Fair and Accurate Credit Transactions Act (FACTA) by a toll-road operator. | Notice and Claims Administrator | 25,762 Class Members | $850,000 |
| 64. | **Bessey v. Packerland Plainwell, Inc., No. 4:06-cv-0095 (W.D. Mich.).** Class action settlement by a pork processing company to resolve claims under the Fair Labor Standards Act and Michigan law regarding employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 3,000 Class Members | $650,000 |
| 65. | **Santiago v. GMAC Mortgage Group, Inc., No. 784574 (E.D Pa.).** Class action settlement by a financial services company to resolve claims under the Real Estate Settlement Procedures Act concerning charges for mortgage settlement services. | Notice and Claims Administrator | 84,000 Class Members | $650,000 |
| 66. | **Contreras v. PM Beef Holdings, LLC, No. 07-CV-3087 (D. Minn.).** Class action settlement by a beef processing company to resolve claims under the Fair Labor Standards Act and Minnesota law for employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 3,000 Class Members | $500,000 |

BROWNGREER | Professional Service. Redefined.

Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 67. | **Morales v. Greater Omaha Packing Co. Inc., No. 8:08-cv-0161 (D. Neb.).** Class action settlement by a beef processing company to resolve claims under the Fair Labor Standards Act and Nebraska law regarding employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 4,000 Class Members | $490,000 |
| 68. | **Graham v. Capital One Bank (USA), N.A., 8:13-cv-00743 (C.D. Cal.).** Class action settlement related to claims under the California Unfair Competition Law regarding alleged improper disclosures and charges assessed on credit card accounts. | Notice and Claims Administrator | 22,500 Class Members | $460,000 |
| 69. | **Hanna v. Agape Senior, LLC, No. 12-CP-40-5950 (S.C. St. Ct., Richland Cnty., S.C.).** Class action settlement resolving claims of certain residents of senior and assisted living facilities related to alleged improper of medical treatment. | Notice and Claims Administrator | 600 Class Members | Uncapped Fund; $480,000 Disbursed |
| 70. | **In re Moyer Packing Co., P. & S. Docket No. D-07-0053 (U.S. Dep't Agric.).** Consent decision involving a beef processing company to compensate cattle producers for goods sold based on weights derived using an allegedly malfunctioning weight calculation system. | Notice and Claims Administrator | 1,100 Claimants | $325,000 |
| 71. | **Confidential.** Voluntary payment program by a city government to compensate current and former city police officers for unpaid overtime wages. | Claims Administrator | 175 Class Members | $300,000 |
| 72. | **Dapice v. Capital One Bank (USA), N.A. No. 14-cv-6961 GW (AGRx).** Class action settlement by a financial institution to resolve claims related to interest rates charged on balance transfers for certain credit card accounts. | Settlement Administration | 2,564 Class members | $350,000 |
| 73. | **Confidential.** Voluntary program by a financial institution to refund customers for payments subsequently discharged in bankruptcy. | Program Administrator | 457 Payees | $233,000 |
| 74. | **Wilder v. Triad Financial Corp., No. 3:03-cv-863 (E.D. Va.).** Class action settlement by a financial services company to resolve claims associated with automobile loan applications under the Fair Credit Reporting Act. | Notice and Claims Administrator | 80,000 Class Members | $200,000 |
| 75. | **Conerly v. Marshall Durbin Food Corp., No. 2:06-cv-205 (N.D. Ala.).** Class action settlement by a poultry processing company to resolve claims under the Fair Labor Standards Act regarding employee compensation for time spent donning/doffing protective equipment. | Notice and Claims Administrator | 1,900 Class Members | $150,000 |
| 76. | **Ferguson v. Food Lion, LLC, No. 12-c-861 (Berkeley County W. Va. Cir. Ct.).** Class action settlement by a retail company to resolve claims under the West Virginia Wage Payment and Collection Act regarding timing of paychecks issued to discharged employees. | Notice and Claims Administrator | 185 Class Members | $125,000 |
| 77. | **Confidential.** Voluntary settlement by a food processing company to resolve claims regarding employee compensation for donning/doffing protective equipment. | Notice Administrator | 670 Class Members | $125,000 |
| 78. | **Confidential.** Voluntary check remittance program by an investment fund to distribute proceeds from numerous settlements to beneficiaries of the fund. | Settlement Administration | 1,049 Payees | $117,000 |
| 79. | **Confidential HUD Compensation Program.** Compensation fund established to pay damages to persons allegedly discriminated against by financial institution on basis of pregnancy or parental leave. | Notice and Claims Administrator | <100 Class Members | $50,000 |

