**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| IN RE ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCT LIABILITY LITIGATION | : : : : : : | MASTER DOCKET<br><br>Master Docket 2:19-md-02921(BRM)(LDW)<br><br>MDL No. 2921 |

**DECLARATION OF JOEL SCHNEIDER**
**PURSUANT TO FED. R. CIV. P. 53**

I, Joel Schneider, hereby declare and state as follows:

1. I am a retired U.S. Magistrate Judge ("U.S.M.J.") and attorney of the State of New Jersey. I served as a U.S.M.J. from October 31, 2006 to January 15, 2021. I was in private practice in PA and NJ from 1980 until my appointment as a U.S.M.J. I was admitted to the Pennsylvania Bar in 1980 and the New Jersey State Bar in 1986.

2. Since February 1, 2021, I have been employed as Of Counsel with Montgomery, McCracken, Walker & Rhoads, LLP ("MMWR") out of its Cherry Hill, NJ office.

3. I submit this Declaration in support of my appointment as Special Master pursuant to Fed. R. Civ. P. 53.

4. My firm conducted a formal conflict check regarding this matter. The conflict check revealed that there is no conflict that would preclude me from serving as Special Master.

5. I have never been involved in a matter regarding the subject matter of this MDL. I confirm I have no financial interest in the subject matter in controversy nor do I have any interest that could be substantially affected by the outcome of this matter.

6. I am confident that neither I nor the MMWR firm are involved in any matter which would preclude me from accepting the appointment of the Court pursuant to Fed.R.Civ.P. 53.

7. Pursuant to Fed.R.Civ.P. 53, I hereby declare there is no ground for my disqualification under 28 U.S.C. §455. I attest there are no non-disclosed grounds for disqualification under §455 that would prevent me from serving as Special Master.

Pursuant to 28 U.S.C. §1746 I declare under penalty of perjury that the foregoing is true and correct.

By: s/ Joel Schneider
HON. JOEL SCHNEIDER (Ret.)

Executed on: October 20, 2025

# EXHIBIT A








# Joel Schneider, U.S.M.J (Ret.)

Of Counsel

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002

**Phone:** 856-488-7797
**Fax:** 856-488-7720
jschneider@mmwr.com

## Areas of Practice

- Alternative Dispute Resolution

## Admissions

- New Jersey
- United States District Court for the District of New Jersey

## Education

- Villanova University Charles Widger School of Law
- Brooklyn College

**Joel Schneider**, United States Magistrate Judge (Ret.), serves as Of Counsel in Montgomery McCracken's Alternative Dispute Resolution Practice Group.

Joel served as United States Magistrate Judge in the District of New Jersey for 14 years. During his tenure, Joel managed, settled, and decided thousands of cases in all aspects of civil litigation, including employment, civil rights, IP, class/collective actions, products liability, contract, data breach, pharmaceutical, and other disputes. While on the Bench, Joel developed a well-deserved reputation for effectively managing and settling complex and multi-party individual and class action cases, including three multidistrict litigations.

Prior to his judicial appointment, Joel practiced in the tri-state area for 26 years, where he specialized in complex civil litigation.

## Selected Cases Managed and Settled

- Business dispute between a long-time ex-NFL lineman who was a winning contestant on Shark Tank for his patented process for making boneless ribs. Litigation involved the ex-NFL player, a "shark," and a prominent food company third-party investor.
- Dispute between Kobe Bryant, his mother, and a sports related auction company about who owned Kobe's basketball memorabilia kept in a local storage locker by Kobe's mother, including Kobe's high school uniforms and trophies.
- Strip-search class action filed by arrestees at a local prison that was heard and decided by the U.S. Supreme Court. *Florence v. Board of Chosen Freeholders of County of Burlington*. 566 U.S. 318 (2012).




- Claim by parents of deceased female marathon runner who was found on the beach in the early morning of New Year's Day while she visited Sea Isle to participate in the annual Polar Bear plunge. Parents sued Sea Isle, the police and others alleging that their daughter was alive when she was pronounced dead.
- Suit by owner of Trump Taj Mahal Hotel and Casino to recover the T-R-U-M-P letters removed from the rooftop on its tower in Atlantic City. Complaint filed after President Trump was elected and he purportedly came to learn that the letters were put up for sale on eBay with bids reaching six-figures.

A representative list of Joel's cases can be accessed **here**.

