**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| *IN RE:* **ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCT LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | **Case No. 2:19-md-02921 (BRM)(LDW)**<br>**MDL No. 2921**<br><br>**JUDGE BRIAN A. MARTINOTTI**<br><br>**MAGISTRATE JUDGE LEDA DUNN WETTRE** |

**CASE MANAGEMENT ORDER NO. 42**

**(Order Governing Pretrial Deadlines)**

The Parties, having met and conferred and reached agreement, and for good cause shown, the following deadlines shall apply with respect to the first two bellwether trials, noting that Motions in Limine relating to the second bellwether trial will be served on the same briefing schedule as the first bellwether trial, but will not be filed with the Court until directed:

July 27, 2026:       the Parties will exchange Motion in Limine ("MIL") topics for the *Henson* and *Rabin* cases.

July 28-30, 2026:       the Parties will meet and confer on the disclosed MIL topics in an effort to resolve or narrow disputes.

July 31, 2026:       the Parties will submit any proposed disputed MIL topics to Judge Wettre via joint letter setting out respective positions.

August 6, 2026:       Conference with Judge Wettre at 10:00 a.m. via zoom, regarding disputed MIL topics.

August 10, 2026:       Parties to file any MILs (deadline from CMO 37) with respect to the *Henson* case and serve any MILs with respect to *Rabin* case.

August 24, 2026:       Parties to file Oppositions to *Henson* MILs (deadline from CMO 37) and serve Oppositions to *Rabin* MILs.

August 26, 2026:       the Parties shall serve pretrial disclosures including deposition designations and trial exhibit lists; and will exchange initial drafts of the case-specific portions of proposed Final Pretrial Orders, including the claims and

defenses to be tried, stipulated facts, legal issues, and witness lists and summaries.

August 31, 2026:    Parties to file Reply Briefs in support of *Henson* MILs (deadline from CMO 37) and serve Reply Briefs in support of *Rabin* MILs.

September 16, 2026:    the Parties will serve objections and responsive disclosures to the pretrial disclosures, including counter-designations and rebuttal exhibits. The Parties will incorporate those materials into the draft Final Pretrial Orders.

September 23, 2026:    the Parties will serve objections to counter-designations and rebuttal exhibits.

September 30, 2026:    The Parties will complete their meet and confer process regarding the proposed Final Pretrial Order and endeavor to resolve or narrow any remaining disputes.

October 2, 2026:    The Parties will jointly submit proposed Final Pretrial Orders for the *Henson* and *Rabin* trials. Any unresolved disputes will be clearly identified, together with each side's proposed language or position.

A Final Pretrial Conference shall be held on **October 6, 2026 at 11:00 a.m.**

The Parties shall work jointly to prepare an appropriate streamlined Final Pretrial Order form, including, for example, to attempt to streamline the presentation of common MDL matters, avoid unnecessary duplication between the two bellwether cases, and accommodate the volume of case-specific witnesses, exhibits, and deposition materials, so that the case can be tried in the number of days set by the Court. The Parties will also promptly submit any conforming revisions required by subsequent orders on dispositive motions, expert-related motions, or other pretrial rulings.

**It is SO ORDERED.**                                    **BY THE COURT:**

Dated: July 14, 2026

_____
Leda Dunn Wettre, U.S.M.J.

2