# EXHIBIT 4

# EXPERT WTINESS REPORT

## *In Re: Allergan Biocell Textured Breast Implant Products Liability Litigation*

**Dr. Dean Felsher, M.D., Ph.D.**

My research also has led to the development of new potential therapeutic avenues. I have used ASOs to reduce MYC expression in vivo that can impede tumor progression in mouse models (Dhanasekeran et al Molecular Therapy 2020). eliciting the phenomenon of oncogene addiction and confirming that targeting MYC is a promising strategy. I have investigated small molecule inhibitors. For example, publications have described how a derivative of azapodophyllotoxin (AZP) inhibited the growth of both mouse and human lymphoma cell lines by disrupting tubulin and monoglycerol metabolism (Guow et al ACS Med Chem Lett 2022).

Because of my education and experience, I am an internationally regarded expert in cancer, including carcinogenesis, cancer causation, and cancer immunology. My opinions are respected in the cancer field, both generally and specifically. As of 2025, I have been asked by Governor Newsom to serve on the California OEHHA Carcinogen Identification Committee (CIC).

I have attached my curriculum vitae as **Exhibit A**, which includes a list of all publications I have authored in the previous 30 years. I have attached as **Exhibit B** a list of all cases in which, during the previous four years, I have testified as an expert at trial or by deposition. My hourly rate is $1000.

My opinions in this report are held to a reasonable degree of medical and scientific certainty. They are based on my education, training, and experience, as well as my clinical and scientific research on cancer and cancer causation, knowledge of the literature, and my review of the relevant materials and records described in this report.

## II. Questions Presented and Summary of Opinions

I was requested to review the relevant medical and scientific literature and provide an opinion about whether there is reasonable scientific evidence of a causal association between Biocell textured breast implants and Breast Implant Associated Anaplastic Large Cell Lymphoma ("BIA-ALCL"), and if so, the likely reason(s) why this implant is causally associated with BIA-ALCL.

For the reasons that are further described below, I conclude that there is reasonable scientific evidence of a causal association between Biocell textured breast implants and BIA-ALCL. This association is likely caused by chronic inflammation caused by this implant. The significant number of small particles and debris and their characteristics that numerous researchers (including Allergan's own researchers) have found on new Biocell implants is likely a significant contributing factor to the chronic inflammation that can cause BIA-ALCL.

### C. Particulate Debris and Contamination on Biocell Implants Are A Significant Contributing Factor to the Development of BIA-ALCL

As is further described in detail below, brand new, "in-the-box" Biocell textured implants have consistently been found by several researchers (including those hired by Allergan) to have large numbers (hundreds of thousands) of silicone debris and foreign contamination particles, most of which are in the range of between 2 and 10 microns. Such particles will significantly exacerbate the proinflammatory effects of the implant that are described above, and these particles and contamination debris are likely a significant contributing factor to the development of BIA-ALCL.

As has been observed, through mechanisms that are likely multifactorial (such as the particle size, shape, and the total surface exposed to the host immune system) this particulate matter would likely elicit ineffective phagocytosis, and the magnitude of the debris would likely cause more widespread spread of the materials around the capsule. Exposure to textured implants and the associated debris and particles is associated with chronic inflammation.

As is discussed above, chronic inflammation is well-recognized as a common driver of cancer in general and specifically lymphomagenesis, through sustained immune cell activation including both innate immune cells but also T-cell activation and proliferation. In the case of Biocell textured implants, which appear to consistently have large numbers of particles in the size range as low as 2 microns and larger than 100 microns, the immune stimulation caused by these particles is a substantial contributing factor in the development of BIA-ALCL.

Medical literature and oncology practice recognize that particulates of diverse composition (polymers, silicone fragments, metals, etc.) can induce an inflammatory foreign-body reaction. In implant settings (such as orthopedic, dental, vascular, and breast implants) particle-induced inflammation is a well-documented phenomenon. (For example, **Shanbhag 1995**[201]; **Katzin 1996**[202]**; Wyatt 1998**[203]; **Green 1998**[204]**; Matthews 2000[205]; Laquerriere 2002**[206]**; Sieving 2003[207]; Katzin 2005**[208]**; Webb 2017[209]; Samreen 2018[210]; Chen 2018[211]; Meijs 2018[212]; Hallab 2019**[213]; **Munhoz 2019**[214]; **Doloff 2021**[215]; **Hallab 2021**[216]; **Santanelli di Pompeo 2022; Jagasia 2025**[217]). A consideration of any implant or anything that could introduce small particles into the body is that these particles can cause inflammation. This can occur when the implant is associated with the release of particles that can further trigger an immune response from immune cells such as macrophages, the release of cytokines which can be a contributing cause of cancer. As

number of orthopaedic implants have been associated with lymphoma in comparison to the rate of incidence in those with textured surface breast implants (Hallab et al., 2019). These inflammatory reactions involve the formation of granulomas with a high number of macrophages with and without multinucleated giant cells (Hallab et al., 2019). In addition, cells were present indicative of delayed type hypersensitivity (DTH) otherwise known as Type IV hypersensitivity which has also been reported in the context of BIA-ALCL (Kadin et al. 2018, Kadin et al. 2019). Differential diagnosis of BIA-ALCL and silicone-induced granuloma of breast implant capsule (SIGBIC) has been problematic in some cases (Fleury et al., 2017). Activated macrophages produce cytokines that induce the chronic proliferation of Th1 cells which could be a mechanism towards the development of BIA-ALCL (Turner et al., 2020).

The available evidence described above shows that silicone and foreign debris particles cause significant chronic inflammation that can, in some cases, lead to the development of BIA-ALCL.

**1. Debris and Contaminant Particles on Biocell Implants**

Several researchers, including those hired by Allergan itself, have reported that new Biocell textured implants that were sealed in a box ready for sale and implant had a large number of small particles and debris. For example:

- Dr. Greg Sawyer, an expert in this litigation, tested five new Allergan Biocell implants to quantify the number and type of particles and contamination debris that were on the implants. It is my understanding that he estimated the following average number of particles:




**Figure 8** A histogram of the average number of particles on an implant over three particle size ranges <5 µm, 5-10 µm, and 10-20 µm. Magenta colored bars include particles identified as silicone debris with particles showing a most probable characteristic size in the range of 5-10 µm. The green colored bars include particles identified as contaminants other than silicone (not including salt) and show a most probable characteristic size below 5 µm. These data are shown below in Table 1 with associated uncertainties.

| | Silicone Particles | | | Other Contaminant Particles[1] | | |
|---|---|---|---|---|---|---|
| **Implant SN#** | **< 5 µm** | **5-10 µm** | **10-20 µm** | **< 5 µm** | **5-10 µm** | **10-20 µm** |
| **21507151** | - | **530,000** ± 190,000 | - | **1,100,000** ± 260,000 | **660,000** ± 210,000 | **110,000** ± 26,000 |
| **22344427** | - | **850,000** ± 280,000 | **130,000** ± 28,000 | **3,200,000** ± 550,000 | **850,000** ± 280,000 | **940,000** ± 300,000 |
| **23104733** | **1,100,000** ± 330,000 | **55,000** ± 18,000 | **37,000** ± 15,000 | **2,700,000** ± 510,000 | **120,000** ± 27,000 | - |
| **23155727** | - | **2,000,000** ± 810,000 | - | **1,700,000** ± 740,000 | **49,000** ± 17,000 | - |
| **23738260** | - | **61,000** ± 19,000 | **80,000** ± 22,000 | **290,000** ± 100,000 | **200,000** ± 35,000 | **55,000** ±18,000 |
| **average** | **220,000** ± 150,000 | **700,000** ± 390,000 | **49,000** ± 17,000 | **1,800,000** ± 490,000 | **380,000** ± 200,000 | **210,000** ± 130,000 |

[1] Other Contaminant Particles are those particles that are identified as non-silicone and non-salt.

**Table 1** Particle counts for implants (21507151, 22344427, 23104733, 23155727, and 23738260) as organized by row. The first section of columns are for particles identified as silicone debris, and the second section of columns is for particles identified as other contaminants (*i.e.* those particles that are not identified as either salt (NaCl) or silicone). The associated uncertainties are provided as ± under the average number shown to 2 significant figures. All cells denoted with a ( - ) indicate that the original measurements were below 5 and were not used in the calculations of extrapolated particle count - for the purpose of average particle calculations a conservative value of 0 was used. For the uncertainty in the average (±) the central limit theorem was used where the uncertainty is the square root of the sum of the squares divided by the square root of N (5) - for samples with no statistical measurements 0 is again used for the uncertainty (i.e. - is 0 ± 0).

(**Sawyer Report[257], section 1C**).

- Allergan conducted in 2010 its own tests to quantify particles on Biocell implants and to compare the number of particles on Biocell implants that Allergan made in Santa Barbara to those Allergan made in Costa Rica. (**AGNBIOMDL-01333402**[258]). Allergan used a 1 $mm^2$ tape to collect particles that were on the surface of the implant. (Slide 2) Allergan counted the particles and conducted elemental analysis to identify the material. (Slide 3). Allergan found an average of 305 particles per $mm^2$ on Biocell implants made in Costa Rica and 196 particles per $mm^2$ on Biocell implant made in Santa Barbara. (Slide 8). Based on calculations provided in Dr. Gregory Sawyer's expert report, it is my understanding that this finding reflects an estimated total of 3 to 10 million particles on the implant, over a hundred thousand of which are silicone particles. (**Sawyer Report, section 4.1**).

- Allergan conducted in 2016 additional tests to quantify the number of particles on an Allergan Biocell implant (described as One sample breast implant textured type, Part # TRF-325, lot # 2857529." Allergan hired NAMSA to conduct this testing by placing the implant in a beaker with water, and using light obscuration particulate analyzer to quantify the number of particles in samples from the water to estimate the per-device number of particles in different size ranges. NAMSA reported that the Biocell implant had a corrected count of 217,800 particles in the range of 2 – 10 microns, 5,565 particles in the range of 10 – 25 microns, and 65 particles in each the ranges of 25-50 and 50-100 microns. (**NAMSA Report**[259]).

- Mentor, another manufacturer of breast implants, also tested in 2013 Allergan Biocell implants to measure the number of particles on them. Mentor found an average of between 36 and 47 particles in a small area of the implant measuring (2.5 x 1.86 square millimeters). (**MentorAllergan JCCP_046 – 139**). Based on calculations provided in Dr. Greg Sawyer's Expert Witness Report, it is my understanding that this represents approximately 168,000 to 304,000 silicone particles alone on Allergan implants (depending on the size). (Sawyer Report, section 4.4, Table 8).

- Testing published in 2017 by Dr. Leland Webb at the Mayo Clinic was "aimed to determine the extent of surface particulate shedding from 3 textured implants approved by the US Food and Drug Administration (FDA), which are manufactured by Allergan, Mentor, and Sientra." (**Webb 2017**[260]). The article states that "Our

qualitative examination of SEM findings showed more debris shed from the Allergan breast implants than from the Mentor or Sientra implants." The Allergan implant Dr. Webb tested was described as an Allergan Natrelle Biocell, style 120, a round, high-profile implant (reference no. 120-500; volume, 500 mL; diameter, 13.5 cm; projection, 4.7 cm). Dr. Webb's article states:

> "Magnification x50 showed shed debris on the surface of the Natrelle implant. The control EVA compound did not show debris on SEM magnification (Figure 2). As each SEM magnification increased, we could visualize even more surface debris on the Natrelle implant (Figure 3)."




**Figure 3.** Ethylene vinyl acetate copolymer after spallation of the Allergan Natrelle Biocell implant, shown on scanning electron microscopy (A, ×50; B, ×100; C, ×250). The white flecks of material indicate shed particles of silicone from the surface topography.

Dr. Webb's article states that "The Natrelle implant shed the most debris of the 3 implants (white flecks; Figure 3). Little surface debris was adherent to the EVA copolymer on the MemoryGel (Figure 4) and Sientra (Figure 5) implants at magnification x200."

- Testing published in 2021 by Dr. Nadim Hallab at Rush University identified and quantified the particulate debris that was released from different types of implants:

Biocell, Microcell, Siltex, Smooth, SmoothSilk, and Traditional-Smooth breast implant. (**Hallab 2021**[261]). Dr. Hallab used two methods to obtain particles that were on the implants: adhesive tape and soaking the implants in ethanol and filtering the liquid. Dr. Hallab reported that "Biocell, Microcell, and Siltex had predominantly silicone-based particulate whereas SmoothSilk and Traditional-Smooth implant surfaces had predominantly trace amounts of polymeric debris consistent with packaging materials. It is important to note that whereas these residual amounts of packaging-type debris were also apparent on all types of implants, Biocell, Microcell, and Siltex implants also had overwhelming additional amounts of retrieved silicone debris that obscured the relatively trace amount of carbon-based polymeric debris."

Dr. Hallab reported that "the numbers of particles on the SmoothSilk and Traditional-Smooth implants after rinsing were not only below the detection limits for particle analysis but were virtually absent on SEM examination." On the other hand, "the total mass of particles rinsed from the surfaces indicated Biocell had >5-fold more particulate compared with all other implants, and >30-fold more than SmoothSilk or Traditional-Smooth implants (>100-fold more for post-rinse adhesion analysis)" Energy-dispersive X-ray analysis indicated that the particulate material for Biocell, Microcell, and Siltex was silicone (>50%), whereas particulates from SmoothSilk and Traditional-Smooth implants were predominantly carbon-based polymers, e.g., polycarbonate-urethane, consistent with packaging (and were detected on all implant types)."

Dr. Hallab concluded that "Particulate debris released from BIs are highly dependent on the type of implant surface and are a likely key determinant of in vivo performance."

As is described above, several different researchers (including those hired by Allergan) using different methodologies and different implants have uniformly found debris and contaminant particles on Biocell implants.

In addition to the size and number of the particles (described above), the shape of particulate debris and contamination is also an important factor. The particles that researchers have found are, in general, irregular in shape and often have sharp edges.

Photographs of some of the particles from the Biocell implant taken by Allergan's contractor, McCrone, are located at **ALLE-MCCRONE0003519** at *3531 - *3536 and include particles and fibers such as:

Dr. Gregory Sawyer found a large number of irregularly shaped particles on new Biocell implants, such as:

7.2) Medium-Magnification Image (x250)




(Sawyer Report, Appendix B1, section 7.2)

6.2) Medium-Magnification Image (x250)




(**Sawyer Report**, Appendix B2, section 6.2.)

Additional photographs of the types of particles identified by Dr. Gregory Sawyer on new Allergan Biocell implants are included in his Expert Witness Report at Appendices B1, B2, B3, B4, and B5.

The features of the particle's shape include the smoothness versus roughness and jaggedness can influence many physical-chemical parameters that influences their biological effects and immune reactivity. There are multiple possible reasons for this that have been observed including how they influence the nature of the interface with immune cells, the total surface area of exposure between the particles and the immune system, and aspect ratio of the particle that can influences the immune reactivity and the ability for such particles to be cleared by phagocytosis.

observed association in this case is highly specific in both the disease and the exposure. First, BIA-ALCL is a highly specific disease: it is a distinct non-Hodgkins T-cell anaplastic lymphoma that occurs in the breast of a woman and is characterized by a distinctive immunophenotype that distinguishes it from other lymphoid and non-lymphoid neoplasms (such as being ALK negative and CD30 positive). Second, this highly specific disease is reported to occur very specifically in association with textured breast implants. BIA-ALCL has not been reported in women with a confirmed history of only smooth breast implants. Likewise, BIA-ALCL is not reported in women without breast implants. Consequently, a very specific exposure (textured breast implants) is associated with a very specific disease (BIA-ALCL).

• **Temporality**: The development of BIA-ALCL is observed to occur after implantation of a textured breast implant and after a duration and time period that is consistent with the expected latency of the onset of a cancer of this type.

• **Biological gradient**: In this case, exposure to a textured breast implant is usually binary; either a patient has a history of being exposed to a textured implant or they do not.

• **Plausibility**: As is described in detail earlier, the Biocell implant has characteristics that are pro-inflammatory and have been shown to elicit chronic inflammation. Additionally, large numbers (over 100,000) of particles have been found consistently on Biocell implants. These particles predominantly consist of small (2-10 micron), often irregularly shaped silicone particles and other contaminated debris. The particles that have been found on Biocell breast implants are likely to cause chronic inflammation that in turn could contribute to the cause of BIA-ALCL. Consequently, it is certainly biologically plausible that the Biocell textured implant can cause BIA-ALCL.

• **Coherence**: This consideration examines whether the cause-and-effect interpretation seriously conflicts with the generally known facts of the natural history and biology of the disease. As is described in detail earlier, inflammation contributes to the pathogenesis of cancer in multitude of ways through influences on molecular and cellular immune effectors. Also as is discussed in detail above, the studies have shown that textured implants elicit chronic inflammation, and particles in the size and shape as has been consistently observed on Allergan Biocell implant is a known cause of chronic inflammation. The association between Biocell implants and BIA-ALCL, therefore, is consistent with the known biology of BIA-ALCL.

• **Experiment**: In his 1965 address, Hill stated that "strong support for the causation hypothesis might be revealed" from "experimental, or semi-experimental data." (**Hill**

8. BIA-ALCL can cause and has caused significant morbidity and even death when diagnosed particularly at advanced stages.
9. For individuals with implants at a high risk for BIA-ACL (such as the Biocell implant), it is appropriate for physicians to be aware and consider BIA-ALCL as a diagnostic possibility.
10. Screening for BIA-ALCL would include a physician taking a medical history and performing a physical exam. Of concern would be if a patient was having clinical symptoms and/or having physical findings associated with breast enlargement, peri-implant effusion, a palpable breast or axillary mass, lymphadenopathy, breast skin erythema, and/or symptoms of pain at the site.
11. For individuals with any symptoms and/or physical findings suggestive of BIA-ALCL, this would warrant possible further examination, including consideration of a FNA for cytological examination of a mass or fluid and/or imaging studies (e.g., ultrasound and/or PET-CT).

Dated: February 11, 2026

Dr. Dean Felsher, M.D., Ph.D.

# Exhibit A

Biographical and Bibliographic Information

Identifying Information:

| | |
|---|---|
| Name: | Dean W. Felsher MD PhD |
| Citizenship: | United States of America |

Academic History:

Colleges and University

| | |
|---|---|
| 9/81-7/85 | University of Chicago, B.A. |
| 7/85-7/92 | University of California, Los Angeles, M.D., PhD. |
| 7/92-6/94 | Hospital of the University of Pennsylvania, Resident, Internal Medicine |
| 7/94-6/99 | University of California, San Francisco, Fellow, Hematology-Oncology |

Scholarships and Honors

| | |
|---|---|
| 1985 | Special Honors, Chemistry, University of Chicago |
| 1992 | Emil Bogen Research Award for Excellence in Science |
| 1985-1992 | Medical Scientist Training Program |

Residency and Post-Doctoral Training

| | |
|---|---|
| 7/92-6/94 | Resident, Hospital of the University of Pennsylvania, Internal Medicine |
| 7/94-6/99 | Fellow, University of California, San Francisco, Hematology-Oncology |
| 7/95-6/99 | Fellow, University of California, San Francisco, J. Michael Bishop's Laboratory |

Board Certification

| | |
|---|---|
| 1996 | Internal Medicine |
| 1998 | Medical Oncology |

Employment History:

| | |
|---|---|
| 12/97-7/98 | Clinical Instructor, Department of Medicine, UCSF |
| 7/98-9/99 | Assistant Adjunct Professor, Step I, Department of Medicine, UCSF |
| 9/1/99-12/1/99 | Acting Assistant Professor, Division of Oncology, Department of Medicine, Stanford University |
| 12/1/99- | Assistant Professor, Division of Oncology, Department of Medicine, Stanford University |
| 11/1/01- | Assistant Professor, Division of Oncology, Departments of Medicine and Pathology, Stanford University |
| 2/1/07- | Associate Professor, Division of Oncology, Departments of Medicine and Pathology, Stanford University |
| 8/01/12- | Professor, Division of Oncology, Departments of Medicine and Pathology, Stanford University. |

Public and Professional Service:

Departmental Affiliations and Leadership
Associate Chief, Division of Oncology, Department of Medicine, Stanford University
Department of Pathology, Stanford University
Founding Director of Translational Research and Applied Medicine (TRAM)
Director of Oncology Research, Division of Oncology
Director of Admissions, Medical Scientist Training Program (MSTP)
Director of Advanced Residency Training Program (ARTS)
Director of Team Science, Department of Medicine
Co-Director Cancer Nanotechnology Training (C-TNT)
Co-Director KL2 Mentored Training Program
Member Stanford Comprehensive Cancer Institute
Member Molecular Imaging Program
Member Tumor Biology Training Program
Member Immunology Training Program
Member BioX Selection Committee
Member Canary Institute
Member ChEM-H

Graduate Programs

| | |
|---|---|
| 2000- | Cancer Biology, Stanford University |
| 2001- | Immunology, Stanford University |

Research and Professional Experience

| | |
|---|---|
| 7/85-7/92 | Medical Scientist Training Program, UCLA |
| 7/87-7/91 | Graduate Student, MBI, UCLA, advisor: Dr. Jonathan Braun |
| 7/92-6/94 | Resident, Hospital of the University of Pennsylvania |
| 7/94-6/97 | Fellow, Division of Hematology-Oncology, UCSF |
| 7/95-6/99 | Fellow, Hooper Foundation, advisor: Dr. J. Michael Bishop |
| 7/98-9/99 | Assistant Adjunct Professor, Department of Medicine, UCSF |
| 9/99- | Assistant Professor, Department of Medicine, Stanford University |
| 11/01- | Assistant Professor, Departments of Medicine and Pathology, Stanford University |
| 02/01/07- | Associate Professor, Division of Oncology, Departments of Medicine and Pathology, Molecular Imaging, Stanford University |
| 09/01/12- | Professor, Division of Oncology, Departments of Medicine and Pathology, Molecular Imaging, Stanford Imaging |
| 10/01/16- | Director of Research, Division of Oncology, Stanford University |
| 07/02/18- | Director of Advanced Residency Training (ARTS) |
| 07/01/20- | Co-Director, CTSA KL2 Mentored Training Program |
| 07/01/20- | Associate Chief, Division of Oncology, Stanford University |
| 07/01/20- | Director of Team Science, Department of Medicine |

Clinical Experience

| | |
|---|---|
| 6/94-7/96 | General Oncology, UCSF-Mt. Zion |
| 8/96-1/98 | AIDS Oncology, San Francisco General Hospital |
| 2/99-6/15 | General Oncology and Lymphoma, Stanford University |

<u>University Services</u>

| | |
|---|---|
| 2001-2006 | Internal Medicine Housestaff Selection Committee, Department of Medicine, |
| 2001- | Center for Clinical Immunology, Steering Committee Member |
| 2001- | Medical Scientist Training Program Admission Committee |
| 2002-2005 | Immunology Graduate Program Admission Committee |
| 2002- | Organizer, Division of Oncology Annual Retreat |
| 2002- | Member, Digestive Diseases Consortium, Stanford University |
| 2002-2005 | Cancer Biology Graduate Program, Executive Steering Committee |
| 2005- | Tumor Biology Training Program, Executive Steering Committee |
| 2005-2009 | Dean's Committee on Animal Research |
| 2005- | Member, Stanford Comprehensive Cancer Center |
| 2005- | Faculty Co-Leader, Stanford Comprehensive Cancer Center Transgenic Core Facility |
| 2006- | Review Panel Bio-X Interdisciplinary Research Initiative |
| 2006-2010 | Chair, Grants Committee, Stanford's Center for Children's Brain Tumors |
| 2007- | Member, Advanced Residency Training at Stanford Program |
| 2007-2011 | Leader, Molecular Therapeutics Program, Stanford Cancer Center<br>The development of a new program including programmatic development, an annual symposium, 3 invited speakers per year and support for joint grant applications. |
| 2008- | Faculty Member, Molecular Imaging Program |
| 2011- | Founding Director, Translational and Applied Medicine Program (TRAM), Department of Medicine: An integrated translational research program that I am the founding Director includes: pilot grants (15-20 funded projects per year), MED121/221 year-long training course, an TRAM Annual Symposia, 18 invited speaker , 3 educational talks, 3 workshops in bioinformatics, industry-academic interactions stem cell biology and infectious diseases, and a dedicated translational research core facility run by two senior scientists, 4 faculty advisory and 3 external advisors. |
| 2014- | SPECTRUM Council of Mentors |
| 2016 | Co-Director and Co-PI Cancer Nanotechnology Training Program, Radiology: A mentored research training program funded by a NIH T32 to support integrated research in cancer and nanotechnology involving molecular imaging, diagnostics and therapeutics. |
| 2017-2020 | Director of Oncology Research, Division of Oncology: I coordinate funding, semi-annual research retreats, annual Oncology division retreat, pilot funding and NIH T32 Oncology training grant. |
| 2017- | Associate Director and Director of Admissions Medical Scientist Training Program: I am responsible for review of all applications and selecting interview candidates and admission committee for the Stanford MSTP program. |
| 2018- | Director of Advanced Residency Training (ARTS) Program, a PhD granting program for medical doctors during their clinical training that supports up to 10 candidates. |
| 2019- | Co-Director of KL2 Program: I am responsible for providing training, and mentorship for junior medical faculty in the School of Medicine. |

| | |
|---|---|
| 2020- | Associate Chief of Oncology: I am responsible for scientific affairs in the division including mentorship and support and training of junior research faculty and support for our medical oncology research programs. |

Clinical Teaching
Medical Oncology Attending, Med X, Stanford Hospital
Med X Lecture Series: Oncogenes as Targets for Therapy of Human Neoplasia
Medical Oncology Journal Club
Cancer Education Seminar
Translational Medicine MED121/221
MSTP
ARTS Program
KL2 Mentored Training
Cancer Nanotechnology
ReCap

Community Service
Highlands Elementary School, Science Fair Judge, 2003
Highlands Elementary School, Science Fair Judge, 2004
Baywood Elementary School Science Fair Judge, 2007
American Cancer Society, Lecture, Spring 2004
NIH Step-up Program/UCSF High School Program, Lecture, 2004
Leukemia and Lymphoma Society MWOY Campaign 2010
Medical School Outreach 2017-
SUMMA 2017-

