# EXHIBIT 6

**In re: Allergan Biocell Textured Breast Implant Products Liability Litigation**

**Expert Witness Report: W. Gregory Sawyer, PhD**

**Background of W. Gregory Sawyer, PhD**

I received my Ph.D. in Mechanical Engineering from Rensselaer Polytechnic Institute ("Rensselaer") in 1999. Prior to my Ph.D., I earned a Master's degree in Mechanical Engineering from Rensselaer in 1996, and a Bachelor's degree in Mechanical Engineering from Rensselaer in 1994.

I am currently the Chief Bioengineering Officer and Chair of the Department of Bioengineering at the Moffitt Cancer Center in Tampa, Florida. From 2008-2023, I was a Professor of Mechanical and Aerospace Engineering at the University of Florida. Prior to being promoted to Professor at the University of Florida, I was an Associate Professor at the University of Florida from 2005-2008, and an Assistant Professor at the University of Florida from 1999-2005. I was awarded the N.C. Ebaugh Chair (2007) and named a Distinguished Teaching Scholar (2010) at the University of Florida. At the University of Florida, I was also a member of the Materials Science and Engineering Department and the Biomedical Engineering Department.

I am currently a member of the National Academy of Inventors (NAI), a member of the Florida Inventors Hall of Fame, a member of the Academy of Science Engineering and Medicine of Florida (ASEMFL), a fellow of the Society of Tribologists and Lubrication Engineers (STLE), a member of the International Society for Contact Lens Researchers (ISCLR), a member of the American Association for Cancer Research (AACR), and a past member of the Society of Neuro-Oncology (SNO), the American Society of Mechanical Engineers (ASME), and the Association for Research in Vision and Ophthalmology (ARVO). I was awarded the Tribology Gold Medal in 2023, which is the highest international honor in the field of Tribology.

I have published over 200 peer-reviewed journal papers, been granted over forty U.S. patents, and at various times been a member of the editorial board of four journals.

My research work has been substantially in the field of tribology and the dynamics of interfacial films during direct contact shear. Tribology concerns interacting surfaces in relative motion and related matters such as friction, wear, lubrication, and the design of bearings. I have developed instrumentation to study interacting surfaces using microscopy, spectroscopy, and interferometry, modeling processes to evaluate the contact mechanics and mechanisms leading to durability and low-friction, and developing materials to provide lubrication for applications in space, high temperature, cryogenic conditions, electrical

measurement (i.e., for a measurement of X the uncertainty u(X) is $u(X) = \sqrt{X}$). This process remains valid even for a small number of particle counts, which should scale linearly with the sampled area. This is the standard approach for particle counting experiments. Any counts below 5 particles were conservatively excluded from all calculations and indicated by a ( - ) in Table 1 and assumed to be 0 for the purpose of all averages across the 5 implants.

The particle counts indicated that for the implants tested they had an average of over 0.5 million silicone particles with a most probable size in the range of 5-10 μm, and over 1 million particles of contaminants that were neither silicone nor salt (note: salt particles were identified but not counted). Figure 8 shows a bar graph of the average values across 3 size ranges: <5 μm, 5-10 μm, and 10-20 μm. Table 1 provides data for each implant examined (serial numbers: 21507151, 22344427, 23104733, 23155727, and 23738260), average values, and the calculated implant specific particle numbers and associated uncertainties across the 3 size ranges. The contaminant particles had a most probable size range below 5 μm.




**Figure 8** A histogram of the average number of particles on an implant over three particle size ranges <5 μm, 5-10 μm, and 10-20 μm. Magenta colored bars include particles identified as silicone debris with particles showing a most probable characteristic size in the range of 5-10 μm. The green colored bars include particles identified as contaminants other than silicone (not including salt) and show a most probable characteristic size below 5 μm. These data are shown below in Table 1 with associated uncertainties.

| | **Silicone Particles** | | | **Other Contaminant Particles[1]** | | |
|---|---|---|---|---|---|---|
| **Implant SN#** | **< 5 μm** | **5-10 μm** | **10-20 μm** | **< 5 μm** | **5-10 μm** | **10-20 μm** |
| **21507151** | - | **530,000** ± 190,000 | - | **1,100,000** ± 260,000 | **660,000** ± 210,000 | **110,000** ± 26,000 |
| **22344427** | - | **850,000** ± 280,000 | **130,000** ± 28,000 | **3,200,000** ± 550,000 | **850,000** ± 280,000 | **940,000** ± 300,000 |
| **23104733** | **1,100,000** ± 330,000 | **55,000** ± 18,000 | **37,000** ± 15,000 | **2,700,000** ± 510,000 | **120,000** ± 27,000 | - |
| **23155727** | - | **2,000,000** ± 810,000 | - | **1,700,000** ± 740,000 | **49,000** ± 17,000 | - |
| **23738260** | - | **61,000** ± 19,000 | **80,000** ± 22,000 | **290,000** ± 100,000 | **200,000** ± 35,000 | **55,000** ±18,000 |
| **average** | **220,000** ± 150,000 | **700,000** ± 390,000 | **49,000** ± 17,000 | **1,800,000** ± 490,000 | **380,000** ± 200,000 | **210,000** ± 130,000 |

[1] Other Contaminant Particles are those particles that are identified as non-silicone and non-salt.

**Table 1** Particle counts for implants (21507151, 22344427, 23104733, 23155727, and 23738260) as organized by row. The first section of columns are for particles identified as silicone debris, and the second section of columns is for particles identified as other contaminants (*i.e.* those particles that are not identified as either salt (NaCl) or silicone). The associated uncertainties are provided as ± under the average number shown to 2 significant figures. All cells denoted with a ( - ) indicate that the original measurements were below 5 and were not used in the calculations of extrapolated particle count - for the purpose of average particle calculations a conservative value of 0 was used. For the uncertainty in the average (±) the central limit theorem was used where the uncertainty is the square root of the sum of the squares divided by the square root of N (5) - for samples with no statistical measurements 0 is again used for the uncertainty (i.e. - is 0 ± 0).




**Figure 14** SEM/EDS examination of region 1 at different magnifications for implants (from left to right) 23104733, 23155727, 23738260, 22344427, and 21507151. The blue outlines trace particles identified as salt (NaCl). The magenta outlines trace particles identified as silicone. The green outlines trace particles that are from contaminants other than salt and silicone. Note: there are size identifiers with scaled circles for particle counting for the silicone particles and other contaminants.

