# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| *IN RE:* **ALLERGAN BIOCELL TEXTURED BREAST IMPLANT PRODUCT LIABILITY LITIGATION**<br><br>**THIS DOCUMENT RELATES TO: ALL CASES** | **Case No. 2:19-md-02921 (BRM)(LDW)**<br>**MDL No. 2921** |

## CASE MANAGEMENT ORDER # 43
### Modification of Appointments to the Plaintiffs' Steering Committee

THIS MATTER having been opened to the Court by the Plaintiffs' Executive Committee to change the composition of the Plaintiffs' Steering Committee ("PSC") and for good cause appearing,

IT IS ORDERED that

1. Mark P. Robinson, Jr. is relieved of his responsibilities under Case Management Order No. 4.

2. Daniel S. Robinson from Robinson Calcagnie, Inc. is added as a member of the PSC, subject to the terms and conditions of Case Management Order No. 4.

Date: Aug. 10, 2026

*Brian R. Martinotti*

**BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**