BROWNGREER | Professional Service. Redefined.                    Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 80. | *Cook v. Columbia Freightliner, LLC, No. 10-CP-02-1987 (Aiken County S.C. Jud. Dist.).* Class action settlement to resolve claims regarding a trucking company and the collection of administrative fees in the sale of motor vehicles. | Notice and Claims Administrator | 380 Class Members | $17,000 |
| 81. | *Confidential.* Voluntary payments by a financial institution to reimburse fees charged to the credit card accounts of small business owners. | Payment Administrator | 656 Payees | $16,000 |
| 82. | *Clark v. Group Hospitalization and Medical Services, Inc., No. 3:10-CIV-00333-BEN-BLM (S.D. Cal.).* Class action settlement by a health insurance provider to resolve claims under the Employee Retirement Income Security Act and California's Unfair Competition Law. | Notice and Claims Administrator | 80 Class Members | $1,300 Disbursed |
| 83. | *Quinn v. BJC Health System, No. 052-00821A (City of St. Louis Mo. Cir. Ct.).* Class action settlement by a healthcare system to resolve claims associated with hospital fees charged to uninsured patients. | Claims Administrator | 26,000 Class Members | Debt Reduction/ Forgiveness to Qualifying Class members |
| 84. | *In re Record Company Infringement Litigation, No. 6:15-cv-00708 (M. D. Fla.).* Consolidated proceedings involving 65+ parties and alleged violations of copyrights and contracts. | Orran Brown; Special Master; Project Manager | Not Applicable | Not Applicable |
| 85. | *Gray, Ritter & Graham P.C., et al. v. Goldman Phipps PLLC, et al., No. 4:13-cv-00206-CDP (E.D. Mo.).* Three separate but related claims programs (Watts Group Settlement, Banks Group Settlement, and GP/ Murray Group Settlement), established to resolve a class action lawsuit involving claimants who settled claims against Bayer arising out of the presence of Bayer's genetically-modified rice seed in the United States rice supply or lawyers who were paid common-benefit attorneys' fees or paid common-benefit expenses in that litigation. | Notice Administrator | 27,000 Class Members | Not Applicable |
| 86. | *In re Lehman Brothers Holdings Inc., No. 08-13555-JMP (Bankr. S.D.N.Y.).* Program to track, monitor and evaluate fees being charged by bankruptcy lawyers in the Lehman Brothers Chapter 11 bankruptcy proceeding. | Fee Committee Assistant | 2,656 Class Members | Not Applicable |
| 87. | *Jerry Parker, et al. v. Smithfield Packing Company, Inc., No. 7:07-cv- 00176-H.* Class action settlement to resolve claims related to overtime pay for employees of a processing facility in Clinton, North Carolina. | Notice Administrator | 2,656 Class Members | Not Applicable |
| 88. | *Lee Lewis, et al. v. Smithfield Packing Company, Inc., No. 7:07-cv- 00166-H.* Class action settlement to resolve claims related to overtime pay for employees of a processing facility in Tarheel, North Carolina. | Notice Administrator | 12,136 Class members | Not Applicable |
| 89. | *Lycan, et. al., v. City of Cleveland, No. CV 09686044 (Court of Common Pleas, Cuyahoga County, OH).* Class action lawsuit to resolve claims that the City of Cleveland, Ohio, assessed traffic fines against non-vehicle owners (including lessees and renters) whose vehicles were photographed by automatic enforcement cameras operating in city limits, in violation of a city ordinance. | Notice and Claims Administrator | 31,937 Class Members | To Be Determined |
| 90. | *Mercier, et al v. The United States, No. 12-920C.* Class action to resolve alleged claims of unpaid wages for nurses and physician assistants. | Notice and Claims Administrator | 15,000 Class Members | $130 million |
| 91. | *Runton et al. v. Brookdale Senior Living, Inc., No. 0:17-cv-60664-CMA (S.D. Fla.).* Class action settlement resolving claims of certain residents of senior and assisted living facilities related to staffing determinations. | Notice and Claims Administrator | 29,760 Class Members | To Be Determined |

BROWNGREER | Professional Service. Redefined.                                    Firm Experience

| | ECONOMIC LOSS PROGRAM DESCRIPTION | ROLE | PROGRAM SIZE | SETTLEMENT FUND |
|---|---|---|---|---|
| 92. | ***In re De Bernardi v. City and County of San Francisco.*** Served as Court approved Third Party Notice Administrator for a collective action lawsuit regarding Compensatory Time Off earned in lieu of paid overtime. | Notice Administrator | 26,000 Class Members | Not Applicable |
| 93. | ***In re Wazwaz v. City and County of San Francisco.*** Served as Court approved Third Party Notice Administrator for a collective action lawsuit regarding Compensatory Time Off earned in lieu of paid overtime. | Notice Administrator | 1,000 Class Members | Not Applicable |
| 94. | ***In re Donofrio v. IKEA, No. 2:2018-cv-00599.*** Served as Court appointed Third-Party Administrator, responsible for tracking and maintaining Opt-in Consent Forms for a collective action lawsuit involving alleged age-discrimination in the workplace. | Third Party Administrator | 500 Claimants | Not Applicable |