## Selected Complex and Multi-Party Cases Managed and Settled

- Management and settlement of 2000 case MDL involving allegation that ingestion of the high blood pressure prescription drug Benicar caused plaintiffs' GI injuries. MDL settlement of $348 million was shared by 8000 claimants. In *re Benicar (Olmesartan) Products Liability Litigation, MDL* No. 15-2606 (RBK/JS).
- Management and settlement of class action filed on behalf of class of 50,000 D.O.'s who alleged the American Osteopathic Assoc. violated antitrust laws by requiring they join the AOA to be certified in their specialty. Case settled for a total value of approximately $80 million. *Talone v. AOA*, C.A. No. 16-4644 (NLH/JS).
- Management and settlement of 68 consolidated cases filed against Camden and individual police officers who falsified evidence and arrest reports resulting in plaintiffs' arrests, convictions and imprisonment. *In re Camden Police Cases*, C.A. No. 11-5827 (RBK/JS).
- Settlement of ten (10) related cases filed by females who alleged they were assaulted at off-campus fraternity parties. *In re: Stockton Sexual Assault Cases*, C.A. No. 18-1143 (RMB/JS), et al.
- Numerous multi-million and six figure settlements filed by victims of excessive police force. *Kilroy v. Township of Mount Laurel*, C.A. No. 20-5885 (RMB/JS); *Norman v. Haddon Township*, C.A. No. 14-6034 (NLH/JS); *Robinson v. Winslow Township*, C.A. No. 11-530 (NLH/JS); *Coney v. Caesar's*, C.A. No. 14-4981 (RBK/JS).
- Management and $19.5 million settlement approval of class and collective action filed on behalf of Burlington Assistant Store Managers who alleged they were not paid for their overtime work. *Goodman v. Burlington Coat Factory Warehouse Corp.*, C.A. No. 11-4395 (JHR/JS).
- Settled class action and individual claims involving allegation that the properties of the class and individual plaintiffs were contaminated with the "forever" chemical PFAS. Class claim requested medical monitoring. *Thomas, et al. v. Solvay Specialty Polymers USA, LLC., et al.*, C.A. No. 14-1870 (NLH/JS); *Minix, et al. v. Solvay Specialty Polymers*, C.A. No. 14-4405 (NLH/JS).
- Settled ANDA patent infringement action involving FORFIVO XL. *IntelGenX v. Wockhardt Bio, AG*, C.A. No. 13-5074 (JBS/JS).




A representative list of Joel's complex and multiparty cases managed and settled can be accessed **here**. A representative list of Joel's class/collective actions certified and/or settlement approval can be accessed **here**.

## Published Opinions

Joel has authored hundreds of written opinions that are available in F. Supp. 2d and 3d, F.R.D., Westlaw and Lexis.

## Selected Speaking Engagements

Joel is frequently asked to speak to local, state and national bar groups and organizations.

## Community Involvement

- Former adjunct faculty member, Rutgers School of Law, Camden
- Former adjunct faculty member, Rowan University

## Professional Activities & Achievements

- Member, Lawyer's Advisory Committee
- Trustee, Federal Bar Association of New Jersey
- Advisor, Historical Society for the District of New Jersey
- Former member, Federal-State Committee of the Judicial Conference of the United States

## Academic Achievements

- Villanova University Charles Widger School of Law (J.D.)
- Brooklyn College (B.A.)




# Selected Cases Managed and Settled

Judge Schneider managed and settled thousands of cases in his 14-year career as a United States Magistrate Judge. The following is a representative list of the cases:

- Indian tribe alleged its due process rights were violated by the State of New Jersey when the State revoked its recognition as an official Indian tribe that existed since the 1980's. The tribe alleged the recognition was revoked to protect the interests of politically connected casinos even though the tribe assured the State it had no interest in gambling.
- Personal injury claim filed by a former star Philadelphia Phillies pitcher who fell from a defective slot machine chair at an Atlantic City Casino. Pitcher injured his back and alleged he could no longer play golf and attend celebrity golf outings.
- Plaintiff who spent over 18 years in prison after being convicted of rape and murder sued for violation of his civil rights after he was freed from prison based on newly obtained DNA evidence.
- Breach of contract action filed against defendant seat company and memorabilia business that contracted to remove the seats from Orioles Stadium in Baltimore, MD. Defendant stopped work in the middle of the job because it learned there was no market for the seats and it could not afford to pay to remove and store the remaining seats.
- Owner of a billboard alleged its first amendment rights were violated when its approval to operate a double-sided digital billboard along a major South Jersey highway was revoked.
- A fireman employed by a local municipality alleged his first amendment rights were violated when he was threatened with losing his job if he did not shave his beard which he claimed was required by his religious beliefs.
- Class action alleging the makers of "Pirates Booty" snack food made false and misleading claims about the fat and calorie content of the snack.
- Suit by minority residents of local housing development against their Township who claimed the Township's proposed redevelopment of their homes was racially motivated. Case settled in principal shortly before the Supreme Court was scheduled to hear oral argument on plaintiffs' appeal of the order granting the Township's dismissal motion.
- Suit by local hospital against competing health care system wherein they each alleged their "Top Docs" advertising was misleading and deceptive.
- Personal injury claim filed by a star basketball player at Temple University and NBA who was hit by a car and could no longer be employed as an Assistant Athletic Director.
- Plaintiff claimed she was intentionally served mashed potatoes that covered a dead mouse while eating at a local restaurant.
- Breach of contract claim filed by a major big box retailer involving nuts infected with bugs imported from Vietnam.