Teaching Activities /Courses

| | |
|---|---|
| Fall 2000 | Discussion Leader, Cell Signaling and Cancer Mol Pharm 210/Cancer Bio 242 |
| 2001-2002 | Discussion Leader, Cancer Biology Graduate Program Journal Club |
| Winter 2001 | Faculty Speaker, Cancer Biology, 241 |
| Winter 2002 | Faculty Speaker, Cancer Biology 241, Study and Treatment of Cancer |
| Spring 2002 | Faculty Speaker, Cancer Biology 243, Tumor Suppressor Genes |
| Spring 2002 | Faculty Speaker, Advanced Immunology II |
| Spring 2003 | Faculty Speaker, Pathology 243, Lecture: Carcinogenesis |
| Spring 2003 | Faculty Speaker, Biology 205, DNA Repair |
| Fall 2004 | Faculty Speaker, Cancer Biology |
| Spring 2004 | Faculty Speaker, Advanced Immunology II |
| Fall 2004 | Faculty Speaker, Pathology 243, Lecture: Carcinogenesis |
| Winter 2004 | Faculty Speaker, Pathology 243, Lecture: Carcinogenesis |
| Fall 2005 | Faculty Speaker, Pathology, 243, Lecture: Carcinogenesis |
| Winter 2005 | Faculty Speaker, Pathology, 243, Lecture: Carcinogenesis |
| Winter 2006 | Faculty Speaker, Health and Human Disease, Lecture: Carcinogenesis |
| Winter 2007 | Faculty Speaker, Health and Human Disease, Lecture: Carcinogenesis/Immunity |
| Spring 2008 | Faculty Speaker, Health and Human Disease, Lecture: Carcinogenesis |
| Winter 2008 | Faculty Speaker, BIOE22B |
| Spring 2008 | Faculty Speaker, CCRTP Course |
| Spring 2009 | Faculty Speaker, Neoplasia, Carcinogenesis and Immune Surveillance |
| Spring 2009 | Faculty Speaker, CCRTP Course |
| Spring 2010 | Faculty Speaker, Advanced Immunology II |

| | |
|---|---|
| Spring 2010 | Faculty Speaker, Cancer Biology, 222C |
| Spring 2010 | Faculty Speaker, CCRTP Course |
| Spring 2011 | Faculty Speaker, Health and Human Disease, Lecture: Cancer Biology |
| Spring 2011 | Faculty Speaker, Advanced Immunology II |
| Spring 2011 | Faculty Speaker, CCRTP Course |
| Spring 2012 | Faculty Speaker, Neoplasia, Carcinogenesis and Immune Surveillance |
| Winter 2013 | Faculty Speaker, Cancer Biology 241, Tumor Immunology |
| Spring 2013 | Faculty Speaker, Advanced Immunology |
| Spring 2013 | Faculty Speaker, Lung Block, Human Health & Disease Course |
| Fall 2013 | Faculty Speaker, CCRTP Course, Mouse Models |
| Winter 2014 | Faculty Speaker, Cancer Biology 241 |
| Winter 2015 | Faculty Speaker, Pathology 290 |
| S, W, F | Faculty Director and Speaker, MED121/221 |
| S, W, F. 2016 | Faculty Director and Speaker MED121/221 |
| Spring 2016 | Faculty Speaker, HHD 221 Lecture |
| Spring 2016 | Faculty Speaker, Immunology 209, Immune Checkpoints |
| S, W, F 2017-2018 | Faculty Director and Speaker MED121/221 |
| Spring 2017 | Faculty Speaker, HHD Human Cancer Biology Lecture |
| Spring 2017 | Faculty Speaker, Oncology Lecture, Grantsmanship and Funding |
| Spring 2017 | Faculty Speaker, MSTP Lecture, Oncogene Addiction |
| S, W, F 2018-2019 | Faculty Director Speaker MED121/221 |
| Spring 2019 | Faculty Speaker, KL2 |
| S, W, F. 2019-2020 | Faculty Director and Speaker MED121/221 |
| S, W, F 2020-2021 | Faculty Director and Speaker MED121/221 |
| S, W, F. 2021-2022 | Faculty Director and Speaker MED121/221 |
| Spring 2021 | Faculty Speaker, Immunology 258, Ethics, Science, and Society |
| S, W, F 2021-2022 | Faculty Speaker, ReCAP |
| Summer 2023 | Faculty Director and Speaker MED221 |
| Winter 2024 | Faculty Speaker, INDE 217 Physician Scientist Hour (PhySH) |

Trainees

High School Students

| | |
|---|---|
| 2003 | Michael Lin, UCLA MD, resident Stanford University |
| 2004 | Talia Lincoln, Medford College |
| 2004-2005 | Julian Burns, UCSD Medical Scholars Program, CA |
| 2006 | Charles Liu, Harvard University |
| 2010 | Julia Arzeno, UCLA Medical School, CA |
| 2011 | Nnola Amuzie, Stanford University, Stanford, CA |
| 2019 | Iwanshi Ahuja, Cupertino High School, CA |
| 2022 | Tony Zhang, Brookline High School, Brookline, MA, Carnegie Mellon University |

College Students

| | |
|---|---|
| 2000-2001 | Shelly Beer, UCLA, Stanford PhD, Merck |
| 2000-2001 | Sui Sui Song, Cornell University, Stanford Medical Student |
| 2000-2001 | Sandy Jung, Stanford University, Resident Harbor-General UCLA |
| 2001- | Charles Feng, Stanford University, Honors, UCLA Medical School |
| 2002-2003 | Jared Miller, Stanford University, Washington University, Med Student |
| 2003-2007 | Maria Chang, Stanford University, NIH Scholar Program |

| | |
|---|---|
| 2004-2008 | Michael Lin, Stanford University, UCLA Medical Student |
| 2004-2006 | Cynthia Zamora, Stanford University, UCSF Medical School |
| 2004-2009 | Kim Komatsubara, Stanford University, UCLA Medical School |
| 2004-2006 | Talia Lincoln, Medford College |
| 2004-2006 | Julian Burns, currently in the UCSD Medical Scholars Program |
| 2005 | Troy McEachron, Stanford University, NYU Graduate Program |
| 2005-2006 | Ogechi Amarachukwu Okolo, Stanford University |
| 2006-2008 | Ada Yee, Stanford University, Stanford PhD, currently Editor, Nature |
| 2006-2008 | Jessie Tao, Stanford University, Harvard Medical School, Johns Hopkins |
| 2006-2008 | Stephen Hinshaw, Stanford University, currently RA Harvard U. |
| 2006-2008 | Joy Chen, Stanford University, Case Western Med Student, Stanford Surgery |
| 2007-2008 | Peter James Bellisle, Stanford University |
| 2007-2010 | Ramya Parameswaran, Stanford University, MSTP U. Chicago |
| 2008-2010 | Evan Chen, Stanford University, currently Stanford Medical Student |
| 2009 | Michael Sanchez, Stanford University |
| 2009-2011 | Sashendra Ravinath Aponso, Stanford University, Duke Singapore Program |
| 2008 | Erin Young, Utah State University |
| 2009-2012 | Vanessa Chang, Stanford University, U. Penn MSTP |
| 2011-2014 | Christine Yost, Stanford University, Baylor Medical School |
| 2012-2016 | Rachel Do, Stanford University, Vanderbilt Medical School |
| 2012-2013 | Julia Arzeno, UCLA, currently UCLA Medical School |
| 2012-2015 | Alia Yaghi, Stanford University, U. Texas, San Antonio Medical School |
| 2014-2016 | Georgia Toal, Stanford University, currently Stanford University Medical School |
| 2015-2018 | Theodore Hu, Stanford University, currently Masters Program, Cambridge |
| 2017-2020 | Maya Krishnan, Stanford University, currently MSTP Student |
| 2018-2020 | Natalie Wu, UC Davis, currently medical student |
| 2019- | Fidelia Alvina, U. Wisconsin Medical School, |
| 2019-2021 | Baokun Gu (Jack), Stanford University |
| 2019-2020 | Bryce Rossellini, Santa Clara University |
| 2019-2020 | Richard Barros, SFSU |
| 2021- | Nikhiya Shamsher, Stanford University |
| 2021- | Jessica Layne, Stanford University |
| 2021 | Chloe Zhao, Johns Hopkins University |
| 2022- | Connor Gonzales, Stanford University Bio-X Undergraduate Summer Program |
| 2022 | Zoe Gould, Smith College, MA |
| 2022 | Kevin Yang, Duke College, NC |
| 2022 | Eway Cai, Carleton College, MN, UC Berkley |
| 2022 | Majd Nasra, Stanford University |

Graduate Students/Medical Students

| | |
|---|---|
| 2001-2003 | Asa Karlsson, Division of Oncology, Stanford University and University of Goteberg |
| 2001-2007 | Constadina Arvanitis, Biological Sciences, Stanford University |
| 2001-2007 | Shelly Beer, Cancer Biology, Stanford University |
| 2002-2004 | Andrew Kopelman, Stanford School of Medicine, Stanford Med Scholar/HHMI |
| 2004-2008 | Pavan Bachireddy, Stanford School of Medicine, Stanford Med Scholar/HHMI |
| 2004-2008 | Pavan Bendapudi, Stanford School of Medicine, Stanford Med Scholar/HHMI |
| 2005-2012 | Peter Choi, Immunology Program, Stanford University |
| 2005-2012 | Alper Yetil, Biological Sciences Program, Stanford University |
| 2006-2007 | Melissa Horoschak, Stanford School of Medicine, Stanford Med Scholar |

| | |
|---|---|
| 2006-2012 | Kavya Rakhra, Immunology Program, Stanford University |
| 2007-2009 | Mathias Orbin, Medical Student, Munich, German |
| 2014-2016 | Rebecca Gao, Stanford Medical Student, Med Scholars |
| 2016-2019 | Nia Tope Adeniji, Stanford Medical Student, Med Scholars, UCSF Residency |
| 2016-2017 | Michael Richardson, Stanford Medical Student, Med Scholars |
| 2017-2018 | Line Heftdal, Aarhus University Medical Student, Danish Society |
| 2021-2023 | Josiah Yarbrough, Stanford University, Department of Chemical Engineering |
| 2022-2023 | Amanda Li, UC Berkley, Columbia University |
| 2022-2023 | Chris Aboujudom, Stanford University, TRAM Graduate Student |
| 2022- | M. Gohazrua K. Butler, Stanford University, TRAM Graduate Student |

Post-Doctoral Fellows

| | |
|---|---|
| 2000-2002 | Flora Tang, MD,<br>Current Position: PKPD Analyst, Genentech |
| 2000-2001 | Meenakshi Jain, MD<br>Current Position: Staff Physician, Santa Clara Valley Medical Center |
| 2001-2005 | Debabrita Deb, PhD, Fellow of Tumor Biology Training Grant<br>Current Position: Leadership Team, Inscopix |
| 2001-2005 | Sylvie Giuriato, PhD, Fellow of Lymphoma Foundation<br>Current Position: Research Scientist, Tolouse, France |
| 2001-2006 | Catherine Shachaf, PhD, Fellow FAMRI award<br>Current Position: President, Stelo Technologies |
| 2002-2005 | Karen Rabin, MD, Fellow of the Berry Foundation<br>Current Position: Associate Professor, Pediatrics, Baylor University |
| 2002-2005 | Suma Ray, PhD, Fellow of Stanford Dean's Scholar Award<br>Current Position: Vice President, Intas Pharmaceuticals |
| 2002-2007 | Alice Fan, MD, Fellow of the Leukemia and Lymphoma Society<br>Current Position: Assistant Professor Division of Oncology, Stanford |
| 2002-2007 | Chi-hwa Wu, PhD, Fellow of Immunology Training Program<br>Current Position: Scientist, Complete Genomics |
| 2003-2007 | Asa Karlsson, PhD, Fellow of Cancer Biology Training Grant<br>Current Position: Scientist Karolinska |
| 2005-2012 | Jan van Riggelen, PhD, Fellow of the Lymphoma Research Foundation<br>Current Position: Assistant Professor, Georgia Institute of Technology |
| 2006-2009 | Phuoc Tran, MD PhD, Fellow in Radiation Oncology<br>Current Position: Associate Professor, Johns Hopkins University |
| 2006-2007 | Ling Liu, PhD, Post-Doctoral Fellow<br>Current Position: Fellow, Dr. Tom Rando, Stanford |
| 2006-2008 | George Horng, Stanford University, Fellow Pulmonary Program<br>Current Position: Pulmonologist Palo Alto Clinic |
| 2007-2012 | David Bellovin, PhD, Post-Doctoral Fellow, NIH NRSA Award<br>Current Position: VP Discovery and Translational Biology, Attovia Therapeutics |
| 2007-2012 | Aleksey Yevtodiyenko, PhD, Post-Doctoral Fellow, Immunology Training Program<br>Current Position: Scientist, Life Sciences and Technology |
| 2007-2012 | Stacey Adam, PhD, Post-Doctoral Fellow, ACS Fellowship Award<br>Current Position: Director, Cancer in Research Partnerships Foundation |
| 2007-2009 | Zhongwei Cao, PhD, Post-Doctoral Fellow<br>Current Position: Assistant Professor, NYU |
| 2007-2014 | Yulin Li, PhD, Post-Doctoral Fellow, USC-NIH PSOC |

| | |
|---|---|
| | Current Position: Assistant Professor, Houston Methodist Hospital |
| 2009-2015 | Emelyn Shroff, PhD, Post-Doctoral Fellow, American Lung Fellowship |
| | Current Position: Senior Research Officer, Public Health Ministry, Seychelles |
| 2009-2013 | Bikul Das, PhD, Post-Doctoral Fellow, Canadian Cancer Fellowship |
| | Current Position: Assistant Professor, Forsythe Institute, Boston, MA |
| 2010-2013 | Tahera Zabuawala, PhD, Post-Doctoral Fellow |
| | Current Position: Project Manager, Personalis |
| 2011-2016 | Ling Tong, PhD, Fellow, BioX-Sanofi |
| | Current Position: Senior Research Scientist, Stanford University |
| 2012-2018 | Stephaney Casey, PhD, Post-Doctoral Fellow, NIH NRSA, CRI, K22 |
| | Current Position: Amgen Scientist |
| 2012-2017 | Meital Ryan (Gabay), PhD, Post-Doctoral Fellow, SIP Award |
| | Current Position: Head of Operations, Medical Devices, Verily |
| 2013-2018 | Dan Koch (now Liefwalker), PhD, Fellow, Burroughs Wellcome Fund, K22 |
| | Current Position: Assistant Professor, Oregon State Universtity |
| 2014-2020 | Anja Deutzmann, PhD, Post-Doctoral Fellow, Lymphoma Research Foundation Fellow |
| | Current Position: Senior Research Scientist, Stanford University |
| 2014-2020 | Arvin Gouw, PhD, NIH T32 Fellowship |
| | Current Position: Founding CEO, Bacchus Therapeutics |
| 2015-2018 | Srividya Swaminathan, PhD, Post-Doctoral Fellow. LLS Special Fellow |
| | Current Position: Assistant Professor, City of Hope |
| 2016-2021 | Renu Dhanasekaran, MD, Instructor, Gastroenterology, TRAM, AGA, K08, ARTS |
| | Current Position: Assistant Professor, Stanford University |
| 2017-2022 | Wadie Fernandez, PhD, TRAM |
| | Current Position: Scientist, Sutro Biopharma |
| 2017-2019 | Sibu Kuruvilla, PhD, NIH T32 Fellow |
| | Current Position: Manager, Genentech |
| 2017-2019 | Minsoon Kim, PhD |
| 2018-2021 | Christina Kim, PhD, NIH T32 |
| 2019-2021 | Aida Hansen, PhD, Denmark Fellowship |
| | Current Position: Assistant Professor, University of Southern Denmark |
| 2021- | Danielle Atibalentja, MD PhD, Heme Fellow, ASH Scholar |
| 2021- | Alessia Felici, PhD |
| 2021- | Xinyu Chen, PhD |
| 2021-2023 | Petronela Bulga, PhD |
| 2022- | Selene Zhou PhD |

Graduate Student Committees

Orals Committees

| | |
|---|---|
| 2002 | Rebecca Begley, Dr. Mochly-Rosen Laboratory, Molecular Pharmacology |
| 2002 | Joshua T. Jones, Dr. Meyer Laboratory, Molecular Pharmacology |
| 2003 | Jacob Chudnovksy, Dr. Kharvari Laboratory, Cancer Biology |
| 2003 | Ryan B. Corcoran, Dr. Scott Laboratory, Cancer Biology |
| 2004 | Shelly Beer, Cancer Biology |
| 2004 | Constandina Arvanitis, Molecular Pharmacology |
| 2004 | Tom Johnson, Dr. Attardi Laboratory, Cancer Biology |
| 2004 | William Wong, Dr. Cleary Laboratory, Cancer Biology |
| 2005 | John Garcia, Dr. Khavari Laboratory, Cancer Biology |

2006 Lauren Woodward, Cancer Biology
2007 Alper Yetil, Cancer Biology
2007 Kavya Rakhra, Immunology
2007 Peter Choi, Immunology
2011 Magdalena Franco, Microbiology and Immunology
2012 Joanna Kavalski, Cancer Biology
2016 Kayvon Pedram, Chemistry
2017 Benjie Smith, MSTP
2017 Stan Shor, MSTP
2020 Bastian Krenz, ChEM-H
2021 Andrea Garofalo, MSTP

Dissertation Committees
2002 Joon Whan Rhee, Dr. Cleary Laboratory, Immunology (Chair)
2003 Ryan Corcoran, Dr. Scott Laboratory, Cancer Biology
2003 Rebecca Begley, Dr. Mochly-Rosen Laboratory, Molecular Pharmacology
2003 Joshua T. Jones, Dr. Meyer Laboratory, Molecular Pharmacology
2006 Ryan Corcoran, Dr. Scott Laboratory, Cancer Biology
2007 Yakov Chudnovsky, Dr. Khavari Laboratory, Cancer Biology
2007 Thomas Johnson, Dr. Scott Laboratory, Cancer Biology
2007 Shelly Beer, Dr. Felsher Laboratory, Cancer Biology
2007 Lauren Woodward, Dr. Shapiro Laboratory, Cancer Biology
2007 Constadina Arvanitis, Felsher Laboratory, Cancer Biology
2008 Zhuang Liu, Dr. Dai Laboratory, Chemistry
2008 Meaghan Wall, Melbourne School of Graduate Research
2011 Sarah Sherlock, Dr. Dai Laboratory, Chemistry
2011 Kavya Rakhra, Dr. Felsher Laboratory, Immunology
2011 Alper Yetil, Dr. Felsher Laboratory, Cancer Biology
2011 Peter Choi, Dr. Felsher Laboratory, Immunology
2014 Magdalena Franco, Boothroyd Laboratory, Microbiology and Immunology
2021 Andrea Garofalo, Ash Alizadeh Laboratory, Cancer Biology
2021 Benjamin Smith, Carolyn Bertozzi Laboratory, Chemistry
2022 Dana Lee Cortade, Defense Chair, Shan X Wang Group, Materials Science & Engineering

Editorial Board
2008- Cancer Biology and Therapy
2009- Journal of Clinical Investigation
2009- Chinese Journal of Cancer
2010- Cancer Research
2010- Hematology Oncology
2010- OncoTarget
2010 Cancer Research, Associate Editor of Breaking Advances
2010- International Journal of Oncology
2012- OncoImmunology – Journal of the European Academy of Tumor Immunology
2012- Oncogene, Nature Publishing Group, Senior Editor
2013- Cancer Immunology Research – AACR Journal
2013- Cancer Hallmarks
2018- Cancer Research, Senior Editor

Invited Journal Reviews
American Journal of Pathology
American Journal of Pharmacogenomics
Blood
Breast Cancer Research
Cancer Research
Cancer Cell
Cancer Discovery
Cell
Cell Metabolism
Cell Systems
Cell Stem Cell
Clinical Cancer Research
Current Immunology
eLife
EMBO
Experimental Cell Research
Gastroenterology
Genes and Development
Journal of Clinical Investigation
Journal of National Cancer Institute
Lancet
Leukemia
Molecular Cancer Research
Molecular and Cellular Biology
Molecular Cell
Nature
Nature Biotechnology
Nature Cancer
Nature Chemistry
Nature Communications
Nature Genetics
Nature Medicine
Nature Reviews of Cancer
Oncogene
PLoS Genetics
PLoS One
Proceedings of the National Academy of Sciences
Science
Science Translational Medicine
Trends in Genetics
Trends in Molecular Medicine

NIH Study Sections

| | |
|---|---|
| 2000 | NIH Ad Hoc, Review K08s |
| 2004 | NIH Site Visit, Hospital University of Pennsylvania |
| 2005 | NIH Experimental Therapeutics B Cluster |
| 2006 | NIH Clinical and Molecular Oncology Cluster |
| 2006 | NIH Clinical and Molecular Oncology Cluster |

| | |
|---|---|
| 2007 | NIH Molecular Carcinogenesis Study Section |
| 2008 | NIH Molecular Carcinogenesis Study Section |
| 2010 | NIH Molecular Oncology Study Section |
| 2010 | NIH Nanomedicine Development Center |
| 2017 | NIH Integrative Cancer Biology Program Special Study Section |
| 2020 | NIH NCI SPORE Review |
| 2020 | NIH SBIR Review, Co-Chair |
| 2021 | NIH NCI Program Projects |
| 2021 | NIH NCI Mechanisms of Cancer Therapeutics |
| 2021 | NIH 10 MCT2 Mechanisms of Cancer Therapeutics |
| 2022 | NIH NCI R35 Outstanding Investigator Award |
| 2024 | NIH NCI R35 Outstanding Investigator Award |

NIH Intramural Review

| | |
|---|---|
| 2011 | NIH Laboratory of Pathology |
| 2011 | NIH Laboratory of Pathology Core Facilities |
| 2016 | NIH Laboratory of Pathology |

National Service

| | |
|---|---|
| 2005 | Organizational Committee American Association for Cancer Research |
| 2006 | Organizational Committee, American Society for Clinical Oncology |
| 2006 | Organizational Committee. European Society of Hematology |
| 2007 | Organizational Committee, American Society for Hematology |
| 2007 | Organizational Committee, American Association for Cancer Research |
| 2007 | Organizational Committee, American Society for Clinical Oncology |
| 2008 | Sub-Committee Chair, American Association of Cancer Research |
| 2011 | Sub-Committee Chair, American Association of Cancer Research |
| 2013- | AACR Clinical and Translational Cancer Research Grants Scientific Review |
| 2014 | Organizational Committee, RECOMB Meeting |
| 2015 | Co-Chair, American Associate of Cancer Research, Conference of MYC oncogene |
| 2016 | Organizational Committee, RECOMB Meeting |
| 2016 | Organizational committee, Chair, Mini-Symposia, AACR |
| 2019 | Organizational committee, Chair, Mini-Symposia, AACR |
| 2021-2022 | AACR Basic Cancer Research Grants Scientific Review Committee |
| 2022-2023 | AACR Basic Cancer Research Grants Scientific Review Committee |
| 2023- | AACR Basic Cancer Research Grants Scientific Review Committee |
| 2023-2024 | AACR Basic Cancer Research Grants Scientific Review, Chair |

Program Reviews

| | |
|---|---|
| 2008 | Review Panel: UCSF BMS Graduate Program |
| 2024 | Review Panel: NCI SBIR Bridge Award |

Scientific Advisory Boards

| | |
|---|---|
| 2007-2010 | Cell Biosciences, Palo Alto, California |
| 2013- | American Gene Therapeutics, Rockville, Maryland |
| 2016-2020 | Tragara Therapeutics, Carlsbad, California |
| 2017- | Molecular Decisions, California |
| 2017- | Apostle, California |
| 2018- | J Michael Bishop Institute, Chengdu, China |

| | |
|---|---|
| 2019- | Bacchus |

<u>Search Committees</u>

| | |
|---|---|
| 2009 | Chief of Infectious Disease, Department of Medicine |
| 2010 | Canary Early Detection Institute/Molecular Imaging Program |
| 2010- | Medical Oncology, Lymphoma Program |
| 2013 | Medical Oncology, Melanoma Program |
| 2013 | Canary Center |
| 2014 | Medical Oncology, Head and Neck Program |
| 2015 | Canary Center |
| 2016- | Canary Center |
| 2018- | Medical Oncology, UTL Search |

Honors, Awards and Memberships:

<u>Honors</u>

| | |
|---|---|
| 1985 | Honors, Chemistry, University of Chicago |
| 1992 | Emil Bogen Research Award for Excellence in Science |
| 2002 | Charles Carrington Prize in Molecular Mechanisms of Disease |

<u>Awards</u>

| | |
|---|---|
| 1985-1992 | Medical Scientist Training Program, UCLA |
| 1996-1998 | Pfizer Medical Post-Doctoral Fellowship |
| 1996-1998 | Lymphoma Research Foundation Fellowship |
| 1997-1999 | Howard Hughes Medical Institute, Medical Post-Doctoral Fellowship |
| 1998-2003 | NIH Physician Scientist Award (K08 CA75967) |
| 1999-2001 | Pilot Feasibility Grant, UCSF Liver center |
| 2000-2001 | ASCO Young Investigator Award |
| 2000-2001 | Office of Technology Licensing Research Incentive Fund |
| 2000-2002 | V Foundation Scholar Award |
| 2000-2003 | Esther Ehrman Lazard Faculty Scholar Fund |
| 2000-2001 | Stanford Cancer Council Award |
| 2001- | National Cancer Institute (R01 CA89305) |
| 2001-2002 | Leukemia Research Foundation Fellowship Award |
| 2001-2002 | Lymphoma Research Foundation Junior Faculty Award |
| 2002-2003 | Elsa U. Pardee Foundation |
| 2002-2003 | Pilot Feasibility Grant, Digestive Disease Consortium at Stanford University |
| 2003-2004 | Sarcoma Foundation of America |
| 2003-2008 | Damon Runyon-Lilly Clinical Investigator Award |
| 2003-2006 | Emerald Foundation Research Award |
| 2003-2006 | The Leukemia & Lymphoma Society Translational Research Award |
| 2003-2008 | National Cancer Institute (R01 CA105102) |
| 2004-2007 | National Cancer Institute (P20 CA112973) |
| 2005- | National Cancer Institute (ICMIC P50 CA114747) |
| 2005-2011 | Burroughs Wellcome Fund Translational Investigator Award |
| 2005-2011 | National Cancer Institute (U54 CA119367) |
| 2005- | Elected to American Society of Clinical Investigation |
| 2006-2011 | National Cancer Institute (P01 CA034233) |

| | |
|---|---|
| 2006-2008 | The Leukemia & Lymphoma Society |
| 2006-2008 | Bio-X Interdisciplinary Initiatives Award |
| 2009-2012 | Department of Defense Award |
| 2011 | Elected to the Association of American Physicians |
| 2012-2016 | NIH R01 Provocative Question Award |
| 2014-2019 | NIH U01 (CA188383) |
| 2014-2019 | NIH R01 (CA184384) |
| 2015-2020 | NIH T32 Training Grant, Department of Radiology |
| 2017-2022 | NIH RO1 Provocative Question Award |
| 2021-2027 | NIH R35 Outstanding Investigator Award |

Memberships

| | |
|---|---|
| 1994- | American College of Physicians |
| 1995- | American Medical Association |
| 1996- | American Society for Clinical Oncology |
| 1998- | American Society for Cell Biology |
| 2000- | American Society of Hematology |
| 2000- | American Association of Cancer Research |
| 2001- | American Society of Gene Therapy |
| 2005- | American Society of Clinical Investigation |
| 2009- | American Gastroenterological Association |
| 2011- | Association of American Physicians |
| 2011- | European Academy for Tumor Immunology (EATI) |

Major Invited Addresses

1. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. Charles Carrington Award Lecture. Stanford University, September 2003.