### 3B Statistical analysis of particle size distributions based on microscopy measurements

Particles were manually counted as previously described. Following Poisson statistics, the number of particles within a given size range (e.g. <5 µm, 5-10 µm, and 10-20 µm) were recorded as $n_i$, where i denotes the specific range. Because this measurement is made over a single field, the uncertainty in the particle count, $u(n_i)$ is equal to the square root of $n_i$ (*i.e.* $u(n_i)=\sqrt{(n_i)}$ ). Given that the measurements of area are taken from laboratory grade metrology and electron microscopy, the dominant uncertainty in this calculation comes from the number of particles measured in each field, $u(n_i)$. Assuming the area of the microscopy image is given as Ao, and the size of the entire filter area is A, the estimated number of particles of a particular size (e.g. <5 µm, 5-10 µm, and 10-20 µm) can be calculated by multiplying the number of particles found, $n_i$, by the ratio of the areas A/Ao (*i.e.* $N_i = n_i \bullet (A/Ao)$ ). Following a propagation of uncertainty, the uncertainty in this calculated number, $u(N_i)$, is given by $u(N_i) = (A/Ao) \bullet \sqrt{(n_i)}$. This is tabulated below for each implant examination, and described further in Section 3B, and Appendix B and C. Consistent with and adhering to Poisson statistical methods, samples with fewer than 5 particles detected were systematically discounted to ensure reliable statistical interpretations.

**Silicone Particles**

| **21507151** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | - | - | - | - | - |
| 5-10 µm | 8 | 0.02 | 1,320 | 530,000 | 190,000 |
| 10 - 20 µm | - | - | - | - | - |

| **22344427** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | - | - | - | - | - |
| 5-10 µm | 9 | 0.215 | 1,320 | 850,000 | 280,000 |
| 10 - 20 µm | 21 | 0.215 | 1,320 | 130,000 | 28,000 |

| **23104733** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | 12 | 0.014 | 1,320 | 1,100,000 | 330,000 |
| 5-10 µm | 9 | 0.215 | 1,320 | 55,000 | 18,000 |
| 10 - 20 µm | 6 | 0.215 | 1,320 | 37,000 | 15,000 |

| **23155727** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | - | - | - | - | - |
| 5-10 µm | 6 | 0.004 | 1,320 | 2,000,000 | 810,000 |
| 10 - 20 µm | - | - | - | - | - |

| **23738260** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | - | - | - | - | |
| 5-10 µm | 10 | 0.215 | 1,320 | 61,000 | 19,000 |
| 10 - 20 µm | 13 | 0.215 | 1,320 | 80,000 | 22,000 |

**Other Contaminant Particles (non-Silicone and non-Salt)**

| **21507151** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | 16 | 0.02 | 1,320 | 1,100,000 | 260,000 |
| 5-10 µm | 10 | 0.02 | 1,320 | 660,000 | 210,000 |
| 10 - 20 µm | 18 | 0.215 | 1,320 | 110,000 | 26,000 |

| **22344427** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | 34 | 0.014 | 1,320 | 3,200,000 | 550,000 |
| 5-10 µm | 9 | 0.014 | 1,320 | 850,000 | 280,000 |
| 10 - 20 µm | 10 | 0.014 | 1,320 | 940,000 | 300,000 |

| **23104733** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | 29 | 0.014 | 1,320 | 2,700,000 | 510,000 |
| 5-10 µm | 20 | 0.215 | 1,320 | 120,000 | 27,000 |
| 10 - 20 µm | - | - | - | - | |

| **23155727** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | 5 | 0.004 | 1,320 | 1,700,000 | 740,000 |
| 5-10 µm | 8 | 0.215 | 1,320 | 50,000 | 17,000 |
| 10 - 20 µm | - | - | - | - | - |

| **23738260** | | | | | |
|---|---|---|---|---|---|
| Size Range | $n_i$ | Ao ($mm^2$) | A ($mm^2$) | $N_i$ | $u(N_i)$ |
| < 5 µm | 8 | 0.037 | 1,320 | 290,000 | 100,000 |
| 5-10 µm | 32 | 0.215 | 1,320 | 200,000 | 35,000 |
| 10 - 20 µm | 9 | 0.215 | 1,320 | 55,000 | 18,000 |

**Note:** The Sterlitech 0.8 µm pore size silver filter disc has a diameter of 47 mm, but a diameter of 41 mm is used in all calculations for A to account for the area not available for particle collection as a result of some of the filter area being clamped along the edge under an O-ring during vacuum filtering.

## 4 Quantification of particles on Biocell™ implants by other researchers

I have reviewed available reports and peer reviewed publications describing efforts to quantify the particles found on Biocell™ implants. These reports and articles are described briefly below and include internal test reports from Allergan and Mentor, which were provided to me by counsel.

### 4.1 Allergan testing detects particles on Biocell™ Implants

A March 2010 Allergan report on "Biocell: Elemental Mapping of Adhesive Tape Test for Particulate Removal," examined particles and created a count and distribution of particles that contained elements of sodium, silicon, chlorine, and iron, which were found on both Biocell and Siltex implants. (AGNBIOMDL-01332990). Allergan reported that they were able to accurately pinpoint silicone "among other contaminants."

In an April 2010 Allergan presentation on "BioCell Process Improvement Analytical Methods Summary," a presentation on particle testing described Allergan using different testing methods on samples from Costa Rica, Santa Barbara, and Mentor Siltex. (AGNBIOMDL-01333402) Using an adhesive tape to obtain particles from a new Biocell implant, Allergan reported 305 particles per 1 $mm^2$ area for Biocell implants manufactured in Costa Rica and 196 particles per 1 $mm^2$ area for Biocell implants manufactured in Santa Barbara, California (USA). As shown below in section 4.4, approximating the implant as a half-sphere, the surface area of the implants examined are given in Table 2 in $mm^2$ and can be multiplied by these findings to show that the estimated number of particles per implant are in the millions.

| Implant Volume (cc) | Implant Surface Area ($mm^2$) | Location (USA/ Costa Rica) | average number of particles per $mm^2$ | estimated number of particles per implant |
|---|---|---|---|---|
| 185 | 18,700 | Costa Rica | 305 | 5,700,000 |
| | | USA | 196 | 3,670,000 |
| 280 | 24,600 | Costa Rica | 305 | 7,500,000 |
| | | USA | 196 | 4,820,000 |
| 450 | 33,800 | Costa Rica | 305 | 10,300,000 |
| | | USA | 196 | 6,620,000 |

**Table 2** Estimates of the number of particles per implant for the 185 cc, 280 cc, and 450 cc implants for the two different manufacturing locations (USA/Costa Rica) and the respective Allergan measurements of the particle numbers per $mm^2$.