- Contract dispute involving the construction of a top-secret government "Space Fence Program" on Marshall Island in the Pacific Ocean, 2300 miles from Hawaii.
- Declaratory judgment action involving the NBA's claim that the plaintiff, a prominent sports memorabilia company, sold "knock off" NBA jerseys on eBay and Amazon.
- Several strip-search class actions filed by present and former inmates at various NJ County prisons and jails.
- Class action alleging the makers of a national brand of ice tea mislabeled the drink as "natural" when it contained high fructose corn syrup.
- A veteran who was given acknowledged mislabeled excessive doses of lithium at a VA hospital sued after becoming totally disabled.
- Multiple high school students sued their teacher who secretly took "upskirt" videos in class.
- Suit by the sole survivor of a local fishing club after the club's boat capsized while on a fishing trip off the coast of Costa Rica killing all but one person on board.
- Multi-million dollar economic loss complaint arising out E-coli outbreak at Taco Bell restaurants in NJ, PA and NY.
- Suit filed by blueberry farmers in Hammonton, NJ against manufacturer of insecticides that damaged their blueberry plants and crops.
- Wrongful termination claim filed by worker who claimed she was fired because she did not fold napkins correctly when she put them in box lunches for the Coast Guard.
- Claims filed by NJ beer distributors against Anheuser-Busch and InBev alleging they improperly terminated plaintiffs' right to import and sell certain brands of beer in NJ.
- Suit challenging whether the U.S. Corps of Engineers could build dunes on the beach in Margate, NJ over Margate's objection.
- Plaintiff challenged numerous state court decisions denying his claim that he was the illegitimate son of Shawn Carter, e.g., Jay Z.
- Nine lawsuits filed by former female students at a local public university alleging they were sexually assaulted at off-campus fraternity parties.
- Nationwide class action regarding the concussion reduction properties of football helmets.
- Discrimination claim filed by a former worker at a nursing home who was fired after she hired a stripper to entertain senior disabled patients at the home.
- Conservative talk show host appearing on Fox T.V. sued to terminate her radio contract so she could appear more often on Fox T.V.
- Claim filed by paraplegic plaintiff in witness protection program and protective custody who claimed he was subject to unconstitutional conditions of confinement.
- Contract dispute by a vendor providing services for the Miss America pageant who was allegedly not paid for its services.