2. Felsher, D. W. Cancer Revoked: Oncogenes as therapeutic targets. Grand Rounds, Stanford University, Department of Medicine, Stanford, California, November 20, 2003.

3. Felsher, D. W. Reversing oncogene induced tumorigenesis. XV Zentrum Molecular Biology Heidelberg FORUM, Heidelberg, Germany, May 7-9, 2004.

4. Felsher, D. W. Co-Chair: Major Symposium: The malignant phenotype: Stability and reversibility. American Association of Cancer Research Annual Meeting, Orlando, Florida, March 27, 2004.

5. Felsher, D. W. Chair of Major Symposia: Oncogenes and tumor suppressor genes: Tumor biology in the clinic. American Society of Clinical Oncology Annual Meeting, Orlando Florida, May 13-17, 2005.

6. Felsher, D. W. Reversing Tumorigenesis. 100th Birthday Korea University Symposium, Seoul, Korea, November 3, 2005.

7. Felsher, D. W. Pushing cancer to the brink of normalcy through oncogene inactivation. Joint Graduate Symposium, Cell Fate Decisions in Health and Disease, University of Wuerzburg, Germany, November 8, 2005.

8. Felsher, D. W. Modeling Oncogene Addiction, Nobel Symposia, Karolinska Institutet, Stockholm, Sweden, 2012

Research Support:

<u>Ongoing</u>

Revolution Medicines 07/01/17-12/31/25
"Therapeutics in the mTor Pathway"

The goal is to identify a novel Tor pathway drug for the treatment of cancer.

NIH R35 Felsher (PI) 09/08/20-8/31/27
"Targeting the MYC Pathway for the Treatment of Cancer"

The goal is to develop a translational research program to study the MYC pathway.

1U01CA288433-01, Felsher 09/19/23-08/31/27
"Molecular Mechanisms by which Statins Prevent and Reverse Hepatocellular Carcinoma"

The goal of this grant is to perform collaborative preclinical and basic science medical studies on the mechanisms by which statins can be used as an agent to reduce Hepatocellular carcinoma.

NIH 1UM1TR004921-01 07/01/24-06/30/31
"1/2 Stanford Center for Clinical and Translational Research and Education"

The goal of this grant is to generally support clinical translational research programs and the science of translation.

<u>Completed</u>

ASCO Young Investigator Award Felsher (PI) 07/01/00-06/30/01
"Defining When MYC Inactivation Results in the Regression of Hepatoma"

The goal of this study was to investigate if MYC inactivation induces the regression of hepatoma.

Lymphoma Research Foundation of America, Inc. Felsher (PI) 07/01/01-06/30/02
"MYC's Role in Human Lymphomagenesis"

The major goal of this project was to determine if MYC induces reversible tumorigenesis in human lymphocytes.

Leukemia Research Foundation Felsher (PI) 07/01/01-06/30/02
"Targeting MYC Inactivation for the Treatment of Lymphoma"

The major goal of this project was to define how MYC inactivation causes the regression of hematopoietic tumors.

The V Foundation Felsher (PI) 08/01/00-07/31/02
"The Role of the MYC Proto-Oncogene in The Initiation and Maintenance of Tumorigenesis"

The major goal of this project was to examine how MYC activation cooperates with other oncogenes to induce neoplasia.

Elsa U. Pardee Foundation Felsher (PI) 11/01/01-02/28/03
"Defining when MYC will be an Effective Target for the Therapy of Cancer"

The major goal of this project was to investigate MYC's role in the induction and maintenance of a neoplastic phenotype in human lymphomas.

Digestive Disease Center Felsher (PI) 03/01/02-02/28/03
"MYC's Role in the Induction of Hepatocellular Carcinoma"

The focus of this project was to study the role of the MYC oncogene in the induction of hepatocellular carcinoma.

NIH/NCI 5K08 CA75967-02 Felsher (PI) 09/01/98–08/31/03
"C-MYC Induced Tumorigenesis and Genomic Instability"

The major goal of this project was to investigate how MYC induces genomic destabilization.

Sarcoma Foundation of American Felsher (PI) 04/01/03-03/31/04
"Targeting the Inactivation of the MYC Oncogene to Treat Osteogenic Sarcoma"

The goal of this project was to develop a new treatment for osteosarcoma.

3R01 CA89305-03S1 NOT-CA-03-017 Felsher (PI) 06/01/03-05/31/04
NIH/NCI (Supplemental)
"MYC's Role in the Initiation and Maintenance of Cancer"

The goal of this project was to define the role of immune-mediated mechanisms in the suppression of MYC-induced tumorigenesis.

Emerald Foundation Felsher (PI) 07/01/03-06/30/06
"Determining when Brief MYC Inactivation will Reverse Tumorigenesis"

The major goal of this proposal was to evaluate the duration of MYC oncogene inactivation required to result in sustained regression of hematopoietic tumors.

The Leukemia & Lymphoma Society Felsher (PI) 10/01/03-9/30/06
"Inactivating MYC for the Treatment of Lymphoma"

The goal of this project was to pre-clinically evaluate a new anti-sense drug that targets MYC in our transgenic animal model of lymphoma.

Ludwig Translational Program Cancer Research Felsher (PI) 11/01/04-10/31/06
"Phosphoprotein Signatures that Define the Therapeutic Efficacy of Atorvastatin for the Treatment of Lymphoma"

The major goal was to study phosphoprotein signatures in tumors treated with statins.

The Leukemia & Lymphoma Society Felsher (PI) 10/01/06-9/30/08
"A Phase 1 Study of Atorvastatin in Patients with Low Grade or Refractory Non-Hodgkin's Lymphoma"

The goal of this project is to pre-clinically evaluate atorvastatin for the treatment of lymphoma.

Bio-X Interdisciplinary Initiatives Award Felsher (PI) 10/01/06-09/30/08
"Carbon Nanotube Mediated Therapy of Lymphoma"

The goal of this project is to develop novel therapies for the treatment of lymphoma.

Damon Runyon Cancer Research Foundation Felsher (PI) 07/01/03-12/31/08
"Targeting MYC for the Treatment of Lymphoma"

The goal of this project is to perform a phase I/II trial to evaluate a new anti-sense drug that targets MYC for the treatment of lymphoma.

NIH/NCI 1R01 CA105102 Felsher (PI) 02/01/04-01/31/09
"Differentiation of Osteogenic Sarcoma By MYC Inactivation"

The goal of this project is to study how MYC inactivation induces the differentiation of osteogenic sarcoma in a transgenic mouse model.

NIH/NCI U56 CA112973 Plevritis (PI) 03/01/10-08/31/10
"Computational Modeling of Cancer Biology"

The goal of this project is to develop a multi-disciplinary research program in the systems biology of cancer. Dr. Felsher is a co-investigator receiving 5% effort and some laboratory support.

NIH/NCI U54 CA119367 Gambhir (PI) 05/12/06-04/30/11
Co-Leader Project 4 and 6
"Centers of Cancer Nanotechnology Excellence on Therapy Response"

The goal s of these projects are to apply nanotubes towards the development of novel therapies for cancers. Dr. Felsher is a co-investigator on two of the projects to pre-clinically evaluate nanotechnology in animal models.

Burroughs Wellcome Fund Felsher (PI) 07/01/05-06/30/11
Clinical Translational Award
"Pre-Clinical Validation of G-Quadruplex Drugs that Target MYC to Treat Cancer"

The major goal of this project is to perform a preclinical validation in transgenic mouse models of the role of G-Quadruplex drugs for the inactivation of the MYC oncogene for the treatment of cancer.

NIH R01 CA105102-05A1 Felsher (PI) 07/17/09-07/16/11
"Molecular and Cellular Basis of Oncogene Addiction"

The goal of this project is to define the mechanism by which oncogene inactivation elicits the phenomena of oncogene addiction.

NIH/NCI 2R01CA89305 Felsher (PI) 05/01/07-02/29/12

"MYC's role in the Initiation and Maintenance of Cancer"

The objective of the project is to define how MYC contributes to tumorigenesis by identifying and then interrogating how the repair of specific genetic events, such as p53 mutation restores the ability of MYC inactivation to induce sustained tumor regression through influences on proliferation, apoptosis and angiogenesis.

NIH/NCI P01 CA034233 (NCX) Levy (PI) 07/17/06-03/31/12
"Clinical and Laboratory Studies of Malignant Lymphoma"
Project Leader Project 3 "Immune Status and Tumor Regression Upon Oncogene Inactivation"

The goal of this project is to examine the contribution of the immune system and specific immune effector pathways in tumor regression upon MYC inactivation.

DOD CDMRP Felsher (PI) 04/15/09-04/14/12
"Nanoscale Proteomic Analysis of Oncoproteins in Hematopoietic Cancers"

The goal of this project is to develop novel methods to examine the oncogenic proteomic signaling pathways in hematopoietic cancers in response to therapy.

NCI 2P30CA124435-04 Mitchell (PI) 09/15/10-05/31/15
Stanford University Cancer Center

The major goal of this project is to build on institutional strengths in both technology development and translational research to foster interdisciplinary collaborations.

Onyx Pharmaceutical Corporation 108030 Felsher (PI) 06/17/12-12/16/12
"Defining and Predicting Carfilzomib activity using Novel Nanoscale Proteomic Methods in Preclinical Transgenic models of Lymphoma and Lung Cancer"

The goal of this project is to interrogate mechanism of carfilzomib using mouse models.

Onconova Therapeutics, Inc. Felsher (PI) 05/01/12-04/30/13
"Biomarker Analysis of MDS"

The goal of this project is to identify phosphoproteins that predict therapeutic response to a novel therapy for hematopoietic malignancies.

Laurel Foundation Felsher (PI) 12/01/10-05/31/13
"Identification of a rare population of human embryonic stem cells having potential tumorigenic activity following exposure to hypoxia oxidative stress"

The goal of this project is to characterize the role of oncogenes in the regulation of stem cell programs.

LLS Specialized Center of Research Grant Mitchell (PI) 10/01/08-09/30/13
"Characterization of Hematopoietic Stem Cells in Myelodysplastic Syndromes"
"Molecular and Cellular Characterization of Myelodysplastic Syndromes" Core D: (D. Felsher)

The goal of this project is to perform genomic/proteomic analysis of MDS/Leukemia specimens.

Geron Corporation Felsher (PI) 07/01/10-12/31/13
"Evaluation of Inhibitors or Regulators of c-MYC for the Treatment of Malignancies"

The Goal of this project is to develop a novel therapeutic agent.

NIH/USC U54 CA143907 Agus (PI) 08/01/12-07/31/14
"Multiscale Complex Systems Transdisciplinary Analysis of Response to Therapy (MCSTART)"

The goal of this project is to model and predict the therapeutic response of lymphoma to a chemotherapeutic agent.

Massachusetts Institute of Technology Felsher (PI) 08/01/12-07/31/14
(NIH PRIME) NIH/NCI U54 CA143874
"Defining and Predicting Response to Targeted Therapy Using Dry Density Measurement"

The goal is to utilize a novel nanofluidic to predict consequences of oncogene inactivation.

Onconova Therapeutics, Inc. #106824 Felsher (PI) 05/01/12-10/31/14
"Biomarker Analysis of MDS"
The goal of this project is to identify phosphoproteins that predict therapeutic response to a novel therapy for hematopoietic malignancies.

Regulus Therapeutics, Inc. Felsher (PI) 01/28/13-05/31/15
"Identification and Evaluation of Myc Regulated MicroRNAs as Potential Therapeutic Targets"
The purpose of this study is to examine the role of microRNA in the pathogenesis of MYC associated tumorigenesis.

NIH/NCI R21 CA169964 Felsher (PI) 08/01/12-07/31/15
"Nanoscale Proteomic Profiles of Hypoxia Pathways to Develop Biomarkers of Renal Cell Carcinoma"

This proposal is to develop prognostic and predictive proteomic biomarkers for primary and metastatic renal cell carcinoma using NIA technology to profile hypoxia pathways.

Onconova Therapeutics, Inc. #114321 Felsher (PI) 01/01/14-07/31/15
"Phase I Study of Platinum-based Chemoradiotherapy (CRT) with Oral Rigosertib in Patients with Intermediate or High-risk Head and Neck Squamous Cell Carcinoma"

Onconova Therapeutics, Inc. #110214 Felsher (PI) 03/01/13-08/31/15

NIA correlative studies of Oral Rigosertib in SCC

NIH/NCI ICMIC P50 CA114747 Gambhir (PI) 08/01/05-08/31/15
"In Vivo Cellular and Molecular Imaging Center Grant"
Project 3 Leader: "Multi-Modality Imaging of Oncogene-Induced tumorigenesis"

The objective is to utilize PET imaging to investigate the mechanism by which oncogene inactivation induces the regression of hematopoietic tumor.

Sanofi-Aventis, US, Inc./BioStar Felsher (PI) 12/10/12-12/09/15
"Prediction of Therapeutic Efficacy of Targeted Oncogene Inactivation via PET Imaging Using a Novel Smart Apoptosis Probe ([18F] CAIP)"

The goal of this project is to develop a novel approach for predicting the consequences of oncogene inactivation.

NIH/NCI ICBP CCSB U54 CA149145 Plevritis (PI) 05/01/10-02/29/16
Modeling the Role of Differentiation in T-ALL, Murine and Human
Project Leader Project 4: "Modeling the Role of Differentiation in Cancer Progression"

The goal of the Stanford Center for Systems Biology of Cancer (CCSB) is to discover molecular mechanisms underlying cancer progression.

NIH/NCI CCNE-T U54 CA151459 Gambhir (PI) 08/26/10-07/31/16
"Magneto-Nano Diagnostic and Analytical Devices for Cancer"
Project 2-(Wang/Felsher) Proteomic Validation of Micro-Chip Assay

The major goal of this project is to apply novel nanoscale diagnostic devices for the detection and monitoring of cancer.

Cancer Research Institute CLIP grant Felsher (PI) 07/01/14-06/30/17
"Oncogene addiction and immune activation"

The goal is to examine the mechanistic role of CD4+ T-cells in Oncogene Addiction.

Onkaido Therapeutics #119779 Felsher (PI) 03/25/15-06/30/17
"C-MYC Collaboration"

The Goal is to evaluate a novel therapy for liver cancer.

American Gene Technologies International Inc. Felsher (PI) 05/01/15-06/30/17
"HCC Lentiviral Therapeutic"

The goal is to develop a new therapeutic delivery approach for treatment of HCC.

NIH/NCI CCNE-T U54 CA151459 Gambhir (PI) 08/26/10-07/31/17
"Magneto-Nano Diagnostic and Analytical Devices for Cancer"
Project 2-(Wang/Felsher) Proteomic Validation of Micro-Chip Assay

The goal of this project is to apply novel nanoscale diagnostic devices for the detection and monitoring of cancer.

NIH/NCI R01 CA170378 PQ22 Felsher (PI) 08/01/12-07/31/17
"Mechanisms by Which Oncogene Inactivation Elicits Tumor Cell Death"

The goal of this study is to identify the mechanistic basis of cell death upon oncogene inactivation.

Tragara Pharmaceuticals, Inc., Felsher (PI) 07/01/16-06/30/17
"K9 Inhibitor Collaboration 2016"

This project investigators a novel CD inhibitor for cancer.

Apostle, Inc. 10/01/17-07/31/18

"Capturing Genetic Signature of Hepatocellular Carcinoma Through Liquid Biopsy with a Novel MiniMax Technology: a Pilot Study"

The goal is to identify a unique prognostic gene signature for liver cancer.

Roche TCRC, Inc. Felsher (PI) 09/01/16-02/28/19
"Investigation of Therapeutic Activity of RG6416"

The goal of this project is to study the mechanism of action of novel therapeutics.

Emerson Collective Cancer Research Fund, Felsher (PI) 04/01/17-03/31/19
"Identifying Small Molecules That Can Restore a Global Immune Response Against Cancer"

The goal is to identify new therapeutics to restore the immune response against cancers.

NIH R01 CA184384 Felsher/Zare (PI) 04/04/14-08/31/19
"Prognostic metabolic signatures of cancers through mass spectrometry imaging"

The goal of this project is to utilize DESI MS Imaging to determine the mechanistic role of MYC mediated regulation of lipid metabolism in tumorigenesis.

NIH U01 CA188383 Felsher/Gambhir (PI) 09/16/14-08/31/19
"Modeling and Predicting Therapeutic Resistance of Cancer"

The goal of this project is mathematically model how the immune system is involved in therapeutic resistance in T-cell acute lymphoblastic lymphoma.

Alligator Bioscience Felsher (PI) 09/03/14-09/02/19
"Development of Bispecific Immune Modulating Antibodies"

The goal of this project is to predict efficacy of novel immune therapeutics.

Sanofi US Services, Inc., Felsher (PI) 12/24/19-12/23/21

"Lipogenesis inhibition in cancer"

Goals: The goal of this study is to identify novel targets in the lipogenesis pathway to treat cancer.

NIH 1T32CA196585-01 Rao/Felsher (co-PI) 08/01/15-07/31/22
"Cancer-Translational Nanotechnology Training Program"

The Goal of this program is to train cancer biologist in nanotechnology.

Bio-X, Felsher (PI) 10/01/18-09/30/22
"Imaging changes in immune surveillance by natural killer (NK) cells during the progression of MYC oncogene-driven lymphomas"

Goals: The goal is study mechanisms of NK immune surveillance.

NIH 1KL2TR003143, Felsher (Mentor) 07/15/19-06/30/24
"Institutional Career Development Core (KL2)

Goal is to function as a senior faculty mentor for the training of junior faculty.

Pepper Bio, Felsher (PI) 10/01/21-09/30/24
"Phosphoproteomic Examination of Oncogene Pathways"

The goal of this project is to use novel computational biological approaches to identify phoshphoproteomic signatures of cancer.

NIH UL1TR003142, Felsher (Co-I) 07/15/19-12/31/24
"Stanford Center for Clinical & Translational Education and Research (Spectrum)"

The goal mentorship and training of junior faculty engaged in translational medical research.

MEI Pharma, Inc. 03/18/24-12/31/24
"Voruciclib Efficacy in Solid Tumors"

The goal is to investigate if a specific cdk9 Inhibitor has activity against specific cancers that are Myc driven.

Earli, Inc., Felsher (PI) 03/18/21-03/14/25
"Early Detection of Cancer"

The goal of the Earli grant is to develop a PET imaging prove for the early detection of cancer.

Initial Therapeutics, Inc. (PI) 04/20/22-04/19/25
"Targeting Oncogene Protein Expression"

The goal is to study a novel small molecule for the treatment of myc driven cancers.

NIH 1R21EB034967-01 Felsher (Co-I) 07/10/23–06/30/25
"PET Tracer for Imaging Senescence"

Major Goals: This R21 project proposes to develop novel PET radiotracers for PET imaging of senecscent cells in vivo.

Patents:

Gouw A, Felsher DW, Jin F, Zare RN, Margulis K, Schow SR, Greenhouse RJ, Loughhead D, Richards S, inventors; Leland Stanford Junior University, assignee. Inhibitors of phospholipid synthesis and methods of use. United States patent US 11,702,394 B2. 2023 Jul 18.

Swaminathan S, Felsher DW, Mecker HT, inventors; Leland Stanford Junior University, assignee. Profiling and treatment of MYC-associated cancers with NK cells and type 1 interferon. United States patent US 11,648,275 B2. 2023 May 16.

Deutzmann A, Felsher DW, Li Y, inventors; Leland Stanford Junior University, assignee. Target genes in MYC-driven neoplasia. United States patent US 11,576,912 B2. 2023 Feb 14.

Felsher DW, Gabay M, Tibshirani R, inventors; Leland Stanford Junior University, assignee. Method of determining the prognosis of hepatocellular carcinomas using a multigene signature associated with metastasis. United States patent US 10,894,988 B2. 2021 Jan 19.

Felsher DW, Fan A, inventors; Leland Stanford Junior University, assignee. Discovery and validation of cancer biomarkers using a protein analysis methodology to analyze specimens. United States patent US 10,145,851 B2. 2018 Dec 04.

Publications:

Chapters (total of 3)

1. Arvanitis, C., Bendapudi, P. K., Bachireddy, P., and Felsher, D. W. Identifying critical signaling molecules for the treatment of cancer. Recent Results in Cancer Research, Vol. 172, Springer-Verlag Berlin Heidelberg 2007.

2. Bellovin, D.I., Das, B., and Felsher D.W. Tumor Dormancy, Oncogene Addiction, Cellular Senescence, and Self-Renewal programs. Systems Biology of Tumor Dormancy, pp 91-107, Part of the Advances in Experimental Medicine and Biology book series (AEMB, Vol. 734), Springer Link 2012.

3. Felsher, D.W., Arvanitis, C., Bendapudi, P., and Bachireddy, P. Oncogenes and the initiation and maintenance of tumorigenesis. Northwestern University | Northwestern Scholars, The Molecular Basis of Human Cancer, pp 143-157, Springer New York 2016.

Peer-reviewed articles (total of 143)

1. Welches, W., Felsher, D. W., Landshultz, W., and Maraganore, J. M. A rapid method for the purification of monomeric and/or dimeric phospholipases in crotalid snake venoms. Toxicon, 23(5): 747, 1985.

2. Felsher, D. W., Denis, K., Weiss, D., Ando, D. T., and Braun, J. A murine model of B-cell lymphomagenesis in immunocompromised hosts: C-MYC rearranged B-cell lines with a premalignant phenotype. Cancer Research, 50(21): 7042, 1990.

3. Felsher, D. W., Rhim, S., and Braun, J. A murine model for B-cell lymphomagenesis in immunocompromised hosts: Natural killer cells are an important component of host resistance to premalignant B-cell lines. Cancer Research, 50(21): 7050, 1990.

4. Felsher, D. W., Ando, D., and Braun, J. Independent rearrangement of Ig lambda genes in tissue culture-derived murine B-cell lines. International Immunology, 3(7): 711, 1991.

5. Goodglick, L. A., Felsher, D. W., Mehran, N., and Braun, J. A novel octamer regulatory element in the VH11 leader exon of B-1 cells. Journal of Immunology, 154(9): 4546, 1995.

6. Felsher, D. W., and Bishop, J. M. Transient excess of MYC activity can elicit genomic instability and tumorigenesis. Proceedings of the National Academy of Sciences, 96(7): 3940, 1999.

7. Felsher, D. W., and Bishop, J. M. Reversible tumorigenesis by MYC in hematopoietic lineages. Molecular Cell, 4(2): 199, 1999.

8. Felsher, D. W., Zetterbert, A., Zhu, J., Tlsty, T., and Bishop, J. M. Overexpression of MYC causes p53-dependent G2 arrest of normal fibroblasts. Proceedings of the National Academy of Sciences, 97(19): 10544, 2000.

9. Johansen, L. M., Iwama, A., Lodie, T. A., Sasaki, K., Felsher, D. W., Golub, T. R., and Tenen, D. G. c-Myc is a critical target for C/EBP & in Granulopoiesis. Molecular and Cellular Biology, 21(11): 3789, 2001.

10. Jain, M., Arvanitis, C., Chu, K., Dewey, W., Leonhardt, E., Trinh, M., Sundberg, C. D., Bishop, J. M., and Felsher, D. W. Sustained loss of a neoplastic phenotype by brief inactivation of MYC. Science, 297(5578): 102, 2002. Also see: I. Bernard Weinstein, Addiction to oncogenes—The achilles heal of cancer. Science, 297: 63, 2002.

11. Karlsson, A., Giuriato, S., Tang, F., Fung-Weier, J., Levan, G., and Felsher, D. W. Genomically complex lymphomas undergo sustained regression upon MYC inactivation unless they acquire chromosomal translocations. Blood, 101(7): 2797, 2003. Also see K. Shannon, Bypassing the requirement for MYC in lymphoma progression. Blood, 101(7): 2451, 2003.

12. Karlsson, A., Deb-Basu, D., Cherry, A., Turner, S., Ford, J., and Felsher, D. W. Defective double-strand DNA break repair and chromosomal translocations by MYC

overexpression. Proceedings of the National Academy of Sciences, 100(17): 9974-9979, 2003. Also see: E. Greenwood, Oncogenes: One-man band, 3: 714, 2003.

13. Yang, Y, Contag, C. H., Felsher, D. W., Shachaf, C. M., Cao, Y, Herzenberg, L. A., Herzenberg, L. A., and Tung, J. W. The E47 transcription factor negatively regulates CD5 expression during thymocyte development. Proceeding of the National Academy of Sciences, 101(11): 3898-3902, 2004.

14. Baron, B. W., Anastasi, J., Montag, A., Huo, D., Baron, R. M., Karrison, T., Thirman, M. J., Subudh, S. K., Chin, R. K., Felsher, D. W., Fu,Y., McKeithan, T. W., and Baron, J. M. The human BCL6 transgene promotes the development of lymphomas in the mouse. Proceeding of the National Academy of Sciences, 101(39): 14198-14203, 2004.