Allergan reported 8 silicone particles per 1 $mm^2$ area for Biocell implants manufactured in Costa Rica and 19 silicone particles per 1 $mm^2$ area for Biocell implants manufactured in Santa Barbara, California (USA). As shown below in section 4.4,

approximating the implant as a half-sphere, the surface area of the implants examined are given in Table 3 in $mm^2$ and can be multiplied by these findings to show that the estimated number of silicone particles per implant is between 149,000 and 642,000:

| Implant Volume (cc) | Implant Surface Area ($mm^2$) | Location (USA/ Costa Rica) | average number of silicone particles per $mm^2$ | estimated number of silicone particles per implant |
|---|---|---|---|---|
| 185 | 18,700 | Costa Rica | 8 | 149,000 |
| | | USA | 19 | 355,000 |
| 280 | 24,600 | Costa Rica | 8 | 196,000 |
| | | USA | 19 | 467,000 |
| 450 | 33,800 | Costa Rica | 8 | 270,400 |
| | | USA | 19 | 642,000 |

**Table 3** Estimates of the number of silicone particles per implant for the 185 cc, 280 cc, and 450 cc implants for the two different manufacturing locations (USA/Costa Rica) and the respective Allergan measurements of the particle numbers per $mm^2$.

This experiment Allergan conducted used an adhesive transfer method that will underestimate the number of particles on the rough implants due to the inability of the transfer material to penetrate the valleys of the roughened surfaces.

### 4.2 Allergan's NAMSA report on particles on textured and smooth implants

In 2016, Allergan hired NAMSA (North American Science Associates, LLC), which is a leading global contract research organization (CRO) that specializes in medical device testing, to conduct particle testing on a Biocell implant and a smooth breast implant. (AGNBIOMDL-00779558)

For the textured implant experiment, NAMSA described the test sample as "[o]ne sample breast implant, textured type, Part # TRF-325, lot # 2857529", and described the experimental procedure as follows:

> "The test sample was carefully removed from the container using clean forceps. The sample was placed in a large, clean beaker and covered with 500 mL particle-free water. The beaker was covered with a clean glass lid and extracted at 37°C for 2 hours with continuous agitation. The sample was removed carefully from the extract. Four, 5 mL portions of the solution were analyzed using a light obscuration particulate analyzer, disregarding the data from the first count. The solution was counted with particle size expressed as >2 um and <10 um, >10 um and <25 um, >25 um and <50 um, and >50 um and <100 um. A 500 mL blank was prepared and analyzed without sample as above, disregarding the data from the first count. The counts were averaged from portions 2 through 4 and the number of particles per

device for the test solution calculated. The extract was then filtered through a 0.8 um filter and general morphology was performed on particles > 100 um."

The results reported by NAMSA are described below:

| | Particles per implant (device) | | | |
|---|---|---|---|---|
| particle size range | 2-10 µm | 10-25 µm | 25-50 µm | 50-100 µm |
| # per sample (corrected) | 217,800 | 5,565 | 65 | 65 |

**Table 4** The NAMSA report provided the following estimates for the number of particles collected by analyzing the samples collected from water and examined under the light obscuration method for the textured implant surface

| | Particles per implant (device) | | | |
|---|---|---|---|---|
| particle size range | 2-10 µm | 10-25 µm | 25-50 µm | 50-100 µm |
| # per sample (corrected) | 83,565 | 3,365 | 65 | 35 |

**Table 5** The NAMSA report provided the following estimates for the number of particles collected by analyzing the samples collected from water and examined under the light obscuration method for the smooth implant surface identified as "[o]ne sample breast implant smooth type, Part #SRF-325, Lot #2854471."

The number of particles collected and measured by NAMSA is an underestimate of particles due in part to the selection of water as opposed to Isopropyl Alcohol (IPA), which is well-known to outperform water in removing particles from silicone implants due to IPA's amphiphilic nature, better spreading, and lower surface tension in contrast to water. The use of IPA would result in higher particle recovery rates. The selection of water as the liquid by NAMSA is likely due to the need to dissolve residual salt (NaCl) particles that would have been counted in the light obscuration method, which can only detect the presence of particles not the composition.

### 4.3 Mentor Test Report – Protocol CP 523 (6/26/2013)

Mentor is a manufacturer of silicone gel breast implants, acquired by Johnson & Johnson in 2009, and Ethicon Applied Science & Technology is a research and development division within Ethicon, Inc., which is a subsidiary of Johnson & Johnson, and who conducted experiments to identify and quantify the number of silicone particles on Allergan Biocell tissue expanders. These experiments and results were presented in an interim report for Protocol CP 523, dated October 20, 2013, and produced as documents marked "Mentor_Allergan JCCP_140 - 195."

| | | | | |
|---|---|---|---|---|
| Allergan | Natrelle 133 MX | 500 cc | 18069839 | 236037 |
| | | | 18106674 | 2370452 |
| | | | 18530339 | 2452664 |
| | | | 18404430 | 2429477 |

**Table 6** Mentor/Ethicon Applied Science & Technology report states that the above Allergan Biocell Natrelle 133 MX tissue expanders were examined.

The report states that "All samples were unopened, finished sterile product prior to the start of the test." All products were tested in accordance with Protocol CP523 (produced as Mentor_Allergan JCCP_140-143). In summary, this protocol provided for using Ethylene Vinyl Acetate ("EVA") castings to remove loose and lightly attached particles from the surface of four finished sterile Allergan, anatomically shaped, gel filled mammary implants. Each implant surface was sampled at three locations (A, B, and C). SEM analysis of the surface castings identified various particles containing silicon, sodium, and chlorine.

| | | **Particles Counted** | |
|---|---|---|---|
| Volume (cc) / Serial Number | | sum over 3 images | average per image |
| Allergan | 18069839 | 325 | 108 |
| 185 | 18106674 | 233 | 78 |
| 185 | 18530339 | 202 | 67 |
| 185 | 18404430 | 189 | 63 |
| **185 cc - average particles counted per image** | | | **79** |

**Table 7** Results from the Ethicon Applied Science & Technology report for silicon-based particulates found on the Allergan implants. The average number of silicone particles per image area was 79.