- Plaintiff claimed losses in the millions after chestnuts and kiwi stored in a cold warehouse were ruined because the temperature was not kept below 32 degrees.
- Personal injury claim filed by a female plaintiff who contracted MRSA after being catharized by a police officer at a hospital.
- Employment discrimination claim filed by a stripper at a "bikini bar" who alleged she was fired because she danced while she was pregnant. Defendant denied pregnancy discrimination and alleged he had customers who asked for pregnant dancers. Defendant also claimed the plaintiff was not discriminated against because he fired plaintiff because of her "hormonal imbalance," not because she was pregnant.
- Lawsuit filed by a plaintiff who alleged he was discriminated against when his job offer was revoked after his prospective employer found out he had a sex change operation.
- FDCPA claim filed against credit reporting agency who sent the plaintiff's credit report to the wrong person in Ohio. Plaintiff alleged afterwards he was stalked by the recipient who claimed to be his long lost brother.
- Nationwide class action alleging bank's coin counting machines short changed customers.
- Suit by the survivor of a worker who was decapitated while doing a repair in an elevator shaft. The decedent's brother who witnessed the accident was a co-plaintiff.
- Cocktail waitress sued police officer who stopped her for DUI, asked for her underwear, and later stalked her.
- Dispute between school and contractor who built a 400-meter running track about whether the lines on the track undercounted the required 400-meter distance resulting in record running times.
- Class action seeking to replace alleged defective gas valves installed at 47,000 homes at various housing developments in the 1980's and 1990's.
- Three women claiming to be the wife of the decedent sought the proceeds of his life insurance policy. Settlement of the case was held up when not all three of the "wives" agreed to pay for the decedent's tombstone.
- Competing boardwalk rolling chair companies in Atlantic City alleged each was trying to put the other out of business.
- Sixty-seven-year-old contestant in senior beauty pageants alleged she could no longer compete after she broke her elbow in a fall at defendant's store and was unable to participate in the dance talent competition.
- Claim by plaintiff for disability benefits alleging he was "legally blind" while at the same time he worked as a testimonial handwriting expert for lawyers.
- Police officer indicted for murdering his wife sued for malicious prosecution after Medical Examiner admitted he made a mistake when he conducted his autopsy and concluded a year later the decedent had a heart attack and was not murdered.
- Minor league baseball umpire sued for age discrimination. Settlement consideration included the umpire's right to use a suite at Camden Riversharks Stadium.




- Declaratory judgment action filed by pro se plaintiff who asked to be declared a slave so he did not have to pay taxes.
- Civil rights suit filed by security guard at Liberty Bell in Philadelphia who could not store his gun at the facility because it lacked storage lockers. Guard sued for false arrest after he was arrested at the train parking lot in NJ for not having a NJ state gun carry permit.
- Female tennis coach at local high school sued for sex discrimination when she was fired as the coach of the boy's team because the athletic director wanted a male to be able to go into the boy's locker room.
- Suit by the maker of the original Panzorotti against an ex-distributor for selling a competing product called Panzetti.
- $1.56 million compensatory plus $50 million punitive damage verdict in age discrimination case that could have settled for 350K.
- $125 million jury verdict in patent infringement case involving aerial photography. Plaintiff's $45 million attorney's fee and cost claim remains to be decided.
- Contract dispute regarding design and building of student housing at Purdue University.
- Invasion of privacy lawsuit filed by six (6) models from around the world whose pictures were used in advertisements for strip clubs.
- Management of numerous non-drug patent cases involving: computerized aerial photographs to measure roofs without the need for a physical inspection; square cooking pans; low-flow toilets; device and method to reconstruct face and body in 3D; modular jack connector; contact lens solution; process for producing decorative floor tiles; device used in vending machines for changing dollar bills; adjustable sneeze guard used over salad bars; laser used for eye surgery; paintball helmets; apparatus to remove hair from drain; packaging machinery; backup camera for cars, and; handrails to be used on a hatch on a ship.
- Management of numerous drug patent cases including: Mucinex; generic equivalent of adderall; ambrisentan; time-released prednisone; generic Forfivo XL; generic oxcarbazepine; ambrisentan tablets; mesalamine delayed release tablets; antiseptic drug for schizophrenia; prescription to treat brain cancer in horses; type II diabetes drug; olefin metathesis catalysts; HIV drug.
- Retaliation suit filed by local policeman against his Chief and Department related to his complaint about having to pick up the Chief from a bar when he was drunk.
- Plaintiff alleged his lack of playing time on his high school football team was racially motivated preventing him from a college scholarship and NFL career.
- Suit by broadcast company alleging its right to announce Philadelphia Eagles games in Spanish was stolen by defendant.
- Suit by parents of an 8 year old boy who was run over by a school bus after exiting the bus which resulted in the amputation of the child's lower leg.
- Class action alleging the red paint on Mercedes-Benz vehicles was defective after the paint flaked and bubbled.
- Plaintiff physician sued to restore his hospital privileges which were revoked after he was caught on video slashing the tires of his supervisor.