15. Beer, S., Zetterberg, A., Ihrie, R. A., Yang, Q., Bradon, N., Arvanitis, C., Attardi, L. D., Ruebner, B., Cardiff, R. D., and Felsher, D. W. Developmental context determines latency of MYC induce tumorigenesis. PLOS Biology, 2(11): e332, 2004.

16. Shachaf, C. M., Kopelman, A., Arvanitis, C., Beer, S, Karlsson, A., Mandl, S., Bachmann, M. H., Borowsky, A. D., Ruebner, B., Cardiff, R. D., Yang, W., Bishop, J. M., Contag, C. H., and Felsher, D. W. MYC inactivation uncovers pluripotent differentiative properties and induces a state of tumor dormancy in hepatocellular cancer. Nature, 431(7012): 1112-7, 2004. Also see: E. Hutchinson, Nature Reviews Cancer 7:834, 2004.

17. Sander, S., Bullinger, L., Karlsson A., Giuriato S., Hernandez-Boussard, T., Felsher, D. W., and Pollack J. R. Comparative genomic hybridization on mouse cDNA microarrays and its application to a murine lymphoma model. Oncogene, 24(40): 6101-7, 2005.

18. Beverly, L. J., Felsher, D. W., and Capobianco, A. J. Suppression of p53 by notch in lymphomagenesis: implications for initiation and regression. Cancer Research 65(16): 7159-68, 2005.

19. Kwon, H., Ogle L., Benitez, B., Bohuslav, J., Montano M., Felsher, D. W., and Greene, W. C. Lethal cutaneous disease in transgenic mice conditionally expressing type I human T cell leukemia virus Tax. Journal of Biological Chemistry, 280(42): 35713-22, 2005.

20. Deb-Basu, D., Aleem, E., Kaldis, P., and Felsher, D. W. CDK2 is required by MYC to induce apoptosis. Cell Cycle, 5(12): 1342-7, 2006.

21. Deb-Basu, D., Karlsson, A., Li, Q., Dang, C. V., and Felsher, D. W. MYC can enforce cell cycle transit from G1 to S and G2 to S, but not mitotic cellular division, independent of P27 inhibition of cyclin E/CDK2. Cell Cycle, 5(12): 1348-55, 2006.

22. Ray, S., Atkuri, K. R., Deb-Basu, D., Adler, A. S., Chang, H. Y., Herzenberg, L. A., and Felsher, D. W. MYC can induce DNA breaks in vivo and in vitro independent of ROS. Cancer Research, 66(13): 6598-605, 2006.

23. Weng, A. P., Millholland, J. M., Yashiro-Ohtani, Y., Arcangeli, M. L., Lau, A., Wai, C., del Bianco, C., Rodriguez, C. G., Sai, H., Tobias, J., Li, Y., Wolfe, M. D., Shachaf, C.,

Felsher, D. W., Blacklow, S. C., Pear, W. S., and Aster, J. C. cMyc is an important direct target of Notch1 in T cell acute lymphoblastic leukemia/lymphoma. Genes and Development, 20(15): 2096-109, 2006.

24. Giuriato, S., Ryeom, S., Fan, A. C., Bachireddy, P., Lynch, R. C., Rioth, M. J., van Riggelen, J., Kopelman, A. M., Passegue, E., Tang, F., Folkman, J., and Felsher, D. W. Sustained regression of tumors upon MYC inactivation requires p53 or TSP-1 to reverse the angiogenic switch. Proceedings of the National Academy of Sciences, 103(44): 16266-71, 2006.

25. Pan, M., Winslow, M. M., Chen, L., Kuo, A., Felsher, D. W., and Crabtree, R. Enhanced NFATc1 nuclear occupancy causes T cell activation independent of CD28 costimulation. Journal of Immunology, 178(7): 4315-21, 2007.

26. Arvanitis, C., Bendapudi, P. K., Bachireddy, P., and Felsher, D. W. Identifying critical signaling molecules for the treatment of cancer. Cancer Research, 172: 5-24, 2007.

27. Shachaf, C., Perez, O. D., Youssef, S., Fan, A. C., Elchuri, S., Goldstein, M. J., Shirer, A. E., Sharpe, O., Chen, J., Mitchell, D. J., Chang, M., Nolan, G. P., Steinman, L., and Felsher, D. W. Inhibition of HMGcoA reductase by atorvastatin prevents and reverses MYC-induced lymphomagenesis. Blood DOI 110(7): 2674-84, 2007.

28. Giuriato, S., Faumont, N., Bousquet, E., Foisseau, M., Bibonne, A., Moreau, M., Al Saati, T., Felsher, D. W., Delsol, G., Meggetto, F. Development of a conditional bioluminescent transplant model for TPM3-ALK-induced tumorigenesis as a tool to validate ALK-dependent cancer targeted therapy. Cancer Biology Therapy, (8): 1318-23, 2007.

29. Wu, C., van Riggelen, J., Yetil, A., Fan, A. C., Bachireddy, P., and Felsher, D. W. Cellular senescence is an important mechanism of tumor regression upon c-Myc inactivation. Proceedings of the National Academy of Sciences, 104(32): 13028-33, 2007.

30. Gao, P., Zhang, H., Dinavahi, R., Li, F., Xiang, Y., Raman, V., Bhujwalla, Z. M., Felsher, D. W., Cheng, L., Pevsnr, J., Lee, L. A., Semenza, G. L., and Dang, C. V. HIF-dependant antitumorigenic effect of antioxidants in vivo. Cancer Cell, 12(3): 230-8, 2007.

31. Opavsky, R., Tsai, S., Guimond, M., Arora, A., Opavska, J., Becknell, B., Kaufmann, M., Walton, N. A., Stephens, J. A., Fernandez, S. A., Muthusamy, N., Felsher, D. W., Porcu, P., Caligiuri, M. A., and Leone, G. Specific tumor suppressor function for E2F2 in Myc-induced T cell lymphomagenesis. Proceedings of the National Academy of Sciences, 104(39): 15400-15405, 2007.

32. Opavsky, R., Wang, S., Trikha, P., Raval, A., Huang, Y., Wu, Y., Rodriguez, B., Keller, B., Liyanarachi, S., Wei, G., Davuluri, R. V., Weinstein, M., Felsher, D. W., Ostrowski,

M., Leone, G., and Plass, C. CpG island methylation in a mouse model of lymphoma is driven by the genetic configuration of tumor cells. PLOS Genetics, 3(9): e167, 2007.

33. Omidvar, N., Kogan, S., Beurlet, S., le Pogam, C., Janin, A., West, R., Noguera, M. E., Reboul, M., Soulie, A., Leboeuf, C., Setterblad, N., Felsher, D. W., Lagasse, E., Mohamedali, A., Thomas, N. S., Fenaux, P., Fontenay, M., Pla, M., Mufti G. J., Weissman, I., Chomienne, C., and Padua, R. A. BCL-2 and mutant NRAS interact physically and functionally in a mouse model of progressive myelodysplasia. Cancer Research, 67(24): 11657-6, 2007.

34. Tran, P. T., Fan, A. C., Bendapudi, P. K., Koh, S., Komatsubara, K., Chen, J., Horng, G., Bellovin, D. I., Giuriato, S., Wang, C. S., Whitsett, J. A., and Felsher, D. W. Combined inactivation of MYC and k-ras oncogenes reverses tumorigenesis in lung adenocarcinomas and lymphomas. PLoS One, 3(5): e2125, 2008.

35. Wu, C., Sahoo, D., Arvanitis, C., Bradon, N., Dill, D., and Felsher, D. W. Combined analysis of murine and human microarrays and ChIP analysis reveals genes associated with ability of MYC to maintain tumorigenesis. PLoS Genetics, 4(6): e1000090, 2008.

36. Beer, S., Komatsubara, K., Bellovin, D., Kurobe, M., Sylvester, K., and Felsher, D. W. Hepatotoxin-induced changes in the adult murine liver promote MYC-induced tumorigenesis. PLoS One, 3(6): e2493, 2008.

37. Shachaf, C., Gentles, A., Elchuri, S., Sahoo, D., Soen, Y., Sharpe, O., Perez, O., Chang, M., Mitchel, D., Robinson, W., Nolan, G., Dill, D., Plevritis, S., and Felsher, D. W. Genomic and proteomic analysis reveals a threshold level of MYC required for tumor maintenance. Cancer Research, 68(13): 5132-42, 2008.

38. Traykova-Brauch, M., Schönig, K., Greiner, O., Miloud, T., Jauch, A., Bode, M., Felsher, D. W., Glick, A. B., Kwiatkowski, D. J., Bujard, H., Horst, J., von Knebel Doeberitz, M., Niggli, F. K., Kriz, W., Gröne, H. J., and Koesters, R. An efficient and versatile system for acute and chronic modulation of renal tubular function in transgenic mice. Nature Medicine, 14(9): 979-84, 2008.

39. Fan, A. C., Goldrick, M. M., Ho, J., Liang, Y., Bachireddy, P., and Felsher, D. W. A quantitative PCR method to detect blood microRNAs associated with tumorigenesis in transgenic mice. Molecular Cancer, 7(1): 74, 2008.

40. Arvanitis, C., Bendapudi, P. K., Tseng, J. R., Gambhir, S. S., and Felsher, D. W. (18)F and (18)FDG PET imaging of osteosarcoma to non-invasively monitor in situ changes in cellular proliferation and bone differentiation upon myc inactivation. Cancer Biology and Therapy, 7(12): 1947-51, 2008.

41. Felsher, D. W. Reversing cancer from inside and out: Oncogene addiction, cellular senescence, and the angiogenic switch. Lymphatic Research and Biology, 6(3-4): 149-54, 2008.

42. Ney, J. T., Schmidt, T., Kurts, C., Zhou, Q., Eckert, D., Felsher, D. W., Schorle, H., Knolle, P., Tuting, T., Barchet, W., Buttner, R., Limmer, A., and Gutgemann, I.

Autochthonous liver tumors induce systemic T cell tolerance associated with T cell receptor down-modulation. Hepatology, 49(2): 471-81, 2009.

43. Tran, P. T., and Felsher, D. W. The current STATe of biomarkers to predict the response to anti-angiogenic therapies. Cancer Biology & Therapy, 7(12): 2004-6, 2008.

44. Lee, H. G., Casadesus, G., Nunomura, A., Zhu, X., Castellani, R. J., Richardson, S. L., Perry, G., Felsher, D. W., Petersen, R. B., and Smith, M.A. The neuronal expression of MYC causes a neurodegenerative phenotype in a novel transgenic mouse. American Journal of Pathology, 174(3): 891-7, 2009.

45. Kampa, K. M., Acoba, J. D., Chen, D., Gay, J., Lee, H., Beemer, K., Padiernos, E., Boonmark, N., Zhu, Z., Fan, A. C., Bailey, A. S., Fleming, W. H., Corless, C., Felsher, D. W., Naumovski, L., and Lopez, C. D. Apoptosis-stimulating protein of p53 (ASPP2) heterozygous mice are tumor-prone and have attenuated cellular damage-response thresholds. Proceedings of the National Academy of Science USA, 106(11): 4390-5, 2009.

46. Levashova, Z., Backer, M. V., Horng, G., Felsher, D. W., Backer, J. M., and Blankenberg, F. G. SPECT and PET imaging of EGF receptors with site-specifically labeled EGF and Dimeric EGF. Bioconjugate Chemistry, 20(4): 742-9, 2009.

47. Fan, A. C., Deb-Basu, D., Orban, M. W., Gotlib, J. R., Natkunam, Y., O'Neil, R., Padua, R. A., Xu, L., Taketa, D., Shirer, A. E., Beer, S., Yee, A. X., Voehringer, D. W., and Felsher, D. W. Nano-fluidic proteomic assay for serial analysis of oncoprotein activation in clinical specimens. Nature Medicine, 15(15): 566-71, 2009. Also see: G. Alderton, Proteomics: Biomarkers on a nanoscale, Nature Reviews Cancer, 9:382, 2009

48. Liu, Z, Fan, A. C., Rakhra, K., Sherlock, S., Goodwin, A., Chen, X., Yang, Q., Felsher, D. W., and Dai, H. Supramolecular stacking of doxorubicin on carbon nanotubes for in vivo cancer therapy. Angewandte Chemie, 48(41): 7668-72, 2009.

49. Lee, H.G., Chen, Q., Wolfram, J. A., Richardson, S. L., Liner, A., Siedlak, S. L., Zhu, Z., Ziats, N. P., Fujioka, F., Felsher, D. W., Castellani, R. J., Valencik, M. L., McDonald, J. A., Hoit, B. D., Lesnefsky, E. J., and Smith, M. A. Cell cycle re-entry and mitochondria defects in Myc-mediated hypertrophic cardiomyopathy and heart failure. PLoS One, 4(9): e7172, 2009.

50. Beer, S., Bellovin, D. I., Lee, J. S., Komatsubara, K., Wang, L. S., Koh, H., Borner, K., Storm, T. A., Davis, C. R., Kay, A. K., Felsher, D. W., and Grimm, D. Low-level shRNA cytotoxicity can contribute to MYC-induced hepatocellular carcinoma in adult mice (the contribution). Molecular Therapy, 18(1): 161-70, 2009.

51. Giuriato, S., Foisseau, M., Dejean, E., Felsher, D. W., Al Saati, T., Demur, C., Ragab, A., Kruczynski, A., Schiff, C., Delsol, G., and Meggetto, F. Conditional TPM3-ALK and NPM-ALK transgenic micedevelop reversible ALK-positive early B cell lymphoma/leukemia. Blood, 115(20): 4061-70, 2010.

52. Zhou, H., Rodriguez, M., van den Haak, F., Nelson, G., Jogani, R., Xu, J., Zhu, X., Xian, Y., Tran, P. T., Felsher, D. W., Keall, P. J., and Graves, E. E. Development of a

MicroCT-Based Image-Guided Conformal Radiotherapy System for Small Animals. International Journal of Radiation Oncology, Biology, Physics, 78(1): 297-305, 2010.

53. van Riggelen J., Müller J, Otto T., Beuger V., Yetil A., Choi P. S., Kosan C., Möröy T, *Felsher D. W., and *Eilers M. The interaction between Myc and Miz1 is required to antagonize TGFbeta-dependent autocrine signaling during lymphoma formation and maintenance. Genes Dev., 24(12): 1281-94, 2010. *co-senior and corresponding authors

54. Woodard, L. E., Keravala, A., Jung, W. E., Wapinski, O. L., Yang, Q., Felsher, D. W., and Calos, M. P. Impact of hydrodynamic injection and phiC31 integrase on tumor latency in a mouse model of MYC-induced hepatocellular carcinoma. PLoS One, 5(6): e11367, 2010.

55. Fan-Minogue H., Cao, Z., Paulmurugan R., Chan C. T., Massoud, T. F., Felsher, D. W., and Gambhir, S. S. From the cover: Noninvasive molecular imaging of c-Myc activation in living mice. Proceedings of the National Academy of Sciences, 107(36): 15892-7, 2010.

56. Graves, E. E., Vilalta, M., Cecic, I. K., Erler, J. T., Tran, P. T., Felsher, D. W., Sayles, L., Sweet-Cordero, A., Thu Le, Q., and Giaccia, A., J. Hypoxia in models of lung cancer: Implications for targeted therapeutics. Clinical Cancer Research, 16(19): 4843-52, 2010.

57. Contag, C. H., Sikorski, R., Negrin, R., Schmidt, T., Fan, A., Bachireddy, P., Felsher, D. W., and Thorne S. H. Definition of an enhanced immune cell therapy in mice that can target stem-like lymphoma cells. Cancer Research, 70(23): 9837-45, 2010.

58. Rakhra, K., Bachireddy, P., Zabuawala, T., Zeiser, R., Xu, L., Kopelman, A., Fan, A. C., Yang, Q., Braunstein, L., Crosby, E., Ryeom, S., and Felsher, D. W. CD4+ T-cells contribute to the remodeling of the microenvironment required for sustained tumor regression upon oncogene inactivation. Cancer Cell, 18(5): 485-98, 2010.

59. Nielsen, C. H., Kimura, R. H., Withofs, N., Tran P. T., Miao, Z., Cochran, J. R., Cheng, Z., Felsher, D. W., Kjaer, A., Willmann, J. K., and Gambhir, S. S. PET Imaging of tumor neovascularization in a transgenic mouse model with a novel 65Cu-DOTA-knottin peptide. Cancer Research, 70(22): 9022-30, 2010.

60. Muller, J., Samans, B., van Riggelen J., Faga, G., Peh, K. N. R., Wei, C. L., Muller, H., Amati, B., Felsher, D. W., and Eilers, M. TGFbeta-dependent gene expression shows that senescence correlates with abortive differentiation along several lineages in Myc-induced lymphomas. Cell Cycle, 9 (23): 4622-4626, 2010.

61. Huang, M., Whang, P., Chodaparambil, J. V., Pollyea, D. A., Kusler, B., Xu, L., Felsher, D. W., and Mitchell, B. S. Reactive oxygen species regulate nucleostemin oligomerization and protein degradation. Journal of Biological Chemistry, 286(13): 11035-46, 2011.

62. Cao, Z., Fan-Minogue, H., Bellovin, D., Arzeno, J., Yang, Q., Gambhir, S. S., and Felsher, D. W. Inhibition of HMG-CoA reductase by statins reverses hepatocellular

tumorigenesis by blocking phosphorylation and activation of c-MYC. Cancer Research, 71(6): 2286-97, 2011.

63. Saddic, L. A., Wirt, S., Vogel, H., Felsher, D. W., and Sage, J. Functional Interactions between Retinoblastoma and c-MYC in a Mouse Model of Hepatocellular Carcinoma. PLoS One, 6(5): e19758, 2011. [PubMed - in process] Free PMC Article

64. Dejean, E., Renalier, M. H., Foisseau, M., Agirre, X., Joseph. N., de Paiva, G. R., Al Saati, T., Soulier, J., Desjobert, C., Lamant, L., Prósper, F., Felsher, D. W., Cavaillé, J. Prats, H., Delsol, G., Giuriato, S., and Meggetto, F. Hypoxia-microRNA-16 downregulation induces VEGF expression in anaplastic lymphoma kinase (ALK)-positive anaplastic large-cell lymphomas. Leukemia, doi: 10.1038/leu.2011.168. [Epub ahead of print]

65. Seetharam, M., Fan, A. C., Tran, M., Xu, L., Renschler, J. P., Felsher, D. W., Sridhar, K., Wilhelm, F., and Greenberg, P. L. Treatment of higher risk myelodysplastic syndrome patients unresponsive to hypomethylating agents with ON 01910.Na. Leukemia Research 2011 Sep 14. [Epub ahead of print]

66. Choi, P. S., van Riggelen, J., Gentles, A., J., Bachireddy, P., Rakhra, K., Adam, S. J., Plevritis, S. K., and Felsher, W. D. Lymphomas that recur after MYC suppression continue to exhibit oncogene addition. Proceedings of the National Academy of Sciences, 108(42): 17432-7, 2011.

67. Tran, P.T., Bendapudi, P. K., Lin H. J., Choi, P., Koh, S., Chen, J., Horng, G., Hughes, N. P. Schwartz, L. H., Miller, V. A., Kawashima, T., Kitamura, T., Paik, D., and Felsher, D. W. Survival and death signals can predict tumor response to therapy after oncogene inactivation. Science Translational Medicine, 3(103): 103ra99, 2011.

68. Hlady, R. A., Novakova, S., Opavska, J., Klinkebiel, D., Peters, S. L., Bies, J., Hannah, J., Iqbal, J., Anderson, K. M., Siebler, H. M., Smith, L. M., Greiner, T. C., Bastola, D., Joshi, S., Lockridge, O., Simpson, M. A., Felsher, D. W., Wagner, K. U., Chan, W. C., Christman, J. K., and Opavsky, R. Loss of Dnmt3b function upregulates the tumor modifier Ment and accelerates mouse lymphomagenesis. Journal of Clinical Investigation, 122(1): 163-77, 2011.

69. Bachireddy, P., Rakhra, K., and Felsher, D. W. Immunology in the clinic review series: focus on cancer; multiple roles for the immune system in oncogene addiction. Clinical and Experimental Immunology, 167(2): 188-94, 2012.

70. DeChristopher, B. A., Fan, A. C., *Felsher, D. W., and Wender, P. A. "Picolog, " a synthetically-available bryostatin analog, inhibits growth of MYC-induced lymphoma in vivo. Oncotarget, vol. 3, no. 1, 2012. *co-corresponding senior author

71. Tran, P., Shroff, E., Burns, T. F., Thiyagarajan, S., Das, S. T., Zabuawala, T., Chen, J., Cho, Y., Luong, R., Tamayo, P., Salih, T., Aziz, K., Adam, S. J., Vicent, S., Nielsen, C. H., Withofs, N., Sweet-Cordero, A., Gambhir, S. S., Rudin, C. M. and Felsher, D. W. Twist1 suppresses senescence programs and thereby accelerates and maintains mutant Kras-induced lung tumorigenesis. PLoS Genetics, 8(5): e1002650, 2012.

72. Wu, A. R., Kawahara T. L., Rapicavoli, N. A., van Riggelen, J., Shroff, E. H., Xu, L., Felsher, D. W., Chang, H. Y., and Quake, S. R. High throughput automated chromatin immunoprecipitation as a platform for drug screening and antibody validation. Lab Chip, 12(12): 2190-8, 2012. Epub 2012 May 8.

73. Das, B., Bayat-Mokhtari, R., tsui, M., Lotfi, S., Tsuchida, R., Felsher, D. W., and Yeger, H. HIF-2a suppresses p53 to enhance the stemness and regenerative potential of human embryonic stem cells. Stem Cells, 30(8): 1685-1695, 2012. Doi: 10.1002/stem. 1142.

74. To, C. A., Hsieh, R. W., McClellan, J. S., Howard, W., Fischbein, N. J., Brown, J. M., Felsher, D. W., and Fan, A. C. Cryptococcal osteomyelitis and meningitis in a patient with non-hodgkin's lymphoma treated with PEP-C. BMJ Case Rep, 2012. pii:bcr0820114578. doi: 10.1136/bcr.08.2011.4578.

75. Bisikirska, B. C., Adam, S. J., Alvarez, M. J., Rajbhandari, P. Cox, R., Lefebvre, C., Wang, K., Rieckhof, G. E., *Felsher, D. W., and Califano, A. STK38 is a critical upstream regulator of MYC's oncogenic activity in human B-cell lymphoma. Oncogene, doi: 10.1038/onc.2012.543. [Epub ahead of print] *co-corresponding senior author

76. Das, B., Kashino, S. S., Pulu, I., Kalita, D., Swami, V., Yeger, H., *Felsher, D. W., and Neto-Campos, A. CD271 bone marrow mesenchymal stem cells may provide a niche for dormant mycobacterium tuberculosis. Science Translational Medicine. 5(170): 170ra13. Doi: 10.1126/scitranslmed.3004912. *corresponding senior author

77. Lin, W., Rajbhandari, N., Liu, C., Sakamoto, K., Zhang, Q., Triplett, A. A., Batra, S. K., Opavsky, R., Felsher, D. W., DiMaio, D. J., Hollingsworth, M. A., Morris 4th, J. P., Hebrok, M., Witkiewicz, A. K., Brody, J. R., Rui H., and Wagner, K. Dormant cancer cells contribute to residual disease in a model of reversible pancreatic cancer. Cancer Research. 2013 Mar 15;73(6):1821-30. doi: 10.1158/0008-5472.CAN-12-2067. Epub 2013 Mar 6.

78. Perry, R. H., Bellovin, D. I., Shroff, E. H., Ismail, A. I., Zabuawala, T., Felsher, D. W., and Zare, R. N. Characterization of MYC-induced tumorigenesis by in situ lipid profiling. Anal Chem. 2013 May 7;85(9):4259-62. doi: 10.1021/ac400479j. Epub 2013 Apr 18.

79. Nwabugwu, C., Rakhra, K., Felsher, D. W., Paik, D. In vivo imaging-based mathematical modeling techniques that enhance the understanding of oncogene addiction in relation to tumor growth. Comput Math Methods Med. 2013;2013:802512. doi: 10.1155/2013/802512. Epub 2013.

80. Kapanadze, T., Gamrekelashvili, J., Ma, C., Chan, C., Zhao, F., Hewitt, S., Zender, L., Kapoor, V., Felsher, DW, Manns, M. P., Korangy, F., Greten T. F. Regulation of accumulation and function of myeloid derived suppressor cells in different murine models of hepatocellular carcinoma. J Hepatol. 2013 Nov;59(5):1007-13. doi: 10.1016/j.jhep.2013.06.010. Epub 2013 Jun 22.

81. Fan-Minogue H, Bodapati S, Solow-Cordero D, Fan A, Paulmurugan R, Massoud TF, Felsher DW, Gambhir SS. A c-Myc activation sensor-based high-throughput drug screening identifies an antineoplastic effect of nitazoxanide. Mol Cancer Ther. 2013 Sep;12(9):1896-905. doi: 10.1158/1535-7163.MCT-12-1243. Epub 2013 Jul 3.

82. Beurlet S, Omidvar N, Gorombei P, Krief P, Le Pogam C, Setterblad N, de la Grange P, Leboeuf C, Janin A, Noguera ME, Hervatin F, Sarda-Mantel L, Konopleva M, Andreeff M, Tu AW, Fan AC, Felsher DW, Whetton A, Pla M, West R, Fenaux P, Chomienne C, Padua RA. BCL-2 inhibition with ABT-737 prolongs survival in an NRAS/BCL-2 mouse model of AML by targeting primitive LSK and progenitor cells. Blood. 2013 Oct 17;122(16):2864-76. doi: 10.1182/blood-2012-07-445635. Epub 2013 Aug 13.

83. Ansari C, Tikhomirov GA, Hong SH, Falconer RA, Loadman PM, Gill JH, Castaneda R, Hazard FK, Tong L, Lenkov OD, Felsher DW, Rao J, Daldrup-Link HE. Development of novel tumor-targeted theranostic nanoparticles activated by membrane-type matrix metalloproteinases for combined cancer magnetic resonance imaging and therapy. Small. 2013 Aug 27. doi: 10.1002/smll.201301456. [Epub ahead of print].