### 4.4 Mentor Test Report – Protocol CP 519 (10/30/2013)

Ethicon Applied Science & Technology conducted tests to identify and quantify the number of silicon particles on Allergan Biocell breast implants. These tests and the results are presented in an interim report for Protocol CP 519, dated October 20, 2013 and produced as Mentor_Allergan JCCP_046 - 139.

| Volume (cc) | Reference Number | Serial #s | Lot #s | Exp. Date |
|---|---|---|---|---|
| 185 | MM-410185 | 17786110 | 2312714 | May-2017 |
| | MM-410185 | 17886115 | 2329361 | Jul-2017 |
| | MM-410185 | 17886117 | 2329361 | Jul-2017 |
| | MM-410185 | 17886112 | 2329361 | Jul-2017 |
| 280 | MM-410280 | 18581494 | 2458548 | Apr-2018 |
| | MM-410280 | 18506391 | 2448654 | Mar-2018 |
| | MM-410280 | 18584411 | 2458550 | Apr-2018 |
| | MM-410280 | 18584406 | 2458550 | Apr-2018 |
| 450 | MM-410450 | 17874154 | 2309137 | Jun-2017 |
| | MM-410450 | 17789718 | 2309137 | Jun-2017 |
| | MM-410450 | 17789745 | 2309137 | Jun-2017 |
| | MM-410450 | 16298656 | 2048781 | Oct-2015 |

**Table 8** In the NAMSA report, the manufacturer is reported as Allergan and all of the implants are described as anatomically shaped gel filled mammary implants. This table provides volume, an internal report reference number, product serial numbers, lot numbers, and the date of the experiment. (Mentor_Allergan JCCP_048)

The report describes that "EVA (Ethylene Vinyl Acetate) castings were used to remove loose and lightly attached particles from the surface of four finished sterile Allergan, anatomically shaped, gel filled mammary implants. Each implant surface was sampled at three locations (A, B, and C). SEM analysis of the surface castings from each device identified various particulates containing silicon, sodium, and chlorine. The focus of this report is the identification of silicon on the EVA casting resin because it is a primary element in silicone, thereby revealing the presence of loose silicone particles on the surface of the textured shell."

The report states that "SEM EDS analysis utilizing a JEOL 640LV SEM with Oxford AZtec EDS system was used to characterize the elemental composition of the loose particulates. Prior to conducting the study, the primary elements of interest were silicon, chlorine and sodium. The focus of this report is the identification of silicon on the EVA casting resin because it is a primary element in silicone, thereby providing an indication of loose shell texture particles."

The report indicates that "results included here are for silicon-based particulates found on the Allergan implants. The average number of silicone particles per image area (2.5x1.86mm2) was 42. The average percentage area of the test samples occupied by silicone particles was found to be 2.02%. Finally, the largest silicon particle lengths were measured to be approximately 0.645mm [0.025in]." (Mentor_Allergan JCCP_47)

| | | Particles Counted | |
|---|---|---|---|
| Volume (cc) / Serial Number | | sum over 3 images | average per image |
| 185 | 17886115 | 125 | 42 |
| 185 | 17886117 | 66 | 22 |
| 185 | 17786110 | 108 | 36 |
| 185 | 17886112 | 136 | 45 |
| **185 cc average per image** | | | **36** |
| 280 | 18506391 | 111 | 37 |
| 280 | 18581494 | 136 | 45 |
| 280 | 18584411 | 136 | 45 |
| 280 | 18584406 | 138 | 46 |
| **280 cc average per image** | | | **43** |
| 450 | 17789718 | 106 | 35 |
| 450 | 18774154 | 113 | 38 |
| 450 | 17789745 | 141 | 47 |
| 450 | 16298656 | 200 | 67 |
| **450 cc average per image** | | | **47** |
| **average (all implants) per image** | | | **42** |

**Table 9** Results from the Ethicon Applied Science & Technology report for silicon-based particulates found on the Allergan implants. The average number of silicone particles per image area was 42 for image size of 2.5mm x1.86 mm. An estimate of the surface area of a breast implant can be made by treating the implant as a half-sphere, where the implant surface area $A_B$ can be shown to be $A_B = 3\pi R^2$, where R is the radius of the breast implant. In terms of only the implant volume, $V_B$, the implant surface area $A_B$ can be shown to be $A_B = 3\pi((3\ V_B)/(2\ \pi))^{2/3}$, which is calculated in $mm^2$ and $cm^2$ for the different implant sizes below.

| | **Surface Area Assuming a Half-Sphere** | |
|---|---|---|
| **Implant Volume (cc)** | **$mm^2$** | **$cm^2$** |
| 185 | 18,700 | 187 |
| 280 | 24,600 | 246 |
| 450 | 33,800 | 338 |

**Table 10**. Calculations of the surface area of the breast implants tested for the three different volumes assuming a half-sphere model: 185 cc, 280 cc, and 450 cc. Surface areas are given in units of $mm^2$ and $cm^2$.

Following the image analysis approach followed in Protocol CP 519 and the data given in Table 10, the average number of particles, $n_p$, found across all image areas and all implants was $n_p = 42$. The image area was reported as a rectangular area of dimensions 2.5 mm x 1.86 mm, which has an area of $A_i = 4.65\ mm^2$. The table below calculates an estimated number of particles per implant, by multiplying the number of particles measured per $mm^2$, $n_{p1} = ( n_p / Ai ) = ( 42 \text{ particles} / 4.65\ mm^2 ) \approx 9$, by the surface area of the implant assuming the half-sphere model.

| Implant Volume (cc) | Implant Surface Area ($mm^2$) | average number of particles per $mm^2$ | estimated number of particles per implant |
|---|---|---|---|
| 185 | 18,700 | 9 | 168,000 |
| 280 | 24,600 | 9 | 221,000 |
| 450 | 33,800 | 9 | 304,000 |

**Table 11**. Calculations of the estimated number of particles on the sample implants using data from Ethicon Applied Science & Technology experiments following Protocol CP 519, and modeling the implants as half-spheres.

There is clear concordance between the results found by Mentor in this test and the results found by Allergan in the test described in section 4.1. Mentor's test showed an estimated average of 168,000 silicone particles for 185cc implant and 304,000 silicone particles on 450cc implants. Allergan's test showed an estimated average of 149,000 silicone particles on 185cc implants manufactured in Costa Rica and 270,000 silicone particles on 450cc implants manufactured in Costa Rica.

The Ethicon Applied Science & Technology experiments used an adhesive transfer method that will underestimate the number of particles on the rough implants due to the inability of the transfer material to penetrate the valleys of the roughened surfaces. Still, the report concluded that "Test report CP523 showed that the surface of Allergan expanders contained many loose and lightly attached silicone particles. The Allergan breast implants in this report showed similar silicone particles present on the device surface."