- Suit seeking to terminate the contract of the company that supplied Glock guns to law enforcement personnel in NJ, PA, and DE.
- Husband and wife owners of local jewelry store sued their alarm company after they were tied up and robbed by intruders.
- FLSA claim filed by Atlantic City police officers who claimed they were not paid for the time they spent before and after their shifts grooming their K-9 dogs.
- Jones Act claim by seaman who alleged he was drugged, beaten and raped by other crew members while employed on defendant's vessel.
- Sixth grade student alleged she was sexually assaulted by her science teacher in a storage closet.
- Race discrimination claim filed by plaintiff who alleged she put a $100,000 deposit down to buy a Bentley car and was accused of being a drug dealer.
- Plaintiff sued for personal injuries after he was injured getting back on a seat on a water dunk tank at a Moose fundraising event.
- The "singing bartender" at Resorts Casino alleged she was fired because she complained to OSHA that she lost her voice from the dust at the premises.
- Plaintiff sued after he was kept in prison by mistake for 500 days after his sentence expired.
- Plaintiff alleged he was fired from his job as a car salesman after he elected not to pray with the owner of the dealership.
- Adult club in Atlantic City alleged its first amendment rights were violated when it was barred from paying taxi drivers to divert customers to its premises.
- Parents stopped their car in the middle of the Walt Whitman bridge and held their son hostage. Parents sued claiming their parental sights were unconstitutionally terminated.
- Breach of contract claim involving security consulting services at a nuclear power plant in Michigan.
- Chief of Police in local South Jersey town alleged he was retaliated against when he refused to say the KKK planted asbestos in a building in town.
- Suit brought by owner of $2 million yacht who alleged boat was defective after it was bought without an inspection.
- Personal injury claims filed against a drunk driver of a cigarette speed boat who killed the passenger on a wave runner and crippled the driver.
- Plaintiff claimed 400k of Argentine pears on a boat became contaminated with fuel vapors which required that the pears be destroyed.
- Students on a high school trip to Disneyland were strip-searched because it was suspected they had drugs.
- Father sued little league baseball coach and league after the coach called his son gay after he struck out.
- Plaintiff sued the manufacturer of second base after he broke his leg while sliding in a softball game.
- Suit by nurse at Ancore State Hospital alleging a doctor at the hospital tried to recruit her to recruit customers for his pornography site.Winters at sea in the Northern Hemisphere are very harsh. Despite




vessel owners and operators' best efforts to secure cargo and safely navigate, container vessels regularly lose containers overboard. As we near the start of the North American winter season, there have already been several newsworthy incidents of vessels encountering severe weather and suffering collapsed stacks and missing boxes—including one vessel that reportedly has 1,900 lost or damaged containers. This article briefly describes how to report and respond to lost containers, how to investigate and determine the cause of the damage, and how to assess potential defenses and liabilities under US law.




# Selected Complex and Multi-Party Cases Managed and Settled

Judge Schneider managed and settled scores of multi-party and complex cases in his 14- year career as a United States Magistrate Judge. The following is a representative list of the cases:

- Management of 700 + case MDL involving plaintiffs who alleged they contracted cancer from taking defendants' contaminated high blood pressure drug. Additional related nationwide class action cases involving claims of medical monitoring and reimbursement of claims paid by third party payers. *In re Valsartan NDMA, Losartan and Irbesartan Products Liability Litigation*, MDL No. 19-2875 (RBK/JS).
- Management of MDL involving allegation that engines manufactured by Caterpillar needed excessive repairs. *In re Caterpillar Inc.. C13 and C15 Engine Productions Liability Litigation*, MDL No. 2540 (JBS/JS).
- Management and partial settlement of hundreds of separate complaints filed against the State of NJ by prisoners at Bayside State Prison who were assaulted by guards after a prison guard was murdered. *In re Bayside State Prison Litigation*, C.A. No. 97-5127 (RBK/JS).
- Managed and settled lawsuit filed by multiple homeowners who claimed Mount Holly Township's effort to redevelop their community and homes was racially motivated. *Mt. Holly Gardens Citizens in Action. Inc. v. Township of Mount Holly, et al.*, C.A. No. 08-2584 (NLH/JS).
- Settled class action on behalf of prisoners at Burlington County Prison who were strip searched. *Haas v. Burlington County*, C.A. No. 08-1102 (NLH/JS).
- Settlement of breach of contract claim filed by charter school against company contracted to provide educational services to the school. *Board of Trustees of the Int'l Academy v. Dab is Educational Systems, Inc.*, C.A. No. 18-11474 (RMB/JS).
- Settlement of claim filed by Dept. of Justice against provider of children's educational services who allegedly did not accommodate disabled children. *U.S. v. Nobel Learning*, C.A. No. 17- 366(NLH/JS).
- Two million dollar settlement of civil rights claim filed by police officer who was wrongly indicted and imprisoned for allegedly murdering his wife. *Andros v. Gross, et al.*, C.A. No. 03- 1775 (JBS/JS).
- Settled $30 million dispute between owner of hotel and commercial properties against its Bank that was attempting to foreclose on the properties. *Grande Village, LLC v. CIBC, Inc.*, C.A. No. 14-3495 (NLH/JS).
- Settlement of $1 million plus attorney's fee claim filed by successful patent plaintiff at trial after it was determined the case was "exceptional." *Supernus Pharmaceuticals, Inc. v. TWI Pharmaceuticals. Inc.*, C.A. No. 15-369 (RMB/JS).
- Management of bitterly litigated qui tam complaint where plaintiff alleged defendant engaged in an illegal drug swapping scheme at nursing homes by billing insurance companies higher rates than drugs dispensed under Medicare Part D and Medicaid Managed Care. *U.S.A. v. Omnicare, Inc.*, C.A. No. 11-1326 (NLH/JS).