84. Nwabugwu CI, Rakhra K, Felsher, DW, Paik DS. A tumor-immune mathematical model of CD4+ T helper cell dependent tumor regression by oncogene inactivation. Conf Proc IEEE Eng Med Biol Soc. 2013 Jul;2013:4529-32. doi: 10.1109/EMBC.2013.6610554.

85. Anso, E., Mullen, A. R., Felsher, DW, Mates, J. M., DeBeradinis, R. J., and Chandel, N. S. Metabolic changes in cancer cells upon suppression of MYC. Cancer & Metabolism. 2013.

86. Cao, Z., Ding, B., Guo, P., Lee, S. B., Butler, J. M., Casey, S. C., Simons, M., Tam, W., Felsher, DW, Shido, K., Rafii, A., Scandura, J. M., and Rafii, S. Angiocrine factors deployed by tumor vascular niche induce b-cell lymphoma invasiveness and chemoresistance. Running title: Tumor vascular niche induces aggressive lymphoma. Cancer Cell 2014 Mar 17;25(3):350-65. doi: 10.1016/j.ccr.2014.02.005.

87. Ye D, Shuhendler AJ, Cui L, Tong L, Tee SS, Tikhomirov G, Felsher, DW, Rao J. Bioorthogonal cyclization-mediated in situ self-assembly of small-molecule probes for imaging caspase activity in vivo. Nat Chem. 2014 Jun;6(6):519-26. doi: 10.1038/nchem.1920. Epub 2014 Apr 28.

88. Gabay M, Li Y, Felsher DW. MYC activation is a hallmark of cancer initiation and maintenance Cold Spring Harb Perspect Med. 2014 Jun 2;4(6):a014241. doi: 10.1101/cshperspect.a014241.

89. Choi PS, Li Y, Felsher, DW. Addiction to multiple oncogenes can be exploited to prevent the emergence of therapeutic resistance. Proc Natl Acad Sci U S A. 2014 Aug 12;111(32):E3316-24. doi: 10.1073/pnas.1406123111. Epub 2014 Jul 28.

90. Eberlin LS, Gabay M, Fan AC, Gouw AM, Tibshirani RJ, Felsher, DW, Zare RN. Alteration of the lipid profile in lymphomas induced by MYC overexpression. Proc Natl

Acad Sci U S A. 2014 Jul 22;111(29):10450-5. doi: 10.1073/pnas.1409778111. Epub 2014 Jul 3.

91. Li, Y., Choi, P., Casey, S. C., Dill, D. L., and Felsher, DW. MYC through miR-17-92 suppresses specific target genes to maintain survival, autonomous proliferation and a neoplastic state. Cancer Cell. 2014 Aug 11;26(2):262-72. doi: 10.1016/j.ccr.2014.06.014.

92. Casey, S.C, Li, Y, Fan, A.C, and Felsher, DW. Oncogene withdrawal engages the immune system to induce sustained cancer regression. J Immunother Cancer. 2014 Jul 15;2:24. doi: 10.1186/2051-1426-2-24. eCollection 2014.

93. Li Y, Choi PS, Casey SC, and Felsher DW. Activation of cre recombinase alone can induce complete tumor regression. PLOS One. 2014 Sep 10;9(9):e107589. doi: 10.1371/journal.pone.0107589. eCollection 2014.

94. Li Y, Choi PS, Felsher, DW. Oncogene addiction: resetting the safety switch? Oncotarget. 2014 Sep 30;5(18):7986-7. No abstract available. Free PMC Article

95. Li Y, Casey SC, and Felsher, DW. Inactivation of MYC reverses tumorigenesis. J Intern Med. 2014 Jul;276(1):52-60. doi: 10.1111/joim.12237.

96. Yetil A, Anchang B, Gouw AM, Adam SJ, Zabuawala T, Parameswaran R, van Riggelen J, Plevritis S, and Felsher DW. p19ARF is a critical mediator of both cellular senescence and an innate immune response associated with MYC inactivation in mouse model of acute leukemia. Oncotarget. 2015 Feb 28; 6(6):3563-77.

97. Xiang Y, Stine ZE, Xia J, Lu Y, O'Connor RS, Altman BJ, Hsieh AL, Gouw AM, Thomas AG, Gao P, Sun L, Song L, Yan B, Slusher BS, Zhuo J, Ooi LL, Lee CG, Mancuso A, McCallion AS, Le A, Milone MC, Rayport S, and Felsher, DW, Dang CV. Targeted inhibition of tumor-specific glutaminase diminishes cell-autonomous tumorigenesis. J Clin Invest. 2015 Apr 27. pii: 75836. doi: 10.1172/JCI75836. Epub 2015 Apr 27.

98. Shroff EH, Eberlin LS, Dang VM, Gouw AM, Gabay M, Adam SJ, Bellovin DI, Tran PT, Philbrick WM, Garcia-Ocana A, Casey SC, Li Y, Dang CV, Zare RN, and Felsher, DW. MYC oncogene overexpression drives renal cell carcinoma in a mouse model through glutamine metabolism. Proc Natl Acad Sci U S A. 2015 May 26;112(21):6539-44. doi: 10.1073/pnas.1507228112. Epub 2015 May 11.

99. Altman BJ, Hsieh AL, Sengupta A, Krishnanaiah SY, Stine ZE, Walton ZE, Gouw AM, Venkataraman A, Li B, Goraksha-Hicks P, Diskin SJ, Bellovin DI, Simon MC, Rathmell JC, Lazar MA, Maris JM, Felsher, DW, Hogenesch JB, Weljie AM, Dang CV. MYC Disrupts the Circadian Clock and Metabolism in Cancer Cells. Cell Metab. 2015 Dec 1;22(6):1009-19. doi: 10.1016/j.cmet.2015.09.003. Epub 2015 Sep 17.

100. Casey SC, Tong L, Li Y, Do R, Walz S, Kelly N, Fitzergerald N, Gouw, A, Baylot V Guetegemann I, Eilers, M. Felsher DW. MYC Regulates the Anti-Tumor Immune

Response through CD47 and PD-L1. Science. 2016 Mar 10. pii: aac9935. [Epub ahead of print]

101. Ma C, Kesarwala AH, Eggert T, Medina-Echeverz J, Kleiner DE, Jin P, Stroncek DF, Terabe M, Kapoor V, ElGindi M, Han M, Thornton AM, Zhang H, Egger M, Luo J, Felsher DW, McVicar DW, Weber A, Heikenwalder M, Greten TF. NAFLD causes selective CD4(+) T lymphocyte loss and promotes hepatocarcinogenesis. Nature. 2016 Mar 10;531(7593):253-7. doi: 10.1038/nature16969. Epub 2016 Mar 2.

102. Swords RT, Greenberg PL, Wei AH, Durrant S, Advani AS, Hertzberg MS, Lewis ID, Rivera G, Gratzinger D, Fan AC, Felsher DW, Cortes JE, Watts JM, Yarranton GT, Walling JM, Lancet JE. KB004, a first in class monoclonal antibody targeting the receptor tyrosine kinase EphA3, in patients with advanced hematologic malignancies: Results from a phase 1 study. Leuk Res. 2016 Nov; 50:123-131. doi: 10.1016/j.leukres.2016.09.012.

103. Li Y, Deutzmann A, Choi PS, Fan AC, Felsher DW. BIM mediates oncogene-inactivation induced apoptosis in multiple transgenic mouse models of acute lymphoblastic leukemia. Oncotarget. 2016 May 10;7(19):26926-34. doi: 10.18632/oncotarget.8731.

104. Gouw AM, Eberlin, LS, Margulis K, Sullivan DK, Toal GG, Tong L, Zare RN, and Felsher DW. Oncogene KRAS activates fatty acid synthase, resulting in specific ERK and lipid signatures associated with lung adenocarcinoma. PNAS 2017; published ahead of print April 11, 2017, doi:10.1073/pnas.1617709114.

105. Bailey ST, Smith AM, Kardos J, Wobker SE, Wilson HL, Krishnan B, Saito R, Lee HJ, Zhang J, Eaton SC, Williams LA, Manocha U, Peters DJ, Pan X, Carroll TJ, Felsher DW, Walter V, Zhang Q, Parker JS, Yeh JJ, Moffitt RA, Leung JY, and Kim WY. MYC activation cooperates with Vhl and Ink4a/Arf loss to induce clear cell renal cell carcinoma. Nature Communications; April 2017, doi:10.1038/ncomms15770.

106. Felsher DW, Dhanasekaran R, Gabay-Ryan M, Baylot V, Lai I, Mosley A, Huang X, Zabludoff S, Li J, Kaimal V, Karmali P. Anti-miR-17 Therapy Delays Tumorigenesis in MYC-driven Hepatocellular Carcinoma (HCC). Oncotarget, 2017-08-18 10:57:29. In press

107. Hebb J, Felsher DW, Mosley AR, Vences-Catalan F, Rajasekaran N, Rosen A, Ellmark P. Administration of low dose combination anti-CTLA4, anti-CD137, and anti-OX40 into murine tumor or proximal to the tumor draining lymph node induces systemic tumor regression. Cancer Immunology, Immunotherapy, 2018 Jan;67(1):47-60. doi: 10.1007/s00262-017-2059-y. Epub 2017 Sep 13.

108. Miess H, Dankworth B, Gouw AM, Rosenfeldt M, Schmitz W, Jiang M, Saunders B, Howell M, Downward J, Felsher DW, Peck B, Schulze A. The glutathione redox system is essential to prevent ferroptosis caused by impaired lipid metabolism in clear cell renal cell carcinoma. Oncogene. 2018 Jun 5. doi: 10.1038/s41388-018-0315-z.

109. Taparra K, Wang H, Malek R, Lafargue A, Barbhuiya MA, Wang X, Simons BW, Ballew M, Nugent K, Groves J, Williams RD, Shiraishi T, Verdone J, Yildirir G, Henry R, Zhang B, Wong J, Wang KK, Nelkin BD, Pienta KJ, Felsher D, Zachara NE, Tran PT. O-GlcNAcylation is required for mutant KRAS-induced lung tumorigenesis. J Clin Invest. 2018 Nov 1;128(11):4924-4937. doi: 10.1172/JCI94844. Epub 2018 Sep 24.

110. Lai, I, Swaminathan, S, Baylot, V, Adriane Mosley, A, Dhanasekaran, R, Ryan, M, Felsher DW. Lipid Nanoparticles that Deliver IL-12 Messenger RNA Suppress Tumorigenesis in MYC Oncogene-Driven Hepatocellular Carcinoma. Journal for Immune Therapy of Cancer, 2018 Nov 20;6(1):125. doi: 10.1186/s40425-018-0431-x.

111. Yang P, Jiang Y, Pan Y, Ding X, Rhea P, Ding J, Hawke DH, Felsher D, Narla G, Lu Z, Lee RT. Mistletoe extract Fraxini inhibits the proliferation of liver cancer by down-regulating c-Myc expression. Sci Rep. 2019 Apr 23;9(1):6428. doi: 10.1038/s41598-019-41444-2.

112. Struntz NB, Chen A, Deutzmann A, Wilson RM, Stefan E, Evans HL, Ramirez MA, Liang T, Caballero F, Wildschut MHE, Neel DV, Freeman DB, Pop MS, McConkey M, Muller S, Curtin BH, Tseng H, Frombach KR, Butty VL, Levine SS, Feau C, Elmiligy S, Hong JA, Lewis TA, Vetere A, Clemons PA, Malstrom SE, Ebert BL, Lin CY, Felsher DW, Koehler AN. Stabilization of the Max Homodimer with a Small Molecule Attenuates Myc-Driven Transcription. Cell Chem Biol. 2019 May 16;26(5):711-723.e14. doi: 10.1016/j.chembiol.2019.02.009. Epub 2019 Mar 14.

113. Das B, Pal B, Bhuyan R, Li H, Sarma A, Talukdar J, Sandhya S, Gayan S, Bhuyan S, Gogoi G, Gouw AM, Baishya D, Gotlib JR, Kataki AC, and Felsher DW. MYC regulates the HIF-2α stemness pathway via Nanog and Sox2 to maintain self-renewal in cancer stem cells versus non-stem cancer cells. Cancer Research 2019 Aug 15;79(16):4015-4025. doi: 10.1158/0008-5472.CAN-18-2847. Epub 2019 Jul 2.

114. Gouw AM, Margulis K, Liu NS, Raman SJ, Mancuso A, Toal GG, Tong L, Mosley A, Hsieh AL, Sullivan DK, Stine ZE, Altman BJ, Schulze A, Dang CV, Zare RN, and Felsher DW. The MYC oncogene cooperates with sterol regulated element-binding protein to regulate lipogenesis essential for neoplastic growth. Cell Metabolism, 2019 Aug 19. pii: S1550-4131(19)30385-7. doi: 10.1016/j.cmet.2019.07.012. [Epub ahead of print]

115. Dhanasekaran R, Baylot V, Kim M, Kuruvilla S, Bellovin D, Adeniji N, Rajan A, Lai I, Gabay M, Tong L, Krishnan M, Park J, Hu T, Barbhuiya M, Gentles A, Kannan K, Tran P, Felsher DW. MYC and Twist1 cooperate to drive metastasis by eliciting crosstalk between cancer and innate immunity. eLife Sciences, 2020 Jan 14;9. pii: e50731. doi: 10.7554/eLife.50731.

116. Smith MT, Guyton KZ, Kleinstreuer N, Borrel A, Cardenas A, Chiu WA, Felsher DW, Gibbons CF, Goodson WH, Houck KA, Kane A, La Merrill MA, Lebrec H, Lowe L, McHale CM, Minocherhomji S, Rieswijk L, Sandy MS, Sone H, Wang A, Zhang L, Zeise L, Fielden M. The key characteristics of carcinogens: Relationship to the hallmarks of cancer, relevant biomarkers, and assays to measure them. Cancer

Epidemiology Biomarkers Prevention. 2020 Mar 9. pii: cebp.1346.2019. doi: 10.1158/1055-9965.EPI-19-1346. [Epub ahead of print].

117. Swaminathan S, Hansen AS, Heftdal LD, Dhanasekaran R, Deutzmann A, Fernandez WDM, Liefwalker DF, Horton C, Mosley A, Liebersbach M, Maecker HT, Felsher DW. MYC functions as a switch for natural killer cell-mediated immune surveillance of lymphoid malignancies. Nat Commun. 2020 Jun 5;11(1):2860. doi: 10.1038/s41467-020-16447-7.

118. Dhanasekaran R, Park J, Yevtodiyenko A, Bellovin DI, Adams SJ, Rajan AKD, Gabay M, Fernando H, Arzeno J, Arjunan V, Gryanzov S, Felsher DW. MYC ASO impedes tumorigenesis and elicits oncogene addiction in autochthonous transgenic mouse models of HCC and RCC. Molecular Therapy Nucleic Acids. 2020 Sep 4; 21: 850–859. Published online 2020 Jul 10 doi: 10.1016/j.omtn.2020.07.08

119. Mahauad-Fernandez WD, Felsher DW. The Myc and Ras partnership in cancer: Indistinguishable alliance or contextual relationship? Cancer Research | Perspective 2020, doi: 10.1158/0008-5472.CAN-20-0787. Published September 2020.

120. Cui L, Gouw AM, LaGory EL, Guo S, Attarwala N, Tang Y, Qi J, Chen YS, Gao Z, Casey KM, Bazhin AA, Chen M, Hu L, Xie J, Fang M, Zhang C, Zhu Q, Wang Z, Giaccia AJ, Gambhir SS, Zhu W, Felsher DW, Pegram MD, Goun EA, Le A, Rao J. Mitochondrial copper depletion suppresses triple-negative breast cancer in mice. Nat Biotechnol. 2020 Oct 19. doi: 10.1038/s41587-020-0707-9. Online ahead of print.

121. Krishnan MS, Rajan Kd A, Park J, Arjunan V, Garcia Marques FJ, Bermudez A, Girvan OA, Hoang NS, Yin J, Nguyen MH, Kothary N, Pitteri S, Felsher DW, Dhanasekaran R. Genomic analysis of vascular invasion in hepatocellular carcinoma (HCC) reveals molecular drivers and predictive biomarkers. Hepatology. 2020 Nov 3. doi: 10.1002/hep.31614. Online ahead of print.

122. Hori SS, Tong L, Swaminathan S, Liebersbach M, Wang J, Gambhir SS, Felsher DW. A mathematical model of tumor regression and recurrence after therapeutic oncogene inactivation. Science Reports. 2021; 11: 1341. Published online 2021 Jan 14. doi: 10.1038/s41598-020-78947-2.

123. Chen H, Shou K, Chen S, Qu C, Wang Z, Jiang L, Zhu M, Ding B, Qian K, Ji A, Lou H, Tong L, Hsu A, Wang Y, Felsher DW, Hu Z, Tian J, Cheng Z. Smart Self-Assembly Amphiphilic Cyclopeptide-Dye for Near-Infrared Window-II Imaging. Adv Mater. 2021 Apr;33(16):e2006902. doi: 10.1002/adma.202006902. Epub 2021 Mar 12.

123. Eguiarte-Solomon F, Blazanin N, Rho O, Carbajal S, Felsher DW, Tran PT, DiGiovanni J. Twist1 is required for development of UVB-Induced squamous cell carcinoma. Molecular Carcinogenesis. Published online 13 March 2021. doi: 10.1002/mc.23296.

124. Dhanasekaran R, Deutzmann A, Mahauad-Fernandez WD, Hansen AS, Gouw, Felsher DW. The MYC oncogene — the grand orchestrator of cancer growth and immune evasion. Nature Reviews Clinical Oncology (2021) Published 10 September 2021. doi.org/10.1038/s41571-021-00549-2.

125. Lee CK, Atibalentja DF, Yao LE, Park J, Kuruvilla S, Felsher DW. Anti-PD-L1 F(ab) conjugated PEG-PLGA nanoparticle enhances immune checkpoint therapy. Nanotheranostics 2022; 6(3):243-255. doi:10.7150/ntno.65544.

126. Gouw A, Kumar V, Resendez A, Alvina F, Liu N, Margulis K, Tong L, Zare R, Malhotra S, and Felsher DW. Azapodophyllotoxin causes lymphoma and kidney cancer regression by disrupting tubulin and monoglycerols. ACS Medicinal Chemistry Letters, ml-2021-00673x.R1. doi:10.1021/acsmedchemlett.1c00673.

127. Tong L, Shan M, Zou W, Liu X, Felsher DW, and Wang J. Cyclic adenosine monophosphate/phosphodiesterase 4 pathway associated with immune infiltration and PD-L1 expression in lung adenocarcinoma cells. Frontiers in Oncology, 12:904969. Doi: 10.3389/fonc. 2022.904969.

128. Lowe L, LaValley JW, and Felsher DW. Tackling heterogeneity in treatment resistant breast cancer with personalized combination therapeutics. Cancer Drug Resistance, Manuscript ID: CDR-2022-40, dx.doi.org/10.20517/cdr.xxx.

129. Gong YY, Shao H, Li Y, Brafford P, Stine ZE, Sun J, Felsher DW, Orange JS, Albelda SM, and Dang CV. Na/H -exchanger 1 enhances antitumor activity of engineered NK-92 natural killer cells. AACR Cancer Research Communications, doi:org/10.1158/2767-9764.CRC-22-0270. Aug 2022

130. Sullivan DK, Deutzmann A, Yarbrough J, Krishnan MS, Gouw AM, Bellovin DI, Adam SJ, Liefwalker DF, Dhanasekaran R, and Felsher DW. MYC oncogene elicits tumorigenesis associated with embryonic, ribosomal biogenesis, and tissue-lineage dedifferentiation gene expression changes. Springer Nature, Oncogene October 2022, https://doi.org/10.1038/s41388-022-02458-9.

131. Dhanasekaran R, Hansen AS, Park J, Lemaitre L, Lai I, Adeniji N, Kuruvilla S, Suresh A, Zhang J, Swamy V, and Felsher DW. MYC overexpression drives immune evasion in hepatocellular carcinoma that is reversible through restoration of pro-inflammatory macrophages. Cancer Research, February 2023, DOI 10.1158/0008-5472 CAN-22-0232.

132. Smith BAH, Deutzmann A, Correa KM, Delaveris CS, Dhanasekaran R, Dove CG, Sullivan DK, Wisnovsky S, Stark JC, Pluvinage JV, Swaminathan S, Riley NM, Rajan A, Majeti R, Felsher DW and Bertozzi CR. MYC driven synthesis of Siglec ligands is a novel glyco-immune checkpoint. Proc Natl Acad Sci, 2023 March 14;120(11):e2215376120. doi: 10.1073/pnas.2215376120

133. Valenzi E, Bahudhanapati H, Tan J, Tabib T, Sullivan DI, Nouraie M, Sembrat J, Fan L, Chen K, Liu S, Rojas M, Lafargue A, Felsher DW, Tran PT, Kass DJ, Lafyatis R. Single-nucleus chromatin accessibility identifies a critical role for TWIST1 in idiopathic pulmonary fibrosis myofibroblast activity. Eur Respir J. 2023 Jul 7;62(1):2200474. doi: 10.1183/13993003.00474-2022. Print 2023 Jul.

134. Deutzmann A, Sullivan DK, Dhanasekaran R, Li W, Chen X, Tong L, Mahauad-Fernandez WD, Bell J, Mosley A, Koehler AN, Li Y, Felsher DW. Nuclear to cytoplasmic transport is a druggable dependency in MYC-driven hepatocellular carcinoma. Nature Communications 15, 963 (2024). https://doi.org/10.1038/s41467-024-45128-y.

135. Lemaitre L, Adeniji N, Suresh A, Reguram R, Zhang J, Park J, Reddy A, Trevino AE, Mayer AT, Deutzmann A, Hansen A, Tong L, Arjunan V, Kambham N, Visser B, Dua M, Bonham A, Kothary N, D'Angio HB, Preska R, Rosen Y, Zou J, Charu V, Felsher DW, Dhanasekaran R. Spatial Analysis Reveals Targetable Macrophage-Mediated Mechanisms of Immune Evasion in Hepatocellular Carcinoma Minimal Residual Disease. Nat Cancer. 2024; Oct;5(10):1534-1556. doi: 10.1038/s43018-024-00828-8. Epub 2024 Sep 20.

136. Goryawala, M., Lee, H., Tong, L., Patil, T., Harwig, A., Xia, C., Ramachandran, S., Wu, X., Wodziak, D., Ananthanarayanan, B., Morisot, N., Felsher, D. W., Sproul, T., Suhy, D. Hostile Takeover: Diagnosing Cancer from within Using a Cancer-Activated Genetic Construct as a Novel Imaging Platform for NSCLC Detection. Cell Press. 2024: 227.

137. Dang, A., Pan, M., Stover, J., Huang, T., Tong, M., Jiang, C., Habel, L. A., Achacoso, N., Bien, J., Solorzano-Pinto, A., Tse, P., Chung, E., Felsher, D. W., Fisher, G. A., Thomas. Prognostic and biological divergence of upper gastrointestinal adenocarcinomas. S. P. Lippincott Williams & Wilkins. 2025: 350. DOI 10.1200/JCO.2025.43.4_suppl.350.

138. Zhang, J., Yang, J., Luo, J., Wu, W., Luo, H., Wei, W., Lyu, H., Wang, Y., Yi, H., Zhang, Y., Fan, Z., Lyu, H., Kanakaveti, V. P., Qin, B., Yuan, P., Yang, R., Zhang, H., Zuo, T., Felsher, D. W., Lee, M. H., Li, K. Lactobacillus acidophilus potentiates oncolytic virotherapy through modulating gut microbiota homeostasis in hepatocellular carcinoma. Nature communications (reference number: NCOMMS-24-66734B), 2025; 16 (1): 3315. DOI 10.1038/s41467-025-58407-z.

139. Pan, M., Dang, A., Huang, T., Stover, J., Tong, M. M., Jiang, C., Achacoso, N.S., Bien, J., Solorzano, A. V., Tse, P., Chung, E., Kanakaveti, V. P., Felsher, D. W., Fisher, G. A., Thomas, S., Habel, L. Association of HER2 Amplification or Overexpression with Overall Survival in Advanced Upper Gastrointestinal Adenocarcinomas. BJC Reports 2025; https://doi.org/10.1038/s44276-025-00148-z.

140. Pan, M., Dang, A., Huang, T., Stover, J., Tong, M.M., Jiang C., Achacoso, N.S., Bien, J., Solorzano, A. V., Tse, P., Chung, E., Kanakaveti, V. P., Felsher, D., Fisher, G. A., Thomas, S., Habel, L. Sex Disparity in Survival Outcomes of Advanced Gastric Adenocarcinoma. BJC Reports 3, Article number: 58 (2025). https://doi.org/10.1038/s44276-025-00173-y.

141. Yi H, Zhang S, Swinderman J, Wang Y, Kanakaveti V, Hung KL, Wong IT, Srinivasan S, Curtis EJ, Bhargava-Shah A, Li R, Jones MG, Luebeck J, Zhao Y, Belk JA, Kraft K, Shi Q, Yan X, Pritchard SK, Liang FM, Felsher DW, Gilbert LA, Bafna V, Mischel PS,

Chang HY. EcDNA-borne PVT1 fusion stabilizes oncogenic mRNAs. bioRxiv [Preprint]. 2025 Apr 3:2025.04.01.646515. doi: 10.1101/2025.04.01.646515.

142. Beer S, Bellovin DI, Lee JS, Komatsubara K, Wang LS, Koh H, Börner K, Storm TA, Davis CR, Kay MA, Felsher DW, Grimm D. Low-level shRNA Cytotoxicity Can Contribute to MYC-induced Hepatocellular Carcinoma in Adult Mice. Mol Ther. 2025 Jun 4;33(6):2945. doi: 10.1016/j.ymthe.2025.03.036. Epub 2025 Apr 10.

143. Mahauad-Fernandez WD, Yang YC, Lai I, Park J, Yao L, Evans JW, Atibalentja DF, Chen X, Kanakaveti V, Zhao Z, Burnett GL, Lee BJ, Dinglasan N, Shifrin NT, Ahler E, Quintana E, Gill AL, Smith JAM, Singh M, Felsher DW. Targeting the MYC oncogene with a selective bi-steric mTORC1 inhibitor elicits tumor regression in MYC-driven cancers. Cell Chem Biol. 2025 Aug 21;32(8):994-1012.e11. doi: 10.1016/j.chembiol.2025.07.004. Epub 2025 Aug 12.