### 4.5 Spiegel *et al.* 2014 Poster - 93rd Annual Meeting of the American Association of Plastic Surgeons.

In 2014, Dr. Spiegel, at Methodist Hospital in Houston, Texas, and colleagues presented a poster abstract at the 93rd Annual Meeting of the American Association of Plastic Surgeons that appears to present results from the testing described in Mentor Protocol CP 523, described earlier. (Mentor_Allergan JCCP_039 – 041)

The poster reported on testing conducted on finished, sterile products from at least three different production lots of tissue expanders, including four Mentor Siltex® textured devices (Mentor CPX3 Contour Profile®), and four Allergan Biocell® textured devices (Natrelle® 133). The researchers reported on the use of an Ethylene Vinyl Acetate (EVA)-based casting resin to obtain the material that was on or loosely attached to the surface of each tissue expander. The abstract describes that "Surface images of representative areas of final EVA castings were generated at 50x magnification using a scanning electron microscope. Elemental mappings of silicon were generated using energy dispersive spectroscopy (EDS), and particle analysis was performed."

The Spiegel *et al.* poster reported that the "average number of silicone particles per image area (~2.5 x 2 mm2) was 79 for Biocell® and 1 for Siltex® textured expanders. The percent area coverage of silicone particles on the test samples was found to be 3.36% and 0.003%, respectively. Further, the largest silicone particle lengths were measured to be approximately 0.767 mm (0.030 in) for Biocell® and 0.044 mm (0.002 in) for Siltex® textured expanders." The researchers further concluded that their "results demonstrate a considerable amount of loose silicone particulates on the surface of Biocell® textured expanders with respect to particle count, area, and length that were present only in very minute quantities on Siltex® textured expanders."

### 4.6 McCrone 2016 Allergan Technical Report "Preliminary Study of Particulate Matter on Breast Implants"

In April 2016, Allergan issued Technical Report TR-1220.R titled "Preliminary Study of Particulate Matter on Breast Implants." (AGNBIOMDL-00884534) that describes tests Allergan had performed by McCrone Associates, Inc. on two Natrelle Inspira textured breast implants (Part Number TRF-325; Lot #2857529) and two Natrelle Inspira smooth breast implants (Part Number SRF-325, Lot #2854471) manufactured at Allergan's Costa Rica facility.

McCrone Associates, Inc. conducted a test using tacky polymer lift tape on two implants (one textured and one smooth). Tacky polymer films (1" x 1") were blotted on the surface of each implant. Three areas of interest were blotted for each implant, using a separate film for each. The researchers examined the films using Polarized Light Microscopy (PLM) at a magnification of 100x. McCrone counted particles that fell in the range of 10-24 µm and >25 µm.

McCrone also conducted a rinse test on two implants (one textured and one smooth). Each implant was placed in 200 mL of deionized water, agitated for 30 seconds, and then the rinse water was filtered.

| Sample | Sample | 10-24 µm | >25 µm | Total |
|---|---|---|---|---|
| blank | (1) polymer lift | 34 | 0 | 34 |
| | (2) polymer lift | 44 | 3 | 47 |
| | (3) polymer lift | 25 | 1 | 26 |
| | filtered | 4 | 1 | 5 |
| smooth device surface | (top) polymer lift | 74 | 13 | 87 |
| | (side) polymer lift | 357 | 43 | 400 |
| | (bottom) polymer lift | 621 | 126 | 747 |
| | (rinsed in water) filtered | 449 | 313 | 762 |
| textured device surface | (top) polymer lift | 92 | 18 | 110 |
| | (side) polymer lift | 77 | 12 | 89 |
| | (bottom) polymer lift | 77 | 18 | 95 |
| | (rinsed in water) filtered | 487 | 289 | 776 |

**Table 12**. Results from the McCrone Associates report on blank (control), smooth, and textured devices surfaces using a polymer lift and rinsed/filtered water.

### 4.7 McCrone 2018 Allergan Technical Report "Particulate Matter or Finished Goods"

In February 2018, Allergan issued a Technical Report titled "Particulate Matter on Finished Goods" (TR-1220.R) (AGNBIOMDL-00884534). This test report reflects results from testing conducted by McCrone Associates on eight different Allergan product types, including Biocell implants and expanders.

McCrone Associates conducted testing using the protocol TR-1221.P, which is the same protocol described above for the 2016 McCrone tests (AGNBIOMDL-00341502). This protocol called for the implants to be placed in a beaker with deionized water, agitated for 20 (± 5 min), and then the water is filtered. For each collected filter sample, a microscopic counting assessment was conducted for particle shape, color, morphology, and with particle size reported in two categories: 10 um – 100 um and >100 um.

| sample/ SN# | particle count / description of particles 10 - 100 µm | > 100 µm | date |
|---|---|---|---|
| blank 20 | **3** | **0** | 5/16/17 |
| 21567243 | **11**<br>7 colorless particles, 2 colorless fibers, 1 colorless crystalline particle, 1 light yellow particle | **5**<br>1 dark fiber, 4 colorless fibers | 5/16/17 |
| 21567248 | **11**<br>2 colorless fibers, 7 colorless particles, 1 light yellow particle, 1 metal-like particle | **5**<br>3 blue fibers, 2 colorless fibers | 5/16/17 |
| 21567250 | **13**<br>4 colorless fibers, 2 yellow fibers, 6 colorless particles, 1 colorless/brown particle | **8**<br>5 colorless fibers, 3 colorless particles | 5/16/17 |

**Table 13.** Results from the McCrone Associates report the Biocell Gel Implant (style 410) P/N N-27-MX125-370210 with qualitative descriptions of the particles observed

| sample/ SN# | particle count / description of particles 10 - 100 µm | > 100 µm | date |
|---|---|---|---|
| blank 16 | **19** | **1** | 5/4/17 |
| blank 17 | **7** | **10** | 5/4/17 |
| blank 18 | **8** | **1** | 5/4/17 |
| blank 19 | **2** | **0** | 5/8/17 |
| 21602770 | **15**<br>9 colorless particles, 2 colorless skin cell-like flakes, 1 thin flake, 2 colorless fibers, 1 yellow fiber | **3**<br>colorless fibers | 5/8/17 |
| 21602774 | **27**<br>18 colorless particles, 7 colorless fibers, 1 light yellow particle, 1 yellow particle | **2**<br>1 colorless particle 1 colorless fiber | 5/8/17 |
| 21602775 | **16**<br>12 colorless particles, 1 colorless skin cell-like flake, 3 colorless fibers | **0** | 5/8/17 |

**Table 14.** Results from the McCrone Associates report the style 410 sizer P/N N-SZMF335 with qualitative descriptions of the particles observed.