- Management and settlement of race discrimination lawsuit filed by multiple bus company owners who claimed they were excessively stopped and cited for repair violations while en route to Atlantic City. *Major Tours v. Colorel, et al.*, C.A. No. 05-3091 (JBS/JS).
- Partial settlement and management of breach of contract suit filed by former President of defendant Bank and his wife against the successor Bank. *Hill v. Commerce Bancorp. Inc.*, C.A. No. 09-3685 (RBK/JS).
- Management of nationwide class action alleging defendants made misleading and false statements about the concussion reduction properties of their football helmets. *In re Riddell Concussion Reduction Litigation*, C.A. No. 13-7585 (JBS/JS).
- Settlement of contract dispute between the new owner of the former Revel Casino and Hotel in Atlantic City and the owners of the power station that supplied power to the facility. *ACR Energy Partners, LLC v. Polo North Country Club. Inc.*, C.A. No. 15-2677 (JBS/JS).
- Managed products liability claims asserted by builder of luxury yachts against manufacturer of allegedly defective “gel coat” that was applied to plaintiff’s yachts which resulted in “massive and systematic failures” causing losses in the tens of millions of dollars. *Viking Yacht Company v. Composites One, LLC, et al.*, C.A. No. 05-538 (JEI/JS).
- Suit by blueberry farmers in Hammonton, NJ against manufacturer of insecticides that allegedly damaged their blueberry plants and crops. *Indian Brand Farms. Inc. v. Novartis Crop Protection, Inc.*, C.A. No. 99-2118 (NLH/JS).
- Personal injury claims filed by passenger seriously injured by the defendant’s negligent operation of his wave runner. *DiNenno v. Lucky Fin Water Sports, LLC*, C.A. No, 08-5903 (JEI/JS).
- Complaint filed by the world’s largest company dedicated to industrial automation equipment that alleged defendant violated trademark and unfair competition laws. Defendant filed counterclaim for antitrust violations. *Rockwell Automation, Inc. v, Radwell International, Inc.*, C.A. No, 15-5246 (RBJ/JS).
- Claim by uncle of minor student and his nephew that they were discriminated against and bullied because the uncle was a homosexual. *D.V. v. Pemberton School District*, C.A. No. 12- 7646 (JS).
- Suit by NJ beer distributors who alleged defendant’s illegal actions caused the termination of their right to import and sell certain brands of beer in New Jersey. *Warren Distributing Co., v. InBev USA LLC and Anheuser-Busch. Inc.*, C.A. No, 07-1053 (RBK/JS).
- Lawsuit filed by prison inmate who claimed prison guards beat him up and conspired to keep it a secret until a former guard spoke up. *Ruiz v. NJ DOC*, C.A. No. 15-3305 (RBK/JS).
- Class action alleging title insurance company overcharged customers for insurance when they refinanced their properties. *Haskins v. First American Title Ins. Co.*, C.A. No. 10-5044 (RMB/JS).
- Settlement of qui tam case wherein plaintiff alleged defendant sold adultered blood monitoring equipment. *Glickstein v. Patient Home Monitoring*, C.A. No. 17-3225 (RMB/JS).
- One million dollar plus settlement of class and collective action wherein plaintiffs alleged the defendant bank failed to pay proper overtime wages. *Kress v. Fulton Bank*, C.A. No. 19-18985 (NLH/JS).