Non-Peer-Reviewed articles (total of 2)

1. Braun, J., Ando, D., Denis, K., Felsher, DW., Govan, H., and Krall, W. Generation and characterization of murine Ly-1 (CD5) B-cell lines. In: O. N. Witte, N. Klinman, M. C. Howard (Eds), B- cell development: UCLA symposia in Molecular and Cellular Biology, New Series, pp. 55-67, New York: Alan R. Liss, Inc., 1988.

2. Braun, J., Felsher, D. W., and Goodglick, L. A. C-MYC, MHCI, and NK resistance in immunodeficiency lymphomas. Annals NY Academy of Sciences, 651:467, 1992.

Reviews (total of 37)

1. Felsher, DW. Cancer Revoked: Oncogenes as therapeutic targets. Nature Reviews Cancer, 3(5) 375, 2003.

2. Giuriato, S., Felsher, DW. How cancers escape their oncogene habit. Cell Cycle, 2(4): 329, 2003.

3. Felsher, DW., and Bradon, N. Pharmacological inactivation of MYC for the treatment of cancer. Drug News Perspect, 16(6): 370-4 2003.

4. Felsher, DW. Oncogenes as therapeutic targets. Seminars in Cancer Biology, (1): 1, 2004.

5. Giuriato, S., Rabin, K, Fan, A. C., Shachaf, C. M., and Felsher, DW. Conditional animal models: a strategy to define when oncogenes will be effective targets to treat cancer. Seminars in Cancer Biology, 14(1): 3-11, 2004.

6. Felsher, DW. Reversibility of oncogene induced cancer. Current Opinion Genetics and Development, 14(1): 37-42, 2004.

7. Felsher, DW. Putting oncogenes into a developmental context. Cancer Biology & Therapy, 3(10): 942-4 EPUB 2004.

8. Shachaf, C. M., and Felsher, DW. Tumor dormancy and MYC inactivation: Pushing cancer to the brink of normalcy. Cancer Research, 65:(11) 4471-4, 2005.

9. Shachaf, C. M., and Felsher, DW. Rehabilitation of cancer through oncogene inactivation. Trends in Molecular Medicine, 11(7): 316-21, 2005.

10. Bachireddy, P. Bendapudi, P., and Felsher, DW. Getting at MYC through RAS. Clinical Cancer Research, 11(12): 4278-81, 2005.

11. Arvanitis, C., and Felsher, DW. Conditionally MYC: insights from novel transgenic models. Elsevier, Cancer Letters, 226(2): 95-9, 2005.

12. Felsher, DW. Tumor Dormancy-Death and resurrection of cancer as seen through transgenic mouse models. Cell Cycle, 5(16): 1808-11, 2006.

13. Arvanitis, C., and Felsher, DW. Conditional transgenic models define how MYC initiates and maintains tumorigenesis. Seminars in Cancer Biology, 16(4): 313-7, 2006.

14. Felsher, DW. Oncogene addiction versus oncogene amnesia: Perhaps more than just a bad habit? Cancer Research, 68(9): 3081-6, 2008.

15. Felsher, DW. Tumor dormancy and oncogene addiction. Acta Pathologica, Microbiologica et Immunologica Scandinavica, 116(7-8): 629-37, 2008.

16. van Riggelen, J. and Felsher, DW. Myc and a Cdk2 senescence switch. Nature Cell Biology, 12(1): 7-9, 2010.

17. van Riggelen, J., Yetil, A., and Felsher, DW. MYC as a regulator of ribosome biogenesis and protein synthesis. Nature Reviews Cancer, 10(4): 301-9, 2010.

18. Felsher, D. W. MYC inactivation elicits oncogene addiction through both tumor cell-intrinsic and host-dependent mechanisms. Genes Cancer, 1(6): 597-604, 2010.

19. Bellovin, D.I., Das, B., Felsher, DW. Tumor dormancy, oncogene addiction, cellular senescence, and self-renewal programs. Adv Exp Med Biol. 2013;734:91-107. doi: 10.1007/978-1-4614-1445-2_6.

20. Felsher, D. W. Role of mycn in retinoblastoma. Lancet Oncol. 2013 Apr;14(4):270-1. doi: 10.1016/S1470-2045(13)70070-6. Epub 2013 Mar 13.

21. Casey, S. C., Bellovin, D. I., and Felsher, DW. Noncanonical roles of the immune system in eliciting oncogene addiction. Current Opinion Immunology, 2013 doi:pii: S0952-7915(13)00023-X. 10.1016/j.coi.2013.02.003 [Epub ahead of print].

22. Fan, A.C., O'Rourke, J.J., Praharaj, D.R., Felsher DW. Real-time nanoscale proteomic analysis of the novel multi-kinase pathway inhibitor rigosertib to measure the response to

treatment of cancer. Expert Opin Investig Drugs. 2013 Nov;22(11):1495-509. doi: 10.1517/13543784.2013.829453. Epub 2013 Aug 12.

23. Rakhra, K., Felsher, DW. Generation of a tetracycline regulated mouse model of MYC-induced T-cell acute lymphoblastic leukemia. Methods Mol Biol. 2013;1012:221-35. doi: 10.1007/978-1-62703-429-6_15.
24. Casey, C. C., Li, Y., Felsher, DW. An essential role for the immune system in the mechanism of tumor regression following targeted oncogene inactivation. Immunologic Research, May 2014 58(2-3):282-91. doi: 10.1007/s12026-014-8503-6.

25. Gabay M, Li Y, Felsher DW. MYC activation is a hallmark of cancer initiation and maintenance Cold Spring Harb Perspect Med. 2014 Jun 2;4(6):a014241. doi: 10.1101/cshperspect.a014241.

26. Casey SC, Amedei A, Aquilano K, Azmi AS, Benencia F, Bhakta D, Bilsland AE, Boosani CS, Chen S, Ciriolo MR, Crawford S, Fujii H, Georgakilas AG, Guha G, Halicka D, Helferich WG, Heneberg P, Honoki K, Keith WN, Kerkar SP, Mohammed SI, Niccolai E, Nowsheen S, Vasantha Rupasinghe HP, Samadi A, Singh N, Talib WH, Venkateswaran V, Whelan RL, Yang X, Felsher DW. Cancer prevention and therapy through the modulation of the tumor microenvironment. Semin Cancer Biol. 2015 Dec;35 Suppl:S199-223. doi: 10.1016/j.semcancer.2015.02.007. Epub 2015 Apr 10. Review.

27. Casey SC, Vaccari M, Al-Mulla F, Al-Temaimi R, Amedei A, Barcellos-Hoff MH, Brown DG, Chapellier M, Christopher J, Curran CS, Forte S, Hamid RA, Heneberg P, Koch DC, Krishnakumar PK, Laconi E, Maguer-Satta V, Marongiu F, Memeo L, Mondello C, Raju J, Roman J, Roy R, Ryan EP, Ryeom S, Salem HK, Scovassi AI, Singh N, Soucek L, Vermeulen L, Whitfield JR, Woodrick J, Colacci A, Bisson WH, Felsher DW. The effect of environmental chemicals on the tumor microenvironment. Carcinogenesis. 2015 Jun;36 Suppl 1:S160-83. doi: 10.1093/carcin/bgv035. Review.

28. Goodson WH 3rd, Lowe L, Carpenter DO, Gilbertson M, Manaf Ali A, Lopez de Cerain Salsamendi A, Lasfar A, Carnero A, Azqueta A, Amedei A, Charles AK, Collins AR, Ward A, Salzberg AC, Colacci A, Olsen AK, Berg A, Barclay BJ, Zhou BP, Blanco-Aparicio C, Baglole CJ, Dong C, Mondello C, Hsu CW, Naus CC, Yedjou C, Curran CS, Laird DW, Koch DC, Carlin DJ, Felsher DW, Roy D, Brown DG, Ratovitski E, Ryan EP, Corsini E, Rojas E, Moon EY, Laconi E, Marongiu F, Al-Mulla F, Chiaradonna F, Darroudi F, Martin FL, Van Schooten FJ, Goldberg GS, Wagemaker G, Nangami GN, Calaf GM, Williams G, Wolf GT, Koppen G, Brunborg G, Lyerly HK, Krishnan H, Ab Hamid H, Yasaei H, Sone H, Kondoh H, Salem HK, Hsu HY, Park HH, Koturbash I, Miousse IR, Scovassi AI, Klaunig JE, Vondráček J, Raju J, Roman J, Wise JP Sr, Whitfield JR, Woodrick J, Christopher JA, Ochieng J, Martinez-Leal JF, Weisz J, Kravchenko J, Sun J, Prudhomme KR, Narayanan KB, Cohen-Solal KA, Moorwood K, Gonzalez L, Soucek L, Jian L, D'Abronzo LS, Lin LT, Li L, Gulliver L, McCawley LJ, Memeo L, Vermeulen L, Leyns L, Zhang L, Valverde M, Khatami M, Romano MF, Chapellier M, Williams MA, Wade M, Manjili MH, Lleonart ME, Xia M, Gonzalez MJ, Karamouzis MV, Kirsch-Volders M, Vaccari M, Kuemmerle NB, Singh N, Cruickshanks

N, Kleinstreuer N, van Larebeke N, Ahmed N, Ogunkua O, Krishnakumar PK, Vadgama P, Marignani PA, Ghosh PM, Ostrosky-Wegman P, Thompson PA, Dent P, Heneberg P, Darbre P, Sing Leung P, Nangia-Makker P, Cheng QS, Robey RB, Al-Temaimi R, Roy R, Andrade-Vieira R, Sinha RK, Mehta R, Vento R, Di Fiore R, Ponce-Cusi R, Dornetshuber-Fleiss R, Nahta R, Castellino RC, Palorini R, Abd Hamid R, Langie SA, Eltom SE, Brooks SA, Ryeom S, Wise SS, Bay SN, Harris SA, Papagerakis S, Romano S, Pavanello S, Eriksson S, Forte S, Casey SC, Luanpitpong S, Lee TJ, Otsuki T, Chen T, Massfelder T, Sanderson T, Guarnieri T, Hultman T, Dormoy V, Odero-Marah V, Sabbisetti V, Maguer-Satta V, Rathmell WK, Engström W, Decker WK, Bisson WH, Rojanasakul Y, Luqmani Y, Chen Z, Hu Z. Assessing the carcinogenic potential of low-dose exposures to chemical mixtures in the environment: the challenge ahead. Carcinogenesis. 2015 Jun;36 Suppl 1:S254-96. doi: 10.1093/carcin/bgv039. Review.

29. Kearney AY, Anchang B, Plevritis S, Felsher DW. ARF: connecting senescence and innate immunity for clearance. Aging (Albany NY). 2015 Sep;7(9):613-5.

30. Block KI, Gyllenhaal C, Lowe L, Amedei A, Amin AR, Amin A, Aquilano K, Arbiser J, Arreola A, Arzumanyan A, Ashraf SS, Azmi AS, Benencia F, Bhakta D, Bilsland A, Bishayee A, Blain SW, Block PB, Boosani CS, Carey TE, Carnero A, Carotenuto M, Casey SC, Chakrabarti M, Chaturvedi R, Chen GZ, Chen H, Chen S, Chen YC, Choi BK, Ciriolo MR, Coley HM, Collins AR, Connell M, Crawford S, Curran CS, Dabrosin C, Damia G, Dasgupta S, DeBerardinis RJ, Decker WK, Dhawan P, Diehl AM, Dong JT, Dou QP, Drew JE, Elkord E, El-Rayes B, Feitelson MA, Felsher DW, Ferguson LR, Fimognari C, Firestone GL, Frezza C, Fujii H, Fuster MM, Generali D, Georgakilas AG, Gieseler F, Gilbertson M, Green MF, Grue B, Guha G, Halicka D, Helferich WG, Heneberg P, Hentosh P, Hirschey MD, Hofseth LJ, Holcombe RF, Honoki K, Hsu HY, Huang GS, Jensen LD, Jiang WG, Jones LW, Karpowicz PA, Keith WN, Kerkar SP, Khan GN, Khatami M, Ko YH, Kucuk O, Kulathinal RJ, Kumar NB, Kwon BS, Le A, Lea MA, Lee HY, Lichtor T, Lin LT, Locasale JW, Lokeshwar BL, Longo VD, Lyssiotis CA, MacKenzie KL, Malhotra M, Marino M, Martinez-Chantar ML, Matheu A, Maxwell C, McDonnell E, Meeker AK, Mehrmohamadi M, Mehta K, Michelotti GA, Mohammad RM, Mohammed SI, Morre DJ, Muralidhar V, Muqbil I, Murphy MP, Nagaraju GP, Nahta R, Niccolai E, Nowsheen S, Panis C, Pantano F, Parslow VR, Pawelec G, Pedersen PL, Poore B, Poudyal D, Prakash S, Prince M, Raffaghello L, Rathmell JC, Rathmell WK, Ray SK, Reichrath J, Rezazadeh S, Ribatti D, Ricciardiello L, Robey RB, Rodier F, Rupasinghe HP, Russo GL, Ryan EP, Samadi AK, Sanchez-Garcia I, Sanders AJ, Santini D, Sarkar M, Sasada T, Saxena NK, Shackelford RE, Shantha Kumara HM, Sharma D, Shin DM, Sidransky D, Siegelin MD, Signori E, Singh N, Sivanand S, Sliva D, Smythe C, Spagnuolo C, Stafforini DM, Stagg J, Subbarayan PR, Sundin T, Talib WH, Thompson SK, Tran PT, Ungefroren H, Vander Heiden MG, Venkateswaran V, Vinay DS, Vlachostergios PJ, Wang Z, Wellen KE, Whelan RL, Yang ES, Yang H, Yang X, Yaswen P, Yedjou C, Yin X, Zhu J, Zollo M. Designing a broad-spectrum integrative approach for cancer prevention and treatment. Semin Cancer Biol. 2015 Dec;35 Suppl:S276-304. doi: 10.1016/j.semcancer.2015.09.007. Review.

31. Gouw AM, Toal GG, Felsher DW. Metabolic vulnerabilities of MYC-induced cancer. Oncotarget. 2016 Feb 6. doi: 10.18632/oncotarget.7223. [Epub ahead of print] Review.

32. Li Y, Deutzmann A, Felsher DW.BIM-mediated apoptosis and oncogene addiction.

Aging (Albany NY). 2016 Sep 29;8(9):1834-1835. doi: 10.18632/aging.101072. No abstract available. PMID: 27688082 Free PMC Article

33. Felsher DW, Lowe L. Affordable Cancer Medications are within reach but we need a different approach. J Clin Oncol. 2016 Jun 20;34(18):2194-5. doi: 10.1200/JCO.2016.67.2436. No abstract available. PMID: 27161965

34. Casey SC, Baylot V, Felsher DW. The MYC oncogene is a global regulator of the immune response. Blood. 2018 May 3;131(18):2007-2015. doi: 10.1182/blood-2017-11-742577. Epub 2018 Mar 7. Review. PMID: 29514782

35. Felsher DW. A Tale of Two Complications of Obesity: Nonalcoholic steatohepatitis (NASH) and hepatocellular carcinoma (HCC). Hepatology, 2019 Apr 8. doi: 10.1002/hep.30649. [Epub ahead of print] No abstract available. PMID: 30958566

36. Dhanasekaran R, Deutzmann A, Mahauad-Fernandez WD, Hansen AS, Gouw, Felsher DW. The MYC oncogene — the grand orchestrator of cancer growth and immune evasion. Nature Reviews Clinical Oncology (2021) Published 10 September 2021. doi.org/10.1038/s41571-021-00549-2.

37. Atibalentja DF, Deutzmann A, Felsher DW. A Big Step for MYC-Targeted Therapies. Trends in Cancer, Trends Cancer. 2024 Apr 4:S2405-8033(24)00058-X. doi: 10.1016/j.trecan.2024.03.009.

Abstracts: (total of 59)

1. Felsher, D. W., Dennis, K. A., Weiss, D., Ando, D. T., and Braun, J. A murine model of CD5+ B-cell lymphomagenesis in immune compromised hosts. UCLA Symposia: B-cell Development, 1988.

2. Felsher, D. W., Ando, D. T., and Braun, J. Independent rearrangement of lambda light chain in CD5+ B-cells. Western Conference Immunology. Asilomar, CA, 1988.

3. Felsher, D. W., Ando, D. T., and Braun. J. Independent rearrangement of lambda light chain in CD5+ B-cells. Western Conference of Molecular Biology. Berkeley, CA, 1989.

4. Felsher, D. W., and Braun, J. Pathophysiology of CD5+ B-cells. UCLA Symposia: B-cell development. Taos, NM, 1990.

5. Felsher, D. W., and Braun, J. A murine model of CD5+ B-cell lymphomagenesis. Western Conference of Immunology. Asilomar, CA, 1990.

6. Goodglick, L. A., Felsher, D. W., Anderson, M., Hassett, T., and Braun, J. B-cell specific binding to VH11 leader sequence. FASEB. Atlanta, GA, 1991.

7. Felsher, D. W. Defining when inactivation of the MYC oncogene is sufficient to results in sustained regression of lymphoma. FOCIS, June 1992.

8. Felsher, D. W., and Bishop, J.M. Hematopoietic tumorigenesis by MYC using a conditional transgenic model system. ASH, December 1999.

9. Felsher, D. W., and Tang, F. Song, SS., Beer, S. MYC inactivation in hematopoietic tumors that have lost p53 still regress, but subsequently relapse. ASH, San Francisco CA, December 2000.

10. Felsher, D. W., and Zetterberg, A., Zhu, JY., Tlsty T., Bishop, J. M. Over-expression of MYC causes p53-dependent G2 arrest of normal fibroblasts. ASCB, San Francisco CA, December 2000.

11. Felsher, D. W., and Tang, F., Sundberg, C., Karlsson, A., Giuriato, S. Defining when MYC-induced lymphomagenesis is reversible. ASH, Orlando, FL, December 2001.

12. Karlsson, A., Fung-Weier, J., Pedersen, R., and Felsher, D. W. Genetically complex hematopoietic tumors undergo sustained regression upon MYC inactivation. SALK/EMBL, San Diego, CA, August 2001.

13. Jain, M., Arvanitis, C., Chu, K., Dewey, W., Leonhardt, E., Trinh, M., and Felsher, D. W. Brief cessation of MYC over-expression results in the abrogation of a neoplastic phenotype. SALK/EMBL, San Diego, CA, August 2001.

14. Sundberg, C. D., Tang, F., and Felsher, D. W. The loss of p53 function prevents MYC inactivation from causing sustained tumor regression. SALK/EMBL, San Diego, CA, August 2001.

15. Felsher, D. W., Arvanitis, C., Beer, S., Deb-Basu, D., Feng, C., Giuriato, S., Karlsson, A., Shachaf, C., Sundberg, C., Tang, F., and Yang, Q. Defining when MYC-induced tumorigenesis is reversible. SALK/EMBL, San Diego, CA, August 2001.

16. Deb-Basu, D., Karlsson, A., and Felsher D. W. Restoration of p27 function prevents MYC from inducing genomic instability and apoptosis. AACR, San Francisco, CA, April 2002.

17. Arvanitis, C., Jain, M., Chu, K., Dewey, W., Leonhardt, E., Trinh, M., and Felsher, D. W. Brief loss of MYC over-expression results in the suppression of a neoplastic phenotype. AACR, San Francisco, CA, April 2002.

18. Tang, F., Sundberg, C. D., Giuriato, S., and Felsher, D. W. The loss of p53 function prevents MYC inactivation from causing sustained tumor regression. AACR, San Francisco, CA, April 2002.

19. Giuriato, S., Tang, F., Drago, K., Sundberg, C. D., and Felsher, D. W. Cooperation between MYC and RAS in the induction and maintenance of hematopoietic tumorigenesis. AACR, San Francisco, CA, April 2002.

20. Karlsson, A., Fung-Weier, J., Pedersen, R., and Felsher, D. W. Genetically complex hematopoietic tumors undergo sustained regression upon MYC inactivation. AACR, San Francisco, CA, April 2002.

21. Felsher, D. W. Defining when inactivation of the MYC oncogene is sufficient to result in sustained regression of lymphoma. FOCIS, San Francisco, CA, June 2002.

22. Shachaf, C. and Felsher, D. W. Threshold levels of MYC expression required to maintain a neoplastic phenotype is modulated by cell cycle regulatory genes. FOCIS, San Francisco, CA, June 2002.

23. Deb-Basu, D., Karlsson, A., and Felsher, D. W. Restoration of p27 function MYC from inducing genomic instability and apoptosis. SALK, San Diego, CA, June 2002.

24. Shachaf, C. and Felsher, D. W. Targeting MYC inactivation for the treatment of lymphoma. SALK, San Diego, CA, June 2002.

25. Felsher, D. W. Deb-Basu, D., and Karlsson, A., Restoration of p27 function prevents MYC from inducing genomic instability and apoptosis. ASCB, San Francisco, CA, December 2002.

26. Giuriato, S., Passegue, E., Fan, A., Tang, F., and Felsher, D. W. Defining the genetic contexts when MYC inactivation induces sustained regression of hematopoietic tumors. ASH, San Diego, CA, December 2003.

27. Rabin, K., Giuriato, S., Ray, S., and Felsher, D. W. MYC inactivation induces tumor regression through the recovery of a functional DNA damage response. ASH, San Diego, CA, December 4-7, 2004.

28. Fan, A.C., Giuriato, S., Feng, C., Padua, R. A., and Felsher, D. W. Cooperation between MYC and BCL2 to induce lymphoma is uncovered in an adult context. ASH, San Diego, CA, December 4-7, 2004.

29. Shachaf, C.M., Bendapudi, P.K., Bradon, N., Yang, Q., Borowsky, A.D., Ruebner, B., and Felsher, D.W. Characterization of tumor dormancy and the liver cancer stem cell uncovered upon myc inactivation in hepatocellular cancer. AACR, Maui Hi, March 22-26, 2005.

30. Fan, A.C., Giuriato, S., Karlsson, A., Padua, R.A., Felsher, D.W. Two oncogenic hits are required to initiate lymphomagenesis in adult, but not neonatal hosts. ASH, Atlanta, GA, December 10-13, 2005.

31. Fan, A.C., Giuriato, S., Karlsson, A., Bachireddy, P., Bendapudi, P., Rakhra, K., Padua, R.A., Felsher. D.W. MYC or RAS, but not BCL2 expression induces reversible lymphomagenesis. AACR, Washington DC, April 1-5, 2006.

32. Fan, A.C., Voehringer, D., Deb-Basu, D., Gossett, J., O'Neill, O., Felsher, D.W. Nanoliter-scale western-blot-like BCL-2 analysis of lymphoma fine needle aspirates. AACR, Washington DC, April 1-5, 2006.

33. Fan, A.C., Voehringer, D., Deb-Basu, D., Gossett, J., O'Neill, R., Felsher, D.W. MYC quantification in lymphoma fine needle aspirates using, firefly, a novel nanofluidic protein analysis instrument. AACR, Washington DC, April 1-5, 2006.

34. Bachireddy, P., Fan, A., Rakhra, K., Zeiser, R., Kopelman, A., Negrin, R. S., Contag, C.H., Felsher, D.W. The effects of host immune status on the consequences of oncogene inactivation. AACR, Cambridge Massachusetts, October 25, 2006.

35. Riggelen, J. v., Wu, N., Felsher, D. W. The impact of epigenetics on tumor regression upon MYC oncogene inactivation. AACR, Cambridge Massachusetts, October 25, 2006.

36. Fan, A. C., Deb-Basu, D., Horoschak, M., Shirer, A., Voehringer, D., O'Neill, R., Felsher, D. W. Nano-fluidic detection of oncoprotein signaling in preclinical and patient lymphoma samples. ASH, Orlando, Florida, December 10, 2006.

37. Deb-Basu, D., Fan, A., Voehringer, D., Ferrante, J., Bhamidipatil, A., Gossett, J., O'Neill, R., Felsher, D.W. Measurement of oncoproteins in preclinical and clinical specimens using a non-fluidic high throughput approach. ASCB, San Diego, CA, December13, 2006.

38. Wu, N., Riggelen, J.v., Yetil, A., Felsher, D. W. Cellular senescence programs are an important mechanism of tumor regression. AACR, Los Angeles, CA, April 14-18, 2007.

39. Deb-Basu, D., Fan, A. C., Voehringer, D., Felsher, D. W. Monitoring drug impact on signaling pathways in precious samples in primary hematopoietic malignancies. AACR, Los Angeles, CA, April 14-18, 2007.

40. Choi, P. S., Rabin, K., Giuriato, S., Ray, S., Yang, Q., Felsher, D. W. Loss of ATM or H2AX accelerates MYC-induced tumorigenesis and prevents sustained tumor regression. AACR, Los Angeles, CA, April 14-18, 2007.
41. Fan, A., Deb-Basu, D., Gotlib, J., Voehringer, D., Felsher, D. W. Monitoring changes in signaling proteins upon oncogene inactivation in hematopoietic tumors using a nano-immunoassay system. AACR, San Diego, CA, April 12-16, 2008.

42. Deb-Basu, D., Fan, A., Voehringer, D., Felsher, D. W. Measurement of oncoproteins in primary hematopoietic malignancies pre-and post therapy using a nano-immunoassay system. AACR, San Diego, CA, April 12-16, 2008.

43. Shachaf, C. M., Gentles, A., Elchuri, S., Sahoo, D., Chang, M., Sharpe, O., Nolan, G., Plevritis, S., Felsher, D. W. Genomic and proteomic analysis reveals a threshold level of MYC required for tumor maintenance. AACR, San Diego, CA, April 12-16, 2008.

44. Riggelen, J. V., Felsher, D. W. The epigenetic context determines myc's oncogenic potential in a conditional mouse model for osteosarcoma. AACR, San Diego, CA, April 12-16, 2008.

45. Wu, C. H., Sahoo, D., Arvanitis, C., Bradon, N., Felsher, D. W. Comparative analysis of murine and human microarrys reveals a gene signature associated with the ability of myc to maintain tumorigenesis. AACR, San Diego, CA, April 12-16, 2008.