McCrone Associates also conducted Fourier Transform Infrared Spectroscopy (FTIR) and Polarized Light Microscopy (PLM) analysis on some of the particles identified and collected from the Biocell implants and sizers. Results are shown in the table below with associated serial numbers, qualitative descriptions, and FTIR or PLM quantitative identification.

| Sample | Particle Description | Identification |
|---|---|---|
| 21567243 | Light yellow particle (42 µm) | FTIR: (IR-1) Protein and silicone (protein likely from a skin flake) |
| | Colorless particle (60 µm) | FTIR: (IR-2) Poly(styrene:butadiene) |
| | Colorless crystal-like particle (24 µm) | *No analysis – photo only* |
| | Dark blue fiber (~964 µm) | FTIR: (IR-3) Cellulose; PLM: Cotton fiber |
| | Colorless fiber (~457 µm) | FTIR: (IR-4) Cellulose |
| | 3 Colorless fibers (~130 µm, 600 µm, 1270 µm) | PLM: Cotton fibers (3) |
| 21567248 | Colorless fiber-like particle (~52 µm) | FTIR: (IR-5) Protein, likely a skin flake |
| | Colorless particle (~60 µm) | FTIR: (IR-6) Cellulose |
| | Dark blue fiber (~369 µm) | FTIR: (IR-7) Cellulose; PLM: Regenerated cellulose (rayon) |
| | Blue fiber (~170 µm) | PLM: Possibly a cotton fiber fragment |
| | Colorless fiber (~1100 µm) | PLM: Wood pulp paper fiber |
| | Light blue fiber (3.5 mm) | PLM: Cotton fiber |
| | Long balled-up colorless fiber | PLM: Cotton fiber |
| 21567250 | Colorless particle (185 µm) | FTIR: (IR-8) Polycarbonate |
| | Colorless particle (106 µm) | FTIR: (IR-9) Cellulose and clay |
| | Colorless particle (~190 µm) | FTIR: (IR-10) Cellulose |
| | Yellow fiber (~74 µm) | FTIR: (IR-11) Cellulose and lignin |
| | Colorless particle (half red-brown colored) (46 µm) | FTIR: (IR-12) Cellulose and lignin |
| | Colorless particles | *No analysis – photo only* |
| | 2 Twisted colorless fibers, (~275 µm and 450 µm) | PLM: Cellulose, possibly cotton (2) |
| | Colorless fiber (~500 µm) | PLM: Wood pulp paper fiber |
| 21602770 | Colorless oval particle (48 µm) | FTIR: (IR-1) Cellulose |
| | Colorless fiber fragment (49 µm) | FTIR: (IR-2) Cellulose |
| | Colorless fiber-like particle (144 µm) | FTIR: (IR-3) Cellulose |
| | Colorless fiber (102 µm) | FTIR: (IR-4) Cellulose |
| | Colorless fiber (162 µm) | FTIR: (IR-5) Cellulose |
| | Colorless particle | *No analysis – photo only* |
| | Colorless flake and yellow fiber | *No analysis – photo only* |
| 21602774 | Colorless particle (77 µm) | FTIR: (IR-6) Cellulose and lignin, additional ester at 1737 $cm^{-1}$ |
| | Yellow particle (97 µm) | FTIR: (IR-7) Cellulose and lignin |
| | Colorless particle (130 µm) | FTIR: (IR-8) Polyester (polyethylene terephthalate) |
| | Colorless fiber (160 µm) | FTIR: (IR-9) Cellulose |
| | Colorless fiber (64 µm) | FTIR: (IR-10) Cellulose |
| | Colorless hard particle (34 µm) | FTIR: (IR-11) Silicate of some type |
| | Light yellow particle | *No analysis – photo only* |
| | Colorless fiber-like particle | *No analysis – photo only* |
| 21602775 | Colorless smooth flake (22 µm) | FTIR: (IR-12) Carbohydrate similar to starch, likely a starch grain |

**Table 15.** Fourier Transform Infrared Spectroscopy (FTIR) and Polarized Light Microscopy (PLM) analysis on some of the particles identified and collected from the Biocell implants and sizers.

The McCrone Associates report and FTIR analysis provides a striking array of particles both in particle size (*e.g.* a 3/5 mm light blue fiber) and material compositions (e.g. carbohydrate starch, cellulose, clay, cotton fibers, polycarbonate, polyester, polyethylene terephthalate, poly(styrene:butadiene), rayon, silicate, and wood pulp).

### 4.8 McCrone 2019 Report "Analysis of Particulate Matter Rinsed From Five Breast Implants "

In November 2019, McCrone Associates issued a report titled "Analysis of Particulate Matter Rinsed From Five Breast Implants." (ALLE-MA65626-0001). This report described the testing on five Allergan breast implants that were taken from unopened, boxed implants, including one Biocell implant described as "Biocell saline-filled breast implant 36LF-300, Lot 3246126, SN23466842." (ALLE-MA65626-0001 at p, *009).

The protocol described that the implants were rinsed in 600-800 ml of filtered deionized water and agitated for 20 minutes (± 5 minutes) on a shaker table at 107 RPM. The water was then poured into a filtering funnel while keeping the implant in the beaker. An additional 200 ml of water was poured over the implant and then into the filtering funnel, and the collected particles were counted on the collection filters using a polarized light microscope. Characteristic particles sizes were divided into two size ranges, 10-25 μm and >25 μm (particles smaller than 10 μm were not counted). For the Biocell implant, 122 particles were counted in the range 10-25 μm and 94 particles were counted in the range of >25 μm. (ALLE-MA65626-0001 at p. *0013). McCrone Associates also analyzed representative fibers and particles using FTIR and EDS.

| Particle Description | Particle Size (Approximate) | Particle Identification |
|---|---|---|
| Brown particle | 25 µm | Silicone and possibly cellulose; EDS: Organic (C, O), Cu, minor Zn, Fe, Mg, Al, Si with trace P, Cl, and Mn |
| Black particle | 24 µm | EDS: Organic (C and O); minor Al, Si, S, Cl, Fe and trace Mg, P, K, Ca, Ti, Zn |
| Colorless particle | 42 µm | Silicone and protein |
| Colorless particle | 114 µm | Cellulose |
| Colorless particle | 130 µm | Cellulose |
| Colorless elongated particle | 200 µm | Cellulose |
| Colorless fiber | 1.3 mm | Cellulose |
| Colorless fiber | 285 µm | Cellulose |
| Colorless fiber | 375 µm | Polyester (PET) |
| Yellow fiber | 420 µm | Cellulose with lignin* |
| Black/Blue fiber | 142 µm | Cellulose and indigo blue dye |
| Blue fiber | 154 µm | Cellulose and an acrylate-based material, possibly ethyl acrylate latex |

**Table 16**. McCrone Associates analysis and Fourier Transform Infrared Spectroscopy (FTIR) identification and Energy Dispersive X-Ray Spectroscopy (EDS) as noted of 12 of the particles and fibers found on the Biocell implant from sample 36LF-300 from Lot 3246126. Note the asterisk behind cellulose with lignin is described as a "plant-based material such as cardboard or chipboard".