- Multi-million-dollar settlement of claim by survivor of NJ Turnpike rear-end collision whose husband survived the crash but became a quadriplegic. The decedent decided to end his life support so as not to burden his wife and daughter. *Dudek v. Aaron Rents*, C.A. No. 06-3755 (RMB/JS).
- Management of claim filed by parents of female marathon runner who was found on the beach on New Year's Day while she was visiting Sea Isle to participate in the annual Polar Bear plunge. Parents claimed their daughter was alive when she was pronounced dead. *Hottenstein v. City of Sea Isle*, C.A. No. 11-740 (JEI/JS).
- Settled insurance coverage dispute between carrier and armored car company who was robbed of $5.5 million by its sub-contractor. *Diebold v. Continental Casualty Co*., C.A. No. 07-1991 (JEI/JS).
- Settled suit by orthopedic surgeon in defendant's group who alleged he was defrauded by his partners and improperly terminated. *Epstein v. Atlantic Gastro*, C.A. No. 10-2265 (GMB).
- Settled lawsuit filed by Carney's Point to recover hazardous waste siting fees owed by Dupont. *Carney's Point Township v. Chemours Co*., C.A. No. 17-1025 (NLH/JS).
- Settled dispute filed by owners of multiple dental practices who alleged the company hired to run their practices breached their service contract. Case resolved after defendant agreed to buy the practices. *Affordable Denture v. Affordable Care*, C.A. No. 17-12136 (RMB/JS).
- Certified and approved class action settlement of 55,000 customers alleging TCCWNA Consumer Fraud Act violations involving defendant's rental of self-storage units. *Castro v. Sovran Self- Storage. Inc*., C.A. No. 14-6446 (JS).
- Settled class action of class consisting of 1000 people alleging they were overcharged for towing and storage charges. *Oglesby v. "Original" W. Hargrove*, C.A. No. 15-8006 (RBK/JS).
- Settled "tip credit" collective action involving 135 restaurant workers. *Underwood v. Harvest Moorestown, LLC*, C.A. No. 17-1550 (JHR/JS).
- Multi-million dollar settlement of products liability claim where plaintiff's arm was burned off in a workplace accident. *Sims v. VC 999 Packaging Systems, et al*., C.A. No. 17-2636 (RMB/JS).
- Nationwide class action alleging certain Subaru vehicles contained a defect causing sudden and unintended acceleration without driver input. *Weston, et al. v. Subaru of America, Inc*., C.A. No. 20-5876 RMB/JS).
- Settled claim by owner of electronic two-sided billboard along Route 42 whose right to use the billboard was revoked by the local Township. *Atlantic Outdoor Advertising v. Township of Gloucester*, C.A. No. 16-9332 (RBK/AMD).
- Settled breach of contract claim filed by former NFL lineman who was a winning contestant on Shark Tank (patent to remove ribs from park) involving a "Shark" and a third-party investor. *Rastelli v. Fofbakers*, C.A. No. 19-5124 (NLH).
- Settled trademark case involving the infringement of plaintiff's mark for "Cape May Salt Oyster." *LaMonica Fine Food, LLC v. Cape May Salt Oyster Co*., LLC, C.A. No. 18-2515 (RMB/JS).



- Suit by NBA against prominent sports memorabilia company who sold alleged "knock off" jerseys on eBay, Amazon and other outlets. *Hall of Fame Sports Memorabilia Inc. v. NBA Properties, Inc.*, C.A. No. 19-19176 (RMB/JS).
- Class action alleging Mercedes-Benz cars were sold with defective red paint. *Ponzio v. Mercedes Benz USA, LLC*, C.A. No. 18-12544 (JHR/JS).
- Settled three consolidated age discrimination cases filed against UPS. *Lowe v. UPS*, C.A. No. 18-17226 (NLH/JS)
- Settled ERISA class action alleging defendants' self-dealing resulted in losses incurred by the participants In defendants' Profit Sharing Plan and Trust. *McCann, et al. v. Hill. et al.*, C.A. No. 20-6435 (NLH/JS).
- Nationwide class and collective action alleging defendant's store managers were not paid overtime. *Magee v. Francesca's Holdings Corp., et al.*, C.A. No. 17-565 (RBK/JS).
- Class action alleging defendant misrepresented the anti-aging effects of its SeroVital-High product. *Diebler v. Sanmedical International, LLC.*, et al., C.A. No. 19-20155 (NLH/JS).
- Multiple class and individual cases alleging claims for personal injuries, property damage and medical monitoring from exposure to defendants' chemicals, including PFAS. *Giordano v. Solvay Specialties Polymers USA, et al.*, C.A. No. 19-21573 (NLH/JS), et al.
- Nationwide class action on behalf of 1.5 million families and 50,000 claimants who received unsolicited phone calls. *Somogyi v. Freedom Mortgage*, C.A. No. 17-6546 (RMB/JS).
- Class action on behalf of 450 families who were overcharged for closing costs. *Conover v. Patriot Land Transfer*, C.A. No. 17-4625 (RMB/JS).
- Lawsuit filed by federal express drivers alleging they were employees rather than independent contractors. *Carrow v. FedEx Ground Package System, Inc.*, C.A. No. 16-3026 (RBK/JS).
- Settled $2.7 million fire loss subrogation claim. *HDI Global v. Worth & Company, Inc.*, C.A. No. 14-3614 (JHR/JS).
- Settlement of suit filed by institutionalized plaintiff who alleged his constitutional rights were violated when he was involuntarily administered drugs. *Bacon v. Burns*, C.A. No. 10-5484 (JBS/JS).
- Settled defamation lawsuit filed by a foreclosure attorney who was referred to as a "robo- signer" on defendant's website. *Romano v. A Gold Services, Inc.*, C.A. No. 12-7916 (JHR/JS).
- Settled multi-million dollar claim filed by importer of nuts against packager for selling nuts contaminated with insects. *IMS v. Nutsco*, C.A. No. 19-8904 (NLH).