46. Horng, G. S., Tran, P. T., Chen, J., Bendapudi, P. K., Lin J., and Felsher, D. W. S-transfarnesylthiosalicylic acid (FTS) inhibits growth of k-ras4bG12D and myc induced primary lung adenocarcinoma in conditional mouse models of malignancy. American Thoracic Society International Conference, Toronto, Ontario, Canada, May 16-21, 2008.

47. Lin, H. J., Tran, P. T., Bendapudi, P. K., Chen, J., Horng, G., Felsher, D. W., Paik, D. S. A predictive model of oncogene-addiction. World Molecular Imaging Congress, September 2008.

48. Lin, H. J., Tran, P. T., Bendapudi, P. K., Chen, J., Horng, G., Felsher, D. W., Paik, D. S. A mathematical model of the escape mechanism that differentiates the behavior of oncogene- and non-oncogene addicted tumor cells. World Molecular Imaging Congress, September 2008.

49. Fan, A. C., Deb-Basu, D., Gotlib, J. R., Orban, M. P., Voehringer, D., Felsher, D. W. Quantification of changes in protein phosphorylation during targeted therapy of primary hematopoietic malignancies using a nano-immunoassay system. ASCO-NCI-EORTC Annual Meeting on Molecular Markers in Cancer, Hollywood, Florida, October 30-November 1, 2008.

50. Fan, A. C., Orban, M. W., Shirer, A. E., Rajwanshi, R., Kong, C., Natkunam, Y., Lee, H. E., Coutre, S., Felsher, D. W. Nanoscale analysis of changes in signaling proteins in patients treated with single agent atorvastatin for low grade or refractory NHL. American Society of Clinical Oncology 2009 Annual Meeting, Orlando, Florida, May 29-June 2, 2009.

51. McClellan, S., To, C., Sikic, B. I., Brown, J. M., Fan, A., Felsher, D. W. Rib lesion in an oncology patient: Cancer or an uncommon presentation of an infectious disease? ACP Northern Chapter Conference.

52. Fan, A. C., Dermody, J., Kong, C., Zhang, N., Colevas, A. D., and Felsher, D. W. Nanoimmunoassay profiling of ERK and MEK isoforms in fine needle aspirates of solid tumors. ASCO Annual 2010 Meeting, Chicago, Illinois, June 4-6, 2010.

53. Fan, A. C., Dermody, J. L., Kong, C., Zhang, N., Xu, L., Renschler, J. P., Orban, M. W., Varasteh, B., Sridhar, K., Natkunam, Y., Coutre, S. E., Greenberg, P. and Felsher, D. W. Nanoscale approaches to define biologic signatures and measure proteomic response to targeted therapies in hematologic and solid tumors. AACR Fourth International Conference on Molecular Diagnostics in Cancer Therapeutic Development: Challenges and New Horizons. Denver CO, September 27-30, 2010.

54. Fan, A. C., Xu, L., Sridhar, K., Tran, M., Banerjee, P., Renschler, J. P., Tripuraneni, R., Wilhelm, F., Greenberg, P., and Felsher, D. W. A Novel Nano-immunoassay (NIA) Reveals Inhibition of PI3K and MAPK Pathways in CD34+ Bone Marrow Cells of Patients with Myelodysplastic Syndrome (MDS) Treated with the Multi-Kinase Inhibitor ON 01910.Na (Rigosertib). 53rd ASH Annual Meeting and Exposition, San Diego, CA, December 10-13, 2011.

55. Fan, A., Banerjee, P. and Felsher, D. W. A novel automated microfluidic size-based proteomic assay rapidly generates quantitative profiles of MAPK and PI3K proteins in clinical specimens. AACR Annual Meeting 2012, Chicago, Ill, March 31-April 4, 2012.

56. Ismail, A., Perry, R., Shroff, E., Zabuawala, T., Bellovin, D., Felsher, D. W., Zare, R. Desorption Electrospray Ionization Imaging Mass Spectrometry Identifies Lipid Species Regulated by the c-MYC Oncogene. ASMS Conference. Vancouver, BC, May 19-20, 2012.

57. Fan, A. C., Banerjee, P., Leppert, J., Harshman, L. C., Sabatti, C., Brooks, J. D., and Felsher, D. W. Nano-immuno assay generates rapid, quantitative nano-scale proteomic profiling of the hypoxia pathway in renal cell carcinoma clinical specimens. ASCO 2012 Annual Meeting, Chicago, Ill, June 1-5, 2012.

58. Nwabugwu, C., Felsher, D. W., and Paik, D. Mathematical modeling of the sequence of and interactions between cellular programs in response to oncogene inactivation measured by bioluminescence imaging. 2012 World Molecular Imaging Congress, Dublin Ireland, September 5-8, 2012.

59. Eberlin, L. S., Shroff, E. H., Zhang, J., Bellovin, D. I., Tibshirani, R., Felsher, D. W., and Zare, R. N. DESI-MS imaging of lipids and metabolites in cancers activated by the MYC and RAS oncogenes. ASMS 2013 Annual Conference, Minneapolis, MN, June 9-13, 2013.

Invited Presentations: (total of 399)

1. Felsher, D. W. Ando, D. T., and Braun, J., Independent Rearrangement of Lambda Light Chain in CD5+ B-cells. Western Conference of Molecular Biology, Berkeley, CA, 1989.

2. Felsher, D. W. and Braun, J. Pathophysiology of CD5+ B-cells. UCLA Symposia: B-cell Development. Taos, NM, 1990.

3. Felsher, D. W. and Braun, J. A Murine Model of CD5+ B-cell Lymphomagenesis. Western Conference of Immunology. Asilomar, CA, 1990.

4. Felsher, D. W. and Braun, J. A Murine Model for the Pathophysiology of CD5+ B-cells. Annual MSTP Conference, Aspen, CO, 1990.

5. Felsher, D. W. and Braun, J. CD5+ B-cells. Western Conference of Pathology. Los Angeles, CA, 1991.

6. Felsher, D. W. MYC Induces Genomic Destabilization. Stanford-UCSF Grand Rounds, San Francisco, CA, 1996.

7. Felsher, D. W. Transient MYC Overexpression Induces Tumorigenesis and Genomic Destabilization. UCSF, Mission Center, San Francisco, CA, 1998.

8. Felsher, D. W. The Mechanism of MYC Induced Tumorigenesis. UCSF, Division of Hematology-Oncology Grand Rounds, San Francisco, CA, 1998.

9. Felsher, D. W. Is MYC Induced Tumorigenesis Reversible? Grand Rounds, Gladstone Institute, San Francisco General Hospital, San Francisco, CA, 1998.

10. Felsher, D. W. MYC Induced Tumorigenesis, Invited Speaker. HHMI Physician Scientist Meeting, 1998.

11. Felsher, D. W. MYC Induced Genomic Destabilization and Tumorigenesis. UCSF Cancer Center, Hematopoietic Malignancies Group, San Francisco, CA, 1998.

12. Felsher, D. W. New Insights Into the Mechanism of MYC Induced Tumorigenesis. UCSF Cancer Center Discussion Group, San Francisco, CA, 1998.

13. Felsher, D. W. Oncogenes as Targets for the Therapy of Lymphoma. Lymphoma Research Foundation Conference, 1998.

14. Felsher, D. W. Reversible Tumorigenesis by MYC, Microbiology Seminar Series. UCSF, San Francisco, CA, May 1999.

15. Felsher, D. W. Reversible Tumorigenesis by MYC Using a Conditional Transgenic Model. Invited speaker, Oncogenes and Growth Control Meeting, Salk Institute, August 1999.

16. Felsher, D. W. Reversible Tumorigenesis by MYC Using a Conditional Transgenic Model. Invited speaker, Hematology Seminar, Stanford University, Stanford, CA, October 1999.

17. Felsher, D. W. Reversible Tumorigenesis by the MYC Proto-Oncogene Using a Conditional Transgenic Model System. Department of Medicine Rounds, Stanford University, Stanford, CA, January 3, 2000.

18. Felsher, D. W. MYC Signaling in Normal and Pathological Processes. Stanford University, Stanford, CA, March 2, 2000.

19. Felsher, D. W. Reversible Tumorigenesis by MYC. Invited Speaker, UCSF Cancer Center, San Francisco, CA, May 5, 2000.

20. Felsher, D. W. Reversible Hepatocellular Carcinoma by MYC Using a Conditional Transgenic Model. Invited Speaker, 16th Annual meeting on Oncogenes and Tumor Suppressors, Salk Institute, La Jolla, CA, June 22-25, 2000.

21. Felsher, D. W. MYC Inactivation in Hematopoietic Tumors that have Lost P53 Still Regress, but Subsequently Relapse. The 42nd ASH Annual Meeting, San Francisco, CA December 2000.

22. Felsher, D. W. Reversible MYC-induced Tumorigenesis. Stanford University, Stanford, CA, October 9, 2000.

23. Felsher, D. W. Reversible Tumorigenesis by MYC Using a Conditional Transgenic Model System. University of Louisville, Louisville, Kentucky, November 6, 2000.

24. Felsher, D. W. Oncogene-induced Tumorigenesis is Reversible. AXYS Pharmaceuticals Seminar, San Francisco, CA, December 2000.

25. Felsher, D. W. MYC's Role in Signaling, Invited seminar. Stanford University, Stanford, CA, February 22, 2001.

26. Felsher, D. W. Reversing MYC-induced Tumorigenesis in a Transgenic Model. Invited seminar, DNAX, Palo Alto, CA, March 6th, 2001.

27. Felsher, D. W. Conditional Oncogene Expression in Transgenic Mice. Invited talk, The 2nd Gordon Research Conference, New London, NH, July 4, 2001.

28. Felsher, D. W. Defining When MYC Inactivation Induces Reversible Tumorigenesis. Salk/EMBL Oncogenes and Growth Control, La Jolla, CA, August 20, 2001.

29. Felsher, D. W. Reversing MYC-induced Tumorigenesis. Sunnybrook and Women's College Health Sciences Center, Toronto, Ontario Canada, March 27, 2001.

30. Felsher, D. W. Defining when Oncogenes will be Effective Therapeutic Targets for the Treatment of Cancer. Sunnybrook and Women's College Health Sciences Center, Toronto, Ontario Canada, March 27, 2001.

31. Felsher, D. W. The MYC Oncogene's Role in the Induction and Maintenance of Hepatocellular Carcinoma. Digestive Diseases Consortium Seminar, Stanford University, Stanford, CA, June 13, 2002.

32. Felsher, D. W. Permanent Loss of a Neoplastic Phenotype by Brief MYC Inactivation. SALK Oncogene meeting. San Diego, CA, June 22, 2002.

33. Felsher, D. W. Reversing MYC-Induced Tumorigenesis. Chiron Corporation, Emeryville, CA, September 13, 2002.

34. Felsher, D. W. Reversing MYC-Induced Tumorigenesis. Karolinska Hospital, Sweden, October 2, 2002.

35. Felsher, D. W. Reversing MYC-Induced Tumorigenesis. UCLA Department of Pathology, Grand Rounds, Los Angeles, CA, October 23, 2002.

36. Felsher, D. W. Reversing Cancer through Oncogene Inactivation. Stanford University, Stanford, CA, October 31, 2002.

37. Felsher, D. W. MYC's Role in the Induction and Maintenance of Tumorigenesis. Epithelial Biology Seminar. Stanford University, Stanford, CA, November 22, 2002.

38. Felsher, D. W., Deb-Basu, D., and Karlsson, A. Restoration of p27 Function Prevents MYC from Inducing Genomic Instability and Apoptosis. ASCB, San Francisco, CA, December 2002.

39. Felsher, D. W. Reversing MYC-Induced Tumorigenesis. SALK, La Jolla, CA, December 19, 2002.

40. Felsher, D. W. Reversing MYC-Induced Tumorigenesis. Cyternex, Inc., San Diego, CA, February 6, 2003.

41. Felsher, D. W. Oncogenes as Therapeutic Targets. Scheduling Program in Epithelial Biology Seminar Series, Stanford University, Stanford, CA, March 12, 2003.

42. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. Tularik, Inc., San Francisco, CA, April 23, 2003.

43. Felsher, D. W. Reversing MYC-Induced Lymphomagenesis. FASEB, Saxtons River, Vermont, July 26-31, 2003.

44. Felsher, D. W. Reversing MYC-Induced Tumorigenesis. AVI BioPharma, Portland, OR, August 5, 2003.

45. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. Charles Carrington Award Lecture. Stanford University, Stanford, CA, September 2003.

46. Felsher, D. W. Reversibility of Lymphomas. Swiss-German Hematology Meeting Marburg University, October 4-8, 2003.

47. Felsher, D. W. Reversibility of Lymphomas. Swiss German Hematology, Basel, Switzerland, October 7, 2003.

48. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. University of Pennsylvania, Philadelphia, Pennsylvania, October 16, 2003.

49. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. Grand Rounds, Stanford University, Department of Medicine, Stanford, CA, November 20, 2003.

50. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. Signal Transduction 2004, Luxembourg, January 27, 2004.

51. Felsher, D. W. Cancer Revoked: Targeting Oncogenes to Treat Cancer. Nuclear Medicine Grand Rounds, Stanford University, Stanford, CA, March 16, 2004.

52. Felsher, D. W. Co-chair: Major symposium: The Malignant Phenotype: Stability and Reversibility. AACR, Orlando, Florida, March 27, 2004.

53. Felsher, D. W. Reversing Oncogene Induced Tumorigenesis. XV ZMBH FORUM, Heidelberg, Germany, May 7-9, 2004.

54. Felsher, D. W. Cancer Revoked: Oncogenes as Therapeutic Targets. Genentech Molecular Oncology, South San Francisco, CA, June 10, 2004.

55. Felsher, D. W. Reversing Oncogene Induced Tumorigenesis. King's College, London, England, August 11, 2004.

56. Felsher, D. W. Revoking Cancer Through Targeted Oncogene Inactivation. American Cancer Society, Los Gatos, CA, September 1, 2004.

57. Felsher, D. W. Lymphoma Revoked: Through Oncogene Inactivation. 3rd Mouse Models of Hematopoietic Malignancies Workshop. Memorial Sloan-Kettering Cancer Center, New York, NY, October 11-13, 2004.

58. Felsher, D. W. Reversing Oncogene-Induced Tumorigenesis. University of California San Francisco Cancer Center, San Francisco, CA, November 12, 2004.

59. Felsher, D. W. EMBO Molecular Medicine Meeting, Germany, November 28 – December 1, 2004.

60. Felsher, D. W. MYC Inactivation Uncovers Stem Cell Properties and Tumor Dormancy in Liver Cancer. Cell and Developmental Biology Faculty Talks. Stanford University, Stanford, CA, January 10, 2005.

61. Felsher, D. W. Conditional Mouse Models of Oncogene Induced Cancer. ICBP Meeting, Stanford University, Stanford, CA, January 11, 2005.

62. Felsher, D. W. Reversing MYC Induced Tumorigenesis. Keystone Symposia: Cancer and Development, Banf Canada, February 5-10, 2005.

63. Felsher, D. W. Cancer: A Genetic Paradigm in an Epigenetic Context. Stanford University, Department of Dermatology, Epithelial Biology Seminar, Stanford, CA, March 11, 2005.

64. Felsher, D. W. U.S. Japan Workshop, Animal Models for Hematologic Malignancies And Hematopoiesis. Maui Hawaii, March 22-26, 2005.

65. Felsher. D. W. Reversing Oncogene Induced Tumorigenesis. Organnon. Oss, Netherlands, April 11, 2005.

66. Felsher, D. W. Invited Talk: ASCI/AAP 2005 Joint Meeting, Chicago, Illinois, April 15-17, 2005.

67. Felsher, D. W. Methods Workshop: Conditional Oncogene Induced Tumorigenesis. AACR 96th Annual Meeting, Anaheim, CA, April 16-20, 2005.

68. Felsher, D. W. Targeting MYC to Reverse Lymphomagenesis. Damon Runyon Foundation, New York, May 1, 2005.

69. Felsher, D. W. Chair of Major Symposia: Oncogenes and Tumor Suppressor Genes: Tumor biology in the clinic. ASCO, Orlando Florida, May 13-17, 2005.

70. Felsher, D. W. ICBP Meeting, Integrative Cancer Biology Program NCI, Berkeley, CA, May 15-18, 2005.

71. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Microbiology and Tumor Biology Center. Karolinska Institutet, Stockholm, Sweden, June 1, 2005.

72. Felsher, D. W. Tumor Dormancy: Cancer Genetics Put into an Epigenetic Context, June 3rd and Myc repair and genomic instability, June 4th, 10th. Congress of the European Hematology Association, Stockholm, Sweden, June 2005.

73. Felsher, D. W. Targeting MYC for the Treatment of Lymphoma. Lilly Research Laboratories, Indianapolis, Indiana, June 10, 2005.

74. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addition. Dana Farber Cancer Institute, Harvard Medical School, Boston, MA, June 28, 2005.

75. Felsher, D. W. Reversing Hematopoietic Tumorigenesis. Gordon Research Conference, Rhode Island, July 2005.

76. Felsher, D. W. Reversing Oncogene Induced Tumorigenesis. SALK/EMBL Oncogene and Growth Control Meeting, Salk Institute, San Diego, CA, August 12-16, 2005.

77. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. University of Cincinnati, Cincinnati, OH, September 23, 2005.

78. Felsher, D. W. Imaging the Reversal of Tumorigenesis upon Oncogene Inactivation. Cancer and stem cells, Imaging 2020. Jackson Lodge, Wyoming, September 29, 2005.

79. Felsher, D. W. Digestive Disease Consortium, Stanford University, Stanford, CA, October 1, 2005.

80. Felsher, D. W. MYC Function and Liver Cancer Stem Cells. International Titisee Conference, Black Forest, Germany October 2005.

81. Felsher, D. W. Reversing Tumorigenesis. 100th Birthday Korea University Symposium, Seoul, Korea, November 3, 2005.

82. Felsher, D. W. Pushing Cancer to the Brink of Normalcy Through Oncogene Inactivation. 1st Joint Graduate Symposium, Cell Fate Decisions in Health and Disease, University of Wuerzburg, Germany, November 8, 2005.

83. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Fred Hutchinson Cancer Center, Seattle WA, November 29, 2005.

84. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Massachusetts General Hospital, Boston, MA, January 11, 2006.

85. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Epithelial Biology Seminar Series, Stanford University, Stanford, CA, 2006.

86. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. PCCM Division, Stanford University, Stanford, CA, March 24, 2006.

87. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Van Andel Institute, Grand Rapids, Michigan, April 12, 2006.

88. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Dartmouth, Hanover, New Hampshire, May 10, 2006.

89. Felsher, D. W. Tumor Intrinsic and Host-Dependent Mechanisms of Oncogene Addiction. NCI Mouse Models of Human Consortium Meeting, Seattle, Washington, June 28, 2006.

90. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. IFOM-IEO, Campus, European Institute of Oncology, Milan, Italy, September 27, 2006.

91. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. ISREC, Switzerland, October 2, 2006.

92. Felsher, D. W. Oncogenes on Target to Treat Cancer. Molecular Pharmacology and Quantitative Chemical Biology Seminar, Stanford University, Stanford, CA, October 10, 2006.

93. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Lymphoma Meeting, Palermo, Italy, October 2006.

94. Felsher, D. W. Mechanisms of Oncogene Addiction. Seminars in Oncology, Dana-Farber Cancer Institute and the Dana-Farber/Harvard Cancer Center, Boston, Massachusetts, October 17, 2006.

95. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. AACR Mouse Model Meeting, Cambridge Massachusetts, October 25, 2006.

96. Felsher, D. W. Liver Cancer Stem Cells. German, Austria and Swiss Society of Hematology and Oncology, Leipzig, Germany, November 4, 2006.

97. Felsher, D. W. Imaging Death and Resurrection of Cancer. Small Animal Imaging Symposium, Stanford University, Stanford, CA, November 15-18, 2006.

98. Felsher, D. W. Reversing Oncogene-Induced Tumorigenesis. Applied Biosystems, Foster City, CA, November 30, 2006.

99. Felsher, D. W. Molecular Basis of Oncogene Addiction. Oregon Health Sciences. Portland, Oregon, January 2007.

100. Felsher, D. W. Imaging the Death And Resurrection of Cancer. MIPS Seminar, Stanford University, Depart of Radiology/Nuclear Medicine, Stanford, CA, February 5, 2007.

101. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Stanford University, Developmental Biology, Stanford, CA, March 5, 2007.

102. Felsher, D. W. Plenary Session on Mouse Models. AACR Annual meeting, Los Angeles, CA, April 2007.

103. Felsher, D. W. Educational Session: Validation of Targets/Models of Human Cancer. Molecular and cellular basis of oncogene addiction. AACR Annual Meeting, Los Angeles, CA, April 2007.

104. Felsher, D. W. Morning Session: Mouse Models of Cancer. AACR Annual Meeting, Los Angeles, CA, April 2007.

105. Felsher, D. W. The Role of Oncogenes in the Pathogenesis of Neoplasia. Tromso, Norway, April 2007.

106. Felsher, D. W. The Cellular and Molecular Basis of Oncogene Addiction. Karolinska Institute, Stockholm Sweden, April 2007.

107. Felsher, D. W. Reversing Tumorigenesis. Centro Nacional de Investigaciones Oncologicas, Madrid, June 2007.

108. Felsher, D. W. Imaging Tumor Regression upon Oncogene Inactivation. COBRA Meeting, August 24, 2007.

109. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Pharmacology and Cancer Biology Lecture Series, Duke University, Durham, NC, September 2007.

110. Felsher, D. W. Modeling Oncogene Addiction and Oncogene Escape. ICBP Steering Committee Meeting, Washington DC, November 13-14, 2007.

111. Felsher, D. W. Reversing tumorigenesis. Translational Oncology Symposium, UCSD Cancer Center, La Jolla, CA November 16, 2007.

112. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. University of Manchester, England, November 28, 2007.

113. Felsher, D. W. Molecular and Cellular Basis of Oncogene addiction. Lankenau Institute of Medical Research, Philadelphia, Pennsylvania, December 13, 2007.

114. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Abramson Family Cancer Research Institute, University of Pennsylvania, December 14, 2007.

115. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. University of California San Francisco, San Francisco, CA, January 25, 2008.

116. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Ohio State, Columbus, Ohio, February 5, 2008.

117. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. UCSD Director's Seminar Series, La Jolla, CA, February 13, 2008.

118. Felsher, D. W. Molecular and Cellular Basis of Oncogene Addiction. Celgene Corporation, San Diego, CA, February 28, 2008.

119. Felsher, D. W. ICBP Meeting, Columbus, OH, May 13-14, 2008.

120. Felsher, D. W. Mechanisms of Oncogene Addiction. Marburg, Germany, June 3, 2008.

121. Felsher, D. W. Gordon Conference, Rhode Island, July 28-August 1, 2008.

122. Felsher, D. W. Oncogene Addiction and a Dr Jekyll and Mr Hyde Model of Cancer. Dana Farber Cancer Institute, Boston MA, August 4, 2008.

123. Felsher, D. W. Drug Discovery and Innovative Therapeutics, Boston MA, August 6, 2008.

124. Felsher, D.W. Cancer Genetics & Epigenetics. Cold Spring Harbor Symposium, Cold Spring Harbor NY, August 13-17, 2008.

125. Felsher, D. W. Oncogenes and Cancer. Stanford Cancer Research Training Program, Stanford University, CA September 14, 2008.

126. Felsher, D. W. Nanoscale Proteomic Analysis of Clinical Cancer Specimens. Biomarker Discovery Summit 2008, Sixth Annual Protein Biomarker, Philadelphia PA, September 29-October 1, 2008.

127. Felsher, D. W. Mechanisms of Oncogene Addiction: A Dr Jeckyll and My Hyde model of tumorigenesis. Cell and Developmental Biology Faculty Lunch Series, Stanford University, Stanford, CA, November 3, 2008.

128. Felsher, D. W. Modeling Oncogene Addiction. Seminar IUH, Salle de Cours Batiment Inserm, Paris, France, December 12, 2008.

129. Felsher, D. W. Charite – Universitatsmedizin, Berlin, December 17, 2008.

130. Felsher, D. W. Non-Hodgkin Lymphoma (low Grade/indolent) & Waldenstrom's. Emerging Therapies for Blood Cancer Patients. Leukemia and Lymphoma Society, San Francisco, CA, January 31, 2009.

131. Felsher, D. W. Models and Modeling of Oncogene Addiction. Penn State Hershey Cancer Institute, Hershey, PA, March 9-11, 2009.

132. Felsher, D. W. Targeted Cancer Therapies. Keystone Symposia on Molecular and Cellular Biology, Whistler, British Columbia, Canada, March 27- April 4, 2009.

133. Felsher, D. W. Mouse Models of Liver Cancer. National Institute of Health, Bethesda, Maryland, April 9, 2009.

134. Felsher, D. W. Tumor Dormancy and Oncogene Addiction. AACR, Annual Meeting, Denver, Colorado, April 18-22, 2009.

135. Felsher, D. W. Reversing Cancer through Targeted Oncogene Inactivation. 2009 Annual Conference of the Chinese-American Bio/Pharmaceutical Society (CABS), San Francisco, CA, May 23, 2009.

136. Felsher, D. W. Mouse Models of Human Cancers. First Annual Center for Cancer Nanotechnology Excellence Symposium, Bechtel Conference Center, Stanford University, Stanford, CA, May 28-29, 2009.

137. Felsher, D. W. Proteomic Nanotechnology of Clinical Specimens Drug Discovery and Development. Keio Plaza Hotel, Japan, June 1, 2009.

138. Felsher, D. W. Modeling Oncogene Addiction. Molecular Therapeutics Research Association Meeting, Stanford, CA, July 19-22, 2009.

139. Felsher, D. W. The Expanding Role of Tet-Controlled Expression Models to Understand Oncogene Addiction and Malignant Progression. The EMBO Meeting, Amsterdam, August 29, 2009.

140. Felsher, D. W. MYC, Self-Renewal And Senescence. Gordon Research Conference: Stem Cells and Cancer, Switzerland, September 13-18, 2009.