### 4.9 Webb *et al.* (2017) " Textured Breast Implants: A Closer Look at the Surface Debris"

In 2017, Webb *et al.* published an article in the journal Plastic Surgery reporting the results of their "study aimed to determine the extent of surface particulate shedding from 3 textured implants approved by the US Food and Drug Administration (FDA), which are manufactured by Allergan, Mentor, and Sientra." The authors concluded that the "qualitative examination of SEM findings showed more debris shed from the Allergan breast implants than from the Mentor or Sientra implants." The authors evaluated the surface architecture of textured breast implants including the Allergan Natrelle Biocell, style 120 (a round, high-profile implant - reference no. 120-500; volume, 500 mL; diameter, 13.5 cm; projection, 4.7 cm) for residual surface debris. The Natrelle implant shed the most debris of the 3 implants with little surface debris adherent to the other two (non-Allergan) implants, even at magnification of 200x. In contrast, Allergan implants revealed measurable debris at a magnification of 50x and the authors reported that increasing amounts of debris were observed as SEM magnification was increased.

### 4.10 Hallab *et al.* (2021) " Particulate Debris Released From Breast Implant Surfaces Is Highly Dependent on Implant Type"

In 2021, Hallab et al. published an article in the Journal Aesthetic Surgery and reported the results of experiments conducted to identify and quantify particulate debris released from Biocell, Microcell, Siltex, Smooth, SmoothSilk, and Traditional-Smooth breast implant. The authors used two methods to obtain particles from the surface of the implants.

> (1) Implants were rinsed "in 1 L of ultrapure ethanol, with both immersion and gentle agitation for 10 minutes, solutions were centrifuged at 2200 rpm and the isolated particles were dried on polycarbonate porous membranes (pore size, 0.1 μm) and analyzed by SEM. All implants were rinsed and agitated in 70% ethanol solutions for 10 minutes in 0.2-μm filtered solutions in containers verified to be particulate free, and all procedures were conducted in a Class 100 hood in a sterile, particulate-free environment."
>
> (2) "Ultrapure carbon adhesive tape was used to remove a small portion of adherent particles from 6 random locations on the anterior and posterior of surfaces of BIs after the rinsing procedures (Figure 1B). SEM-quality adhesive carbon tape was used to remove particles from the surfaces (10 mm in diameter) at 5 nonspecific concentrically equally spaced locations around the anterior and posterior of each implant surface."

The authors characterized particles pursuant to ASTM 1877-16 using Scanning Electron Microscopy (SEM) and Energy-Dispersive X-ray Spectroscopy (EDS). The authors reported that "Biocell, Microcell, and Siltex had predominantly silicone-based particulate whereas SmoothSilk and Traditional-Smooth implant surfaces had predominantly trace amounts of polymeric debris consistent with packaging materials. It is important to note that whereas these residual amounts of packaging-type debris were also apparent on all types of implants, Biocell, Microcell, and Siltex implants also had overwhelming additional amounts of retrieved silicone debris that obscured the relatively trace amount of carbon-based polymeric debris."

The authors also reported that "the numbers of particles on the SmoothSilk and Traditional-Smooth implants after rinsing were not only below the detection limits for particle analysis but were virtually absent on SEM examination" and "the total mass of particles rinsed from the surfaces indicated Biocell had >5-fold more particulate compared with all other implants, and >30-fold more than SmoothSilk or Traditional-Smooth implants (>100-fold more for post-rinse adhesion analysis)" The EDS analysis indicated that the

particulate material from Biocell, Microcell, and Siltex was greater than 50% silicone, whereas the particulates from SmoothSilk and Traditional-Smooth implants were predominantly carbon-based polymers (*e.g.* polycarbonate-urethane, consistent with packaging and were detected on all implant types). Generally, SmoothSilk and Traditional-Smooth implant groups released significantly less particles than Biocell, Microcell, and Siltex surfaces, which was supported by pilot ex vivo tissue analysis.

Finally, the authors concluded that "[p]articulate debris released from BIs are highly dependent on the type of implant surface and are a likely key determinant of in vivo performance." They also reported results of testing that were performed on three capsules from patients who underwent a surgery to remove two Biocell implants and one traditional smooth implant. The article states that:

> "The BI capsule tissues analyzed from nonruptured Biocell implants exhibited silicone particles. Furthermore, the Biocell capsule exhibited a marked presence of lymphocytes that were co-localized with large silicone particles (>100 μm in diameter) (Figure 6A). In contrast, the Traditional-Smooth implant capsule tissue consisted of a normal fibrous-type tissue and diffuse presence of macrophages with no evidence of silicone particles after extensive analysis of 5 random tissue sections of the same capsule, ie, lymphocytes and silicone particles were absent (Figure 6B). . . . In addition to histologic analysis, the capsule tissue was processed to isolate and characterize any particulate debris within the tissues. The Biocell tissues (n = 2) had readily identifiable high quantities of silicone particulate (>1000), whereas no silicone debris was detected in the Traditional-Smooth tissue. The median sizes of particles identified in the Biocell tissues were approximately 1 μm in diameter (median number–based analysis) (range, 0.3-117 μm ECD), with a median aspect ratio of approximately 1.3 (average 1.5; range, 1-16), which indicated the particles were round to oval in shape (not fibrillar) (Figure 7). The characteristics of the particles identified in the tissues were similar to those identified in vitro."

**4.11 Salingaros *et al.* (2025) Cells and Shells: Investigating How Breast Implant Shells Negatively Impact Cell Viability In Vitro**

In 2025, Salingaros *et al.* published an article in the *Journal of Biomedical Materials Research Part B: Applied Biomaterials* that described the results of their experiments designed to measure the effect breast implant shells have on cell viability in vitro.