MONTGOMERY McCRACKEN
Attorneys At Law

# Selected Class/Collective Actions Certified and/or Settlement Approval

Judge Schneider managed and settled scores of class/collective actions and/or settlement approvals in his 14- year career as a United States Magistrate Judge. The following is a representative list of the cases:

- Class certification and settlement approval of nationwide class of 1.5 million families who received unsolicited phone calls. 50,000 claimants to share $9.5 million. Approved attorney's fee of $3.16 million. *Somogyi v. Freedom Mortgage Corp.,* C.A. No. 17-6546 (RMB/JS) (9/20).
- Collective and Fed.R.Civ.P. 23 class certification and $19,5 million settlement approval of 1650 assistant store managers who were not paid overtime wages. Approved attorney's fee of $6.5 million. *Goodman v. Burlington Coat Factory*, 11-4395 (JHR/JS).
- Class settlement of beneficiaries of defendants' retirement plan who alleged ERISA violations. *McCann v. Hill*, 20-6435(NLH).
- Class certification and settlement approval of class of 450 families who overpaid closing costs due to defendants' alleged illegal kickback scheme in violation of RESPA. *Conover v. Patriot Land Transfer, LLC.*, C.A. No. 17-4625 (RMB/JS).
- Class certification and settlement approval of class of 8500 prisoners subject to alleged unconstitutional conditions of confinement. *Dearie v. Cape May County*, C.A. No. 15-8785 (RMB/JS).
- Class settlement of recipients of collection letters that violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. *Smith v. Professional Billing and Management Services, Inc.*, C.A. No. 06-4453 (JEI), 2007 WL 4191749 (D.N.J. Nov. 21, 2007).
- Class certification and settlement approval of class of employees in defendants' 401(k) plan who alleged defendants breached their ERISA fiduciary duties. *Skye v. Maeksk Line, Ltd.*, et al., 08-4813(JS).
- Class certification and settlement approval of 917 recipients of unsolicited sales telephone calls. *Krug v. Davis Attorneys, P.C.*, et al., 10-4975 (JS).
- Class settlement of class of retirees who alleged defendants improperly calculated their retirement benefits. *Lighfoot v. Arkema Inc. Retirement Plan*, 12-773 (JBS/JS).
- Declined to certify nationwide class of 800,000 individuals who received deficient collection letters on grounds the recovery to the class was inadequate and the proposed release was overbroad. *Zimmerman v. Zwicker and Associates, P.C.*, 09-3905 (RMB/JS), 2011 WL 65912 (Jan. 10, 2011).
- Class certification and settlement approval of class of recipients of collection letters providing misleading information regarding the amounts due on student loans. *Hovermale v. Immediate Credit Recovery, Inc.*, C.A. No. 15-5646 (JS).
- Certified and approved class action settlement of 55,000 customers alleging TCCWNA Consumer Fraud Act violations involving defendant's rental of self-storage units. *Castro v. Sovran Self-Storage, Inc.*, C.A. No. 14-6446 (JS).




- Settled class action consisting of 1000 people alleging they were overcharged for towing and storage charges. *Oglesby v. "Original" W. Hargrove*, 15-8006 (RBK/JS).
- Settled "tip credit" collective action involving 135 restaurant workers. *Underwood v. Harvest Moorestown, LLC*, 17-1550 (JHR/JS).