141. Felsher, D. W. ADAPT Congress, Protein Biomarkers, The Grand Hyatt Washington, DC, September 22-25, 2009.

142. Felsher, D. W. Oncogene Addiction. Cell Regulation and Cancer. The Third Comprehensive Cancer Research Training Program at Stanford University (CCRTP-3), Menlo Park, CA, September 28- October 2, 2009.

143. Felsher, D. W. 2nd International Workshop on Cholangiocarcinoma and Hepatocellular Carcinoma, Washington, DC, October 6-7, 2009.

144. Felsher, D. W. Modeling Oncogene Addiction: Reversing Cancer from Inside And Out. Cancer Models and Mechanisms Symposium, Cancer Research UK, Cambridge, England, December 3-4, 2009.

145. Felsher, D. W. Molecular Modeling Oncogene Addiction. Lurie Cancer Center of Northwestern University, Chicago, IL, December 10, 2009.

146. Felsher, D. W. Bio-X/Novartis Meeting, James H. Clark Center, Stanford University, Stanford, CA, January 20, 2010.

147. Felsher, D. W. Modeling Oncogene Addiction for the Development of New Treatments for Cancer, Novartis, Emeryville CA, February 17, 2010.

148. Felsher, D. W. Molecularly Modeling and Predicting Oncogene Addiction in Lung Cancer, Bay Area Workshop on Lung Development, Physiology and Cancer, UCSF, San Francisco, CA, February 19, 2010.

149. Felsher, D. W. Targeting MYC Pathway for Cancer Treatment, SuperGen, Inc. Dublin, CA, March 22, 2010.

150. Felsher, D. W. c-Myc, as an Oncology Drug Discovery Target. Geron Corporation, Menlo Park, CA, March 24, 2010.

151. Felsher, D. W. Modeling and Predicting Oncogene Addiction. University of Toronto, Ontario Canada, April 9, 2010.

152. Felsher, D. W. Cancer Center's (ESAB) External Scientific Advisory Board Presentation, Stanford University, Stanford, CA, April 26, 2010.

153. Felsher, D. W. Modeling Oncogene Addiction. NIH/NCI Center for Cancer Research, Bethesda MD, May 3, 2010.

154. Felsher, D. W. Modeling Oncogene Addiction. ICBP Centers for Cancer Systems Biology Annual Meeting, Bethesda, MD, May 3-5, 2010.

155. Felsher, D. W. Modeling Oncogene Targeted Therapeutics. Agilent, Santa Clara, CA, June 21, 2010.

156. Felsher, D. W. Modeling of Oncogene Addiction in Transgenic Mouse Models. Cold Spring Harbor Laboratory Meeting, Mechanisms & Models of Cancer, Cold Spring Harbor, NY, August 17-21, 2010.

157. Felsher, D. W. Molecular Therapies that Target Oncogenes. Stanford Cancer Center CCRTP Course, Stanford, CA, September 14, 2010.

158. Felsher, D. W. Nanoscale Proteomics in Cancer. ADAPT Biomarker Meeting, Arlington, VA, September 15-16, 2010.

159. Felsher, D. W. Seminars in Oncology Lecture Series, Dana-Farber Cancer Institute and the Dana-Farber/Harvard Cancer Center, Boston, MA, September 21, 2010.

160. Felsher, D. W. AACR Molecular Diagnostics, Denver, CO, September 27-30, 2010.

161. Felsher, D. W. Advances in Oncology, Greece, October 7-9, 2010

162. Felsher, D. W. 2010 NanoPro User Meeting, Washington DC, October 13-15, 2010.

163. Felsher, D. W. Modeling Oncogene Addiction Inside Out. Columbia University, New York City, NY, November 8, 2010.

164. Felsher, D. W. Oncogene Addiction: Inside and out. Memorial Sloan Kettering Cancer Center, New York, NY, November 9, 2010

165. Felsher, D. W. Oncogene Addiction Inside Out. University of Arizona, Tucson, AZ, November 22, 2010.

166. Felsher, D. W. Targeting the MYC Pathway to Reverse Cancer. SuperGen, Inc., Salt Lake City, UT, January 19, 2011.

167. Felsher, D. W. Multi-Scale Modeling to Predict Therapeutic Response in Lung Cancer. Pulmonary Medicine and Biology Grand Rounds, Stanford University School of Medicine, Stanford, CA, February 11, 2011.

168. Felsher, D. W. Nanoscale Analysis of Oncogene Addiction. Genentech, San Francisco, CA, March 9, 2011.

169. Felsher, D. W. Modeling and Predicting Oncogene Addiction. 16th International AEK Cancer Congress, Duesseldorf, Germany, March 16-18, 2011.

170. Felsher, D. W. Modeling Oncogene Addiction. Amgen, Thousand Oaks, CA, March 21, 2011.

171. Felsher, D. W. Modeling Oncogene Addiction. Systems Biology Conference, Stanford University, Stanford, CA, May 2-3rd, 2011.

172. Felsher, D. W. Oncogene Addiction Inside And Out. Molecular Biology, Microbiology and Biochemistry Seminar Series, Southern Illinois University, Carbondale, IL, May 6, 2011.

173. Felsher, D. W. Modeling Tumor Dormancy, Dormancy Workshop, Boston MA, July 25-28, 2011.

174. Felsher, D. W. Cancer Therapy and Biomarkers. CCRTP Conference, Stanford, CA, September 14-16th, 2011.

175. Felsher, D. W. Reversing Tumorigenesis through Targeted Oncogene Inactivation. 16th World Congress on Advances in Oncology, Athens Greece, October 6-8, 2011.

176. Felsher, D. W. MYC as a Therapeutic Target. MYC and the Pathway to Cancer. Cold Spring Harbor, NY, November 6-9, 2011.

177. Felsher, D. W. Modeling Oncogene Addiction. Cancer Conference 2011. From Carcinogenesis to Cancer Therapy, Xcaret Mexico, November 9-13, 2011.

178. Felsher, D. W. International Society for Cellular Oncology 2012 Congress, Mallorca Spain, March 4-8, 2012.

179. Felsher, D. W. Modeling and Predicting Oncogene Addiction. Karolinska Institutet, Frontiers in Cancer Research and Therapy, Stockholm, Sweden, March 8-9, 2012.

180. Felsher, D. W. Targeting MYC for the Treatment of Cancer. Geron Corporation, Menlo Park, CA, March 21, 2012.

181. Felsher, D. W. Modeling and Predicting Oncogene Addiction. St. Jude Children's Research Hospital, Memphis, TN, March 28, 2012.

182. Felsher, D. W. Modeling Oncogene Addiction. MDC Systems Biology Meeting, Berlin, Germany, July 2012.

183. Felsher, D. W. Noncanonical Role the Immune Systems in Oncogene Addiction. MDC, Berlin, Germany, July 2012.

184. Felsher, D. W. Modeling and Measuring Oncogene Addiction. MD Anderson, Houston, TX, August 22, 2012.

185. Felsher, D. W. Funding Your Research, Stanford Translational and Applied Medicine Program, Stanford, CA, October 10, 2012.

186. Felsher, D. W., Oncogene Addiction and the Immune System, SITC Workshop, Bethesda, MD, October 24-25, 2012

187. Felsher, D. W. Modeling Oncogene Addiction, 5th Annual Beth Israel Deaconess Cancer Center Symposium, Boston, MA, 2012.

188. Felsher, D.W. IT2012: Therapeutic Manipulation of Inflammatory Microenvironment, Cuba, November 2012

189. Felsher D. W. Modeling and Predicting Oncogene Addiction, RECOMB Systems Biology Meeting, November 2012.

190. Felsher, D.W. Modeling and Predicting the Efficacy of Targeted Oncogene Inactivation, MD Anderson Cancer Medicine Grand Rounds, Houston, TX, January 2013

191. Felsher, D. W. Modeling and Predicting Oncogene Addiction, University of Freiberg, Germany, February 2013.

192. Felsher, D. W. Modeling Oncogene Addiction, University of Massachusetts, Worcester, MA, March 2013.

193. Felsher, D. W. Imaging the Immune System, AACR SNMI Molecular Imaging, San Diego, CA, February 27-March 2, 2013.

194. Felsher, D. W. Bone Marrow Mesenchymal Stem Cells as Possible Niche for Dormant Tuberculosis, ID Grand Rounds, Stanford University, March 14, 2013.

195. Felsher, D. W. Novel Biological Measurements to Detect, Predict and Prevent Human Disease, Johns Hopkins School of Public Health, Baltimore, MD, March 22, 2013.

196. Felsher, D. W. Modeling Oncogene Addiction, AFCR/Heme-Onc Seminar, University of Pennsylvania Cancer Center, Philadelphia, PA, March 26, 2013.

197. Felsher, D. W. Modeling and Predicting Oncogene Addiction. USC PSOC Seminar Series, Los Angeles, CA, April 26, 2013.

198. Felsher, D. W. Modeling Oncogene Addiction, Stanford Center for Cancer Systems Biology Annual Symposia, Stanford, CA, May 3, 2013.

199. Felsher, D. W. Modeling and Predicting Oncogene Addiction, Centre de Recherche en Cancerologie de Marseille, France, June 2013.

200. Felsher, D. W. Modeling and Predicting Oncogene Addiction, Royal Swedish Academy of Science, Stockholm, Sweden, September 1-3rd, 2013.

201. Felsher, D. W. Targeting MYC to Suppress Self-Renewal Programs in Cancer. Bone Marrow Failure Seminar, Stanford University, November 22, 2013.

202. Felsher, D.W. Modeling Oncogene Addiction. Cancercon2014, Chennai, India, January 30-February 2, 2014.

203. Felsher, D. W. Modeling Oncogene Addiction. Pediatric Oncology Research Conference, Stanford, CA, February 14, 2014.

204. Felsher, D. W. Modeling and Predicting Oncogene Addiction. Roswell Park Cancer Institute Distinguished Speaker, Buffalo, NY, March 12, 2014.

205. Felsher, D. W. Modeling Oncogene Addiction. 19th World Congress on Advances in Oncology and 17th International Symposium on Molecular Medicine, Metropolitan Hotel, Athens, Greece, October 9-11, 2014.

206. Felsher, D. W. Oncogene Addiction and the Immune System. CSHL Banbury Meeting, Cold Spring Harbor, NY, 2014.

207. Felsher, D. W. Modeling and Predicting Oncogene Addictions. Vanderbilt University Medical Center, Nashville, TN, January 22, 2015.

208. Felsher, D. W. Modeling and Predicting MYC Addiction. Roche Pharmaceuticals, Basel, Switzerland, February 13, 2015.

209. Felsher, D. W. Modeling Oncogene Addiction. UCSF Helen Diller Family Comprehensive Cancer Center Friday Seminar Series. UCSF, San Francisco, CA April 17, 2015.

210. Felsher, D. W. Childhood Liver Tumours Strategy Group, SIOPEL Meeting. Oslo, Norway, April 24-25, 2015.

211. Felsher, D. W. Modeling and Predicting Oncogene Addiction. Biozenrums Kolloquium Series, University of Wurzburg, Germany, May 20, 2015.

212. Felsher, D. W. Oncogene Addiction and Metabolism. AACR Special Conference: Metabolism and Cancer. Hyatt Regency Bellevue, Washington, June 7-10, 2015.

213. Felsher, D. W. Nanoscale Proteomics. Progenity, San Diego, CA. July 8, 2015.

214. Felsher, D. W. Modeling and Predicting Oncogene Addiction, University of Maryland Greenebaum Cancer Center, Baltimore, MD. November 18, 2015.

215. Felsher, D. W. Modeling and Predicting MYC Oncogene Addiction. MIT Koch Institute, Cambridge, MA. December 14, 2015.

216. Felsher D. W. Modeling and Predicting Oncogene Addiction, Harvard, Boston Children's Hospital, Boston, MA, December 15, 2015.

217. Felsher, D. W. The MYC Oncogene Regulator of Immune Checkpoints and Immune Surveillance. Weill Cornell Medical College Stem Cell Research and Regenerative Medicine, New York City, NY, April 11, 2016.

218. Felsher, D. W. Modeling and Predicting Oncogene Addiction, Hebron Institute, Barcelona, Spain, April 22, 2016.

219. Felsher, D. W. Predicting Metastasis, SIOPEL Meeting, Barcelona, Spain, April 22, 2016.

220. Felsher, D. W. Speaker: "Remodeling the Tumor Microenvironment through Oncogene Inactivation" AACR Annual Meeting, Chair of Symposia: Cancer Prevention through Modulation of the Tumor Microenvironment, New Orleans, LA, April 16-20, 2016.

221. Felsher, D. W. Oncogene Addiction, NIH CCR Eminent Lecture Series, Bethesda, MD, May 23, 2016.

222. Felsher, D. W. CSHL Course Seminar, Conditional Mouse Models, Cold Spring Harbor, NY, June 22, 2016.

223. Felsher, D. W. Oncogene Addiction and the Immune system, International Symposium in Molecular Medicine, Athens, Greece, October 6, 2016.

224. Felsher, D. W. Keynote Speaker, Oncology: Challenges and Opportunities, Sichuan Maternal and Child Health Hospital, Sichuan Sheng, China, November 11, 2016.

225. Felsher, D. W. Keynote Speaker, Oncology: Challenges and Opportunities, West China Medical School Sichuan University, Sichuan China, November 12, 2016.

226. Felsher, D. W. Keynote Speaker, Oncology: Challenges and Opportunities, Liuzhou Workers Hospital, Liuzhou China, November 15, 2016.

227. Felsher, D. W. The MYC Oncogene Globally Regulates the Immune Response, University of Miami Cancer Center, Miami, FL, February 9, 2017.

228. Felsher, D. W. Senescence & Aging Mini-Symposium, MYC Global Regulator Stemness versus Self-Renewal, Cancer Center & Cancer Research Institute Beth Israel Deaconess Medical Center, Boston, MA, March 7, 2017.

229. Felsher, D. W. Symposium on Tumor Motility, University of Freiberg, Germany, March 21-25, 2017.

230. Felsher, D. W. MYC Regulates the Immune Response, Major Symposium, AACR Annual Meeting, Washington DC, April 2, 2017.

231. Felsher, D. W. MYC Regulates the Immune Response, Keynote Speaker, University of Arizona Cancer Center Retreat, Tucson, AZ, April 21, 2017.

232. Felsher, D. W. Oncogene Addiction: A Paradigm for Translational Medicine, University of Maryland, College Park, MD, May 2, 2017.

233. Felsher, D. W. Oncology: Challenges and Opportunities, Speaker, Sichuan Cancer Hospital and Institute, China, May 9, 2017.

234. Felsher, D. W. Oncology: Challenges and Opportunities, Speaker, Beijing University of Chinese Medicine, China, May 10, 2017.

235. Felsher, D. W. Oncology: Challenges and Opportunities, Speaker, Chinese PLA General Hospital, China, May 10, 2017.

236. Felsher, D. W. Oncology: Challenges and Opportunities, Speaker, Taizhou Medical School, China, May 13, 2017.

237. Felsher, D. W. Characteristic Therapy Workshop for Traditional Chinese Medicine, Oncology: Challenges and Opportunities, Speaker/Chair, US Center for Chinese Medicine, Rockville MD, May 24, 2017.

238. Felsher, D. W. Liver Mini-Symposium, UCSF, San Francisco, CA, September 22, 2017.

239. Felsher, D. W. Roche Pharmaceuticals, San Francisco, CA, October 10, 2017.

240. Felsher, D. W. TRAM, Translational Research and Applied Medicine Program: Perspectives on Future of Translational Medicine, Stanford, CA, November 3, 2017.

241. Felsher, D.W. Societies of Biosciences of Argentina, Buenos Aires, Argentina, November 13th-19th, 2017.

242. Felsher, D. W. Modeling Metastasis in Hepatocellular Carcinoma, December 7-10th, Liver Meeting, 2017.

243. Felsher, D.W. Keynote Speaker, Cancercon, Chennai, India, Feb 1-2nd, 2018.

244. Felsher, D. W. Frontiers in Targeting MYC: Expression, Regulation, and Degradation. NIH campus, Bethesda, MD, April 9-10, 2018.

245. Felsher, D. W. The MYC Oncogene is a Global Regulator of the Immune Response, AACR Cancer Dormancy and Residual Disease, Montreal, QC, Canada, June 19-22, 2018.

246. Felsher, D. W. Invited Speaker, Conference Cancer and Environmental Mixtures. University of California Campus in Berkeley CA, August 21-22, 2018.

247. Felsher, D. W. Chinese Society of Clinical Oncology, Cancer Genomics Meets Immuno-Oncology: The Story of Myc. Xiamen China, September 2018.

248. Felsher, D. W. Modeling and Predicting Oncogene Addiction, MBICR Dedication, Chengdu China, October 8-15, 2018.

249. Felsher, D. W. Liver Cancer Symposium, Stanford University, Stanford, CA, October 17-18, 2018.

250. Felsher, D. W. Cancer Prevention and Therapy through Natural Products, Harvard Chinese Medicine Meeting, Harvard Medical School, Boston, MA, October 29-30, 2018.

251. Felsher, D. W. Keynote Speaker, GI Cancer Meeting, Guangzhou, November 7-12, 2018.

252. Felsher, D. W. MYC Master Regulator of the Immune System, Wurzburg, Germany, November 14, 2018.

253. Felsher, D. W. Invited Presentation, Milan, Italy, December 12-16, 2018.

254. Felsher, D. W. MYC is a Global Regulator of the Immune Response, Ludwig Cancer Center, Lausanne, Switzerland, January16, 2019.

255. Felsher, D. W. MYC is a Hallmark of Tumor Initiation and Maintenance, EPFL, Lausanne Switzerland, January 17, 2019.

256. Felsher, D. W. Invited Speaker, Conference Cancer and Environmental Mixtures. University of California Campus in Berkeley CA, February 6-7, 2019.

257. Felsher, D. W. Novel Therapeutics for Myc-Driven Cancer, SPARK, Stanford, CA, March 7, 2019

258. Felsher, D. W. The MYC Oncogene is a Global Regulator of the Immune Response to Cancer, Winship Cancer Institute of Emory University, Atlanta, Georgia, March 27, 2019.

259. Felsher, D. W. Trajectory of a Physician Scientist: The Usual and Unusual Suspects for Funding Opportunities, ReCAP Presentation, Stanford University, Stanford, CA, April 5, 2019.

260. Felsher, D. W. Targeting Specific Oncogenic Pathways to restore the Immune Response Against Cancers, World Vaccine Congress Washington 2019, Washington DC, April 14-17, 2019.

261. Felsher, D. W. Cancer Hallmarks: An Approach to Understanding the Biology of Tumorigenesis, Converging on Cancer Workshop, Washington D.C., April 29-30, 2019.

262. Felsher, D. W. The MYC Oncogene is a Global Regulator of the Immune Response, John Hart Lecture in Cancer Research, Northwestern University, Evanston, IL, May 23, 2019.

263. Felsher, D. W. MYC is a Global Regulator of the Immune Response, Amsterdam, European Hematology Association, June 13-16, 2019.

264. Felsher, D. W. MYC Regulates the Immune Response, Saint-Louis Hospital, Hematology Seminars, Paris, France, June 17, 2019.

265. Felsher, D. W. Invited speaker, FASEB, Lisbon, Portugal, July 21-26, 2019.

266. Felsher, D. W. Invited speaker, A Platform for Identifying Strategies for Reversing Cancer and Restoring the Immune Response, 2019 LakePharma Symposium on Next-Generation Therapeutics, San Francisco, CA, October 10, 2019.

267. Felsher, D. W. Invited speaker, Reversible Cancer by Targeting Oncogenes through Natural Products, BUCM Conference, Shenzhen China, December 12-17, 2019.

Felsher, D. W. Invited speaker, Universal Cancer Screening Summit, Mayo Clinic, Rochester, MN, February 3-4, 2020.

268. Felsher, D. W. Invited speaker, UCSD for Translational Medicine Day, San Diego, CA, March 11, 2020.

269. Felsher, D. W. Invited speaker, Stanford University TRAM Seminar MED121/221, Introduction to Translational Research and Applied Medicine: Pre-Clinical to Clinical Transition, Stanford, CA, September 30, 2020.

270. Felsher D. W. Targeting Cancer through the MYC Oncogene, Oppenheimer Biotech Emerging Science, virtual, Summit meeting, featuring Stanford University's SPARK Program, Friday, October 9, 2020.

271. Felsher, D. W. MYC and the Tumor Microenvironment. Prostate Cancer Foundation Annual Retreat, October 22, 2020

272. Felsher, D. W. Targeting MYC Oncogene Pathway: Global Gatekeeper of Tumor Growth and Immune Evasion. PBSS online Immuno-oncology Symposium. August 11-12, 2021.

273. Felsher, D. W. Oncogene Addiction, Frontiers in Clinical Translation Seminar Series, Stanford University, Stanford, CA, September 14, 2021.

274. Felsher, D. W. Introduction to TRAM: Translating Cancer Research, Translational Research and Applied Medicine (TRAM), Stanford University, Stanford, CA, September 29, 2021.

275. Felsher, D. W. Invited speaker, Translational Oncology: New Treatments for Cancer, Beijing China conference (zoom), December 11, 2021.

276. Felsher, D. W. Reversing Cancer: Targeting the MYC Oncogene. Eppley Institute for Research in Cancer and Allied Diseases, Eppley Seminar, University of Nebraska Medical Center, Omaha, Nebraska. April 28, 2022.

277. Felsher, D. W. American Society of Gene & Cell Therapy, AVV Vector Integrations in Human Hepatocytes in Liver-Targeted Gene Therapy, Annual Meeting (hybrid), Washington, DC, May 15, 2022.

278. Felsher, D. W. OHSU Pathology Grand Rounds, "Translational Oncology: Modeling, Predicting and Eliciting Oncogene Addiction", Portland Oregon, June 15, 2022.

279. Felsher, D. W. Stanford CVI 2022 Early Career Research Symposium: Session IV Translational Medicine. Stanford University, Stanford, CA, October 17, 2022.

280. Felsher, D. W. 18th International Conference on Genomics, Translational Research and Applied Medicine: Improving World health through Global Investment in Scientific Innovation, Singapore/Hangzhou, April 22-23, 2023.

281. Felsher, D. W. CIS2023 Cancer Immunotherapy Summit 2023, MYC Oncogene Global Regulator of the Immune Response, Hyatt Regency, Boston MA, November 27-29, 2023.

282. Felsher, D. W. Stanford INDE 217 Physician Scientist Hour (PhySH), "A Physicians Scientist Career in Reversing and Preventing Cancer: in the Laboratory and in the Courtroom", Stanford University, Stanford, CA, February 5, 2024.

283. Felsher, D. W. Invited speaker, "Oncogene Addiction: Exploiting a Vulnerability for the Treatment of Cancer". 19th International Conference on Genomics Thailand Part (ICG-19-THA), "Omics, Wellness and Longevity", Chulalongkorn Hospital, Bangkok, Thailand, May 18-19, 2024.

284. Felsher, D. W. CRC1479 Symposium 2024, International Symposium on Oncogene Driven Immune Escape, Freiburg, Germany, July 2024.

285. Felsher, D. W. Invited speaker, University of Chicago Cancer Center, "MYC Oncogene Pathway: the Achilles Heal of both Cancer Growth and Immune Evasion" Chicago, IL, July 25, 2024.

286. Felsher, D. W. Invited speaker, AbbVie Annual Internal Scientific Conference (Celebration of Science), South San Francisco, CA, September 23, 2024.

287. Felsher, D. W., Invited speaker, 19th International Conference on Genomics 19, BGI Center, Shenzhen, China, November 19-25, 2024.

288. Felsher, D. W. Invited speaker, AstraZeneca HQ, Innovation Day Invitation and Connect to Arber, "Empowering Patients Through Digital Innovation: A Future Beyond Lung Cancer", Gaithersburg, Maryland, December 4, 2024.

289. Felsher, D. W. Invited speaker, 'Oncogene Addiction: Identifying Tumor Intrinsic Mechanisms that can be Generally Exploited as Therapeutic Vulnerabilities National Cancer Institute Division of Cancer Biology, Studying the Context and Complexity of Oncogenes and Oncogene Addiction Paradigms in Es (SCOPE) Think Tank Meeting, Rockville, MD, December 9-10, 2024.

290. Felsher, D. W. Invited speaker, SIC JPM Symposium, MYC Oncogene Panel, San Francisco, CA, January 14, 2025.

291. Felsher, D. W. Invited speaker, "Oncogene Addiction: The Achille's Heel of Cancer", Queen's University Belfast Cancer Center, Belfast, Northern Ireland February 26, 2025.

292. Felsher, D. W. Invited speaker, MIPS Research Seminar Series, "Molecular Imaging and Oncogene Additions", Stanford University, Stanford, CA, March 21, 2025.

293. Felsher, D. W. Invited speaker, "The MYC Oncogene: The Achilles' Heel for Cancer Growth and Immune Evasion", Fred Hutchinson Cancer Center, Biology Seminar Series 2024-2025. Fred Hutchinson Cancer Center, Seattle, Washington, April 1, 2025.

294. Felsher, D. W. Panelist, NCI Biology Session “Challenges and Opportunities in Hepatocellular Carcinoma (HCC) and Cholangiocarcinoma: Mechanistic, Clinical, and Population Perspectives: Virtual Think Tank”, Rockville, MD, April 7-8, 2025.

295. Felsher, D. W. Invited speaker, LCN-Liver Cirrhosis Network Semi-annual Meeting, Bethesda, MD, April 10-11, 2025.

296. Felsher, D. W. Speaker, “Oncogene Addiction: Making Cancers Go in Reverse” Sapp Family CS Stanford Bio-X Undergraduate Summer Research Program, Stanford University, July 9, 2025.

297. Felsher, D. W. Speaker, 2025 Harvard CIIC Shanghai Chapter & Venture Week, Shanghai, China, August 4-10, 2025.

298. Felsher, D. W. Speaker, “Targeting the MYC Oncogene Circuit to Reverse Cancer”, Sage Medic Corporation, Medinvest Biotech and Pharma Investor Conference, Palo Alto, September 24-25, 2025.

299. Felsher, D. W. Speaker, “Modeling and Therapeutically Exploiting Oncogene Addiction”, TRAM 221 Lecture, Stanford University, October 8, 2025.

300. Felsher, D. W. Invited Speaker, Reversing Cancer Through AI Omics, ICG-20 International Conference on Genomics, Hangzhou, China, October 23-26, 2025.