To quantify the number of particles on each shell, the authors describe that "Implants were cut in half, and the outer elastomer shell was meticulously cleaned of its silicone gel contents. The shell was then cut into uniform (1.9 cm width × 0.9 cm height) pieces designed to line the inside wall of a 96-well plate. Shells were rinsed in 70% ethanol, sterilized by steam autoclave, and exposed to UV light for at least 15 min before

experimental use. The silicone gel infill from implant shells was also collected and sterilized using the same method." The article goes on to describe that "Textured and smooth implant shells (1.9 cm width × 0.9 cm height) were soaked in 150 µL serum-free DMEM media for 48 h to allow for particulate shedding. This soaking solution was then analyzed, with serum-free media as a control."

The article reports that "Allergan and Mentor textured implant samples compared to respective smooth implant samples. Allergan and Mentor textured implant samples yielded higher concentrations of particles by an order of magnitude ($2.09 \times 10^9$ and $2.69 \times 10^9$ particles/mL, respectively) than respective smooth implant samples ($1.19 \times 10^8$ and $4.18 \times 10^7$ particles/mL); Allergan particle release by smooth implants was an order of magnitude greater than Mentor."

I have reviewed and considered this study in my analysis, but I found numerous methodological problems which make it difficult to attribute weight to the findings. For example, in this study the implants were sectioned by mechanically cutting the shell prior to particle collection, which likely introduced a number of artifacts. Additionally, the particles examined were inadequately characterized, preventing definitive conclusions regarding debris composition, contamination levels, or clinical relevance. Experiments conducted involving cell viability after exposure to implant materials are beyond the scope of this report and I am not offering any opinions about these experiments.

## 5 Concordance of Particle Analysis Across Different Researchers and Laboratories

As discussed in detail earlier, there is a convergence of evidence from multiple different researchers at different times using different techniques that have all found particles, fibers, and debris on Allergan Biocell breast implants. These methodologies vary but are technically sound using different methods from adhesive tapes to agitation in solutions and subsequent filtering to collect particles for examination, including: optical microscopy, FTIR spectroscopy, SEM, and EDS analysis. This convergent evidence shows that Allergan did not have procedures in place to ensure the removal of silicone particles and foreign debris from Biocell implants prior to packaging and selling these implants to patients. The presence of these particles and debris is not limited to a single specific lot but instead appears to affect every Biocell implant that has been examined, including those I tested, those tested by researchers Allergan hired, by Mentor's researchers, and by academic researchers such as Dr. Hallab and Dr. Webb.

The particle size distributions and compositional analyses obtained from these breast implants demonstrate strong concordance with independent measurements reported in the peer-reviewed literature on silicone implant surface debris. Specifically, the

prevalence of silicone particulates and associated contaminants aligns closely with findings from Hallab et al. (2021), who documented comparable debris release profiles across textured implant surfaces under similar extraction conditions, as well as earlier studies by Webb *et al.* (2017) identifying analogous particulate burden via SEM/EDS. This consistency across datasets reinforces the reproducibility of the observed contamination patterns and supports the methodological robustness of manual counting and Poisson-based extrapolations employed here.

## 6 Carbon Transfer Test

Prior to conducting the tests described in sections 1 through 3, I conducted a test using a carbon adhesive transfer method similar to that used by Allergan, Mentor, and others. The implant used for this test is Natrelle 410 Style MM 160 cc – Serial Number 20217422, which is described in Appendix A. The test methods and images are described in Appendix D.

As is described in Appendix D, I manually counted 333 particles in an image field that was 0.25mm$^2$ on adhesive carbon that was applied 10 times to the test article. Dividing the number of particles (333) by the number of applications results in 33.3 particles per application on an image field of 0.25mm$^2$. This is approximately 130 particles per 1 mm$^2$, which is consistent with Allergan's findings on the adhesive transfer tests they conducted on Biocell implants. As this was a preliminary test, I did not identify the materials of the particles or identify the size of all of the particles, however, I did find both small particles and large particles, and I identified fibers as large as 2.157mm as described in Appendix D.

## 7 Closing Remarks

Scanning electron microscopy (SEM) and energy-dispersive X-ray spectroscopy (EDS) analyses consistently revealed silicone particles (predominantly 5-10 μm) as well as non-silicone and non-salt contaminants (most probable size <5 μm) across all five examined breast implants, with average estimates of 690,000 ± 390,00 silicone particles in the range of < 5 microns and 1,800,000 ± 490,00 other contaminants in the range of < 5 microns per implant based on Poisson statistical extrapolation. Salt crystals (NaCl) were ubiquitous but excluded from quantitative analysis. These tests clearly demonstrated heterogeneous surface debris that was recoverable *via* IPA sonication and vacuum filtration.

## 8 Reservation of Rights

I may modify or supplement this report if l become aware of other facts, information, analyses, or opinions. I also may respond to any statements made by other Parties or witnesses or expert witnesses to which a response is appropriate.




23155727 Image 6



23155727 Image 7

**Appendix A8. Chain of Custody Report**

## CHAIN OF CUSTODY REPORT

I, **W. GREGORY SAWYER**, received from Levin, Papantonio, Rafferty, Proctor, Buchanan, O'Brien, Barr & Mougey, P.A. six (6) Allergan textured breast implant exemplars with the following serial numbers and identifying information:

1. Natrelle 168-800 Saline Biocell – Serial Number 23104733
2. Natrelle 168-300 Saline Biocell – Serial Number 21507151
3. Natrelle 168-420 Saline Biocell – Serial Number 22344427
4. Natrelle 410 Style MF 295 cc – Serial Number 23738260
5. Natrelle 410 Style MM 160 cc – Serial Number 20217422
6. Natrelle 410 Style MM 160 cc – Serial Number 23155727

I received the exemplars in what appears to be their original and sealed packaging, without any signs of being opened or otherwise tampered with in any regard. I have been advised that Virginia Buchanan and her office, via nurse paralegal Caroline Peterson, received the implants from Allergan counsel Dave Stanley, and forwarded them to me without handling them in any manner other than to confirm their identifying markings.

DATED this _20_ day of September, 2021.

W G Sawyer

W. GREGORY SAWYER, Ph.D.

My complete report consists of all of the previous documents, including Appendix A through Appendix F.

Dated: February 9, 2026

W G Sawyer

W. Gregory Sawyer, PhD